BRADFORD G. HUGHES (SBN 247141)
bhughes@selmanlaw.com
TIFFANY HUNTER (SBN 306382)
thunter@selmanlaw.com
SELMAN BREITMAN LLP
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025-6538
Telephone: 310.445.0800
Facsimile: 310.473.2525

Attorneys for Defendants DANIEL P. GALVANONI; DPG INVESTMENTS, LLC; DPG GOLDEN EAGLE, LLC; SPRING TREE LENDING, LLC; SPRING TREE HOLDINGS, LLC; SPRING TREE FINANCIAL, LLC; SKIBO HOLDINGS, LLC; GERALD T. HUDSPETH; JEROME J. JOSEPH; and WILLIAM J. BROOKSBANK

MELINDA JANE STEUER
msteuer@californiainvestoradvocate.com
Law Offices of Melinda Jane Steuer
928 Second Street, Ste. 302
Sacramento, CA 95814
Telephone: (916) 930-0045

Attorneys for Plaintiff JOHN MARSHALL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARSHALL, an individual,, <br><br> Plaintiff, <br><br> v. <br><br> DANIEL P. GALVANONI, an individual; DPG INVESTMENTS, LLC, a foreign limited liability company; DPG GOLDEN EAGLE, LLC, a foreign limited liability company; SPRING TREE LENDING, LLC, a foreign limited liability company; SPRING TREE HOLDINGS, | Case No. 2:17-cv-00820-KJM-CKD <br><br> STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO FILE MOTION FOR REMAND; ORDER <br><br> Complaint Filed: March 09, 2017 |

LLC, a foreign limited liability company; SPRING TREE FINANCIAL, LLC, a foreign limited liability company; SKIBO HOLDINGS, LLC, a foreign limited liability company; GERALD T. HUDSPETH, an individual; JEROME J. JOSEPH, an individual; WILLIAM J. BROOKSBANK, an individual; and DOES 1-100, inclusive,

Defendants.

Pursuant to the Eastern District of California Local Rules 144 and 145, Plaintiff JOHN MARSHALL ("Plaintiff") and Defendants DANIEL P. GALVANONI; DPG INVESTMENTS, LLC; DPG GOLDEN EAGLE, LLC; SPRING TREE LENDING, LLC; SPRING TREE HOLDINGS, LLC; SPRING TREE FINANCIAL, LLC; SKIBO HOLDINGS, LLC; GERALD T. HUDSPETH; JEROME J. JOSEPH; and WILLIAM J. BROOKSBANK ("Defendants") (collectively, "Parties"), by and through their respective counsel of record, hereby stipulate and agree that Defendants shall have until May 15, 2017, to respond to the operative complaint in the above-captioned matter. The parties further stipulate that plaintiff will file his Motion for Remand by May 15, 2017.

In entering this stipulation, the Parties note that Defendants' responsive pleadings are currently due May 5, 2017, which was a date selected by the parties for uniformity in light of the various dates that different defendants were served with the Summons and Complaint. Plaintiff is hereby stipulating to file his Motion for remand concurrently with the Defendants' responsive pleadings in order to promote judicial economy.

Good cause exists for the request as the Parties have been diligently meeting and conferring in an effort to avoid the filing of the Motion for Remand and the dispositive motions that Defendants currently intend to file in response to

2

STIPULATION
2:17-cv-00820-KJM-CKD

Plaintiff's operative pleading. The Parties have informally exchanged certain evidence and the Parties are currently reviewing the evidence provided, discussing the evidence with respective clients, and making determinations as to whether the dispositive motions and/or the Motion for Remand will ultimately be necessary.

At this point, it is anticipated the Parties conduct further meet and confer over the evidence exchanged as well as potentially gather and exchange additional evidence. <u>As such, the Parties have agreed that the Motion for Remand and response by the defendants to the operative complaint shall be May 15, 2017</u>.

The proposed continuance is for ten (10) days and no other extensions of time have been requested or received on either the Motion for Remand or Defendants' response to the operative complaint.

The Parties have sought this extension as soon as it became apparent that additional evidence may be exchanged and that further meet and confer efforts are warranted prior to the filing of the Motion for Remand and the dispositive motions by Defendants.

In entering this stipulation, Defendants expressly reserve all defenses.

DATED: May 5, 2017

BRADFORD G. HUGHES
TIFFANY HUNTER
SELMAN BREITMAN LLP

By: _____
BRADFORD G. HUGHES
TIFFANY HUNTER
Attorneys for Defendants DANIEL P. GALVANONI; DPG INVESTMENTS, LLC; DPG GOLDEN EAGLE, LLC; SPRING TREE LENDING, LLC; SPRING TREE HOLDINGS, LLC; SPRING TREE FINANCIAL, LLC; SKIBO HOLDINGS, LLC; GERALD T. HUDSPETH; JEROME J. JOSEPH; and WILLIAM J. BROOKSBANK

745716.1 100.41906

DATED: May 5, 2017

MELINDA JANE STEUER
LAW OFFICES OF MELINDA JANE STEUER

By: _____
    MELINDA JANE STEUER
Attorney for Plaintiff JOHN MARSHALL

## **ORDER**

Pursuant to stipulation, and for good cause shown, Defendants' deadline to respond to Plaintiff's operative complaint is extended to May 15, 2017. Additionally, Plaintiff shall file his Motion for Remand by May 15, 2017.

**IT IS SO ORDERED:**

Dated: May 9, 2017.

_____
UNITED STATES DISTRICT JUDGE

4

745716.1 100.41906