1  Melinda Jane Steuer (State Bar No. 216105)
   LAW OFFICES OF MELINDA JANE STEUER
2  928 Second Street, Ste. 302
   Sacramento, CA 95814
3  Telephone:    (916) 930-0045
   Facsimile:    (916) 314-4100
4
   Attorneys for Plaintiff
5

6

7                    UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10
   JOHN MARSHALL, an individual                Case No. 2:17-cv-00820-KJM-CKD
11
              Plaintiff,                        **DECLARATION OF JOHN**
12                                              **MARSHALL IN OPPOSITION TO**
         vs.                                    **DEFENDANT JEROME JOSEPH'S**
13                                              **MOTION TO DISMISS FOR LACK OF**
   DANIEL P. GALVANONI, an individual;          **PERSONAL JURISDICTION**
14 DPG INVESTMENTS, LLC, a foreign
   limited liability company; DPG GOLDEN
15 EAGLE, LLC, a foreign limited liability      Date:      July 14, 2017
   company; SPRING TREE LENDING, LLC            Time:      10:00 AM
16 a foreign limited liability company; SPRING
   TREE HOLDINGS, LLC; SPRING TREE
17 FINANCIAL, LLC; SKIBO HOLDINGS,              Hon. Kimberly Mueller
   LLC, a foreign limited liability company;
18 GERALD T. HUDSPETH, an individual;
   JEROME L. JOSEPH, an individual;
19 WILLIAM J. BROOKSBANK, an
   individual; and DOES 1 - 100, inclusive,
20
              Defendants.
21 _____/

22        I, John Marshall declare:

23        1.    I am the plaintiff herein.

24        2.    I have resided in the State of California during the entire time period relevant to

25 this case.

26        3.    Jerome Joseph ("Joseph") knew, from our conversations and the emails that we

27 exchanged, that I resided in the State of California at all relevant times.

28
   _____
   Declaration of John Marshall in Opposition to Defendant Jerome Joseph's Motion to Dismiss for Lack of Personal
                                              Jurisdiction
                                                  1

4.      I first became aware that Joseph was in a managerial position with DPG Investments ("DPG") in early 2015, through discussions that I had with him about possible real estate investments that are unrelated to the investments at issue herein.

5.      On or about July 2016, Daniel Galvanoni ("Galvanoni") informed me that he did not want me to contact him or Gerald Hudspeth ("Hudspeth"), or any of the other managers of DPG with whom I had previously communicated regarding the investments at issue herein. Instead, Galvanoni told me that I was to communicate exclusively with Joseph, and that Joseph had full and complete authority to represent him and DPG with respect to my investments. Attached hereto as Exhibit 1 is a true and correct of an email from Galvanoni to me, Joseph, and Hudspeth, dated July 21, 2016, which states the foregoing.

6.      After Galvanoni instructed me that I was to talk to Joseph exclusively regarding my investments, I had approximately 10 to 15 conversations with Joseph in which I conveyed my concerns. In these conversations, I informed Joseph that Galvanoni had told me that my investments would be fully secured and that I would be in first position with respect to the collateral. I also told him that I wanted to be repaid my investments plus interest as soon as possible, in accordance with Galvanoni's representations that I could get out of the investment and be repaid my principal and interest, at any time. Joseph assured me that I would be paid back promptly and that he was working on a plan to ensure that I was repaid within short order. Joseph also assured me that he and the other managers of DPG understood that they had a fiduciary duty to me, that they were acting in good faith, and that they would act in my best interests.

7.      Between July 21, 2016 and early October of 2016, I also exchanged several email messages with Joseph, memorializing our telephone conversations and my voicemail messages. In my emails, I reiterated that Galvanoni had assured me that my investments would be fully secured and that I would be in first position. I asked Joseph to confirm that I would not be subordinated to another lender, as I had heard that Galvanoni was in discussions with a potential

1  institutional lender.  Attached hereto as Exhibits 1, 2, 3, & 4, respectively, is a true and correct

2  copy of several of those emails.

3      8.      I never received any meaningful repayment plan from Joseph.  I have never been

4  repaid any part of the principal I invested with defendants, or any interest on my investment.

5  Instead, on October 6, 2016, Mr. Joseph sent me an email denying that I had ever been promised

6  a first position security interest as to my investments in Skibo/Spring Tree.  Prior to that time, no

7  one had disclosed to me that the monies I had invested were not secured, or that I had no

8  enforceable security interest to protect my monies, or that DPG/Galvanoni had no intention of

9  ever securing my monies.

10     9.      I relied upon Joseph to confirm what Galvanoni had told me, and to inform me if

11 Galvanoni had misstated anything or if I had misunderstood anything that Galvanoni had said to

12 me during my communications with Galvanoni, all of which I relayed to Joseph.   In particular, I

13 relied upon Joseph to inform me if the monies I had invested were not fully secured, and/or if I

14 was at risk of being subordinated to another lender.  Joseph did not do so until after the line of

15 credit with Spartan Financial had closed and it was too late for me to protect my interests with

16 respect to Spartan.  I believe that my reliance on Joseph was reasonable because of his high level

17 position with DPG, and because Galvanoni had told me that Joseph had full and complete

18 authority to represent him and DPG with respect to the investments at issue.   As a result of my

19 reliance on Joseph's good faith and integrity, I did not take action to protect my rights as to

20 Galvanoni and/or DPG in the summer or fall of 2016, when I would have been able to prevent

21 them from granting Spartan Financial a first position security interest which was ahead of the

22 security interest which Galvanoni had promised to me.

