1 | Melinda Jane Steuer (State Bar No. 216105)
LAW OFFICES OF MELINDA JANE STEUER
2 | 928 Second Street, Ste. 302
Sacramento, CA 95814
3 | Telephone:    (916) 930-0045
Facsimile:     (916) 314-4100
4

Attorneys for Plaintiff

5

6

7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | JOHN MARSHALL, an individual                Case No.  2:17-cv-00820-KJM-CKD

12 |          Plaintiff,                         **DECLARATION OF JOHN**
**MARSHALL IN OPPOSITION TO**
13 |     vs.                                     **DEFENDANT GERALD T.**
**HUDSPETH'S MOTION TO DISMISS**
14 |                                             **FOR LACK OF PERSONAL**
DANIEL P. GALVANONI, an individual;            **JURISDICTION**
15 | DPG INVESTMENTS, LLC, a foreign
limited liability company; DPG GOLDEN
16 | EAGLE, LLC, a foreign limited liability
company; SPRING TREE LENDING, LLC    Date:          July 14, 2017
17 | a foreign limited liability company; SPRING  Time:         10:00 AM
TREE HOLDINGS, LLC; SPRING TREE
18 | FINANCIAL, LLC; SKIBO HOLDINGS,
LLC, a foreign limited liability company;      Hon. Kimberly Mueller
19 | GERALD T. HUDSPETH, an individual;
JEROME L. JOSEPH, an individual;
20 | WILLIAM J. BROOKSBANK, an
individual; and DOES 1 - 100, inclusive,
21
        Defendants.
22 | _____/

23 |     I, John Marshall declare:

24 |     1.    I am the plaintiff herein.

25 |     2.    I have resided in the State of California during the entire time period relevant to

26 | this case.

27 | //

28

1    3.    Gerald Hudspeth ("Hudspeth") knew, from the many phone conversations and

2    emails that he and I had, that I resided in the State of California at all relevant times.

3    4.    I first became aware that Hudspeth was in a managerial position with respect to

4    the Skibo group of companies ("Skibo"), on or about March 5, 2015.   Attached hereto as

5    Exhibits 1 and 2, respectively, is a true and correct copy of two emails from Hudspeth providing

6    information regarding Skibo, which Daniel Galvanoni ("Galvanoni") forwarded to me on March

7    5, 2015.

8    5.    On May 27, 2015, Galvanoni forwarded to me an email from Hudspeth, in which

9    Hudspeth detailed his proposal for funding the investments in Skibo.   Hudspeth stated in this

10   proposal that there would be a 3.5x return on invested capital.   A true and correct copy of this

11   email is attached hereto as Exhibit 3.

12   6.    On or about June 15, 2015, before I made my initial investment in Skibo,

13   Galvanoni introduced me to Hudspeth via a telephone conference call.   In this telephone call,

14   Hudspeth told me that he would be overseeing Skibo and the investments therein, and that he

15   would be in charge of its operations.   Hudspeth told me that he had 40 years of banking

16   experience.   Hudspeth told me that he was a very honest person and that he would not take my

17   investment lightly.   Hudspeth told me that the Skibo operations and loans were very solid and

18   that the proposed investment into Skibo was a great opportunity.

19   7.    I made my first investment into Skibo on June 18, 2015.   Between June 18, 2015

20   and June 29, 2015, I invested $175,000.00 into Skibo.

21   8.    On June 26, 2015, Hudspeth sent me a copy of the executed term sheet between

22   defendant DPG Investments LLC ("DPG") and Skibo.   In this email, Hudspeth stated: "We are

23   very pleased that you are part of the investment and ownership team and we look forward to

24   working with you to make Golden Eagle a great success."   A true and correct copy of this email

25   is attached hereto as Exhibit 4.

26   9.    After I made my initial investment in Skibo, I had multiple conversations with

27   Hudspeth.   In these conversations, I told Hudspeth that I wanted to make sure that the sub prime

28

1   automobile loans that were being acquired with my monies were equal or better quality than
2   Wells Fargo underwritten loans so that I could sell them and get my money back if things went
3   south with Skibo.  Hudspeth assured me that all the loans would be equal or better quality than
4   the loans underwritten by Wells Fargo.  Hudspeth also reiterated that he had a strong background
5   as a banker and that he was personally overseeing and running Skibo to make sure it was
6   operating efficiently.  Hudspeth did not disclose to me in this conversation, nor at any other time,
7   that the monies I had invested were not secured.

8       10.    On July 17, 2015, Hudspeth sent me an email in which he stated that many of the
9   loan contracts had a great yield of 50%-55%, that they had cherry picked the best contracts, and
10  that the loans had been purchased for about 70% of their value.  A true and correct copy of this
11  email is attached hereto as Exhibit 5.

12      11.    On July 20, 2015, Hudspeth sent me an overview of the Skibo loan portfolio.  A
13  true and correct copy of this email is attached hereto as Exhibit 6.

14      12.    I went to Atlanta to meet with Hudspeth and Galvanoni, and to see Skibo's
15  operations, on August 4-5, 2015.  Attached hereto as Exhibit 7 is a true and correct copy of an
16  email dated July 18, 2015 confirming my hotel room in Atlanta, which reflects an arrival date of
17  August 4, 2015 and a departure date of August 5, 2015.   Attached hereto as Exhibit 8 is a true
18  and correct copy of an email from Hudspeth to me, dated August 6, 2015, thanking me for
19  coming to Georgia to visit Skibo and meet everyone.

20      13.    Hudspeth picked me up at the airport when I arrived in Atlanta on August 4, 2015
21  and drove me to my hotel.  On the ride to my hotel, Hudspeth told me that the subprime loans
22  were a great space to be in.  Hudspeth told me that the automobiles which secured the subprime
23  loans were insured and had GPS devices on them.  Hudspeth told me that, if the borrowers on
24  those loans defaulted on their payments, Skibo would be able to re-sell the vehicles and make
25  back the monies that had been loaned.  Hudspeth told me that there was a lot of opportunity to
26  make a lot of money with the investments in subprime loans.  Hudspeth told me that, with my
27  being in an ownership position, I would not only receive my principal and interest thereon, but

28

1  would also receive a percentage of the profits. Hudspeth also told me that my investment would
2  be oversecured because there were more loans, investors, and monies coming into Skibo.

3      14.     On the morning of August 5, 2015, Hudspeth took me over to Skibo's
4  headquarters to see its facilities. During my visit, Hudspeth reiterated that he had a lot of
5  banking experience and background in buying loans, and that he would be able to streamline
6  Skibo's costs and make it much more profitable. Hudspeth also reiterated that my monies would
7  be secure.

8      15.     After the meeting at Skibo's headquarters, Hudspeth drove me to a country club
9  for a meeting with other investors and/or potential investors in Skibo. At this meeting,
10  Hudspeth talked about the loans and the investments. Hudspeth discussed his background, the
11  high standards he was utilizing to underwrite the loans, and the quality of the Skibo subprime
12  automobile loan portfolio. Hudspeth reiterated that the vehicles which secured the loans were
13  insured and equipped with GPS devices. Hudspeth also stated that DPG had been doing due
14  diligence on Skibo for 6-8 months and that what they saw reflected a good book of existing
15  subprime automobile loans that DPG would be taking over and adding to. While we were at the
16  meeting, Galvanoni also stated, in Hudspeth's presence, that my investment would be fully
17  secured because I was the first investor. Hudspeth did not disclose to me, at any time, that the
18  monies I had invested were not secured.

19      16.     After the meeting on August 5, 2015, I went to lunch with Hudspeth, Galvanoni,
20  and others. While we were at lunch, I told the group that my mother has Alzheimers and that I
21  did not have a lot of retirement money. I expressed that I was concerned that my investments be
22  secured so that I could get my monies out if I needed them. Galvanoni again told me, in
23  Hudspeth's presence, that my investments would be oversecured. Galvanoni also stated to me, in
24  Hudspeth's presence, that the loans could easily be resold because they had been purchased at a
25  discount. Hudspeth did not disclose to me, at any time, that any of Galvanoni's statements were
26  inaccurate.

27  //

28

1    17.    On or about August 12, 2015, I invested another $25,000.00 into Skibo. Attached

2    hereto as Exhibits 9 and 10, respectively, is a true and correct copy of Outlook calendar invites

3    reflecting conference calls that I attended with Galvanoni and Hudspeth on August 10, 2015 and

4    August 14, 2015, during which Skibo and my investments therein were discussed.

5    18.    On or about August 19, 2015, I learned from another DPG manager that he had

6    concerns about Skibo's books. Shortly thereafter, I called Hudspeth to see what he knew about

7    those concerns. Hudspeth confirmed those concerns, but assured me that he would go through

8    the Skibo loans with a fine toothed comb. Hudspeth also assured me that any future loans which

9    were purchased for Skibo would be underwritten at an equal or better standard than Wells Fargo.

10   I asked Hudspeth for assurance that the loans could be sold for an amount that was sufficient to

11   repay my investment. Hudspeth responded: absolutely.

12   19.    On September 7, 2015, Galvanoni announced that Hudspeth would become the

13   Chief Executive Officer of Skibo. A true and correct copy of an email from Galvanoni to me,

14   reflecting the foregoing, is attached hereto as Exhibit 11.

15   20.    On September 8, 2015, Hudspeth sent me a memorandum which detailed his new

16   business plan for Skibo. In this memorandum, Hudspeth stated: "we have a solid business

17   model, basic platform in place, good total available market and good industry timing." A true

18   and correct copy of this memorandum is attached hereto as Exhibit 12.

19   21.    On September 13, 2015, Hudspeth sent me another email which included a

20   revised version of his business plan for Skibo. A true and correct copy of this email is attached

21   hereto as Exhibit 13.

22   22.    During September 2015, I had approximately five to six conversations with

23   Hudspeth regarding Skibo. In these conversations, Hudspeth told me that they had uncovered

24   more issues and problems with Skibo but that, for the most part, the loans were solid. However,

25   after I learned more about how the prior owner of Skibo had mishandled company operations, I

26   became very concerned and told Hudspeth that I wanted out and to just refund me the monies I

27   had invested. Hudspeth strongly encouraged me to remain invested. Hudspeth assured me that

28

1  my monies were secured by the loans, that the loans were good, and that he anticipated I would

2  receive a higher ownership percentage because the original owner of Skibo was going to be

3  giving up his ownership.

4      23.    On September 14, 2014, Hudspeth sent me an email in which he stated that the

5  majority of the Skibo loans were good.   A true and correct copy of this email is attached hereto

6  as Exhibit 14.

7      24.    On September 16, 2015, Hudspeth emailed me with a revised memorandum

8  regarding the future management of Skibo.   A true and correct copy of this email is attached

9  hereto as Exhibit 15.

10     25.    On September 20, 2015, Hudspeth emailed me with the results of his audit of

11  Skibo and his plan to address the deficiencies he had found.   In this email, Hudspeth stated: "the

12  good news is that the value of the business model and the market potential is still very good.

13  Recent events are probably a blessing in that we now can put a very solid base in place with

14  predictable results."   Hudspeth further stated that: delinquency rates on auto loans have

15  remained stable and low; individuals are paying their auto loans ahead of rent and credit cards;

16  there is a boom in auto finance; loss performance is expected to remain stable; and net losses

17  after recovery are 5%-7%.   A true and correct copy of this email is attached hereto as Exhibit 16.

18     26.    I attended conference calls regarding Skibo with Hudspeth, Galvanoni and others

19  on September 21, 2015 and September 28, 2015.   A true and correct copy of the Outlook

20  calendar invites reflecting the foregoing are attached hereto as Exhibits 17 & 18, respectively.

21  Around this time, I was also informed that Skibo would be renamed Spring Tree.

22     27.    Over the next 3-5 months, I talked to Hudspeth approximately 5-6 times to see

23  how things were going.  Hudspeth told me that he had streamlined the business, that he was

24  personally overseeing it, that he had brought in more loans and investors, and that Skibo (which

25  had been renamed Spring Tree) was profitable.   Mr. Hudspeth told me that Skibo/Spring Tree

26  had net monthly profits of $20,000.00 and that its sub prime automobile loan portfolio was worth

27  $1,100,000.00.  Hudspeth also again assured me that my investments were secured.   I believed,

28

1 | based on the information that Hudspeth had given me, that everything was on track and going
2 | well with respect to Skibo/Spring Tree and my investments therein.  Consequently, I felt
3 | comfortable with keeping the investments that I had previously made, and with making
4 | additional investments.  Between February 11, 2016 and March 7, 2016, I invested another
5 | $100,000.00 into Skibo/Spring Tree.

6 |     28.    Attached hereto as Exhibit 19 is a true and correct copy of an email from
7 | Hudspeth to me, dated October 9, 2015, in which he states that he is vetting the loans that were
8 | on the books when DPG purchased Skibo to ascertain and assure their quality.

9 |     29.    Attached hereto as Exhibits 20-35, respectively, is a true and correct copy of
10 | emails which Hudspeth sent to me on various dates between September 21, 2015 and November
11 | 16, 2015 in which he provided me with financial and personnel information regarding
12 | Skibo/Spring Tree and its affiliates, and regarding consultants and attorneys he had retained to
13 | represent Skibo/Spring Tree.

14 |     30.    Attached hereto as Exhibit 36 is a true and correct copy of an email from
15 | Hudspeth, dated January 27, 2016, on which I was copied, which follows up on a conference call
16 | between Hudspeth, myself, and others that occurred on January 25, 2016.

17 |     31.    On or about the spring of 2016, I contacted Hudspeth after learning that a
18 | potential large investor had decided not to invest in Skibo/Spring Tree.  Hudspeth told me that
19 | Galvanoni was going after investors who were not a good fit and that he [Galvanoni] needed to
20 | be careful about what he said to potential investors.

21 |     32.    On or about the spring/summer of 2016, I also talked to Hudspeth about DPG's
22 | decision to hire Galvanoni's brother to work for the company.  Hudspeth responded that
23 | Galvanoni's brother did not know the industry and that DPG should be paying interest to me and
24 | the other investors instead of paying Galvanoni's brother a salary, because DPG had a fiduciary
25 | duty to its investors.  Hudspeth told me that he intended to leave DPG because he felt that
26 | Galvanoni was using it as his personal piggy bank.  However, Hudspeth also assured me that he
27 | was doing his best to keep expenses down and to obtain new investors.  Hudspeth also assured

28 |

1   me that the loans were good and that I could get my money back from selling the loans. I

2   reiterated to Hudspeth that I could not afford to lose my investment and that I was concerned

3   about the lack of information. Hudspeth responded that he agreed and understood.

4       33.     On or about July of 2015, I heard from another DPG manager that Galvanoni had

5   been talking to potential institutional investors. I therefore became concerned that I would be

6   subordinated to another investor.   Accordingly, in early to mid July of 2015, I contacted

7   Hudspeth regarding my concerns. Hudspeth told me that he did not want my investment to be at

8   risk or subordinated but that he was not privy to the conversations that Galvanoni was having

9   with potential investors. Hudspeth advised me to do a UCC filing to ensure that my monies were

10  secured in first position. Hudspeth filled out the UCC form for me and emailed it to me to sign

11  and have filed. Attached hereto as Exhibit 37 is a true and correct copy of an email from

12  Hudspeth to me, dated July 14, 2016, attaching a UCC-1 form for DPG, and the attached UCC-1

13  form. Hudspeth told me that I needed to file the UCC-1 form to secure my investments.

