UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARSHALL,<br><br>    Plaintiff,<br><br>v.<br><br>DAN P. GALVANONI, et al.,<br><br>    Defendants. | No. 2:17-cv-00820-KJM-CKD<br><br><br>ORDER |

On May 17, 2017, plaintiff filed a request (ECF No. 12) to redact his driver's license number and voter identification card number from exhibits attached to three separate motions to dismiss. *See* Ex. A, ECF No. 9 at 19 (license and voter card); Exs. 1-A and 1-B, ECF No. 10 at 19-22 (license and voter card), ECF No. 11 at 19 (license). Finding good cause for redaction of this personal-identifying information, the court GRANTS this unopposed request. The Clerk of Court is DIRECTED to:

    1. Replace Document 9, previously filed on May 15, 2017, with the redacted version of Defendant William J. Brooksbank's Notice of Motion and Motion to Dismiss for Lack of Personal Jurisdiction; Declaration of Bradford G. Hughes, Esq. attached to the Motion.

2. Replace Document 10, previously filed on May 15, 2017, with the redacted version of Defendant Jerome J. Joseph's Notice of Motion and Motion to Dismiss for Lack of Personal Jurisdiction; Declaration of Bradford G. Hughes, Esq. attached to the Motion.

3. Replace Document 11, previously filed on May 15, 2017, with the redacted version of Defendant Gerald T. Hudspeth's Notice of Motion and Motion to Dismiss for Lack of Personal Jurisdiction; Declaration of Bradford G. Hughes, Esq. attached to the Motion.

This resolves ECF No. 12.

IT IS SO ORDERED.

DATED: January 24, 2018.

_____
UNITED STATES DISTRICT JUDGE