MELINDA JANE STEUER (SBN 216105)
LAW OFFICES OF MELINDA JANE STEUER
msteuer@californiainvestoradvocate.com
928 Second Street, Ste. 302
Sacramento, CA 95814
Telephone: (916) 930-0045
Facsimile: (916) 314-4100

Attorneys for Plaintiff JOHN MARSHALL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARSHALL, an individual, | Case No. 2:17-CV-00820-KJM-CKD |
| Plaintiff, | **STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER TO EXTEND DISCOVERY CUT-OFF AND RELATED DATES; ORDER** |
| v. | |
| DANIEL P. GALVANONI, an individual; DPG INVESTMENTS, LLC, a foreign limited liability company; DPG GOLDEN EAGLE, LLC, a foreign limited liability company; SPRING TREE LENDING, LLC, a foreign limited liability company; SPRING TREE HOLDINGS, LLC, a foreign limited liability company; SPRING TREE FINANCIAL, LLC, a foreign limited liability company; SKIBO HOLDINGS, LLC, a foreign limited liability company; GERALD T. HUDSPETH, an individual; JEROME L. JOSEPH, an individual; WILLIAM J. BROOKSBANK, an individual; AND DOES 1-100, inclusive, | |
| Defendants. | |

Pursuant to the Eastern District of California Local Rules 144, plaintiff JOHN MARSHALL ("Plaintiff") and defendants DANIEL P. GALVANONI; DPG INVESTMENTS, LLC; DPG GOLDEN EAGLE, LLC; SPRING TREE HOLDINGS,

1

LLC; SPRING TREE FINANCIAL, LLC; and SKIBO HOLDINGS, LLC ("Defendants") (collectively, "Parties"), by and through their respective counsel of record, hereby stipulate and agree to amend the Pretrial Scheduling Order so as to extend the cut-off for completing fact discovery from December 3, 2018 to March 4, 2019 and to extend all associated deadlines so that they are based upon the new discovery cut-off date.

Good cause exists for the request because the defendants and their agents, as well as other key third party witnesses reside in Georgia, Arizona and/or South Carolina; there are at least nine such witnesses whose depositions plaintiff needs to take; and plaintiff's counsel has been unable to travel out of state to take depositions since September 18, 2018 and will not be able to travel out of state until approximately early to mid-November of 2018 due to the hospitalization of her husband on September 18, 2018 and her spraining her ankle on October 6, 2018. (Declaration of Melinda Jane Steuer ("Steuer Decl.") ¶¶5-12; Exhibits 1 & 2 to Steuer Decl.) Counsel have met and conferred and do not believe that there is sufficient time between November 7, 2018 and December 3, 2018 to take all of the depositions that need to be taken in this matter in light of the Thanksgiving holiday and their respective trial schedules. (Steuer Decl. ¶11)

In addition, counsel have other trials and immovable commitments during parts of December, January and February and have not yet ascertained the availability of the witnesses to be deposed. (Steuer Decl. ¶12) Counsel believe that extending the discovery cut-off date to March 4, 2019 will realistically allow the parties to complete all fact discovery by the cut-off date. (Steuer Decl. ¶12)

Moreover, plaintiff has a motion for relief from stay as to defendant American Credit Acceptance, LLC ("ACA") in the U.S. Bankruptcy Court, Northern District of Georgia, that is scheduled to be heard on November 14, 2018. (Steuer Decl. ¶13; Exh. 3 to Steuer Decl.) Accordingly, counsel believes that an extension of the discovery cut-off to March 4, 2019 will allow ACA to fully participate in fact discovery if plaintiff's

Stipulation to Amend Pretrial Scheduling Order to Extend Discovery Cut-Off and Related Dates; Order

motion for relief from stay is granted and ACA remains in the case as a party defendant. (Steuer Decl.)

The proposed extension is for approximately ninety (90) days. (Steuer Decl. ¶14) No other extensions of time have been requested or received regarding the discovery cut-off dates set forth in the court's pre-trial order. (Steuer Decl. ¶14)

**IT IS SO STIPULATED.**

Dated: October _____, 2018     CLARK HILL LLP

By: /s/ Bradford G. Hughes
BRADFORD G. HUGHES
TIFFANY B. HUNTER

Attorneys for defendants DANIEL P. GALVANONI; DPG INVESTMENTS, LLC; DPG GOLDEN EAGLE, LLC; SPRING TREE LENDING, LLC; SPRING TREE HOLDINGS, LLC; SPRING TREE FINANCIAL, LLC; and SKIBO HOLDINGS, LLC

DATED: October _____, 2018     LAW OFFICES OF MELINDA JANE STEUER

By: /s/ Melinda Jane Steuer
MELINDA JANE STEUER

Attorney for Plaintiff JOHN MARSHALL

Stipulation to Amend Pretrial Scheduling Order to Extend Discovery Cut-Off and Related Dates; Order

**ORDER**

Pursuant to stipulation, and for good cause shown, the deadline to complete fact discovery is hereby extended to **March 4, 2019**. The deadline to complete expert discovery is hereby extended to **June 14, 2019**. The deadline to hear dispositive motions is hereby extended to **July 26, 2019**.

IT IS SO ORDERED.

DATED: October 24, 2018.

_____
UNITED STATES DISTRICT JUDGE