CLARK HILL LLP
Bradford G. Hughes (SBN 247141)
bhughes@ClarkHill.com
Tiffany B. Hunter (SBN 306382)
thunter@ClarkHill.com
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178

KAUFMAN & FORMAN, P.C.
Alex B. Kaufman (SBN GA 136097)
abk@kauflaw.net
Matthew D. Treco (SBN GA 802181)
mdt@kauflaw.net
8215 Roswell Rd., Building 800
Atlanta, Georgia 30350-6445
Telephone: 770.390.9200
Facsimile: 770.395.6720

Attorneys for Defendants DANIEL P. GALVANONI; DPG
INVESTMENTS, LLC; DPG GOLDEN EAGLE, LLC;
SPRING TREE LENDING, LLC; SPRING TREE
HOLDINGS, LLC; SPRING TREE FINANCIAL, LLC; and
SKIBO HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARSHALL, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL P. GALVANONI, an individual; DPG INVESTMENTS, LLC, a foreign limited liability company; DPG GOLDEN EAGLE, LLC, a foreign limited liability company; SPRING TREE LENDING, LLC, a foreign limited liability company; SPRING TREE HOLDINGS, LLC, a foreign limited liability company; SPRING TREE FINANCIAL, LLC, a foreign limited liability company; SKIBO HOLDINGS, LLC, a foreign limited liability company; GERALD T. HUDSPETH, an individual; JEROME L. JOSEPH, an individual; WILLIAM J. BROOKSBANK, an individual; AMERICAN CREDIT ACCEPTANCE, LLC, a foreign limited liability company; | Case No. 2:17-CV-00820-KJM-CKD<br><br>**STIPULATION TO CONTINUE FACT AND EXPERT DISCOVERY CUT-OFF DATES, AND LAST DAY FOR HEARING ON DISPOSITIVE MOTIONS** |

AND DOES 1-100, inclusive,

                Defendants.

Pursuant to the Eastern District of California Local Rules 144, plaintiff JOHN MARSHALL ("Plaintiff"), defendants DANIEL P. GALVANONI; DPG INVESTMENTS, LLC; DPG GOLDEN EAGLE, LLC; SPRING TREE LENDING, LLC; SPRING TREE HOLDINGS, LLC; SPRING TREE FINANCIAL, LLC; and SKIBO HOLDINGS, LLC ("Defendants"), and defendant AMERICAN CREDIT ACCEPTANCE, LLC ("ACA") (collectively, "Parties"), by and through their respective counsel of record, hereby agree to continue discovery and motion deadlines by approximately 90 days and stipulate to the following new dates:

    1. Fact Discovery Cut-off: June 14, 2019;

    2. Expert Discovery Cut-off: September 20, 2019;

    3. Last Day for Hearing on Dispositive Motions: October 11, 2019.

There is good cause to grant this stipulation because the Parties cannot complete necessary fact and expert discovery before the current cut-off dates. The Parties have conducted initial written discovery in this matter; however, the Parties ability to conduct further discovery and to meet and confer on initial discovery is impeded by the pending investigation into Defendants, including Daniel Galvanoni but excluding ACA, instituted by the Securities and Exchange Commission ("SEC"). Defendants (excluding ACA) are seeking a stay of this litigation pending resolution of the SEC's investigation. It is the moving Defendants' position that the SEC instituted a quasi-criminal investigation, and such investigation implicates the Fifth Amendment rights of individuals and witnesses involved in this matter. However, Plaintiff believes that the SEC's investigation is not quasi-criminal. Given Defendants' (excluding ACA) assertions that the SEC's quasi-criminal investigation is a quasi-criminal investigation which implicates the Fifth Amendment rights of individuals and witnesses involved in this matter, and defendants' motion to stay discovery pending the completion of the SEC's investigation, the Parties

cannot presently complete discovery within the Scheduling Order. Based on the SEC's investigation and the hearing date on Defendants' motion for a stay of proceedings, the Parties do not have sufficient time to conduct written discovery and depositions before the fact discovery cutoff. Good cause accordingly exists to grant this Stipulation in order to provide the Parties with sufficient time to conduct fact and expert discovery.

Furthermore, the unavailability of counsel, including as a result of trial in other matters, provides additional good cause as most counsel are not available to participate in depositions in time to complete discovery as currently ordered. Counsel are unavailable as follows:

1. Counsel for Plaintiff: January 24, 2019 (mediation), January 31, 2019 (Mandatory Settlement Conference-Orange County Superior Court; February 5-26, 2019 (trial-San Diego Superior Court); March 6, 2019 (deposition); March 7, 2019 (mediation).

2. Counsel for Defendant ACA: January 25-February 5, 2019; March 11-13; March 22-April 1; April 23-25; April 29-May 1.

3. Counsel for Defendants: January 31, 2019 (pretrial hearing); February 7, 2019 (deposition); February 21, 2019 (personal matter); April 8-9, 2019 (appellate oral argument); April 12-15, 2019 (vacation); April 19-22, 2019 (religious holidays); June 13-25, 2019 (business travel/vacation). Further, Bradford Hughes, local counsel for Defendants, is currently scheduled to be in trial on the following dates: April 2, 2019; April 26, 2019; April 30, 2019; May 2, 2019; June 3, 2019; June 25, 2019; July 22, 2019; August 6, 2019; September 9, 2019; October 2, 2019; November 18, 2019; March 2, 2020; April 12, 2020; April 13, 2020; April 17, 2020.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: January 23, 2019 | CLARK HILL LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Bradford Hughes |
| | |     BRADFORD G. HUGHES |
| 5 | |     TIFFANY B. HUNTER |
| 6 | | Attorneys for defendants DANIEL P. GALVANONI; DPG INVESTMENTS, LLC; DPG GOLDEN EAGLE, LLC; SPRING TREE LENDING, LLC; SPRING TREE HOLDINGS, LLC; SPRING TREE FINANCIAL, LLC; and SKIBO HOLDINGS, LLC |

Dated: January 23, 2019     CLARK HILL LLP

By: /s/ Bradford Hughes
    BRADFORD G. HUGHES
    TIFFANY B. HUNTER

Attorneys for defendants DANIEL P. GALVANONI; DPG INVESTMENTS, LLC; DPG GOLDEN EAGLE, LLC; SPRING TREE LENDING, LLC; SPRING TREE HOLDINGS, LLC; SPRING TREE FINANCIAL, LLC; and SKIBO HOLDINGS, LLC

DATED: January 23, 2019     BURR AND FORMAN LLP

By: /s/ Alan Daniel Leeth
    Alan Daniel Leeth
    Matthew T. Mitchell, PHV

Attorneys for defendant AMERICAN CREDIT ACCEPTANCE, LLC

DATED: January 23, 2019     BOUTIN JONES INC.

By: /s/ Daniel S. Stouder
    Daniel S. Stouder

Attorneys for defendant AMERICAN CREDIT ACCEPTANCE, LLC

DATED:  January 23, 2019          LAW OFFICES OF MELINDA JANE STEUER


                                  By:    /s/ Melinda Jane Steuer
                                         MELINDA JANE STEUER

                                  Attorney for Plaintiff JOHN MARSHALL


## **ORDER**

Pursuant to stipulation, and for good cause shown, the deadline to complete fact discovery is hereby extended to June 14, 2019. The deadline to complete expert discovery is hereby extended to September 20, 2019. The deadline to hear dispositive motions is hereby extended to October 18, 2019.

**IT IS SO ORDERED.**

DATED:  March 14, 2019.

                                  _____
                                  UNITED STATES DISTRICT JUDGE