23      I declare under penalty of perjury under the laws of the State of California and the United

24 States of America that the foregoing is true and correct of my own personal knowledge.

25 //

26 //

27

28

1

2

3  Dated: 6/26/17

4  JOHN MARSHALL

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of John Marshall in Opposition to Defendant Jerome Joseph's Motion to Dismiss for Lack of Personal Jurisdiction
4

# EXHIBIT 1

## Melinda Steuer

| From: | Joe Joseph <joe@dpginvestments.com> |
|---|---|
| Sent: | Friday, July 22, 2016 10:54 AM |
| To: | John Marshall; Dan Galvanoni; Jerry Hudspeth; Phil Galvanoni; Westley Anderson |
| Cc: | Craig Sherman |
| Subject: | RE: Loans |

John,

I received your voicemail of yesterday, (and your follow-up this morning), which reiterated the comments in your email below. As I said, we understand the issue about the priority of lenders on the collateral. We also understand that this is also of interest to other persons who have lent money to the company, not just you. As you said, it is pretty simple. At the moment, nothing else to say, since there is not yet an institutional lender in place, although as Dan mentioned there will be soon.

We will keep you advised as necessary.

Joe

**Joe Joseph**
**Managing Director - Real Estate Finance**
**DPG Investments, LLC**
**7373 E Doubletree Ranch Road, #220**
**Scottsdale, AZ 85258**

**joe@dpginvestments.com | www.dpginvestments.com**

**Direct Phone: (602) 708-2020**
**Direct Fax: (480) 336-2776**

**From:** John Marshall [mailto:jmarshall@Armstrongprofessional.com]
**Sent:** Thursday, July 21, 2016 4:36 PM
**To:** Joe Joseph <joe@dpginvestments.com>; Dan Galvanoni <dan@dpginvestments.com>; Jerry Hudspeth <jerry@dpginvestments.com>; Phil Galvanoni <phil@dpginvestments.com>; Westley Anderson <westley@dpginvestments.com>
**Cc:** Craig Sherman <craig@dpginvestments.com>
**Subject:** RE: Loans

Thank you my friend

Thank you,


*John Marshall, J.D. CIC*



Armstrong & Associates Insurance Services
License No. 0B50501
**916-960-9196** Mobile Phone - Call 24/7

800-632-2777 Case 2:17-cv-00820-KJM-CKD   Document 16-4   Filed 06/30/17   Page 7 of 26
530-668-2779 Fax
jmarshall@armstrongprofessional.com

Physical address: 1860 Howe Ave. Suite 240 Sacramento CA 95825
Mailing address: 239 W. Court St, Woodland, CA 95695

**From:** Joe Joseph [mailto:joe@dpginvestments.com]
**Sent:** Thursday, July 21, 2016 4:34 PM
**To:** John Marshall; Dan Galvanoni; Jerry Hudspeth; Phil Galvanoni; Westley Anderson
**Cc:** Craig Sherman
**Subject:** RE: Loans

Thanks, John. I understand what you are saying. Working on this and will let you know if I need clarity on anything. It will be mid-week before I have everything finished and reviewed internally.

**Joe Joseph**
**Managing Director - Real Estate Finance**
**DPG Investments, LLC**
**7373 E Doubletree Ranch Road, #220**
**Scottsdale, AZ 85258**

**joe@dpginvestments.com | www.dpginvestments.com**

**Direct Phone: (602) 708-2020**
**Direct Fax: (480) 336-2776**

**From:** John Marshall [mailto:jmarshall@Armstrongprofessional.com]
**Sent:** Thursday, July 21, 2016 4:30 PM
**To:** Dan Galvanoni <dan@dpginvestments.com>; Jerry Hudspeth <jerry@dpginvestments.com>; Phil Galvanoni <phil@dpginvestments.com>; Westley Anderson <westley@dpginvestments.com>
**Cc:** Craig Sherman <craig@dpginvestments.com>; Joe Joseph <joe@dpginvestments.com>
**Subject:** RE: Loans

Dan,

Thanks for your email. It sounds promising.

I will follow up with Joe Joseph per your email.

Hi Joe,

You may not be up to speed. I have loaned/invested $300,000 plus. My money was to go into loans and be secured by those loans. My money should be secured with the loans and existing portfolio. I want to make sure that as other investors/lenders place money to purchase new loans and you build a new portfolio, I am not in a second position and my money is not in a second position. I am concern if something goes wrong with the new investors/lenders that they will seize all the loans, foreclose, and take or sell all the existing loans, including the loans that were originally purchased with my money. It is pretty simple. I just want to make sure the existing loans/existing portfolio is protected and is not at risk from future investors/loans.

Please feel free to call me or email me anytime. Let's make sure we handle this issue.

2

Thank you,

*John Marshall, J.D. CIC*



Armstrong & Associates Insurance Services
License No. 0B50501
**916-960-9196** Mobile Phone - Call 24/7
800-632-2777 Toll Free
530-668-2779 Fax
jmarshall@armstrongprofessional.com

Physical address: 1860 Howe Ave. Suite 240 Sacramento CA 95825
Mailing address: 239 W. Court St, Woodland, CA 95695

**From:** Dan Galvanoni [mailto:dan@dpginvestments.com]
**Sent:** Thursday, July 21, 2016 3:21 PM
**To:** John Marshall; Jerry Hudspeth; Phil Galvanoni; Westley Anderson
**Cc:** Craig Sherman; Joe Joseph
**Subject:** Re: Loans
**Importance:** High

John,
Thank for your email.

Overtime I send you an email or text I don't need these return emails.

At this point we will refrain from sharing information.