14  Hudspeth never disclosed to me that the UCC-1 filing was ineffective and would do nothing to

15  protect me, because I did not have a signed written security agreement with DPG or any of its

16  affiliated entities.

17      34.     I relied upon Hudspeth's integrity and our communications in making my initial

18  decision to invest in Skibo, in making my subsequent decisions to invest additional monies into

19  Skibo/Spring Tree, and in deciding to remain invested in Skibo/Spring Tree. I also relied upon

20  Hudspeth to confirm what Galvanoni had told me and to inform me if Galvanoni had misstated

21  anything or if I had misunderstood anything in our communications, during which Hudspeth was

22  present.   In particular, I relied upon Hudspeth to inform me if my monies were not fully secured.

23  Hudspeth never did so. I believe that my reliance on Hudspeth was reasonable because of his

24  high level position with DPG/Skibo/Spring Tree, and their affiliates, and because he

25  acknowledged to me that he had a fiduciary duty to act in my best interests.

26  //

27  //

28

1  I declare under penalty of perjury under the laws of the State of California and the United

2  States of America that the foregoing is true and correct of my own personal knowledge.

3

4

5

6  Dated: 6/26/17

   JOHN MARSHALL

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of John Marshall in Opposition to Defendant Gerald T. Hudspeth's Motion to Dismiss for Lack of
Personal Jurisdiction
9

# EXHIBIT 1

**Melinda Steuer**

| | |
|---|---|
| **From:** | Daniel Galvanoni <dan@dpginvestments.com> |
| **Sent:** | Thursday, March 5, 2015 7:45 PM |
| **To:** | John Marshall |
| **Subject:** | Fwd: TSA- DPG: Response to Shelly |

Begin forwarded message:

**Subject: TSA- DPG: Response to Shelly**
**From:** Daniel Galvanoni <dan@dpginvestments.com>
**Date:** March 4, 2015 at 5:44:13 PM PST
**Cc:** Jerry Hudspeth <jerry@dpginvestments.com>, Bill Brooksbank
<bill@dpginvestments.com>, Dan Galvanoni <dan@dpginvestments.com>
**To:** Shelly Ginsburg <ltlginz@gmail.com>

Shelly,

Thanks for the questions you raised on TSA and JADCO.

The answers we were able to get from Jim Duryea, owner and
CEO, are as follows:

**Wells Fargo Loan** – there was/is no Wells Fargo Loan.  TSA has
a deposit account control agreement with Wells Fargo.  This
account is the clearing account for the current lender (Hudson
Cove) relationship.  In the event of default, Hudson Cove could
access the account.  Their payments to Hudson Cove are
currently disbursed via this account.

**Management Fee** -  Any monies received by JADCO were given
to TSA Financial as a management fee.  Jim Duryea and Rob
Smith were paid salaries by TSA ($150K per year each)  Jim
indicates this was a way to provide  money to TSA to assist with
financing.  Note:  100% of TSA and JADCO are owned by
Jim.  He has no issues with combining them when appropriate for
all involved.

**Current Lender Agreeable to Any Necessary Waivers** - Jim
states that his current lender has no interest in providing further
financing and would be pleased to sign a waiver to that
effect.  The lender has a pre-payment penalty in their agreement
with TSA but has agreed to waive that fee (about $68K) for a

1

payoff in March.  Jim also indicates that Hudson Cove would have no problem with signing a waiver for the collateral on the bridge loan whereby the bridge lender has first lien on JADCO's assets including the 80 new auto loans to be funded with the proceeds.  Hudson Cove will also sign a waiver on the right of first refusal on the bridge loan.

**Four Seasons** – Four Seasons was a loan that Jim had that was secured by real estate.  The real estate was sold and the loan retired at the end of 2014.  No involvement with TSA or TSA operations.

Note:  There are three (3) LLC's  that are 100%owned by Jim that interact.  They are:

TSA Financial Group  - Subprime auto operating company that originates and purchases loans.

JADCO – provides consulting to prime and nonprime auto groups and banks.  Any revenue generated is moved to TSA to support overhead and new originations (see management fee)

SkiBo – SkiBo provides and manages auto recovery, reconditioning and sales for TSA Financial

Although the above LLC structures serve the overall TSA business model well, Jim has no objection to restructuring to accommodate the investor.  He is also available to discuss any of the above at investor convenience.

Please let us know if you have any additional questions and we will get the answers promptly.


Best regards,
Bill, Dan and Your friend Jerry.

# EXHIBIT 2

**Melinda Steuer**

| | |
|---|---|
| **From:** | Daniel Galvanoni <dan@dpginvestments.com> |
| **Sent:** | Thursday, March 5, 2015 7:45 PM |
| **To:** | John Marshall |
| **Subject:** | Fwd: Current Hard Money Loan= Answer to Shelly... |

FYI


Bill,

Jim indicates that Jadco is not involved or mentioned in any way with the currently loan with Hudson Cove. He says that they would have no problem with it and probably view it as positive that their note would be paid off soon. He thinks they would have no issue with signing a waiver for the bridge collateral and the right of first refusal on the loan.

Jerry



All the best,

Daniel P. Galvanoni
Chairman | DPG Investments LLC

Direct AZ- 480.248.9785 | Direct Personal- 949.510.6300
dan@dpginvestments.com | www.dpginvestments.com
Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

# EXHIBIT 3

**Melinda Steuer**

| | |
|---|---|
| **From:** | Daniel Galvanoni <dan@dpginvestments.com> |
| **Sent:** | Thursday, May 28, 2015 11:02 AM |
| **To:** | DeLucia Brian; John Marshall |
| **Subject:** | Golden Eagle/TSA Financial Group |

just FYI


Begin forwarded message:

**From:** <jerry@dpginvestments.com>
**To:** "Dan Galvanoni" <Dan@dpginvestments.com>
**Cc:** "Bill Brooksbank" <Bill@dpginvestments.com>, "'Westley Anderson'"
<westley@dpginvestments.com>, "'Sinnott Jim'" <jsinnott@sinnott-law.com>, "'Vi Bui'"
<vbui@sinnott-law.com>
**Subject: Golden Eagle/TSA Financial Group**
**Date:** May 27, 2015 at 1:04:55 PM MST

Dan,

Had a meeting today with Jim Duryea to discuss the proposal for the funding of Golden Eagle
and associated groups.   I discussed the following proposed funding structure with Jim.

- DPG will fund $1 million to golden Eagle and affiliates and receive an 80% stock pledge
- DPG will also commit to fund $5 million in a combination of debt and equity
- DPG invested capital to be returned at 3.5 x
- After DPG return, DPG and Golden Eagle management will share 65/35
- DPG will work with Golden Eagle to provide a revised business plan and pro-forma
  financials

Jim has agreed in principal to the above structure  but also indicates that, due to lack of
funds,  there are currently no new contracts being originated and funded.  In addition,  Golden
Eagle/TSA has already begun to reduce  operations staff and company overhead.  He emphasizes
the need to move quickly to maintain relationships with dealers and market inertia.  Dan, let me
know how you want to proceed.

**Side Bar**  - Jim indicates that the current TSA portfolio that is about $4.5 million can be
purchased for about $2.5 million.  The portfolio is currently held in an SPE with benefit to
Hudson Cove Financial , .the current senior lender.  Average remaining term is about 34 months.

Best regards,

Jerry
**Jerry Hudspeth**
**Managing Director |  DPG Investments LLC**
**Direct 678.542.2126  | Fax 800.829.1285**

jerry@dpginvestments.com  |  www.dpginvestments.com

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

# EXHIBIT 4

**Melinda Steuer**

| | |
|---|---|
| **From:** | jerry@dpginvestments.com |
| **Sent:** | Friday, June 26, 2015 2:50 PM |
| **To:** | John Marshall |
| **Cc:** | Dan Galvanoni; Bill Brooksbank |
| **Subject:** | Golden Eagle Term Sheet |
| **Attachments:** | Golden Eagle Term Sheet - signed by Jim -6-5-2015.pdf |

John,

For your information and files, attached is the executed term sheet between DPG and Golden Eagle Funding and affiliates.  Please contact me if you have any questions.  We are very pleased that you are part of the investment and ownership team and we look forward to working with you to make Golden Eagle a great success.

Very best regards,

Jerry

Jerry Hudspeth
Managing Director |  DPG Investments LLC
Direct 678.542.2126  | Fax 800.829.1285
jerry@dpginvestments.com  |  www.dpginvestments.com

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

# EXHIBIT 5

**Melinda Steuer**

| | |
|---|---|
| **From:** | Daniel Galvanoni <dan@dpginvestments.com> |
| **Sent:** | Friday, July 17, 2015 11:38 AM |
| **To:** | John Marshall |
| **Subject:** | TSA: Big South Bulk |
| **Attachments:** | BIGSOUTHMOTORS_705final (2).xlsx; Untitled attachment 00157.html |

Begin forwarded message:

**From:** <jerry@dpginvestments.com>
**To:** "Dan Galvanoni" <Dan@dpginvestments.com>, "Bill Brooksbank"
<Bill@dpginvestments.com>, "'Westley Anderson'" <westley@dpginvestments.com>
**Subject: Big South Bulk**
**Date:** July 17, 2015 at 11:31:20 AM MST

Attached is the final cut of the bulk portfolio purchase and is ready to fund.  The good
news is that many of the contracts are paid bi-weekly and should have a great yield (50-
55%)  The original pool was about $300K but we have "cherry picked" the contracts to
the current pool size.  Our purchase is at about 70% 0f value.

Jerry

Jerry Hudspeth
Managing Director | DPG Investments LLC
Direct 678.542.2126 | Fax 800.829.1285
jerry@dpginvestments.com | www.dpginvestments.com

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information
intended only for the use of the owner of the email address listed as the recipient of this message. If you
are not the intended recipient, or the employee or agent responsible for delivering this message to the
intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying
of this communication is strictly prohibited.

# EXHIBIT 6

**Melinda Steuer**

| | |
|---|---|
| **From:** | jerry@dpginvestments.com |
| **Sent:** | Monday, July 20, 2015 3:32 PM |
| **To:** | John Marshall |
| **Subject:** | FW: Golden Eagle - Current portfolio information |

John,

As discussed

Jerry

Jerry Hudspeth
Managing Director | DPG Investments LLC
Direct 678.542.2126 | Fax 800.829.1285
jerry@dpginvestments.com | www.dpginvestments.com

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

**From:** jerry@dpginvestments.com [mailto:jerry@dpginvestments.com]
**Sent:** Monday, July 20, 2015 3:35 PM
**To:** Dan Galvanoni (Dan@dpginvestments.com); Bill Brooksbank (Bill@dpginvestments.com); 'Westley Anderson' (westley@dpginvestments.com)
**Subject:** Golden Eagle - Current portfolio information

Gentlemen:

Below is an overview of the current Golden Eagle portfolio.  The Bulk and POS purchases were made with DPG invested funds.  The category identified as existing are contacts previously funded by Jim and contributed to Golden Eagle.

Best regards,

Jerry

**Golden Eagle Portfolio**

Current Auto Portfolio

| | # of loans | Paid for Loans | Contract $ | Discount % | Contract % | Combined Yield | | Estima Mth C |
|---|---|---|---|---|---|---|---|---|
| Bulk | 24 | 135,220.68 | 185,233.84 | 27.00% | 25.00% | 52.00% | $ | 8,4( |
| POS | 13 | 81,301.06 | 107,869.71 | 24.63% | 23.50% | 48.13% | $ | 4,5! |
| Existing | 12 | 78,683.79 | 105,716.80 | 25.57% | 23.50% | 49.07% | $ | 4,2( |
| | 49 | 295,205.53 | 398,820.35 | 25.98% | 24.00% | 49.98% | $ | 17,1! |
| **Average per loan** | | | | | | | | |
| Bulk | 24 | 5,634.20 | 7,718.08 | 27.00% | 25.00% | 52.00% | $ | 3! |
| POS | 13 | 6,253.93 | 8,297.67 | 24.63% | 23.50% | 48.13% | $ | 3! |
| Existing | 12 | 6,556.98 | 8,809.73 | 25.57% | 23.50% | 49.07% | $ | 3! |
| Total Avg | | 6,024.60 | 8,139.19 | 25.98% | 24.00% | 49.98% | $ | 3! |
| Benchmank/Goal/Norm | | 7,900.00 | 10,500.00 | 24.76% | 23.50% | 48.26% | $ | 3: |
| Actual compared to Benchmark | | -1,875.40 | -2,360.81 | 1.22% | 0.50% | 1.72% | | · |

Jerry Hudspeth
Managing Director | DPG Investments LLC
Direct 678.542.2126 | Fax 800.829.1285
jerry@dpginvestments.com | www.dpginvestments.com

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

# EXHIBIT 7

**Melinda Steuer**

| | |
|---|---|
| **From:** | Daniel Galvanoni <dan@dpginvestments.com> |
| **Sent:** | Monday, July 20, 2015 8:49 AM |
| **To:** | John Marshall |
| **Cc:** | Hudspeth Jerry |
| **Subject:** | Re: John Marshall Reservation Confirmation (JCV7HLS) for Atlanta hotel |

**Importance:** High

John,
I have your room booked and paid for

you will be staying in the Ghetto!

we are landing at the same time, you do not need a rental car?

On Jul 20, 2015, at 8:43 AM, John Marshall <jmarshall@Armstrongprofessional.com> wrote:

Dan and Jerry,

Here is where I will staying. Jerry, I will rent a car and then let me know where you want to meet and we can drive together to go see TSA. See hotel information below.

Thank you,

**John Marshall, J.D. CIC**
<image001.png>
Armstrong & Associates Insurance Services
License No. 0B50501
**916-960-9196** Mobile Phone - Call 24/7
800-632-2777 Toll Free
530-668-2779 Fax
jmarshall@armstrongprofessional.com

Physical address: 1860 Howe Ave. Suite 240 Sacramento CA 95825
Mailing address: 239 W. Court St, Woodland, CA 95695

**From:** Country Inns & Suites [mailto:carlsonhotels@email.carlsonhotels.com]
**Sent:** Saturday, July 18, 2015 10:37 AM
**To:** John Marshall
**Subject:** Your Reservation Confirmation (JCV7HLS)

Book on countryinns.com and you'll get the best rates online - we guarantee it!





Book a Room  |  Advance Purchase Rate  |  Hotel deals  |  Explore Destinations  |  New Hotels

Join Club Carlson℠ to earn Free Award Nights

We are pleased to confirm your reservation at Country Inn & Suites By Carlson, Atlanta Airport South, GA. Your confirmation number is **JCV7HLS**. Please refer to your reservation summary below and keep this information for your records. We thank you for choosing our hotel and look forward to welcoming you soon!