Wes month sabbatical has put us in catch up mode,

Joe, is handling the info for you and all our shareholders now.

We are detailed and literally compiling everything not only for you but for the other capital also.

Thanks for your continued support,

I have a call with Kobe Bryant, Kevin Garnett and Devon Booker,

They came to Bren/Osgood/Chang and want to do a family office platform,

We conf again tomorrow,

I also have a large family office looking to replace you, we have a call in 45mins,

The new lender pays off he senior loans which is 25k to you,

This 25k is the only loan that is in default, the 5k is the interest we are behind,

We are relate monthly full and or partial interest payments staying the 1st also

Please email Joe Cced is now managing this info,

3

We have a debt term sheet and waiting on another that we hope has better leverage....

We plan to have the info over shortly

All the best,

Daniel P. Galvanoni
Chairman | DPG Investments LLC

Direct AZ- 480.248.9785 | Direct Personal- 949.510.6300
dan@dpginvestments.com | www.dpginvestments.com
Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

**From:** John Marshall <jmarshall@Armstrongprofessional.com>
**Date:** Thursday, July 21, 2016 at 3:01 PM
**To:** Dan Galvanoni <dan@dpginvestments.com>, Jerry Hudspeth <jerry@dpginvestments.com>, Phil Galvanoni <phil@dpginvestments.com>, Westley Anderson <westley@dpginvestments.com>
**Subject:** Loans

Hi Dan,

I got your texts. Sounds great, I am glad to hear the lenders will be sending you terms, it sounds great.

Again, it's been a long time, many months, but if you could just please put the specifics on a timeline and payout for me. I would very much appreciate the specifics.

Also, again, with new money and lenders coming in, I just want to confirm that the money I have already put in, is secured with the current loans purchased with my money. We currently have an existing portfolio of loans. I want to make sure my money is secured with the current portfolio/loans. I am concerned that with new money coming in, and new lenders/investors, that the new lenders will try to secure their investment with the portfolio/loans that already exists. I want to be in first position with the current portfolio/loans that were purchased with my money. I don't want to be in second position behind new lenders/investors.

I would think that the new money/lenders/investors will secure their money with the new loans that you will purchase with their new money/investment. I would expect that the new money will secured a new portfolio of loans purchased with their new money/investment. The new lenders/investors will be in first position, on the new purchase of those loans, and the new portfolio that will be developed, as you move forward and purchase new loans with their new money.

Let me know if I am not correct? or if I have anything to be concerned about?

Thank you,

*John Marshall, J.D. CIC*



**Armstrong & Associates Insurance Services**
**License No. 0B50501**
**916-960-9196** **Mobile Phone - Call 24/7**
**800-632-2777 Toll Free**
**530-668-2779 Fax**
jmarshall@armstrongprofessional.com

**Physical address: 1860 Howe Ave. Suite 240 Sacramento CA 95825**
**Mailing address: 239 W. Court St, Woodland, CA 95695**

# EXHIBIT 2

## Melinda Steuer

| | |
|---|---|
| **From:** | Joe Joseph <joe@dpginvestments.com> |
| **Sent:** | Monday, August 8, 2016 5:49 PM |
| **To:** | John Marshall; Dan Galvanoni; Phil Galvanoni; Bill Brooksbank; Westley Anderson; Jerry Hudspeth |
| **Subject:** | RE: John Marshall's investment and conf. call |

John,

Thanks for your time on the phone today.

As I said, sometime this week or next week we will have an outline of a plan to repay your loans and redeem your equity.

For the sake of efficiency and clarity, I think it will be most productive for you and I to communicate with each other. If I need to involve others at DPG in our conversations I will do so, but I believe it will be counterproductive and confusing for you to communicate directly with others here.

We will get this worked out together.

Joe

**Joe Joseph**
**Managing Director - Real Estate Finance**
**DPG Investments, LLC**
**7373 E Doubletree Ranch Road, #220**
**Scottsdale, AZ 85258**

**joe@dpginvestments.com | www.dpginvestments.com**

**Direct Phone: (602) 708-2020**
**Direct Fax: (480) 336-2776**

**From:** John Marshall [mailto:jmarshall@Armstrongprofessional.com]
**Sent:** Monday, August 8, 2016 2:57 PM
**To:** Joe Joseph <joe@dpginvestments.com>; Dan Galvanoni <dan@dpginvestments.com>; Phil Galvanoni <phil@dpginvestments.com>; Bill Brooksbank <bill@dpginvestments.com>; Westley Anderson <westley@dpginvestments.com>; Jerry Hudspeth <jerry@dpginvestments.com>
**Subject:** RE: John Marshall's investment and conf. call

Ok great

Thank you,


*John Marshall, J.D. CIC*



Armstrong & Associates Insurance Services

1

License No. 0B50501
**916-960-9196** Mobile Phone - Call 24/7
800-632-2777 Toll Free
530-668-2779 Fax
jmarshall@armstrongprofessional.com

Physical address: 1860 Howe Ave. Suite 240 Sacramento CA 95825
Mailing address: 239 W. Court St, Woodland, CA 95695

**From:** Joe Joseph [mailto:joe@dpginvestments.com]
**Sent:** Monday, August 08, 2016 2:52 PM
**To:** John Marshall; Dan Galvanoni; Phil Galvanoni; Bill Brooksbank; Westley Anderson; Jerry Hudspeth
**Subject:** RE: John Marshall's investment and conf. call

John,

I can call you directly at 4:00 today.