---

### Country Inn & Suites By Carlson, Atlanta Airport South, GA

5100 West Fayetteville Road
College Park GA 30349
United States
+1 770 991-1099

cx_atps@countryinns.com

---

## YOUR RESERVATION SUMMARY

### CONFIRMATION NUMBER # JCV7HLS

| | | | |
|---|---|---|---|
| **Title:** | | **Arrival Date:** | August 04, 2015 |
| **First Name:** | John | **Departure Date:** | August 05, 2015 |
| **Last Name:** | Marshall | | |
| **No. of Adults:** | 2 | **Check-In Time:** | 3:00 PM |
| **No. of Children:** | 0 | **Check-Out Time:** | 12:00 PM |

**View/Change Reservation** 

## YOUR ROOM OVERVIEW AND RATE INFORMATION

**Total Rate: 71.10 USD Plus applicable Fees and Taxes \***

1 King bed, Non-smoking, Guest Room-Contl Brkfst-High Speed Net

| | |
|---|---|
| **Rate Type:** | AAA/CAA Rate-Guest Room<br>August 04, 2015 - August 05, 2015 (1 Night)<br>Special rate for AAA/CAA members |
| August 04, 2015 | 71.10 plus Tax for 1 night |

---

| | |
|---|---|
| Estimated Fees\*: | 0.00 USD |
| Estimated Taxes\*: | 11.38 USD |
| **Estimated Total Price\*:** | 82.48 USD |

2

The following is a brief description of the rate instructions for your convenience:
Must present valid ID at check-in -Limit of 1 room per valid ID

*The subtotal above is an estimate only and does not represent the full amount for your stay. Additional charges, taxes, and fees may apply. The actual total will be provided to you at check-out upon request.

*Any change in the reservation including number of guests, length of stay or dates may result in a change to the total.

**Don't Miss Out On Free Award Nights**
Join Club Carlson℠ and start earning Gold Points®
towardFree Award Nights and other rich rewards on every
eligible stay. Club Carlson offers exceptional benefits at
more than 1,000 participating Carlson Rezidor hotels
worldwide.

**Join Today** 

## HOTEL GUARANTEE & RESERVATION POLICIES

### Guarantee Policy
Reservation is guaranteed to AX

### Cancellation Policy
Cancel by 6:00 PM hotel time on Aug 04 2015 = no penalty.
Late cancel or no show will be charged 82.48 USD.

### Hotel Alerts
Each Room Will Incur A Nightly $5 Tax Fee Effective July 1st

**View/Change Reservation** 

## CUSTOMER SERVICE

**Contact Us Now** 





This email was sent to you at: **JMARSHALL@ARMSTRONGPROFESSIONAL.COM** as a customer service from Country Inns & Suites.

View Privacy Policy

© 2015 Country Inns & Suites. All Rights Reserved.

This is a post only email. Please do not reply. Contact us with any questions at our website.

Country Inns & Suites
701 Carlson Parkway
Minnetonka, MN, 55305, U.S.A.

# EXHIBIT 8

**Melinda Steuer**

| | |
|---|---|
| **From:** | jerry@dpginvestments.com |
| **Sent:** | Thursday, August 6, 2015 1:09 PM |
| **To:** | John Marshall |
| **Subject:** | Visit to Golden Eagle |

John,

Thank you for taking time from your busy schedule to come to Georgia, visit TSA/Golden Eagle and meet everyone. Having you as part of the team provides comfort for all of us and I look forward to working with you going forward. Please know that everyone very much appreciates your involvement and contribution to the continued grow and success of SkiBo Holdings. Hope everything works out well with your son's surgery and please contact me if I can assist you in any way.

Very best regards,

Jerry

Jerry Hudspeth
Managing Director | DPG Investments LLC
Direct 678.542.2126 | Fax 800.829.1285
jerry@dpginvestments.com | www.dpginvestments.com

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

EXHIBIT 9

**Melinda Steuer**

| | |
|---|---|
| **Subject:** | FW: SkiBo Holdings |
| **Location:** | (218) 548-0661 Code 881091# |
| **Start:** | Mon 8/10/2015 3:00 PM |
| **End:** | Mon 8/10/2015 3:30 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Jerry Hudspeth |

Call is now 3:30 PM Pacific/ 6:30 PM Eastern – same number

-----Original Appointment-----
**From:** Jerry Hudspeth [mailto:jthudspeth@comcast.net]
**Sent:** Monday, August 10, 2015 7:59 AM
**To:** Dan Galvanoni (Dan@dpginvestments.com); Jim Duryea (jimd@tsafg.com); Bill Brooksbank; Rob Smith (rob@goldeneaglelending.com); 'Westley Anderson' (westley@dpginvestments.com); John Marshall (jmarshall@Armstrongprofessional.com)
**Cc:** Jim
**Subject:** SkiBo Holdings
**When:** Monday, August 10, 2015 6:00 PM-6:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** (218) 548-0661 Code 881091#

**Note:  Call is 3PM Pacific / 6PM Eastern**

**Conference number - (218) 548-0661 Code 881091#**

1

# EXHIBIT 10

## Melinda Steuer

| | |
|---|---|
| **From:** | Dan Galvanoni <dan@dpginvestments.com> |
| **Sent:** | Friday, August 14, 2015 7:58 AM |
| **To:** | Westley Anderson; Bill Brooksbank; Jerry Hudspeth; 'Jim Duryea'; Rob Smith; John Marshall |
| **Subject:** | Wes or Jerry, please send out a call for 2pm PST? We can wrap up weekend and plan quickly sunday night |

Sent from my BlackBerry 10 smartphone.

1

## Melinda Steuer

| | |
|---|---|
| **Subject:** | SkiBo Holdings - Call |
| **Location:** | 480-999-2265 no pin or https://www.uberconference.com/dpginvestments |
| | |
| **Start:** | Fri 8/14/2015 2:00 PM |
| **End:** | Fri 8/14/2015 3:00 PM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Not yet responded |
| | |
| **Organizer:** | westley@dpginvestments.com |

Web Portal for Conference:
https://www.uberconference.com/dpginvestments

# EXHIBIT 11

## Melinda Steuer

| | |
|---|---|
| **From:** | Daniel Galvanoni <dan@dpginvestments.com> |
| **Sent:** | Monday, September 7, 2015 5:35 PM |
| **To:** | Hudspeth Jerry; Rob Smith; Brooksbank Bill; Anderson Westley |
| **Cc:** | John Marshall |
| **Subject:** | Skibo Effective Today- Conference Call Tomorrow? |

Team,

Jim Duryea is now effectively an outside 3rd party consultant and somebody we can't trust=

I do not want anyone more sensitive information released to Jim, ZERO.

Nothing as we move forward as we need to settle him out,

Jerry Hudspeth Moves in as Public Face CEO

Rob Smith Moves to President and Executive Director of Sales

we can have a call tomorrow to discuss in more detail -


All the best,

Daniel P. Galvanoni
Chairman | DPG Investments LLC

Direct AZ- 480.248.9785 | Direct Personal- 949.510.6300
dan@dpginvestments.com | www.dpginvestments.com
Confidentiality/Disclaimer Statement

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

# EXHIBIT 12

**Melinda Steuer**

| | |
|---|---|
| **From:** | jerry@dpginvestments.com |
| **Sent:** | Tuesday, September 8, 2015 8:20 AM |
| **To:** | 'Daniel Galvanoni'; 'Brooksbank Bill'; 'John Marshall'; 'Anderson Westley' |
| **Subject:** | SkiBo Holdings operating and growth plan |

To all:

My experience has been that when acquiring control of an operating company the first order of business is to establish the proper corporate culture. The new business objectives, strategies and tactics should be defined, agreed to by the BOD and communicated to management and all employees and contractors.. Procedures and policies should be implemented to provide oversight and control. SkiBo Holdings, TSA and affiliates were, prior to DPG acquisition, dysfunctional and pre-bankruptcy. The management focus was survival with very short term goals, objectives and expectations. The management track record and capability to successfully build a large profitable business platform is not evident. With that said, we have a solid business model, basic platform in place, good total available market and good industry timing. I think we must quickly create a business plan for the company with monthly and quarterly objectives. I offer the following comments and observations for your consideration and discussion.

### Mission

SkiBo Holdings mission is to become the premier provider of sub-prime and non-prime auto financing through the use of industry experienced personnel and leading edge technology. In support of this mission, the Company will guide its activities with the following commitments:

- To achieve sufficient profit to finance company growth and to provide a return to shareholders on their investment.

- To provide products and services of the greatest possible value to customers, thereby earning and holding their respect and loyalty.

- To attract and retain outstanding, talented and skilled employees to work in an environment which provides an opportunity for those employees to achieve personal growth, a sense of satisfaction from their accomplishments, and to share in the company's success.

- To continuously improve SkiBo Holdings products and services as a means of increasing quality and reducing cost to customers and to become an economic and intellectual asset within the industry.

The sub-prime and non-prime financing marketplace has become much more competitive. Success in the auto finance market is not an accident, but instead, is the result of a well-conceived strategy. The key factors that are directly related to the level of success that can be enjoyed by an auto finance company are:

1. Competitive advantages
2. Specialization
3. Customer service and flexibility
4. Funding ability
5. Controlled back-office costs
6. Highly trained workforce
7. Appropriate strategies
8. Adaptability to market shifts
9. Maintenance of objectives

I would suggest that we consider the following business strategy:

A. For the next six months, the business focus should only be on building a portfolio through Golden Eagle. This is a defined, manageable and very profitable financing model with excellent cash flow potential. We have defined costs and good systems and processes. We would emphasize that it is imperative that we adhere to the current underwriting guidelines (no "buddy deals") and that DPG approves all purchases in advance. This edict is for both POS and Bulk purchases. All other business activities (parts, insurance, etc.) absorb management time and create costs that are cu8rrently not a good investment. The ownership of car dealerships are good long term strategies (depending on structure an execution) but should be tabled for the near term. The cost and operating requirements are currently prohibitive.
B. Car parts – We can't have a business strategy that does not have a complete business solution. We have a master mechanic so we have to create a business to secure his employment. I think it could be a viable business but we need a complete plan that doesn't just build nonspecific inventory.
C. Jadco – Jim to provide management and execution. We ask Jim to provide visibility and projections on a weekly basis
D. Insurance – put warranty and CPI involvement and structure on hold for now pending review and suggestions from John Marshall
E. SkiBo Auto Sales – no issue as long as we maintain visibility and understand activity
F. Cost review to understand details of current overhead and any continuing or extraordinary expense
G. Understand the current details and status of the old TSA portfolio and any associated obligations or contingent liabilities
H. Wes works with CPA to execute Quick Books enterprise license
I. Wes and Jerry to review current merchant services structure and recommend changes
J. Other

Thanks

Jerry

Jerry Hudspeth
Managing Director | DPG Investments LLC
Direct 678.542.2126 | Fax 800.829.1285
jerry@dpginvestments.com | www.dpginvestments.com

Confidentiality/Disclaimer Statement

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

**From:** Daniel Galvanoni [mailto:dan@dpginvestments.com]
**Sent:** Monday, September 7, 2015 8:41 PM
**To:** Rob Smith; Hudspeth Jerry; Brooksbank Bill; John Marshall; Anderson Westley
**Subject:** Skibo Cash Management Issues- Call Tomorrow/Moving Forward

Rob/Jerry,
The key to growing this platform effectively is cash management, as you both know.

especially when running a cash deficient.

Jerry and I thought 37,000 was in the account Friday and now learn was 17,000.

I don't want less than 40,000 in cash at any times.

My brother/mom are wiring in 100,000 tomorrow and a friend 25,000.

(If we can get David 250k and Vi 25k we are in a good place)

We need to get Jim out with our docs ASAP but can't hold back operating captial soon DPG-Golden eagle will have to hold back funds if this continues.

I can't be surprised with payroll issues 5 days in advance, we are reserving always for 35days-40days out.

This is phase is our biggest risk, this was the 2nd time in a row a short fall is reported.

We need to manage our Cash tightly/closely as is our weakness.

My family and I have 260,000 of the last 325,000 in.

I think they will do another 100,000 end of the month also and me 100,000, but this has to get right.

All the best,

Daniel P. Galvanoni
Chairman  |  DPG Investments LLC

Direct AZ- 480.248.9785  |  Direct Personal- 949.510.6300
dan@dpginvestments.com  |  www.dpginvestments.com
Confidentiality/Disclaimer Statement

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

# EXHIBIT 13

## Melinda Steuer

| | |
|---|---|
| **From:** | Bill Brooksbank <bill@dpginvestments.com> |
| **Sent:** | Monday, September 14, 2015 11:42 AM |
| **To:** | jerry@dpginvestments.com |
| **Cc:** | 'Dan Galvanoni'; 'Westley Anderson'; 'John Marshall' |
| **Subject:** | RE: SkiBo Holdings Management Directive |

Jerry,

This is good start on setting expectations for the operation of the company going forward.

I think you should also introduce yourself as the new CEO and mention your direct reports.


All the best,

Bill Brooksbank
Managing Director  |  DPG Investments LLC


office 480.513.3733  |  bill@dpginvestments.com  |  www.dpginvestments.com
mobile 480.225.3128


Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.


**From:** jerry@dpginvestments.com [mailto:jerry@dpginvestments.com]
**Sent:** Sunday, September 13, 2015 2:13 PM
**To:** Dan Galvanoni; 'Westley Anderson'; 'Brooksbank Bill'; John Marshall
**Subject:** SkiBo Holdings Management Directive


**Dan, Wes, Bill, John,**

**I propose we send some version of the below draft e-mail to Rob, Holly and the appropriate people at SkiBo Holdings/Golden Eagle /TSA.   Please let me know your thoughts.**

**Jerry**

To all,

The ownership of DPG Investments and DPG Golden Eagle (DPG) has continued to review and evaluate its current and future investment in SkiBo Holdings and its owned companies.   This assessment has allowed DPG

1

Investments and DPG Golden Eagle to formulate an initial business strategy for SkiBo Holdings and establish associated business tactics, rules and guidelines. It is important to understand that the current SkiBo Holdings is a **new** business with new business goals and objectives. Business strategies are dynamic with constant review, evaluation and adjustment. DPG is committed to make SkiBo Holdings the premier provider of sub-prime and non-prime auto financing in the country. To that end, DPG will focus on creating an industry profile and brand that reflects this commitment. This brand and industry perception will be that of a multi-faceted finance and investment group. Effective immediately, the following new SkiBo Holdings business directives should be put in place and communicated to all involved.

- SkiBo Holdings will focus its business efforts and activities on underwriting and funding quality loans for its sub-prime and non- prime vehicle loan portfolio. Origination of loans for the portfolio will be generated by a combination of Point of Sale (POS) and Bulk Loan Purchases.
- SkiBo Holdings will immediately cease all business activities associated with SkiBo Auto Parts. This business cessation will include a reduction in any associated overhead, including the "lay off" of the current employees associated with this business segment. Please also provide an accounting of any parts inventory or any commitments or work in progress.
- SkiBo holdings will immediately cease its business efforts and activities with SkiBo Auto Sales. This business cessation includes all activities, including payments to contactors, associated with the Capital Brokers Auto lot in Woodstock, Georgia. Any Golden Eagle or TSA inventory located at the Woodstock lot will be located to another pre-approved reputable dealer. Any issues with reposed inventory associated with the TSA SPV portfolio controlled by Hudson Cove and IDA will be resolved and mitigated by DPG with assistance from Rob Smith.
- Future Jadco activity and business development will be managed by Jim Duryea with oversight and coordination by DPG.
- All Golden Eagle Insurance business activities will be "put on hold" pending further evaluation by DPG and affiliates.
- All POS and bulk sale transaction must be fully underwritten and approved by DPG prior to commitment and funding.
- DPG must approve all hiring and employee termination prior to an action being taken. All hiring requests must include job description, projected cost and justification. This process also includes any outside contractors or representatives.
- DPG will coordinate and oversee any current or pending SkiBo Holdings related litigation.
- DPG will not underwrite or fund loans for any SkiBo Holdings or dealer employees.
- Wes Anderson, with assistance from SkiBo Holdings and DPG, will manage the research, review and evaluation of new SkiBo Holdings loan management systems and general ledger and reporting requirements.
- To provide a solid base for growth, DPG must insure the integrity of all our assets and identify any and all liabilities and contingent liabilities in order create a solid opening balance sheet. To that end, DPG will immediately begin a detailed audit of all SkiBo Holdings activities.