Joe

**Joe Joseph**
**Managing Director - Real Estate Finance**
**DPG Investments, LLC**
**7373 E Doubletree Ranch Road, #220**
**Scottsdale, AZ 85258**

**joe@dpginvestments.com | www.dpginvestments.com**

**Direct Phone: (602) 708-2020**
**Direct Fax: (480) 336-2776**

**From:** John Marshall [mailto:jmarshall@Armstrongprofessional.com]
**Sent:** Sunday, August 7, 2016 2:02 PM
**To:** Joe Joseph <joe@dpginvestments.com>; Dan Galvanoni <dan@dpginvestments.com>; Phil Galvanoni
<phil@dpginvestments.com>; Bill Brooksbank <bill@dpginvestments.com>; Westley Anderson
<westley@dpginvestments.com>; Jerry Hudspeth <jerry@dpginvestments.com>
**Subject:** John Marshall's investment and conf. call

Joe, Dan, and others,

Joe, I received your voice mail message. I would like you to set up a conference call for Monday 8/8 at 4pm PST at your
conf call number 480 999-2265. If that works for everyone?

Also, I am at the point, that I will go ahead and just let Dan buy me out. I think it is best for everyone. Dan feels the
company should be valued at 10-12 million dollars. I am currently owed just principal and accrued interest about
$380,000. I have $50,000 past due note/contract, the past due note/contract  now with 16% interest due on the
$50,000. Interest was 10% but I received three 90 day extension with a 2% extension fee for each 90 extension, thus
16%. I am demanding payment in full and calling on this payment/note/loan/contract. I also invested $125,000 series A
preferred equity in DPG Golden Eagle and shall receive payable 10%. I am putting in a demand for payment in full for
this note (Amended and Restated Investment and Fee Agreement Between DPG Investments LLC and John Marshall
contract), this agreement allows me to file a UCC filing (I have emailed the UCC filing in previous email), which we have
agreed many a times, that I have the right to secure a first position on assets for DPG Investments/DGP Golden Eagle LLC
. I am also owed $35,000, please see the DPG-John Marshall Loan Agreement. The $35,000 dollars was due Sept. 2015,

2

this is also in default. I am again putting in a demand for my money, plus accrued interest due. I also loaned $100,000 to DPG Golden Eagle LLC, please refer to Preferred Equity Agreement Between DPG Golden Eagle LLC and John Marshall. I was supposed to paid 10% dividend per annum, paid quarterly. The company has been profitable. I have received nothing, no money, no explanation, no communication. Again, I am making my demand for payment. I have also talked with an attorney. Again, this is an official demand for payment on my loans/contracts/notes. I currently have 13.5% ownership, including warrants.

BUY OUT: I am willing to sell my ownership interest, and also include what is owed to me for $450,000, and not a penny less. However, this needs to be paid to me on or before Sept. 8, 2016. Of coarse, this is an extremely fair offer. It allows Dan to buy/sell my 13.5%, to pay me back, and to sell equity to maybe his family members, so he can have just he and his family owning the entire company. Well, it gives you a goal to reach, this offer is not binding beyond Sept.8, 2016. Dan do you accept?

Dan said that his Uncle and mom are considering to put in more money, and Dan said he was taking a loan out on his house, so now he can sell my equity position and buy me out. Dan has stated he will have the money, so I will go forward and be bought out.

Joe and others, I just want to give a little bit of background to what has taken place over this last year and half. Dan solicited me to invest and loan/invest money to him, DPG Investments, TSA Financial, Golden Eagle Lending LLC, Jadco LLC, SkiBo LLC., and to DPG Golden Eagle LLC (DPG Golden Eagle LLC and other companies) (which due to the Jim/Rob issues was created). Dan said he and his team had done over 8 months to a year due diligence on these companies. Dan said that the loans currently were clean, no law suits, no debt, and Dan and his team would run the company much more efficient, so we will make much more money. Dan stated that the due diligence was done in depth and my money was safe and would be over secured, so if worse come to worse, I could just sell the loans/assets and still get my money back with accrued interest. Dan also promised me that within one year, he personal, and his team will easily raise 5-6 million more dollars to invest in loans. He stated he had Cheryl, Juan Carlos, and many others committed to invest large sums of money, easily 5-6 million with in 10 months to 1 year would be invested into more sub prime loans. Dan stated that he has raised hundreds of millions, this is what he does, this would be the easy part. Dan said that the future investors would have their money secured by the loans the company purchased for them. Which is the only reason I loaned/invested into the companies. I can not afford to lose my $300,000. I was told by Dan many times, on the phone with Jerry and Wes, at the meeting in Atlanta, again in front of Wes, Jerry and others to re confirm our agreements and Dan's representations. In Atlanta, again, I asked Dan in front of others, that there is no law suits, the companies are strong and functioning with no large debts, no large liens, no tax issues, no hidden expenses, that the current loans and future loans that we would be buying were up to or higher standards than Wells Fargo loans for auto loans, and worse case, my money will be secured/over secured in first position on the loans/assets. For the last year plus, this is the same agreement we have had, same conversions, over and over. I am not a sophisticated investor, actually I am a weak investor and relay on what is told to me, I am also a dyslexic, so reading and writing is difficult for me. I trust people in good faith. I expect them to act in good faith as well and complete disclose everything and tell the full truth. I am a single dad to several children and a son who takes care of his mom with Alzheimer, that is my real skill, not investing, or an investment baker, I'm not even close, and everyone knows it. I can not afford to lose my money and not have my money secured. Bottom line my money is and should be over secured and I was suppose to be paid back with in a year. The company was suppose to be at 5-6 million dollars invested in loans.