It is not the intent of DPG to create issues for any SkiBo Holdings/TSA employees or contractors. However; it is imperative that we simplify the current business structures and processes, reevaluate business segments and create a culture that will facilitate long term growth and profitability.

Thank you for your assistance with this ownership and business transition

Jerry Hudspeth
Managing Director | DPG Investments LLC
Direct 678.542.2126 | Fax 800.829.1285
jerry@dpginvestments.com | www.dpginvestments.com

Confidentiality/Disclaimer Statement

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

# EXHIBIT 14

## Melinda Steuer

| | |
|---|---|
| **From:** | jerry@dpginvestments.com |
| **Sent:** | Monday, September 14, 2015 6:24 PM |
| **To:** | 'Daniel Galvanoni' |
| **Cc:** | 'John Marshall'; 'Galvanoni Phil'; 'Brooksbank Bill'; 'Anderson Westley' |
| **Subject:** | RE: CreditSmarts |

Dan,

Based on the current cash flow, it looks like the bulk sale purchase from Big South Motors is clean and the majority of the POS loans are good.  My guess is that any fraud would be recent and after they understood how things were going to work and have identified the opportunities.  I suspect there were side deals in both auto sales and parts.  I am also hoping that some of the issues we have found are  process, systems and stupid people errors.  We will have  a detailed accounting and status once we finish the audit.  We will look at every area of the contracts from dealers. origination, obligor, documentation, underwriting and final approval.  New rules will have audit and verification of each loan in real time.

Jerry

Jerry Hudspeth
Managing Director |  DPG Investments LLC
Direct 678.542.2126  | Fax 800.829.1285
jerry@dpginvestments.com  |  www.dpginvestments.com

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

**From:** Daniel Galvanoni [mailto:dan@dpginvestments.com]
**Sent:** Monday, September 14, 2015 8:55 PM
**To:** Hudspeth Jerry
**Cc:** John Marshall; Galvanoni Phil; Brooksbank Bill; Anderson Westley
**Subject:** Re: CreditSmarts

Jerry,
what is your estimate of Fraud in our current portfolio?

All the best,

1

Daniel P. Galvanoni
Chairman | DPG Investments LLC

Direct AZ- 480.248.9785 | Direct Personal- 949.510.6300
dan@dpginvestments.com | www.dpginvestments.com
Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

On Sep 14, 2015, at 5:42 PM, jerry@dpginvestments.com wrote:

I also called on the van loan last Friday and the person that answered said that he did know anyone named Rolando and he had not purchased a car. Wes and I Google Earth the listed address and it appeared to be a gas station.

Jerry Hudspeth
Managing Director | DPG Investments LLC
Direct 678.542.2126 | Fax 800.829.1285
jerry@dpginvestments.com | www.dpginvestments.com

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

**From:** Daniel Galvanoni [mailto:dan@dpginvestments.com]
**Sent:** Monday, September 14, 2015 7:04 PM
**To:** John Marshall
**Cc:** Galvanoni Phil; Hudspeth Jerry; Brooksbank Bill; Anderson Westley
**Subject:** Re: CreditSmarts

I agree.

a few quality relationships is better than tons of shit.

Called Rob's Van Loan and they didn't know who the borrower even was.

8,000,

I just get it, Doesn't matter how much muscle we show they always test us.

2

Wes is flying into tomorrow night,

Jerry, Ed, Wes will do the work.
All the best,

Daniel P. Galvanoni
Chairman  |  DPG Investments LLC

Direct AZ- 480.248.9785  |  Direct Personal- 949.510.6300
dan@dpginvestments.com  |  www.dpginvestments.com
Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

> On Sep 14, 2015, at 3:24 PM, John Marshall
> <jmarshall@Armstrongprofessional.com> wrote:
>
> I think we diversify and start doing a couple of loans with others through out the country. We should probably do a few loans and build a relationship with this group.  Do credit check and background. Let's get their financials and corporate info in place, let's do our homework. Before we do business with them, let's have proper procedures followed and in place. Then when we underwrite and do the loans, we have to make sure it is properly underwritten and our guidelines are strictly followed. We don't want to call the person who supposedly got the loan and find it is the number to the state prison or a gas station LOL.
>
> If we take the time up front, make sure everything is done right, checks and balances in place, it will save us a huge amount of time, and money down the road. Let's set it up right and do it right the first time.  There is a lot of con man and scam artists out there in the sub prime/auto business, we have to assume we are dealing with bad guys and set up proper systems, and checks and balances, so bad guys can't scam us.
>
> Thank you,
>
> *John Marshall, J.D. CIC*
>  <image001.png>
> Armstrong & Associates Insurance Services
> License No. 0B50501
> **916-960-9196** Mobile Phone - Call 24/7
> 800-632-2777 Toll Free
> 530-668-2779 Fax
> jmarshall@armstrongprofessional.com
>
> Physical address: 1860 Howe Ave. Suite 240 Sacramento CA 95825
> Mailing address: 239 W. Court St, Woodland, CA 95695

3

**From:** Dan Galvanoni [mailto:dan@dpginvestments.com]
**Sent:** Monday, September 14, 2015 3:11 PM
**To:** Phil Galvanoni; John Marshall; Jerry Hudspeth; Bill Brooksbank
**Subject:** Fw: CreditSmarts

Sent from my BlackBerry 10 smartphone.

**From:** CHAD SIMMONS via LinkedIn <member@linkedin.com>
**Sent:** Monday, September 14, 2015 2:45 PM
**To:** Daniel Galvanoni
**Reply To:** CHAD SIMMONS via LinkedIn
**Subject:** Re: CreditSmarts



 **CHAD SIMMONS**
National Lender Sales Manager for CreditSmarts

Daniel,

I almost forgot.
Here is my corporate number.
888-345-0918.. x 308

We have about $2 billion that flows through our system.

As I said, the need is there.

Chad

On 9/14/15, 2:35 PM, Daniel Galvanoni wrote:
--------------------
Dear Chad,
we are growing our portfolio,

were are you based?

DPG can be that lender given you check out.

What is your cell info?

All the best,

Daniel P. Galvanoni

4

**Chairman | DPG Investments LLC**

**Direct AZ- 480.248.9785 | Direct Personal- 949.510.6300
dan@dpginvestments.com <mailto:dan@dpginvestments.com> |
www.dpginvestments.com <http://www.dpginvestments.com>
Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged
and confidential information intended only for the use of the owner of the
email address listed as the recipient of this message. If you are not the
intended recipient, or the employee or agent responsible for delivering
this message to the intended recipient, you are hereby notified that any
disclosure, dissemination, distribution, or copying of this communication
is strictly prohibited.**

 **CHAD included 1 attachment:** 1PAGEHANDOUT.pdf. View it in your inbox.

**Reply to CHAD**

 Replying via your email application will message everyone in the conversation

You are receiving member message notifications emails. **Unsubscribe**
This email was intended for Daniel Galvanoni (Chairman at DPG Investments LLC, SkiBo Holdings LLC, TSA Financial
Group LLC, Golden Eagle Lending LLC). **Learn why we included this.**
If you need assistance or have questions, please contact **LinkedIn Customer Service**.

© 2015, LinkedIn Corporation. 2029 Stierlin Ct. Mountain View, CA 94043, USA

# EXHIBIT 15

## Melinda Steuer

| From: | jerry@dpginvestments.com |
|-------|--------------------------|
| Sent: | Wednesday, September 16, 2015 5:54 PM |
| To: | 'Westley Anderson' |
| Cc: | Dan Galvanoni; 'Brooksbank Bill'; John Marshall |
| Subject: | SkiBo Holdings Management Directive |

Wes,

I corrected any typos and added some additional items. Please review and edit, add, etc. as required. We can print the final revision and present to Rob on Friday.
Thanks

Jerry

Jerry Hudspeth
Managing Director | DPG Investments LLC
Direct 678.542.2126 | Fax 800.829.1285
jerry@dpginvestments.com | www.dpginvestments.com

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

**Dan, Wes, Bill, John,**

**I propose we send some version of the below draft e-mail to Rob, Holly and the appropriate people at SkiBo Holdings/Golden Eagle /TSA. Please let me know your thoughts.**

**Jerry**

To all,

The ownership of DPG Investments and DPG Golden Eagle (DPG) has continued to review and evaluate its current and future investment in SkiBo Holdings and its owned companies. This assessment has allowed DPG Investments and DPG Golden Eagle to formulate an initial business strategy for SkiBo Holdings and establish associated business tactics, rules and guidelines. It is important to understand that the current SkiBo Holdings is a new business with new business goals and objectives. Business strategies are dynamic with constant review, evaluation and adjustment. DPG is committed to make SkiBo Holdings the premier provider of sub-prime and non-prime auto financing in the country. To that end, DPG will focus on creating an industry profile and brand that reflects this commitment. This brand and industry perception will be that of a multi-faceted finance and investment group. Effective immediately, the following new SkiBo Holdings business directives should be put in place and communicated to all involved.

- SkiBo Holdings will focus its business efforts and activities on underwriting and funding quality loans for its sub-prime and non- prime vehicle loan portfolio. Origination of loans for the portfolio will be generated by a combination of Point of Sale (POS) and Bulk Loan Purchases.

1

- SkiBo Holdings will immediately cease all business activities associated with SkiBo Auto Parts. This business cessation will include a reduction in any associated overhead, including the "lay off" of the current employees associated with this business segment. Please also provide an accounting of any parts inventory or any commitments or work in progress.
- SkiBo holdings will immediately cease its business efforts and activities with SkiBo Auto Sales. This business cessation includes all activities, including payments to contactors, associated with the Capital Brokers Auto lot in Woodstock, Georgia. Any Golden Eagle or TSA inventory located at the Woodstock lot will be located to another pre-approved reputable dealer. Any issues with repossessed inventory associated with the TSA SPV portfolio controlled by Hudson Cove and IDA will be resolved and mitigated by DPG with assistance from Rob Smith.
- Future Jadco activity and business development will be managed by Jim Duryea with oversight and coordination by DPG.
- All Golden Eagle Insurance business activities will be "put on hold" pending further evaluation by DPG and affiliates.
- All POS and bulk sale transaction must be fully underwritten and approved by DPG prior to commitment and funding.
- All auto titles to immediately be conveyed and lien assigned to Golden Eagle Lending. This action includes paying an $18.00 fee and using third party to implement.
- Immediately create an aggressive plan to acquire all titles from dealers that are over 30 days. Note any issues
- DPG must approve all hiring and employee termination prior to an action being taken. All hiring requests must include job description, projected cost and justification. This process also includes any outside contractors or representatives.
- DPG will coordinate and oversee any current or pending SkiBo Holdings related litigation.
- DPG will not underwrite or fund loans for any SkiBo Holdings or dealer employees.
- Wes Anderson, with assistance from SkiBo Holdings and DPG, will manage the research, review, implementation and training for the new SkiBo Holdings loan management system and general ledger and reporting requirements.
- To provide a solid base for growth, DPG must insure the integrity of all our assets and identify any and all liabilities and contingent liabilities in order create a solid opening balance sheet. To that end, DPG will immediately begin a detailed audit of all SkiBo Holdings activities.

It is not the Intent of DPG to create issues for any SkiBo Holdings/TSA employees or contractors. However; it is imperative that we simplify the current business structures and processes, reevaluate business segments and create a culture that will facilitate long term growth and profitability.

Thank you for your assistance with this ownership and business transition

Jerry Hudspeth
Managing Director | DPG Investments LLC
Direct 678.542.2126 | Fax 800.829.1285
jerry@dpginvestments.com | www.dpginvestments.com

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

# EXHIBIT 16

**Melinda Steuer**

| | |
|---|---|
| **From:** | jerry@dpginvestments.com |
| **Sent:** | Sunday, September 20, 2015 5:21 PM |
| **To:** | Dan Galvanoni; 'Westley Anderson'; 'Brooksbank Bill'; John Marshall |
| **Subject:** | SkiBo Holdings/Golden Eagle Lending Update - Confidential |

To all:

As most of you know, our activities this past week at SkiBo Holdings were very eventful.  A company audit was initiated by a DPG team comprised of Wes, Ed, Chas and Jerry.  The scope of the audit was to:

- Identify and secure all collateral
- Insure the integrity of all contacts, associated contact documentation, and identify and contract related issues
- Identify and quantify any liabilities or contingent liabilities
- Identify any management or employee deficiencies and any related party transactions or activities
- Secure all bank accounts and restrict access
- Secure all system access and prepare for operating system change and general ledger upgrade
- Review and evaluate all business activities associated with SkiBo Auto Sales and SkiBo Auto Parts
- Initiate actions to stabilize the company, reduce overhead and prepare for growth
- Other

Some actions items initiated are:

1. I have possession of all available auto titles and will deliver them tomorrow AM to DPG counsel for custody.
2. We will begin immediately to convert all titles to identify Golden Eagle Lending as the lien holder.  Cost is $18.00 per title and the use of a third party service
3. Aggressively identify all titles that are past due from dealers (we currently have about 40) and expedite receiving them or identify reasons for the delay.
4. Three employees assigned to SkiBo Auto Parts/Sales will have their employment terminated tomorrow (Monday). Two weeks' severance is contingent on signing a full release.  Release document was provided by DPG counsel.
5. Contactor for SkiBo Auto Sales will also be terminated tomorrow.
6. Rob Smith has been asked to provide by tomorrow a plan for the shutdown of SkiBo Auto Sales and SkiBo Auto Parts.  This plan will also include and accounting of associated assets with identified owners and an orderly liquidation of assets.
7. Wes will continue to analyze and document all suspected areas of malfeasance and any conflicts of interest by Rob and Jim.
8. I will be meeting tomorrow with IDA regarding any servicing issues with the original TSA portfolio and try to identify and quantify any current or potential liabilities.  After the meeting with IDA, I will also call the partner at Hudson Cove to understand TSA portfolio status and any open issues

9. Wes will implement the set up and conversion of the new AutoPal servicing system. This new system will provide much more "real time" oversight and management control. Also it will provide a reduction in cost over the current system.

10. Wes and I will provide a transition plan for life after Rob and Jim.

The good news is that the value of the business model and the market potential is still very good. Recent events are probably a blessing in that we now can now put a very solid base in place with predictable results.

## Industry Update

Upon reviewing the latest information on delinquencies as reported by Experian year over year, there is virtually no difference in overall performance of sub- prime auto delinquencies. In particular, both 30 and 60-day delinquencies have remained stable. While delinquencies are not a credit measure, rather an indicator as to future credit performance, there seems to be little evidence that this part of the auto finance sector is under strain. Further validating this notion of no industry strain, Equifax noted on June 4, 2015, overall subprime delinquencies are declining.