Then I find out that I was defrauded out of money. I find out, that there were lawsuits, other liens, and other large debts, bad loans, etc. Jim had his niece on the payroll, his wife was being paid, Rob had his roommate on the payroll that he owed a lot of money to, so they were paying him a salary and it was not justifiable, fake loans, personal autos were being paid for, padded expense accounts, padded business expenses, charging fees, charging a lot of other expenses and costs, using the company as their personal piggy bank. Everyone has had total disregard to their fiduciary duties to me. Then had to form DPG Golden Eagle LLC. Again, Dan confirmed to me, many times, don't worry, my money will be secured on all the loans/assets of DGP Golden Eagle LLC, SkiBo LLC, TSA, DPG Investments and he personal ( "DPG and companies") would guarantee my money and accrued interest. Again, worse scenario, I would be able to have Jerry or Wes, sell sufficient amount of the loans/assets to cover my loan/investment and accrued interest. I am a single dad with

3

several children that I am responsible for, I take care of mom with Alzheimer, as I told Dan, Wes, Jerry, and everyone, I can not afford to lose my money. I would never loan/investment my money and not have it secured, although Dan and company has represented that my money at this point is over secured. I should be in first position on the loans/assets for "DPG and companies". I would never loan/invest my money and NOT have an exit plan. This has been discussed so many times, over and over, put in writing, because I can NOT afford to lose my money. Bottom line again, I should be secured with the assets of "DPG and companies" in the first position, and I need you and the team to secure me. I am not sure how to do it? Again, this stuff is out of my league. I should be able to trust all of you. I also want to move forward on my exit plan and I want Dan and the team to put together my pay out plan, I have been asking for this for months now. Please put it in writing and email to me.

When I make loans and invest, I want to make sure my money is over secured, and I always have an exit plan so if worse comes to worse, I can get my money out plus the interest accrued on my money. When Dan approached me, he promised me, gave his word, and did this in front of people, on phone conversions with others on the phone, that: my money will be in first position, that not only will my money be secured with loans that Jerry and his team will purchase(again the loans will be at or higher standards than what Wells Fargo standards are) but he and his family are also putting in money. My money will be in first position on all the current loans and the current assets/loans of DPG Golden Eagle LLC and the other companies (DPG and companies). We have around estimate of 98 current loans, I need to be secured on those loans/assets. Again, if worse came to worse, I could sell the a portion of the loans/assets and get my money back plus accrued interest. Jerry said that people sell bulk loans all the time, and he would help in selling the loans, if worse came to worse, as did Wes. I currently want to make sure my money is secured with the current loan portfolio/assets of DPG Golden Eagle LLC and other companies (DPG and companies). I will never give up or not stay in first position of the loans/assets. If other investors are investing, please let them know that there is only one investor that is secured on the current existing estimated 98 loans, John Marshall. I have the right to reserve first position and I am exercising that right by this email. Please secure my money in first position on the current assets/loans of DPG Golden Eagle and other companies (DPG and companies). If the company would like to break out the loans for my own portfolio, I am open to discuss, but again, I have the right to reserve first position in the current loan/asset and I want to make sure you do that for me. I need the company and team to secure my money on the current assets/loans. Also, Dan valued the company at 5-6 million. Dan said that he had Cheryl, Juan Carlos, the wealthiest Italian in American, and many other persons lined up to invest. Currently, my position is 13.5% and the company is around 1 million. I should be then at a 30% ownership, but I relied on Dan's promises that the investors would have put in their investments. Dan said over and over, let me raise the money. He stated he has raised hundreds of millions of dollars for many other companies/deals for the last 15 years. He has a proven track record. I trusted him in good faith, and he has a fiduciary duty to me, so I trusted him. I was told that I would have 13.5% and that 13.5% would bring me 50-100 million dollars over the next 20 years. I was told that I would be pay out my loans/investments and accrued interest with 10 months to a year, the exit plan. Then I would receive 13.5% of the profits forever. I was given and we agreed on that I reserve the right to be in first position on all the assets/loans and we agreed on the exit plan that I reserve the right to demand payment of my money and accrued interest, and I would reserve the right to sell sufficient assets/loans if I was not paid back with in one year. I was also told the companies would be run efficiently and the companies would not run/used as someone's personal piggy bank. I was upfront with everyone, and everyone can validate what was said. I am now concerned people will not honor or take serious their fiduciary responsibility to me and take advantage of me. You should be looking out for me, you should be saying other investors are coming in, but don't worry your money is not at risk. I did not loan/invest my money for Dan and others to gamble with my money or put me or my money at risk. I will never gamble my money or put my money at risk. I will always exercise my right to secured with my money, I will not take second position on my money/loans/assets for DGP Golden Eagle LLC and other companies. Other investors can if they choose secure their money with the loans you will purchase for them. From the start, my money has always been loan/invested to be secured with the assets/loans, and I have always stated my exit plan. There is no changes, no surprises on my side. This has always be the agreement, or I would not have put one penny into the loans/investments.

Again, I am willing to sell my ownership interest, and also include my what is owed to me for $450,000, and not a penny less. However, this needs to be paid to me on or before Sept. 8, 2016. Of coarse, this is an extremely fair offer. It allows

4

Dan to sell my 13.5%, to pay me back, and to sell equity to maybe his family members, so he can have just he and his family owning the entire company. Well, it gives you a goal to reach, this offer is not binding beyond Sept.8, 2016. Dan do you accept?

Please excuse any typos or poor sentences, I am a dyslexic. Reading and writing has always been extremely difficult for me.