"There's been some concern about the growth of auto lending, particularly in the subprime space, over the past year, yet historically low delinquency rates reveal that the sector continues to perform well," said Dennis Carlson, deputy chief economist at Equifax" Some key indicators are:

➢ Currently, some 50% of the US adult population is deemed to have non-prime or subprime credit, meaning their FICO scores are 660 or below.

➢ Performance has remained strong as according to Sub-Prime Auto News, Post 2008 Crisis, individuals are paying their auto loans ahead of rent and credit card

➢ All of these factors have led to a boom in auto finance that caters to this segment and it's expected that prospective borrowers will need this type of financing well into the 2020's.

➢ As the top 10 sub- prime auto finance companies (see chart) do not comprise more than 25% of the financing available, the barriers to entry are those of capital and an ability to originate loans.

➢ According to Fitch Ratings, loss performance is as expected and will likely remain stable over the next 12 months as the economy maintains itself. Depending on the originator, net losses after recoveries are 5% to 7%.

## The Top Ten Sub – Prime Auto Lenders – Market Share



Best regards,

Jerry

Jerry Hudspeth
Managing Director | DPG Investments LLC
Direct 678.542.2126 | Fax 800.829.1285
jerry@dpginvestments.com | www.dpginvestments.com

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

# EXHIBIT 17

**Melinda Steuer**

| | |
|---|---|
| **Subject:** | SkiBo |
| **Location:** | 480-999-2265 no pin |
| **Start:** | Mon 9/21/2015 11:00 AM |
| **End:** | Mon 9/21/2015 11:30 AM |
| **Show Time As:** | Tentative |
| **Recurrence:** | (none) |
| **Meeting Status:** | Not yet responded |
| **Organizer:** | Bill Brooksbank |

All the best,

Bill Brooksbank

Managing Director | DPG Investments LLC

office 480.513.3733 | bill@dpginvestments.com | www.dpginvestments.com

mobile 480.225.3128

Confidentiality/Disclaimer Statement

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

1

**Melinda Steuer**

| | |
|---|---|
| **From:** | Dan Galvanoni <dan@dpginvestments.com> |
| **Sent:** | Monday, September 21, 2015 9:56 AM |
| **To:** | John Marshall; Jerry Hudspeth; Anderson Westley; bill@dpginvestments.com |
| **Subject:** | Re: When would you like to do a conf call? Thanks John |

11am PST? In 1 hour?

Sent from my BlackBerry 10 smartphone.

**From:** John Marshall
**Sent:** Monday, September 21, 2015 9:47 AM
**To:** Dan Galvannio; Jerry Hudspeth; Anderson Westley; bill@dpginvestments.com
**Subject:** When would you like to do a conf call? Thanks John

Thank you,

*John Marshall, J.D. CIC*



Armstrong & Associates Insurance Services
License No. 0B50501
**916-960-9196** Mobile Phone - Call 24/7
800-632-2777 Toll Free
530-668-2779 Fax
jmarshall@armstrongprofessional.com

Physical address: 1860 Howe Ave. Suite 240 Sacramento CA 95825
Mailing address: 239 W. Court St, Woodland, CA 95695

2

# EXHIBIT 18

## Melinda Steuer

**From:** Jerry Hudspeth <jthudspeth@comcast.net>
**Sent:** Monday, September 28, 2015 11:21 AM
**To:** Dan Galvanoni; John Marshall; Jim; 'Westley Anderson'
**Subject:** Conference call regarding TSA, etc.

**Call originally scheduled for 12PM Pacific/3PN eastern has been rescheduled.**

**Same conference number, new time is 12:30PM Pacific/3:30Pm Eastern**

**Thanks**

**Jerry**

**Jerry Hudspeth**
O: 678.542.2126 | M:503.701.2027 |e: jthudspeth@comcast.net

1

**Melinda Steuer**

| | |
|---|---|
| **From:** | Daniel Galvanoni <dan@dpginvestments.com> |
| **Sent:** | Monday, September 28, 2015 11:12 AM |
| **To:** | John Marshall |
| **Cc:** | Hudspeth Jerry; Jim(jimd@skiboholdings.com); Anderson Westley |
| **Subject:** | Re: Conference call regarding TSA, etc. |

call is 1230pm PST/ 330pm EST so I can get into the office

jerry will resend, chat than.
All the best,

Daniel P. Galvanoni
Chairman  |  DPG Investments LLC

Direct AZ- 480.248.9785  |  Direct Personal- 949.510.6300
dan@dpginvestments.com  |  www.dpginvestments.com
Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only
for the use of the owner of the email address listed as the recipient of this message. If you are not the intended
recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby
notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

On Sep 28, 2015, at 10:52 AM, John Marshall <jmarshall@Armstrongprofessional.com> wrote:

Count me.  I'll call at noon  time.  John Marshall

Sent from my Verizon Wireless 4G LTE smartphone

------- Original message -------
From: jerry@dpginvestments.com
Date: 09/28/2015 10:48 AM (GMT-08:00)
To: "Dan Galvanoni (Dan@dpginvestments.com)" <Dan@dpginvestments.com>, John Marshall
<jmarshall@Armstrongprofessional.com>, "Jim (jimd@skiboholdings.com)" <jimd@skiboholdings.com>, "'Westley
Anderson' (westley@dpginvestments.com)" <westley@dpginvestments.com>
Subject: Conference call regarding TSA, etc.

# Note: Call is 12PM pacific/3PM Eastern

# (218) 548-0661 code 881091

# EXHIBIT 19

## Melinda Steuer

| | |
|---|---|
| **From:** | jerry@dpginvestments.com |
| **Sent:** | Friday, October 9, 2015 1:27 PM |
| **To:** | 'John Marshall' |
| **Cc:** | 'Dan Galvanoni'; 'Westley Anderson' |
| **Subject:** | RE: Legal issues |

John,

We do know about the 12 loans that were on the books when DPG purchased the company. We have segregated those loans from the 81 loans funded post acquisition and are currently auditing and vetting those loans separately to ascertain and assure their quality. Meanwhile: those loans are being serviced. We have not provided Jim any information as we are in the process of transitioning our portfolio to a new system. We also believe that JIM and/or Rob are trying to cover up some previous issues (erasing data room, paying a credit card bill on-line by ACH debit) so we have been keeping them on a " need to know" basis

Jerry

Jerry Hudspeth
Managing Director | DPG Investments LLC
Direct 678.542.2126 | Fax 800.829.1285
jerry@dpginvestments.com | www.dpginvestments.com

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

**From:** John Marshall [mailto:jmarshall@Armstrongprofessional.com]
**Sent:** Friday, October 9, 2015 3:00 PM
**To:** 'Jim Duryea'
**Cc:** Dan Galvanoni; Jerry Hudspeth; Westley Anderson; Rob Smith
**Subject:** RE: Legal issues

Rob,

What loans is Jim talking about? He said you know about these loans? Please let us know asap.

Thank you,

*John Marshall, J.D. CIC*



Armstrong & Associates Insurance Services
License No. 0B50501
**916-960-9196** Mobile Phone - Call 24/7
800-632-2777 Toll Free
530-668-2779 Fax
jmarshall@armstrongprofessional.com

Physical address: 1860 Howe Ave. Suite 240 Sacramento CA 95825
Mailing address: 239 W. Court St, Woodland, CA 95695

**From:** Jim Duryea [mailto:jim@pjinvestco.com]
**Sent:** Friday, October 09, 2015 11:54 AM
**To:** John Marshall
**Cc:** Dan Galvanoni; Jerry Hudspeth; Westley Anderson; Rob Smith
**Subject:** Re: Legal issues

My father passed last night...I need to go...however, we need all the loans serviced. The 12-15 loans that were brought on before DPG purchased the company...these are DPG assets as well and they need to be served. Payments have been collected on these over the past several months...please make sure they are being collected.

Rob or Holly can help you with any details.

_____

*Jim Duryea*

JADCO Advisors, LLC
PJ Investments, LLC

678-982-6921

Confidentiality/Disclaimer Statement

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

On Fri, Oct 9, 2015 at 2:43 PM, John Marshall <jmarshall@armstrongprofessional.com> wrote:

Jim and all,

Jim you mentioned something very important, something about 12 loans or 15 loans, that are going to go into default and we will lose 150,000?

Please can you email everyone and explain what you are talking about? I am have it wrong but please let us know?

Thank you,


*John Marshall, J.D. CIC*



Armstrong & Associates Insurance Services

License No. 0B50501

**916-960-9196** Mobile Phone - Call 24/7

800-632-2777 Toll Free

530-668-2779 Fax

jmarshall@armstrongprofessional.com


Physical address: 1860 Howe Ave. Suite 240 Sacramento CA 95825

Mailing address: 239 W. Court St, Woodland, CA 95695


**From:** Jim Duryea [mailto:jim@pjinvestco.com]
**Sent:** Thursday, October 08, 2015 4:18 PM
**To:** Dan Galvanoni; Jerry Hudspeth; Westley Anderson; John Marshall; Rob Smith
**Subject:** Legal issues


DAN,

Rob and I do.not think we have done anything against  best practices in the market of sub prime auto.

3

When GPS golden eagle purchased ALL  the companies..assets and liabilities we welcome the growth and profits.

Within that profit model is the ability to remarked any TSA inventory which you are ownership.

Full declosure did occur on employees  issues and debt based on documented emails or financial statements.

On a conference  call you stated we are crooks and on separate calls we have had full disclosure on issues.

We have never had or tried to hide any debt. Please consider  discussions vs lawsuits.

# EXHIBIT 20

## Melinda Steuer

| | |
|---|---|
| **From:** | jerry@dpginvestments.com |
| **Sent:** | Monday, September 21, 2015 11:35 AM |
| **To:** | Dan Galvanoni; John Marshall; 'Westley Anderson'; 'Brooksbank Bill' |
| **Subject:** | Cash Management Report |
| **Attachments:** | SkiBo Holdings Cash Management 9-21-2015.xlsx |

Attached is today's cash management report

Jerry Hudspeth
Managing Director | DPG Investments LLC
Direct 678.542.2126 | Fax 800.829.1285
jerry@dpginvestments.com | www.dpginvestments.com

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

# EXHIBIT 21

**Melinda Steuer**

| | |
|---|---|
| **From:** | jerry@dpginvestments.com |
| **Sent:** | Tuesday, September 22, 2015 8:08 AM |
| **To:** | 'Westley Anderson' |
| **Cc:** | John Marshall |
| **Subject:** | Frank Taite |

Wes,

I met with Frank Taite early this morning.  Frank is probably in his late twenties or early thirties, has been in the Atlanta area for about ten years and was formerly from LA (lower Alabama).  Frank is currently working part time at a carpet warehouse.  Frank is a very nice person with a calm personality.  He wanted to meet early because he did not want to be late for his temporary job.  His former role at TSA Finance was to audit all transactions for compliance.  He would not let them pass underwriting until all areas were in full compliance.  He indicated that Rob did not like the audit and oversight of the deals, fired him and brought in his own person.   He has good system knowledge and understands fully the underwriting and audit requirements of originating new loans.  From the interview, I believe Frank to be a very dedicated task oriented person who would be a very good employee for Newco.  I told Frank that you would be contacting him regarding possibly working as a consultant for a couple of weeks and then moving to be an employee.  He understands that we are moving to a new system and is willing to assist us in cleaning up the agreements, system details and audit.   I have asked Holly to provide us Frank's home address.  Frank's cell phone is (251) 545-5249.

Jerry

Jerry Hudspeth
Managing Director | DPG Investments LLC
Direct 678.542.2126 | Fax 800.829.1285
jerry@dpginvestments.com  |  www.dpginvestments.com

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

# EXHIBIT 22

## Melinda Steuer

| | |
|---|---|
| **From:** | jerry@dpginvestments.com |
| **Sent:** | Thursday, September 24, 2015 4:13 PM |
| **To:** | 'Daniel Galvanoni'; 'Anderson Westley' |
| **Cc:** | 'John Marshall' |
| **Subject:** | RE: Jadco Networking acct |
| **Attachments:** | JADCO REVENUE 2015 YTD.xls |

January through July Jadco revenue plus $16K today

Jerry Hudspeth
Managing Director | DPG Investments LLC
Direct 678.542.2126 | Fax 800.829.1285
jerry@dpginvestments.com | www.dpginvestments.com

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

**From:** Daniel Galvanoni [mailto:dan@dpginvestments.com]
**Sent:** Thursday, September 24, 2015 6:55 PM
**To:** Anderson Westley
**Cc:** Hudspeth Jerry; John Marshall
**Subject:** Re: Jadco Networking acct

so prod hit 500k

45percent less than they told us of course.
All the best,

Daniel P. Galvanoni
Chairman | DPG Investments LLC

Direct AZ- 480.248.9785 | Direct Personal- 949.510.6300
dan@dpginvestments.com | www.dpginvestments.com
Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

On Sep 24, 2015, at 3:22 PM, Westley Anderson <<u>westley@dpginvestments.com</u>> wrote:

Hello,

Jadco ytd is $430,000 in revenue.


Thanks,
Westley G. Anderson
Chief Operating Officer | DPG Investments LLC
Office 844.374.3743 | Direct Personal 480.438.2010

7373 E Doubletree Ranch Rd | Suite 220
Scottsdale, AZ 85258
<u>westley@dpginvestments.com</u> | <u>www.dpginvestments.com</u> | <u>LinkedIn</u>
Confidentiality/Disclaimer Statement:
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.
On 9/24/15 3:14 PM, Dan Galvanoni wrote:

Is prob 150k range for 12months, I bet all BS...

Sent from my BlackBerry 10 smartphone.

**From:** <u>jerry@dpginvestments.com</u>
**Sent:** Thursday, September 24, 2015 1:40 PM
**To:** 'John Marshall'; 'Dan Galvanoni'; 'Anderson Westley'
**Subject:** RE: Jadco Networking acct

John,

The $800K revenue estimate was Jim's forecast for the next twelve months post DPG ownership. I will forward the January year to day Jadco receipts later today.

Jerry


Jerry Hudspeth
Managing Director | DPG Investments LLC
Direct 678.542.2126 | Fax 800.829.1285
<u>jerry@dpginvestments.com</u> | <u>www.dpginvestments.com</u>

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

2

**From:** John Marshall [mailto:jmarshall@Armstrongprofessional.com]
**Sent:** Thursday, September 24, 2015 1:10 PM
**To:** 'jerry@dpginvestments.com'; 'Dan Galvanoni'; 'Anderson Westley'
**Subject:** RE: Jadco Networking acct

Jerry, do we know really how much Jadco is making? I thought Jadco was about 800K a year, so Jim said? Did we look or have access to Jadco's books?

Thank you,


*John Marshall, J.D. CIC*

Armstrong & Associates Insurance Services
License No. 0B50501
**916-960-9196** Mobile Phone - Call 24/7
800-632-2777 Toll Free
530-668-2779 Fax
jmarshall@armstrongprofessional.com

Physical address: 1860 Howe Ave. Suite 240 Sacramento CA 95825
Mailing address: 239 W. Court St, Woodland, CA 95695

**From:** jerry@dpginvestments.com [mailto:jerry@dpginvestments.com]
**Sent:** Thursday, September 24, 2015 10:05 AM
**To:** 'Dan Galvanoni'; John Marshall; 'Anderson Westley'
**Subject:** RE: Jadco Networking acct

Jadco received $16K today



Jerry Hudspeth
Managing Director | DPG Investments LLC
Direct 678.542.2126 | Fax 800.829.1285
jerry@dpginvestments.com | www.dpginvestments.com

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

3

**From:** Dan Galvanoni [mailto:dan@dpginvestments.com]
**Sent:** Thursday, September 24, 2015 12:22 PM
**To:** John Marshall; Anderson Westley; Jerry Hudspeth
**Subject:** Re: Jadco Networking acct

Is all fraud we need to get what wwe can. Jadco business is shit. Mightt keep Jim ooout of Jail.