Thank you,

*John Marshall*



Armstrong & Associates Insurance Services
License No. 0B50501
**916-960-9196** Mobile Phone - Call 24/7
800-632-2777 Toll Free
530-668-2779 Fax
jmarshall@armstrongprofessional.com

Physical address: 1860 Howe Ave. Suite 240 Sacramento CA 95825
Mailing address: 239 W. Court St, Woodland, CA 95695

EXHIBIT 3

## Melinda Steuer

| | |
|---|---|
| **From:** | Joe Joseph <joe@dpginvestments.com> |
| **Sent:** | Friday, August 19, 2016 10:34 AM |
| **To:** | John Marshall |
| **Subject:** | RE: Secure my money and exit plan |

John,

Here is a quick update.

1. The lender we have engaged decided they need to do one more inspection of files on site. They are scheduled to do that mid to late next week. Jerry and Craig have been working closely with the lender's underwriter/due diligence guy to get them what they need. Once that is done we will have a clearer understanding of how they will evaluate the portfolio going forward. We will then need to review documents which we have not yet received drafts of.

2. Dan's home refinance has not yet closed, although it is close. I am not close enough to that process to give you any more detail than that.

3. Dan's uncle is waiting on the status of the SpringTree loan closing.

4. Dan has recently had a discussion with one of his mentors who says he will also invest on a debt and/or equity basis, but he tends to be very methodical. (This is a different person from the equity investor that Dan mentioned to you previously, who is still interested.)

Putting together a plan for you is dependent on a better understanding of items 1-3 above, all of which are in process. While item 4 is a very good fact, I don't view it at this time as on the critical path for a solution to your needs.

You are correct that some corrections to the documents will be necessary. I want to do everything at once rather than piece-meal in order to reduce the chance for error.

I will be out of town next week attending to some family business, but will keep pushing this forward and keep you updated as I have more information.

Have a pleasant weekend.

Joe


**Joe Joseph**
**Managing Director - Real Estate Finance**
**DPG Investments, LLC**
**7373 E Doubletree Ranch Road, #220**
**Scottsdale, AZ 85258**

**joe@dpginvestments.com | www.dpginvestments.com**

**Direct Phone: (602) 708-2020**
**Direct Fax: (480) 336-2776**

**From:** John Marshall [mailto:jmarshall@Armstrongprofessional.com]
**Sent:** Tuesday, August 16, 2016 3:53 PM
**To:** Joe Joseph <joe@dpginvestments.com>
**Subject:** Secure my money and exit plan
**Importance:** High

Hi Joe,

Our last conversion and email, you were going to follow up via email and secure my money and give me the details of paying me my money and interest, and maybe a buy out plan for $450,000 for my 13.5% ownership. Please let me know my money has been secured and please give me details of my payout and the time line, and details of where the money will be coming from to pay me.

One thing, I wanted to confirm is that Spring Tree LLC is under DPG Golden Eagle LLC? Please confirm that all the loans and assets are listed under DPG Golden Eagle LLC, and Spring Tree LLC is under DPG Golden Eagle LLC. When Dan sent me the contracts, some of the contracts had a bunch of the names, TSA, SkiBo etc, but because of the issues with Jim and Rob of TSA, SkiBo and the rest of the companies affiliated with Jim Duyrea and Rob Smith, Dan, Wes, Jerry said that all the assets/loans would be held under DPG Golden Eagle LLC. So when we did/fixed the contracts, we had DPG Golden Eagle LLC involved, but at a later date Dan and his team created Spring Tree LLC. I want to make sure the contracts are correct and reflect what was agreed upon, so let me know if we need to make corrections and if we need to add in Spring Tree LLC? Again you, and the others are in total control, and running the operations. I have to trust in good faith that as time goes on, and if there are changes, or other entities are added, that you inform me, so we can make sure the written contracts are accurate and reflect our agreements. I am at your mercy, I want to make sure no one is taking advantage of me, and not acting in good faith. I have to relay on you and the team to do what it is right and inform me. You and the team just need to do the right thing. So please let me know? It is real easy, we just need to add the name Spring tree LLC to the contracts, we can simply, hand write in Spring Tree LLC since it is a new entity created. However, I not sure if that is necessary? I am relaying on you to let me know? Again, you and your team are in total control.

Thanks again for all your help, it is very much appreciated.

Thank you,

*John Marshall, J.D. CIC*



Armstrong & Associates Insurance Services
License No. 0B50501
**916-960-9196** Mobile Phone - Call 24/7
800-632-2777 Toll Free
530-668-2779 Fax
jmarshall@armstrongprofessional.com

Physical address: 1860 Howe Ave. Suite 240 Sacramento CA 95825
Mailing address: 239 W. Court St, Woodland, CA 95695

EXHIBIT 4

## Melinda Steuer

| | |
|---|---|
| **From:** | Joe Joseph <joe@dpginvestments.com> |
| **Sent:** | Thursday, October 6, 2016 9:33 PM |
| **To:** | John Marshall |
| **Subject:** | RE: 4th request, no reponses at all John Marshall |
| **Attachments:** | John Marshall-DPG-Loan Agreement for SkiBo_08.13.2015.pdf; Marshall_DPG Golden Eagle Loan Agreement_2.11.16.pdf; Marshall_DPG_Investment Agreement for SkiBo_6.29.15.pdf |

John,

You have made the following investments, copies of which are attached:

1. Loan of $50,000 at 10% interest on 6/29/15. The loan was due 6/29/16, after accounting for three extensions priced at $1,000 each. The borrower is DPG Investments. No warrants. Purported lien on DPG assets.
2. Loan of $25,000 on 8/12/15. Fixed return of $10,000. The loan was due 9/25/15 in the amount of $35,000. Borrower is DPG Investments. No warrants. No liens.
3. Loan of $100,000 at 10% interest on 2/11/16. Loan will be due 8/10/19. Borrower is DPG Golden Eagle. Five-year warrants for 5% of DPG Golden Eagle. Purported second lien on DPG Golden Eagle assets.
4. Preferred equity investment of $125,000 on 6/29/15. Pref is 10%. Investment is in Ski-Bo represented by ten-year warrants for 7.5% of Ski-Bo. One BOD seat on Ski-Bo board. (Included in same document as #1.)