Sent from my BlackBerry 10 smartphone.

**From:** John Marshall
**Sent:** Thursday, September 24, 2015 9:15 AM
**To:** 'Dan Galvanoni'; Anderson Westley; Jerry Hudspeth
**Subject:** RE: Jadco Networking acct

Yes but if Jadco supposedly does 800K and we get 400K, we should be getting 34,000 a month. Like I said Jim because of his issues/misrepresentations may for a while have to pay 100% of Jadco to us. We need to make sure we secure the money and make sure Jim doesn't try to pull a fast one on Jadco and start another company on the side and move his business from Jadco and/or hide his revenue and business from Jadco. I will follow up with the DPG team and make sure we lock in Jadco. We need to have full access, so we can make sure Jim doesn't start to move business/clients else where and slowly cut back revenues. Why isn't he doing 800k? Like he promised and again he represented to us? Hopefully we have that in writing as well. Did we ever get a copy of his books for Jadco, showing what the revenue is? List of clients, etc?

Thank you,


*John Marshall, J.D. CIC*

Armstrong & Associates Insurance Services
License No. 0B50501
**916-960-9196** Mobile Phone - Call 24/7
800-632-2777 Toll Free
530-668-2779 Fax
jmarshall@armstrongprofessional.com

Physical address: 1860 Howe Ave. Suite 240 Sacramento CA 95825
Mailing address: 239 W. Court St, Woodland, CA 95695

**From:** Dan Galvanoni [mailto:dan@dpginvestments.com]
**Sent:** Thursday, September 24, 2015 9:04 AM
**To:** Phil Galvanoni; John Marshall; Todd Owen
**Subject:** Re: Jadco Networking acct

Covers overhead for Nov after cuts are made

Sent from my BlackBerry 10 smartphone.

**From:** Dan Galvanoni
**Sent:** Thursday, September 24, 2015 9:02 AM

4

**To:** Phil Galvanoni; John Marshall; Todd Owen
**Subject:** Fw: Jadco Networking acct

This is Good 16k to the kitty...

Sent from my BlackBerry 10 smartphone.

**From:** Holly Kix <hollyk@tsafg.com>
**Sent:** Thursday, September 24, 2015 8:46 AM
**To:** john.kerr@suntrust.com
**Cc:** Westley; Jerry Hudspeth; dan@dpginvestments.com
**Subject:** Jadco Networking acct

John,

The Jadco Networking acct. is still frozen.
We had a wire coming in this morning for 16,000.
Acct number 1000139571573


--
Thanks,

Holly Kix
Controller
TSA Financial Group, LLC
662-871-7913 Cell

# EXHIBIT 23

**Melinda Steuer**

| | |
|---|---|
| **From:** | jerry@dpginvestments.com |
| **Sent:** | Thursday, September 24, 2015 4:51 PM |
| **To:** | 'Daniel Galvanoni'; 'Anderson Westley'; 'John Marshall' |
| **Subject:** | RE: Titles |
| **Attachments:** | Title Log 2015.xlsx |

Attached report shows what the system says are titles in-house and what titles are outstanding.  We also have found reference to 3 titles/autos that were in May (pre DPG ownership) given to a person in repayment of a $15K loan.  Not sure where those autos came from.  The previous lender says that Rob has about 150 autos that he is recycling (repoed and prepped for resale)  Rob and Jim say the lender is mistaken that there are about 30 cars.

Jerry Hudspeth
Managing Director | DPG Investments LLC
Direct 678.542.2126 | Fax 800.829.1285
jerry@dpginvestments.com | www.dpginvestments.com

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

**From:** Daniel Galvanoni [mailto:dan@dpginvestments.com]
**Sent:** Thursday, September 24, 2015 7:36 PM
**To:** Hudspeth Jerry; Anderson Westley; John Marshall
**Subject:** Titles

Dear Jerry,

How many titles have come in this week?

How many titles are still missing?

Please advise, thanks.
All the best,

Daniel P. Galvanoni
Chairman | DPG Investments LLC

Direct AZ- 480.248.9785 | Direct Personal- 949.510.6300
dan@dpginvestments.com | www.dpginvestments.com

**Confidentiality/Disclaimer Statement**

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

2

# EXHIBIT 24

## Melinda Steuer

| | |
|---|---|
| **From:** | jerry@dpginvestments.com |
| **Sent:** | Monday, September 28, 2015 11:27 AM |
| **To:** | 'John Marshall'; 'Westley Anderson'; 'Dan Galvannio' |
| **Subject:** | RE: Kistler app Golden Eagle / tracking CPI |

John,

I saw the quote for the CPI insurance from Kistler.  When we were doing the audit, I think I also saw a promissory note where Kistler had loaned the company money.  I will ask Rob if I am correct.

Jerry


Jerry Hudspeth
Managing Director |  DPG Investments LLC
Direct 678.542.2126  |  Fax 800.829.1285
jerry@dpginvestments.com  |  www.dpginvestments.com

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.


**From:** John Marshall [mailto:jmarshall@Armstrongprofessional.com]
**Sent:** Monday, September 28, 2015 1:51 PM
**To:** Jerry Hudspeth; Westley Anderson; Dan Galvanoni
**Subject:** Fwd: Kistler app Golden Eagle / tracking CPI



Sent from my Verizon Wireless 4G LTE smartphone


-------- Original message --------
From: Rob Smith <rob@goldeneaglelending.com>
Date: 09/28/2015 8:03 AM (GMT-08:00)
To: Hudspeth Jerry <jerry@dpginvestments.com>, Anderson Westley <westley@dpginvestments.com>, Daniel Galvanoni <dan@dpginvestments.com>, John Marshall <jmarshall@Armstrongprofessional.com>
Subject: Fwd: Kistler app Golden Eagle / tracking CPI

FYI..

1

Rob

---------- Forwarded message ----------
From: <tkistler@kistleragency.com>
Date: Mon, Sep 28, 2015 at 10:28 AM
Subject: Kistler app Golden Eagle / tracking CPI
To: Rob Smith <rob@goldeneaglelending.com>
Cc: quote@kistleragency.com

Rob: Attached is your CPI quote. I should have the tracking proposal to go with this later today.

Also I would have sent together, but I wanted to get this to you for review.

Tom


**Thomas W. Kistler, CEO**
Kistler Agency, LLC
142 Forest Ave | Marietta, GA 30060
Office: 404.239.7020 | Cell: 404.989.9622| Fax: 404.464.0830

Follow us on LinkedIn

tkistler@kistleragency.com
www.kistleragency.com

CONFIDENTIALITY NOTICE: This email and its contents, including any attachments, are confidential communications and may contain privileged information. Receipt by anyone other than an intended recipient is not a waiver of any confidentiality or privilege. If you are not an intended recipient of this email, you may not use, copy or disclose its contents or attachments. If you received this email in error, please advise the sender, delete this email, and delete or destroy all copies.


--
Robert E. Smith
CEO
678-402-6085 Ext. 102
770-335-5670 Mobile



# EXHIBIT 25

**Melinda Steuer**

| From: | jerry@dpginvestments.com |
|---|---|
| Sent: | Monday, September 28, 2015 1:58 PM |
| To: | 'Westley Anderson' |
| Cc: | Dan Galvanoni; John Marshall |
| Subject: | FW: Contacts |

According to Jennifer and Frank, the below former TSA employees are good people and good workers in key positions.  These people , along with Jennifer and Frank, would potentially be a good core group.  She also indicated that Kasey and Leslie (current TSA/GE employees are good and trustworthy people.


Jerry Hudspeth
Managing Director | DPG Investments LLC
Direct 678.542.2126 | Fax 800.829.1285
jerry@dpginvestments.com | www.dpginvestments.com


Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

**From:** jennifer [mailto:jenniferher05@gmail.com]
**Sent:** Monday, September 28, 2015 1:31 PM
**To:** jerry@dpginvestments.com
**Subject:** RE: Contacts

Jerry, per our conversation below are the names and phone numbers of the employees we spoke about.

Abby Vaughn  404-940-5836  Title Clerk

Cami Wilson  470-899-7332   Underwriter Dealer Relations

Kevin Barrett 470-955-9550  Collections

I think it might be best to call everyone late afternoon maybe after 4pm.


Thanks, Jennifer

1

# EXHIBIT 26

**Melinda Steuer**

| | |
|---|---|
| **From:** | jerry@dpginvestments.com |
| **Sent:** | Tuesday, September 29, 2015 2:39 PM |
| **To:** | 'Westley Anderson' |
| **Cc:** | Dan Galvanoni; John Marshall |
| **Subject:** | Layoff Severance Letter |
| **Attachments:** | Layoff  Severance Letter - draft 9-29-15.docx |

To all:

Attached is a draft of a letter to current TSA employees informing them of the layoff and any associated actions.  Please review and provide any comments, changes, etc.  If we provide any severance pay, we can use the same release agreement we used with the three previous employee terminations.

Thanks

Jerry


Jerry Hudspeth
Managing Director | DPG Investments LLC
Direct 678.542.2126 | Fax 800.829.1285
jerry@dpginvestments.com  |  www.dpginvestments.com

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

# EXHIBIT 27

**Melinda Steuer**

| | |
|---|---|
| **From:** | jerry@dpginvestments.com |
| **Sent:** | Tuesday, October 6, 2015 2:02 PM |
| **To:** | 'John Marshall'; 'WestleyAnderson' |
| **Subject:** | RE: Attorney Conference call |

John,

Just talked with Alex Kaufman. He seems like a very competent and experienced attorney who immediately started being pro-active in providing advice. He also knows the attorneys involved in some of the TSA litigation. We have a call scheduled with him on Thursday at 3PM eastern. I will send a conference invitation. He will also be in Sacramento in a few weeks.

Jerry

Jerry Hudspeth
Managing Director | DPG Investments LLC
Direct 678.542.2126 | Fax 800.829.1285
jerry@dpginvestments.com | www.dpginvestments.com

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

**From:** John Marshall [mailto:jmarshall@Armstrongprofessional.com]
**Sent:** Tuesday, October 6, 2015 4:42 PM
**To:** 'jerry@dpginvestments.com'; 'WestleyAnderson'
**Subject:** RE: Attorney Conference call

Is the right person to do what we need done? Do we have some other attorneys as options? I don't know the attorneys in Atlanta, Jerry do you have some connections there?

Thank you,

*John Marshall, J.D. CIC*



Armstrong & Associates Insurance Services
License No. 0B50501
**916-960-9196** Mobile Phone - Call 24/7
800-632-2777 Toll Free
530-668-2779 Fax

jmarshall@armstrongprofessional.com

Physical address: 1860 Howe Ave. Suite 240 Sacramento CA 95825
Mailing address: 239 W. Court St, Woodland, CA 95695

**From:** jerry@dpginvestments.com [mailto:jerry@dpginvestments.com]
**Sent:** Tuesday, October 06, 2015 1:39 PM
**To:** 'Westley Anderson'; John Marshall
**Subject:** Attorney Conference call

Wes and John,

I am still waiting for a return call from Alex Kaufman. I have left detailed information with an associate an am waiting a call from Alex to schedule a conference call. He has been out of the office the last two days (possibly a Jewish holiday) but they say he will return on Wednesday. I will try to set up a call for Wednesday.


Alex B. Kaufman, Esq.
Kaufman & Forman, P.C.
8215 Roswell Road, Building 800
Atlanta, Georgia 30350-6445
Phone (770) 390-9200 ext. 40
Fax (770) 395-6720
E-Mail abk@kauflaw.net

Jerry

Jerry Hudspeth
Managing Director | DPG Investments LLC
Direct 678.542.2126 | Fax 800.829.1285
jerry@dpginvestments.com | www.dpginvestments.com

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

# EXHIBIT 28

## Melinda Steuer

| | |
|---|---|
| **From:** | jerry@dpginvestments.com |
| **Sent:** | Wednesday, October 7, 2015 6:53 AM |
| **To:** | abk@kauflaw.net |
| **Cc:** | 'Westley Anderson'; John Marshall |
| **Subject:** | DPG / Golden Eagle Documents |
| **Attachments:** | Draft Skibo Holdings, LLC Op Agt - 6-20-15.docx; FORM Subsidiary LLC Operating Agreement vb.docx; Form OI Assignment.docx; Contribution Agreemet - Draft 6-20-15.docx; Membership Interest Purchase Agreemet - Draft 6-20-15.docx |

Alex,

Thank you for your time yesterday.  As requested and in preparation for our call at 3PM eastern on Thursday, I have attached some of the key transaction documents.  The documents attached, although not copies of the executed closing documents, are the final drafts from the DPG Investments attorney and represent the documents executed at closing. Please contact me if you have any questions and we look forward to speaking with you tomorrow.

Best regards,

Jerry


Jerry Hudspeth
Managing Director **|** DPG Investments LLC
Direct 678.542.2126 **|** Fax 800.829.1285
jerry@dpginvestments.com **|** www.dpginvestments.com

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

# EXHIBIT 29

## Melinda Steuer

| From: | jerry@dpginvestments.com |
| --- | --- |
| Sent: | Friday, October 9, 2015 10:44 AM |
| To: | John Marshall; 'Westley Anderson' |
| Subject: | FW: FEE AGREEMENT |
| Attachments: | K151008.Feeapplication.pre-Lit.Alex.doc |

John and Wes,

Attached an engagement agreement from the attorney.  Please provide any thoughts or plan of action.  John, the attorney contact information is also on the e-mail.

Jerry

Jerry Hudspeth
Managing Director | DPG Investments LLC
Direct 678.542.2126 | Fax 800.829.1285
jerry@dpginvestments.com | www.dpginvestments.com

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

**From:** Jan Wilson [mailto:JLW@kauflaw.net]
**Sent:** Friday, October 9, 2015 10:06 AM
**To:** jerry@dpginvestments.com
**Cc:** Alex B. Kaufman
**Subject:** RE: FEE AGREEMENT

Good Morning Mr. Hudspeth,

Hoping all is well.  I am writing to thank you for engaging Kaufman & Forman, P.C. as counsel for above-referenced matter.  After you have reviewed the attached engagement agreement, if it is satisfactory, please initial and sign where indicated, and scan and email the engagement agreement back to us.

If you have any questions or concerns, please feel free to contact Alex.

Thank you,
Jan

Jan Wilson
Paralegal/Office Manager
Kaufman & Forman, P.C.
8215 Roswell Road
Building 800
Atlanta, Georgia 30350-6445
Phone (770) 390-9200 ext. 14
Fax (770) 395-6720
E-Mail jlw@kauflaw.net

1

Alex B. Kaufman, Esq.
Kaufman & Forman, P.C.
8215 Roswell Road, Building 800
Atlanta, Georgia 30350-6445
Phone (770) 390-9200 ext. 40
Fax (770) 395-6720
E-Mail abk@kauflaw.net
Cell (404) 964-5587

CONFIDENTIALITY NOTICE

This message is being sent by or on behalf of a lawyer and nothing contained within this message should be relied on unless you have a fee agreement with this law firm. This message is intended exclusively for the individual(s) or entity(ies) to which it is addressed in the "To" or "cc" lines and if you are not one of those individual(s) or entity(ies), then you rely on any information at your own peril. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, then this message is deemed to be an inadvertent disclosure, and you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by electonic mail and delete all copies of this message.