Here is what we are able to do:

1. Pay off the $50,00 loan including interest and extension fees. That will total around $59,500 as of 10/15/16.
2. Pay $5,000 principal against the $25,000 loan now. Re-cast the loan to have an interest rate of 10% like the others, eliminating the fixed return. Pay the remaining $20,000 principal in four equal $5,000 quarterly installments of principal only commencing 1/31/17, and include accrued interest with the last installment. The accrued interest will be somewhere around $4,300.
3. This loan is not due and is not delinquent because it requires payment of interest only when cash flow is available. There has not been cash flow available and none is expected in the near future. We will need to get subordination and/or inter-creditor agreement with Spartan. Spartan will likely prohibit your second lien. We do not presently have the ability to repay this loan before maturity, but will consider doing so when we have the ability. We will pay interest per the note when we have the ability. In the meantime it continues to accrue. The offered warrants will be issuable pursuant to a warrant agreement which will be written.
4. This should really be in DPG Golden Eagle, not Ski-Bo, but it was never changed. We need to correct this. This is equity, not debt. As such, it has no maturity date. The preferred return accrues until we have the ability to pay it. We do not presently have the ability to redeem the equity but will consider doing so in the future. All returns on and of equity are constrained by the Spartan loan. The offered warrants which are the subject of the preferred equity will be issuable pursuant to a warrant agreement which will be written.

We will document all of the above in a comprehensive restatement.

Your various prior emails contain several misstatements of fact and mischaracterizations of what I have said to you. At a minimum this includes the following:

1. "My money should be fully secured with the loans. Right from the beginning, I have always reserved the right to liquidate the loans in order to be able to get my money back plus interest and any other costs or fees I may incur." Not exactly true. One loan, which is being paid off, purported to give you a lien on DPG assets. Another loan purported to give you a second lien on DPG Golden Eagle assets on a pari passu basis as other similarly

situated subordinated lenders as a class. No document gave you a first or any other lien position on any specific receivables. No document grants you the right to force the liquidation of receivables.

2. "What happened to the 26,000/payment (I know you aware of the 26,000 but feel free to talk with Phil and Dan) that you received over two weeks ago (now over a month, because you do not respond to any of my communications), that was supposed to be paid to me?" I have no idea what this is. Perhaps you are referring to a settlement the company received on some loan or insurance claim, but even if that is what you are referring to there was never any promise to pay it to you.

3. "What happened to Spartan and Gemco, I think you have already received over 600,000?What happen to Dan's line of credit, his $200,000, that should have been done. What happen to his Uncle's new investment for 200,000? All of this money was suppose to go to me for what is owed to me." No one ever said that all of the money received from any of those sources was supposed to go to you. That is simply not true. I told you that all of those efforts were underway to bring cash into the company, some of which could be made available to begin repaying you. You are not the only investor or creditor. The company has ongoing overhead needs including past due vendors and professionals, and has a need to buy additional loans to get to profitability and positive cash flow; currently it has neither. The funding from Spartan was less than $275,000 after applying their various collateral screens. Dan's uncle only recently invested an additional $150,000, substantially all of which is to acquire new loans. I have no information on the status of Dan's refi on his house.

**Joe Joseph**
**Managing Director - Real Estate Finance**
**DPG Investments, LLC**
**7373 E Doubletree Ranch Road, #220**
**Scottsdale, AZ 85258**

**joe@dpginvestments.com | www.dpginvestments.com**

**Direct Phone: (602) 708-2020**
**Direct Fax: (480) 336-2776**

From: John Marshall [mailto:jmarshall@Armstrongprofessional.com]
Sent: Wednesday, October 5, 2016 4:14 PM
To: Joe Joseph <joe@dpginvestments.com>
Subject: RE: 4th request, no reponses at all John Marshall
Importance: High

Joe

I have a client, that had an industrial accident, which resulted with a death.  Please email me, I have been dealing with the fatality,  and I will be hard to reach via phone tomorrow. I will expect answers to my questions and other information given to me tomorrow. Please let me know exactly what is going, as well, and give me any other information that I should know about. I appreciate it. I will be looking for your email tomorrow.

Thank you,

*John Marshall, J.D. CIC*

Armstrong & Associates Insurance Services
License No. 0B50501

2

**916-960-9196** Mobile Phone - Call 24/7
800-632-2777 Toll Free
530-668-2779 Fax
jmarshall@armstrongprofessional.com

Physical address: 1860 Howe Ave. Suite 240 Sacramento CA 95825
Mailing address: 239 W. Court St, Woodland, CA 95695

**From:** Joe Joseph [mailto:joe@dpginvestments.com]
**Sent:** Wednesday, October 05, 2016 4:02 PM
**To:** John Marshall
**Subject:** RE: 4th request, no reponses at all John Marshall

John,

We have been putting various pieces together. I will have something for you tomorrow via email or phone.