IRS Circular 230 Disclosure

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

# EXHIBIT 30

**Melinda Steuer**

| | |
|---|---|
| **From:** | Dan Galvanoni <dan@dpginvestments.com> |
| **Sent:** | Thursday, October 22, 2015 5:04 PM |
| **To:** | Phil Galvanoni; Todd Owen; John Marshall |
| **Subject:** | Fw: what account to have funds wired to? |

Fyi...On a short trip with my son, if Jim could get 80k in would be nice...
Sent from my BlackBerry 10 smartphone.

**From:** Jim Duryea <jimd@skiboholdings.com>
**Sent:** Thursday, October 22, 2015 4:20 PM
**To:** Jerry Hudspeth
**Cc:** Daniel Galvanoni; Westley Anderson
**Subject:** RE: what account to have funds wired to?

Everything is fluid...should be around 200k coming in...net to jadco around 80k if all parties line up.

I will.know more in the next 3 weeks.

On Oct 22, 2015 6:52 PM, <jerry@dpginvestments.com> wrote:

Jim,


Sounds like some good opportunities.  The Jadco bank account is still active and should be used for these transactions.   Regarding the commissions, etc., can you provide details of the economics of each transaction, the expected commissions and any associated broker obligations?  We can then assure that everyone is paid appropriately.


Thanks


Jerry


Jerry Hudspeth

1

Managing Director | DPG Investments LLC

Direct 678.542.2126 | Fax 800.829.1285

jerry@dpginvestments.com | www.dpginvestments.com

Confidentiality/Disclaimer Statement

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

**From:** Jim Duryea [mailto:jimd@tsafg.com] **On Behalf Of** Jim
**Sent:** Thursday, October 22, 2015 6:24 PM
**To:** 'Westley Anderson'; Daniel Galvanoni; jerry@dpginvestments.com
**Subject:** what account to have funds wired to?

We have 3 pools in play with one being 70MM which could close in a few weeks.  Please advise on what account to wire commissions to.  We do have other brokers on the deals, we will need to assure that their portion is wired out the day of the transaction.

Thanks,

―――――――――

Jim Duryea

678-982-6921

# EXHIBIT 31

## Melinda Steuer

| | |
|---|---|
| **From:** | Daniel Galvanoni <dan@dpginvestments.com> |
| **Sent:** | Wednesday, October 28, 2015 4:17 PM |
| **To:** | Galvanoni Phil; John Marshall; Hartwell Ed; Anderson Westley; Brooksbank Bill; Matthew Camden; Todd Owen; Polk Clinton; DeLucia Brian |
| **Cc:** | Hudspeth Jerry; Kevyn Green |
| **Subject:** | Current Portfolio for the Call discussions .... |

Dan,

The current Golden Eagle, Spring Tree managed portfolio is below.  This is exclusive of the 12 deals Jim had on the books when we purchased the company.  We elected not to include them until we get them re-underwritten and the issues with Jim settled.  The titles on our portfolio are liened to Golden Eagle but we will have them converted to Golden Eagle ownership.  We are still waiting on a few titles and are creating a action list to secure 100% of the titles. We will have an exact count in the next few days.

Jerry

### Current  Auto Portfolio

| | # of loans | Paid for Loans | Contract $ | Discount % | Contract % | Combined Yield | Estimated Mth Cash |
|---|---|---|---|---|---|---|---|
| **Bulk** | 33 | 187,074.75 | 255,170.92 | 26.69% | 25.00% | 51.69% | $ 11,550.00 |
| **POS** | 48 | 352,547.39 | 459,855.36 | 23.34% | 23.50% | 46.84% | $ 16,800.00 |
| | 81 | 539,622.14 | 715,026.28 | 24.53% | 24.00% | 48.53% | $ 28,350.00 |
| **Average  per loan** | | | | | | | |
| **Bulk** | 33 | 5,668.93 | 7,732.45 | 26.69% | 25.00% | 51.69% | $ 350.00 |
| **POS** | 48 | 7,344.74 | 9,580.32 | 23.34% | 23.50% | 46.84% | $ 350.00 |
| **Total Avg** | | 6,662.00 | 8,827.48 | 24.53% | 24.00% | 48.53% | $ 350.00 |
| **Benchmark/Goal/Norm** | | 7,900.00 | 10,500.00 | 24.76% | 23.50% | 48.26% | $ 375.00 |
| **Actual compared to Benchmark** | | -1,238.00 | -1,672.52 | -0.23% | 0.50% | 0.27% | -25.00 |

All the best,

Daniel P. Galvanoni
Chairman  |  DPG Investments LLC

Direct AZ- 480.248.9785  |  Direct Personal- 949.510.6300
dan@dpginvestments.com  |  www.dpginvestments.com
Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

> On Oct 27, 2015, at 9:02 AM, Daniel Galvanoni <dan@dpginvestments.com> wrote:
>
> Dear Shareholders Large and Small,
>
> We are going to have an update call and SpringTree Kick off Call,
>
> Call will be this Weds at 7pm PST…
>
> Wes will send out a scheduler, we are profitable and gave made great strides.
>
> Looking forward to updating everyone Weds
>
> Please confirm by clicking the scheduler
>
> Cheers,
> Dan
>
> All the best,
>
> Daniel P. Galvanoni
> Chairman  |  DPG Investments LLC
>
> Direct AZ- 480.248.9785  |  Direct Personal- 949.510.6300
> dan@dpginvestments.com  |  www.dpginvestments.com
> Confidentiality/Disclaimer Statement
> The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

# EXHIBIT 32

## Melinda Steuer

| | |
|---|---|
| **From:** | jerry@dpginvestments.com |
| **Sent:** | Thursday, October 29, 2015 11:19 AM |
| **To:** | Dan Galvanoni; John Marshall |
| **Cc:** | 'Westley Anderson' |
| **Subject:** | FW: Information for background check |
| **Attachments:** | Jim Duryea - PFS.pdf |

Attached is the personal financial statement Jim provided prior to the purchase.  He did not list any of the notes owed by TSA where he is a personal guarantor.  You can list the assets of TSA as part of your financial statement without listing all the liabilities

Jerry Hudspeth
Managing Director  |  DPG Investments LLC
Direct 678.542.2126  |  Fax 800.829.1285
jerry@dpginvestments.com  |  www.dpginvestments.com

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

**From:** jerry@dpginvestments.com [mailto:jerry@dpginvestments.com]
**Sent:** Friday, May 1, 2015 3:12 PM
**To:** 'Todd Owen'
**Cc:** 'Daniel Galvanoni'; 'Westley Anderson'; 'Bill Brooksbank'
**Subject:** Information for background check

Todd,

Attached is information on Jim Duryea, the principal at SkiBo /TSA Financial.  Please contact me if you need anything additional for the background check,

Best regards,

Jerry

Jerry Hudspeth
Managing Director |  DPG Investments LLC
Direct 678.542.2126  | Fax 800.829.1285
jerry@dpginvestments.com  |  www.dpginvestments.com

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended

1

recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

**From:** Daniel Galvanoni [mailto:dan@dpginvestments.com]
**Sent:** Thursday, April 30, 2015 11:47 PM
**To:** Jerry Hudspeth; Todd Owen; Bill Brooksbank
**Cc:** Westley Anderson
**Subject:** Jerry, Send Jim email, cell phone and other info to Todd Owen CCed herein, Todd is going to do a background check prior to wiring to legal, am sure Jim is clean but we need to check

All the best,

Daniel P. Galvanoni
Chairman   |   DPG Investments LLC

Direct AZ- 480.248.9785   |   Direct Personal- 949.510.6300
dan@dpginvestments.com   |   www.dpginvestments.com
Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

# EXHIBIT 33

**Melinda Steuer**

| | |
|---|---|
| **From:** | jerry@dpginvestments.com |
| **Sent:** | Thursday, November 5, 2015 3:46 AM |
| **To:** | John Marshall |
| **Cc:** | 'Westley Anderson' |
| **Subject:** | New Jim Duryea LLC's |

John,

As a follow up to our conversation, I did a search for Georgia LLC on Jim or his wife.   There were two new LLC's formed in September with Jim's wife as the registered agent (see below)

Best regards,

Jerry

BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | JADCO Advisors, LLC | Control Number: | 15089739 |
| Business Type: | **Domestic Limited Liability Company** | Business Status: | **Active/Compliance** |
| NAICS Code: | Any legal purpose | NAICS Sub Code: | |
| Principal Office Address: | **4741 Talleybrook Dr, Kennesaw, GA, 30152, USA** | Date of Formation / Registration Date: | 9/11/2015 |
| State of Formation: | **Georgia** | Last Annual Registration Year: | 2015 |

REGISTERED AGENT INFORMATION

Registered Agent Name:  **Pam Duryea**

Physical Address:  **4741 Talleybrook Dr, Cobb, Kennesaw, GA, 30152, USA**

BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | PJ Investments, LLC | Control Number: | 15089732 |
| Business Type: | **Domestic Limited Liability Company** | Business Status: | **Active/Compliance** |
| NAICS Code: | Any legal purpose | NAICS Sub Code: | |
| Principal Office Address: | **4741 Talleybrook Dr NW, Kennesaw, GA, 30152, USA** | Date of Formation / Registration Date: | 9/11/2015 |
| State of Formation: | **Georgia** | Last Annual Registration Year: | 2015 |

REGISTERED AGENT INFORMATION

Registered Agent Name:  **Pam Duryea**

Physical Address:  **4741 Talleybrook Dr, Cobb, Kennesaw, GA, 30152, USA**

Jerry Hudspeth
Managing Director |  DPG Investments LLC
Direct 678.542.2126  | Fax 800.829.1285
jerry@dpginvestments.com  |  www.dpginvestments.com

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

# EXHIBIT 34

## Melinda Steuer

| | |
|---|---|
| **From:** | Jerry Hudspeth <jerry@dpginvestments.com> |
| **Sent:** | Saturday, November 7, 2015 6:08 PM |
| **To:** | John Marshall |
| **Subject:** | Happy Birthday |

John,

Thank you for the call today.  We were so involved with business; I forgot to wish you a belated Happy Birthday.  Hope you have a great weekend.\

All the best,

Jerry

Jerry Hudspeth
Managing Director | DPG Investments LLC
Direct 678.542.2126 | Fax 800.829.1285
jerry@dpginvestments.com | www.dpginvestments.com

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

# EXHIBIT 35

## Melinda Steuer

| | |
|---|---|
| **From:** | Jerry Hudspeth <jerry@dpginvestments.com> |
| **Sent:** | Monday, November 16, 2015 2:45 PM |
| **To:** | John Marshall (jmarshall@Armstrongprofessional.com) |
| **Subject:** | FW: Fast Business Funding vs James Duryea (Personal Guarantor) & TSA Financial Group LLC & DPG Investments    Balance of Legal Filing Requested to Date $90,486.60 |

John,

Below is the letter Alex sent to the collector.  Not to worry, things are moving forward

Jerry

**From:** Alex B. Kaufman [mailto:abk@kauflaw.net]
**Sent:** Friday, November 13, 2015 2:56 PM
**To:** rharrison@rsgcollect.com
**Cc:** Jerry Hudspeth; westley.anderson@gmail.com
**Subject:** RE: Fast Business Funding vs James Duryea (Personal Guarantor) & TSA Financial Group LLC & DPG Investments Balance of Legal Filing Requested to Date $90,486.60

Mr. Harrison:

Please be advised that I am counsel for DPG Investments ("DPG"). You are directed to address all future correspondence concerning this matter exclusively to me.  If you and your collection agency are represented by counsel, please provide them with a copy of this email and have them contact me directly. To be clear, I do not represent you or your interests.

I've reviewed your correspondence to my clients (as well those that you also sent to third parties). DPG denies your allegations in total. Be advised, my client does not take kindly to being libeled, threatened, or extorted with threats of publications of defamatory allegations or threats of launching a baseless SEC investigation. You are reminded that you are personally liable for your own actions and so is your employer.

Govern yourself accordingly.

Alex Kaufman

Alex B. Kaufman, Esq.
Kaufman & Forman, P.C.
8215 Roswell Road, Building 800
Atlanta, Georgia 30350-6445
Phone (770) 390-9200 ext. 40
Phone Direct Dial: (470)-344-1730
Fax (770) 395-6720
E-Mail abk@kauflaw.net
Cell (404) 964-5587


CONFIDENTIALITY NOTICE

This message is being sent by or on behalf of a lawyer and nothing contained within this message should be relied on unless you have a fee agreement with this law firm.  This message is intended exclusively for the individual(s) or entity(ies) to which it is addressed in the "To" or "cc" lines and if you are not one of those individual(s) or entity(ies), then you rely on any information at your own peril.  This

communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, then this message is deemed to be an inadvertent disclosure, and you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by electronic mail and delete all copies of this message.

IRS Circular 230 Disclosure

To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein.

**From:** Rod Harrison [mailto:rharrison@rsgcollect.com]
**Sent:** Friday, November 13, 2015 9:35 AM
**To:** jimd@tsafg.com; Jerry Hudspeth; Westley Anderson; daniel@dpginvestments.com
**Cc:** 696270_mtemp@smartbizportal.com; info@dpginvestments.com
**Subject:** RE: Fast Business Funding vs James Duryea (Personal Guarantor) & TSA Financial Group LLC & DPG Investments Balance of Legal Filing Requested to Date $90,486.60

Jerry,

In response to your voice mail, I had a long conversation yesterday with James Duryea and our Fast Business Funding. The assets & receivables of TSA Financial Group, which DPG Investments has seized and/or collected; directly is in violation of Fast Business Funding UCC rights as a secured creditor of TSA Financial Group. This morning Fast Business Funding is drafting a legal complaint, to file with the SEC this afternoon. In addition, Fast Business Funding this afternoon is going to demand a full investigation by the SEC and issue a National Press Release. The Press Release this afternoon, will certainly identify all affiliated parties and clearly define each parties contractual violations under State & Federal Law.

RSG LLC is only pursuing the civil legal demands of TSA Financial Group and will not in any way be affiliated with their Press Release. Our office and I will assist TSA Financial Group with their complaint & legal investigation demand, being filed this afternoon with the SEC (Security Exchange Commission). Per our conference call yesterday with James Duryea, DPG Investments was clearly aware of all financial obligations of TSA to Fast Business Funding. If the SEC Investigation determines this to be true, DPG Investments knowingly seized & sold assets (Including all TSA receivables per James Duryea) of TSA Financial Group, with full knowledge these assets were secured to Fast Business Funding.

Once the complaint has been filed this afternoon and our client has executed their Press Release, RSG & I will be forwarded a copy for our records and upon written request, will forward a copy to any affiliated party and/or their legal counsel. RSG & I will be placing a temporary hold on all civil legal demands, at least until the middle of next week. Should you and/or your counsel have any questions concerning this email or pending litigation, my direct office number is 302-763-3572 or simply reply to this email.