Joe

**Joe Joseph**
**Managing Director - Real Estate Finance**
**DPG Investments, LLC**
**7373 E Doubletree Ranch Road, #220**
**Scottsdale, AZ 85258**

**joe@dpginvestments.com | www.dpginvestments.com**

**Direct Phone: (602) 708-2020**
**Direct Fax: (480) 336-2776**

**From:** John Marshall [mailto:jmarshall@Armstrongprofessional.com]
**Sent:** Monday, October 3, 2016 9:50 AM
**To:** Joe Joseph <joe@dpginvestments.com>
**Subject:** 4th request, no reponses at all John Marshall
**Importance:** High

Joe,

Why do you not answer my questions in my emails? If it is on purpose, just let me know you are refusing to answer my questions and concerns. If not please answer my questions asap. Joe, I should not even have to continually send emails or call you, you have a fiduciary duty to full disclose to me everything that is going on. You and Dan have a fiduciary duty to look out for my money and my best interest. My money should be fully secured with the loans. Right from the beginning, I have always reserved the right to liquidate the loans in order to be able to get my money back plus interest and any other costs or fees I may incur. Are you still my only contact? Should I include Dan Galvanoni in on all future emails?

What happened to the 26,000/payment (I know you aware of the 26,000 but feel free to talk with Phil and Dan) that you received over two weeks ago (now over a month, because you do not respond to any of my communications), that was supposed to be paid to me? What happened to Spartan and Gemco, I think you have already received over 600,000?What happen to Dan's line of credit, his $200,000, that should have been done. What happen to his Uncle's new investment for 200,000? All of this money was suppose to go to me for what is owed to me. What is going on with that money, that everyone stated would be paid to me for money owed to me? Why have you not been

3

communicating with me? This outrageous treatment and behavior. You need to full disclose everything to me immediately.

Also please answer this question below (3rd request):

Have you secured my money on the loans/assets? I don't want this lender(s) or any investors/lenders to put me in second position, behind them. I should and need to be in a secure first position on the existing loans. This has been the agreement from day one when I was the first to put my money up. Also, you didn't answer my question about Spring Tree LLC and DPG Golden Eagle LLC, SkiBo, TSA. Is DPG Golden Eagle the controlling LLC/company? Is Spring Tree LLC and the other companies assets/auto loans all under DPG Golden Eagle LLC?Is the new lenders just buying my loans and you will pay me $450,000 by 9/15/16? Also please email a copy of my signed contracts with Dan and the other entities, after I made changes to the contracts as Dan and I agreed to, I have asked for Dan and others to email a copy of those contracts, so we make sure we are both on the same page. The contracts will have my hand written changes on the contracts to clarify the contracts a bit better.

Finally, how much money do you think you owe me? How much interest is due to me at this time? I am calculating over $95,000 just in interest due to me, and it is growing.

Please respond to my questions immediately.

Thank you,

*John Marshall, J.D. CIC*



Armstrong & Associates Insurance Services
License No. 0B50501
**916-960-9196** Mobile Phone - Call 24/7
800-632-2777 Toll Free
530-668-2779 Fax
jmarshall@armstrongprofessional.com

Physical address: 1860 Howe Ave. Suite 240 Sacramento CA 95825
Mailing address: 239 W. Court St, Woodland, CA 95695

**From:** John Marshall
**Sent:** Friday, September 09, 2016 1:25 PM
**To:** 'Joe Joseph'
**Subject:** RE: Update
**Importance:** High

Joe,

Why do you not answer my questions in my emails? If it is on purpose, just let me know you are refusing to answer my questions and concerns. If not please answer my questions asap.

What happened to the 26,000/payment (I know you aware of the 26,000 but feel free to talk with Phil and Dan) that you received over two weeks ago, that was supposed to be paid to me? What happened to Spartan and Gemco, I think you

have already received over 600,000?What happen to Dan's line of credit, his $200,000, that should have been done. What is going on with that money, that everyone stated would be paid to me for the $450,000?

Also please answer this question below (3rd request):

Have you secured my money on the loans/assets? I don't want this lender to put me in second position, behind them. Also, you didn't answer my question about Spring Tree LLC and DPG Golden Eagle LLC, SkiBo, TSA. Is DPG Golden Eagle the controlling LLC/company? Is Spring Tree LLC and the other companies assets/auto loans all under DPG Golden Eagle LLC?Is the new lenders just buying my loans and you will pay me $450,000 by 9/15/16?

Thank you,

*John Marshall, J.D. CIC*



Armstrong & Associates Insurance Services
License No. 0B50501
**916-960-9196** Mobile Phone - Call 24/7
800-632-2777 Toll Free
530-668-2779 Fax
jmarshall@armstrongprofessional.com

Physical address: 1860 Howe Ave. Suite 240 Sacramento CA 95825
Mailing address: 239 W. Court St, Woodland, CA 95695

**From:** Joe Joseph [mailto:joe@dpginvestments.com]
**Sent:** Friday, September 09, 2016 12:32 PM
**To:** John Marshall
**Subject:** Update

John,

Dan and I are meeting later today, and have been working through an outline of a repayment plan for you.

While we don't have quite enough details yet, we expect that there will be an initial payment to you of $50,000 within the next two weeks, followed by periodic payments over 3 to 6 months.

As I mentioned to you a few weeks ago, things always take longer than we expect and want them to.

Joe

**Joe Joseph**
**Managing Director – Real Estate Finance**
**DPG Investments, LLC**
**7373 E Doubletree Ranch Road, #220**
**Scottsdale, AZ 85258**

**joe@dpginvestments.com | www.dpginvestments.com**

5

**Direct Phone: (602) 708-2020**
**Direct Fax: (480) 336-2776**