Sincerely,

Rod Harrison | Legal Administrator
Recovery Solutions Group, LLC
7244 S. Dupont Highway, Suite 2
Felton, DE 19943
302-241-0686 x114
www.rsgcollect.com

**From:** Rod Harrison [mailto:rharrison@rsgcollect.com]
**Sent:** Thursday, November 12, 2015 11:39 AM
**To:** 'jimd@tsafg.com' <jimd@tsafg.com>; 'jerry@dpginvestments.com' <jerry@dpginvestments.com>;

2

'westley@dpginvestments.com' <westley@dpginvestments.com>
Cc: '696270_mtemp@smartbizportal.com' <696270_mtemp@smartbizportal.com>
**Subject: FW: Fast Business Funding vs James Duryea (Personal Guarantor) & TSA Financial Group LLC & DPG Investments Balance of Legal Filing Requested to Date $90,486.60**

James Duryea,

   Everest Business Funding is requesting the courts immediately appoint a Trustee to freeze any/all business and personal assets. This is our client's initial step to secure their Contractual Rights against the business and any/all personal assets. This certainly wasn't the initial direction Everest Business Funding or RSG wanted to execute, but your lack of communication has given us no other option. Even with this initial legal step, our office is still moving forward with our client's investigation demands. Your failure to communicate has only expedited our client's legal actions & motions to secure their position and demands of our office. If you wish to discuss all available amicable resolutions, my direct contact information is detailed below and I'd gladly speak with you prior to the Court appointing a Trustee or reply to any email response. Currently November 16th is the pending filing of our clients Default Judgment, per the Contractual Terms & Conditions. Any party wishes to communicate with me, my direct office number is 302-763-3572.

Sincerely

Rod Harrison | Legal Administrator
Recovery Solutions Group, LLC
7244 S. Dupont Highway, Suite 2
Felton, DE 19943
302-241-0686 x114
www.rsgcollect.com

**From:** Rod Harrison [mailto:rharrison@rsgcollect.com]
**Sent:** Thursday, November 12, 2015 11:35 AM
**To:** 'John McManus' <JMcManus@mcmanus-law.com>; 'jimd@tsafg.com' <jimd@tsafg.com>;
'jerry@dpginvestments.com' <jerry@dpginvestments.com>; 'westley@dpginvestments.com'
<westley@dpginvestments.com>
**Cc:** 'greggsmith@mcmanus-law.com' <greggsmith@mcmanus-law.com>; 'Gail Simmons' <GSimmons@mcmanus-law.com>; 'info@dpginvestments.com' <info@dpginvestments.com>
**Subject:** RE: Fast Business Funding vs James Duryea (Personal Guarantor) & TSA Financial Group LLC & DPG Investments Balance of Legal Filing Requested to Date $90,486.60

John McManus Esq.,

   Certainly my condolences on your loss and fully understand why you've been out of touch. Fast Business Funding will be filing for a Default Judgment Monday, but this afternoon I've been asked to communicate directly with the S.E.C. I will keep you in the loop over the next few days and wish you & your family the best, during this difficult period of time!

Rod Harrison | Legal Administrator
Recovery Solutions Group, LLC
7244 S. Dupont Highway, Suite 2
Felton, DE 19943
302-241-0686 x114
www.rsgcollect.com

**From:** John McManus [mailto:JMcManus@mcmanus-law.com]
**Sent:** Thursday, November 12, 2015 10:56 AM
**To:** Rod Harrison <rharrison@rsgcollect.com>

Cc: greggsmith@mcmanus-law.com; Gail Simmons <GSimmons@mcmanus-law.com>
**Subject:** RE: Fast Business Funding vs James Duryea (Personal Guarantor) & TSA Financial Group LLC Balance of Legal Filing Requested to Date $90,486.60

Rod: I have been out of town since Saturday on family emergency and now preparing funeral Saturday....do whatever you need to do....I have no way to communicate with my client now....I will be back Tuesday....John McManus

**From:** Rod Harrison [mailto:rharrison@rsgcollect.com]
**Sent:** Wednesday, November 11, 2015 3:10 PM
**To:** John McManus
**Cc:** greggsmith@mcmanus-law.com
**Subject:** Fast Business Funding vs James Duryea (Personal Guarantor) & TSA Financial Group LLC Balance of Legal Filing Requested to Date $90,486.60

John McManus Esq.,

When you called me last week, you stated "Heading into meeting concerning DPG & TSA issues and hopefully could tell me who was going to accept liability for our client's outstanding balance". I tried to reach you yesterday an spoke at length with your Secretary. Yesterday your Secretary assured me I'd receive a return call, once your meeting was completed. Unfortunately I didn't receive a return call yesterday and this afternoon I've got a scheduled conference call with Everest. Thus, I'm trying to communicate with you prior to my conference call because Everest Business Funding d/b/a Fast Business Funding, will most likely instruct RSG LLC & I proceed immediately with their legal filing demands.

Certainly filing this claim Friday or Monday, isn't the course Fast Business Funding or I wanted to take. However, I've delayed all legal filings and/or actions originally requested by Fast Business Funding, since our original conversation over two weeks ago. If you aren't affiliated with this claim/issue any longer, please let me know today because Fast Business Funding assuredly will demand RSG & I proceed tomorrow without any further delay. I'll look for your reply this afternoon and update Fast Business Funding accordingly.

Sincerely,

Rod Harrison | Legal Administrator
Recovery Solutions Group, LLC
7244 S. Dupont Highway, Suite 2
Felton, DE 19943
302-241-0686 x114
www.rsgcollect.com

**From:** Rod Harrison [mailto:rharrison@rsgcollect.com]
**Sent:** Wednesday, October 28, 2015 2:35 PM
**To:** 'jmcmanus@mcmanus-law.com' <jmcmanus@mcmanus-law.com>
**Subject:** Fast Business Funding vs James Duryea (Personal Guarantor) & TSA Financial Group LLC Balance of Legal Filing Requested to Date $90,486.60

John McManus Esq.,

Per our conversation, attached to this email is a total breakdown of our Client's Claim and any/all transactions to date. Once you've had am opportunity to review all paperwork and communicate with the affiliated parties, I look forward to speaking with you again. My direct contact information is detailed below and I'm hopeful we can reach an amicable settlement.

Sincerely,

4

**Rod Harrison | Legal Administrator**
**Recovery Solutions Group, LLC**
**7244 S. Dupont Highway, Suite 2**
**Felton, DE 19943**
**302-241-0686 x114**
**www.rsgcollect.com**

# EXHIBIT 36

**Melinda Steuer**

| | |
|---|---|
| **From:** | Jerry Hudspeth <jerry@dpginvestments.com> |
| **Sent:** | Wednesday, January 27, 2016 11:14 AM |
| **To:** | Stewart Hanlon |
| **Cc:** | 'Westley Anderson' (westley@dpginvestments.com); John Marshall (jmarshall@Armstrongprofessional.com) |
| **Subject:** | Spring Tree Lending - Update |

Stewart,

Thank you for taking time from your busy schedule to conference with us last Monday.   The senior management group at DPG has discussed our current business status regarding Spring Tree Lending and the need to continue to aggressively grow the company, build value for the shareholders and provide state of the art industry compliant management systems and processes..  With that in mind, and consistent with some of your observations, DPG believes it is necessary to achieve more portfolio volume and validate our expressed performance objectives before we involve our investment partners.  We will continue to keep you and White Oak advised of our progress.  DPG very much appreciates and highly values its relationship with you and White Oak and looks forward to working with you in the future.

Best regards,

Jerry

Jerry Hudspeth
Managing Director |  DPG Investments LLC Direct 678.542.2126  | Fax 800.829.1285
jerry@dpginvestments.com  |  www.dpginvestments.com

Confidentiality/Disclaimer Statement
The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as the recipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

# EXHIBIT 37

## Melinda Steuer

| | |
|---|---|
| **From:** | Jerry Hudspeth <jthudspeth@comcast.net> |
| **Sent:** | Thursday, July 14, 2016 4:27 PM |
| **To:** | jmarshall@Armstrongprofessional.com |
| **Subject:** | UCC-1 |
| **Attachments:** | John Marshall UCC-1.pdf |

John,

Attached the initial and most important UCC-1.  You will have to get Dan's/DPG Investments approval before you file.

Thanks

Jerry

**Jerry Hudspeth**
O: 678.542.2126 | M:503.701.2027 |e: jthudspeth@comcast.net

1

## UCC FINANCING STATEMENT
**FOLLOW INSTRUCTIONS**

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional) | |
| B. E-MAIL CONTACT AT FILER (optional) | |
| C. SEND ACKNOWLEDGMENT TO:   (Name and Address) | |

┌
  **John Marshall**
  **239 West Court Street**
  **Woodland, California 95695**
                                                      ┐
                                                      ┘

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of Item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **DPG Investments, LLC** | | | | |

OR

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| **Galvanoni** | **Daniel** | **P** | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **7373 Doubletree Ranch Road** | **Scottsdale** | **AZ** | **85258** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| **Marshall** | **John** | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **239 West Court Street** | **Woodland** | **CA** | **95695** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:

**All assets of DPG Investments, LLC including DPG Golden Eagle, LLC and Spring Tree Holdings**

| | |
|---|---|
| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) | ☐ being administered by a Decedent's Personal Representative |
| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
| ☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien   ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable):   ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer | ☐ Bailee/Bailor   ☐ Licensee/Licensor |
| 8. OPTIONAL FILER REFERENCE DATA: | |

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

## Instructions for UCC Financing Statement (Form UCC1)

Please type or laser-print this form. Be sure it is completely legible. Read and follow all instructions, especially Instruction 1; use of the correct name for the Debtor is crucial.

Fill in form very carefully; mistakes may have important legal consequences. If you have questions, consult your attorney. The filing office cannot give legal advice.

Send completed form and any attachments to the filing office, with the required fee.

### ITEM INSTRUCTIONS

A and B. To assist filing offices that might wish to communicate with filer, filer may provide information in Item A and Item B. These items are optional.

C. Complete Item C if filer desires an acknowledgment sent to them. If filing in a filing office that returns an acknowledgment copy furnished by filer, present simultaneously with this form the Acknowledgment Copy or a carbon or other copy of this form for use as an acknowledgment copy.

1. **Debtor's name.** Carefully review applicable statutory guidance about providing the debtor's name. Enter only one Debtor name in Item 1 — either an organization's name (1a) or an individual's name (1b). If any part of the Individual Debtor's name will not fit in line 1b, check the box in Item 1, leave all of Item 1 blank, check the box in Item 9 of the Financing Statement Addendum (Form UCC1Ad) and enter the Individual Debtor name in Item 10 of the Financing Statement Addendum (Form UCC1Ad). Enter Debtor's correct name. Do not abbreviate words that are not already abbreviated in the Debtor's name. If a portion of the Debtor's name consists of only an initial or an abbreviation rather than a full word, enter only the abbreviation or the initial. If the collateral is held in a trust and the Debtor name is the name of the trust, enter trust name in the Organization's Name box in Item 1a.

1a. **Organization Debtor Name.** "Organization Name" means the name of an entity that is not a natural person. A sole proprietorship is not an organization, even if the individual proprietor does business under a trade name. If Debtor is a registered organization (e.g., corporation, limited partnership, limited liability company), it is advisable to examine Debtor's current filed public organic records to determine Debtor's correct name. Trade name is insufficient. If a corporate ending (e.g., corporation, limited partnership, limited liability company) is part of the Debtor's name, it must be included. Do not use words that are not part of the Debtor's name.

1b. **Individual Debtor Name.** "Individual Name" means the name of a natural person; this includes the name of an individual doing business as a sole proprietorship, whether or not operating under a trade name. The term includes the name of a decedent where collateral is being administered by a personal representative of the decedent. The term does not include the name of an entity, even if it contains, as part of the entity's name, the name of an individual. Prefixes (e.g., Mr., Mrs., Ms.) and titles (e.g., M.D.) are generally not part of an individual name. Indications of lineage (e.g., Jr., Sr., III) generally are not part of the individual's name, but may be entered in the Suffix box. Enter Individual Debtor's surname (family name) in Individual's Surname box, first personal name in First Personal Name box, and all additional names in Additional Name(s)/Initial(s) box.

If a Debtor's name consists of only a single word, enter that word in Individual's Surname box and leave other boxes blank.

For both organization and individual Debtors. Do not use Debtor's trade name, DBA, AKA, FKA, division name, etc. in place of or combined with Debtor's correct name; filer may add such other names as additional Debtors if desired (but this is neither required nor recommended).

1c. Enter a mailing address for the Debtor named in Item 1a or 1b.

2. **Additional Debtor's name.** If an additional Debtor is included, complete Item 2, determined and formatted per Instruction 1. For additional Debtors, attach either Addendum (Form UCC1Ad) or Additional Party (Form UCC1AP) and follow Instruction 1 for determining and formatting additional names.

3. **Secured Party's name.** Enter name and mailing address for Secured Party or Assignee who will be the Secured Party of record. For additional Secured Parties, attach either Addendum (Form UCC1Ad) or Additional Party (Form UCC1AP). If there has been a full assignment of the initial Secured Party's right to be Secured Party of record before filing this form, either (1) enter Assignor Secured Party's name and mailing address in Item 3 of this form and file an Amendment (Form UCC3) [see Item 5 of that form]; or (2) enter Assignee's name and mailing address in Item 3 of this form and, if desired, also attach Addendum (Form UCC1Ad) giving Assignor Secured Party's name and mailing address in Item 11.

4. **Collateral.** Use Item 4 to indicate the collateral covered by this financing statement. If space in Item 4 is insufficient, continue the collateral description in Item 12 of the Addendum (Form UCC1Ad) or attach additional page(s) and incorporate by reference in Item 12 (e.g., See Exhibit A). Do not include social security numbers or other personally identifiable information.

*Note:* If this financing statement covers timber to be cut, covers as-extracted collateral, and/or is filed as a fixture filing, attach Addendum (Form UCC1Ad) and complete the required information in Items 13, 14, 15, and 16.

5. If collateral is held in a trust or being administered by a decedent's personal representative, check the appropriate box in Item 5. If more than one Debtor has an interest in the described collateral and the check box does not apply to the interest of all Debtors, the filer should consider filing a separate Financing Statement (Form UCC1) for each Debtor.

6a. If this financing statement relates to a Public-Finance Transaction, Manufactured-Home Transaction, or a Debtor is a Transmitting Utility, check the appropriate box in Item 6a. If a Debtor is a Transmitting Utility and the initial financing statement is filed in connection with a Public-Finance Transaction or Manufactured-Home Transaction, check only that a Debtor is a Transmitting Utility.

6b. If this is an Agricultural Lien (as defined in applicable state's enactment of the Uniform Commercial Code) or if this is not a UCC security interest filing (e.g., a tax lien, judgment lien, etc.), check the appropriate box in Item 6b and attach any other items required under other law.

7. **Alternative Designation.** If filer desires (at filer's option) to use the designations lessee and lessor, consignee and consignor, seller and buyer (such as in the case of the sale of a payment intangible, promissory note, account or chattel paper), bailee and bailor, or licensee and licensor instead of Debtor and Secured Party, check the appropriate box in Item 7.

8. **Optional Filer Reference Data.** This item is optional and is for filer's use only. For filer's convenience of reference, filer may enter in Item 8 any identifying information that filer may find useful. Do not include social security numbers or other personally identifiable information.

3