# EXHIBIT C

1  Melinda Jane Steuer (State Bar No. 216105)
   LAW OFFICES OF MELINDA JANE STEUER
2  928 Second Street, Ste. 302
   Sacramento, CA  95814
3  Telephone:  (916) 930-0045
   Facsimile:  (916) 314-4100
4
   Attorneys for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11

12  JOHN MARSHALL, an individual          Case No. 2:17-cv-00820-KJM-CKD

13          Plaintiff,                    **PLAINTIFF'S FIRST SET OF
                                          REQUESTS FOR PRODUCTION OF
14      vs.                               DOCUMENTS TO DEFENDANT DPG
                                          INVESTMENTS, LLC**
15  DANIEL P. GALVANONI, an individual;
    DPG INVESTMENTS, LLC, a foreign
16  limited liability company; DPG GOLDEN
    EAGLE, LLC, a foreign limited liability
17  company; SPRING TREE LENDING, LLC
    a foreign limited liability company; SPRING
18  TREE HOLDINGS, LLC; SPRING TREE
    FINANCIAL, LLC; SKIBO HOLDINGS,
19  LLC, a foreign limited liability company;
    AMERICAN CREDIT ACCEPTANCE,
20  LLC, a foreign limited liability company;
    and DOES 1 - 100, inclusive,
21
            Defendants.
22  _____/

23  **PROPOUNDING PARTY:**      Plaintiff

24  **RESPONDING PARTY:**       Defendant DPG Investments, LLC

25  **SET NO.:**                One

26      Pursuant to Federal Rules of Civil Procedure Rule 34, Plaintiff John Marshall hereby

27  demands that the responding party produce the following documents to the Law Offices of

28  Melinda Jane Steuer, 928 Second Street, Suite 302, Sacramento, California 95814, within thirty

1   days of the service of these requests.  Unless otherwise specified in the requests, defendant may

2   comply by serving legible copies.

3       The documents to be produced are:

4   **DEFINITIONS:**

5       A.   "Plaintiff" means John Marshall.

6       B.   "Investments At Issue" means any or all of the following: a) the $125,000.00

7   which Plaintiff wired to the bank account of DPG Golden Eagle, LLC ("DPG-GEL") at BBVA

8   Compass Bank on or about June 18, 2015; b) the $50,000.00 which Plaintiff wired to the bank

9   account of DPG-GEL at BBVA Compass Bank on or about June 29, 2015; c) the $25,000.00

10  which Plaintiff wired to the bank account of DPG-GEL at BBVA Compass Bank on or about

11  August 12, 2015; d) the $25,000.00 which Plaintiff wired to the bank account of DPG-GEL at

12  BBVA Compass Bank on or about February 5, 2016; e) the $25,000.00 which Plaintiff wired to

13  the bank account of DPG-GEL at BBVA Compass Bank on or about February 11, 2016; f) the

14  $25,000.00 which Plaintiff wired to the bank account of DPG-GEL at BBVA Compass Bank on

15  or about February 22, 2016; and/or g) the $25,000.00 which Plaintiff wired to the bank account

16  of DPG-GEL at BBVA Compass Bank on or about February 29, 2016.

17      C.   "The DPG Entity Defendants" means any or all of the following entities and/or

18  any subsidiary or affiliate thereof:  DPG Investments, LLC; DPG Golden Eagle, LLC; Spring

19  Tree Lending, LLC; Spring Tree Holdings, LLC; Spring Tree Financial, LLC; and/or Skibo

20  Holdings, LLC.

21      D.   "The Skibo Companies" means Skibo Holdings and its affiliates and/or

22  subsidiaries, and specifically includes TSA Financial Group, Golden Eagle Lending, Ski Bo Auto

23  Sales and/or JADCO.

24      E.   "The DPG sub-prime automobile loan portfolio" means any and all sub-prime

25  automobile loans which were owned, acquired and/or serviced by any or all of the following

26  entities and/or any subsidiary or affiliate thereof at any time:  DPG Investments, LLC; DPG

27  Golden Eagle, LLC; Spring Tree Lending, LLC; Spring Tree Holdings, LLC; Spring Tree

28

1  Financial, LLC; Skibo Holdings, LLC; TSA Financial Group; Golden Eagle Lending; Ski Bo

2  Auto Sales; and/or JADCO.

3       F.    "Person acting on your behalf" means your current and former managers,

4  managing directors, members, employees, agents, independent contractors, and/or all other

5  persons retained by you to perform services for you, exclusive of your attorneys, and specifically

6  includes, but is not limited to, Daniel P. Galvanoni, Gerald T. Hudspeth, Westley Anderson,

7  William Brooksbank, Jerome Joseph, Philip Galvanoni, Craig Sherman, Curtis Holder, Todd

8  Owen and/or Holly Kix.

9       G.    "Document" means any writing, as defined in Cal. Evidence Code § 250.

10  **DOCUMENT REQUESTS:**

11  **REQUEST FOR PRODUCTION NO. 1**:

12      All written communications, including, but not limited to, e-mails and/or text messages,

13  between you, and/or any person acting on your behalf, and Plaintiff, which relate in any way to

14  any of the Investments At Issue, and/or to the DPG sub-prime automobile loan portfolio.

15  **REQUEST FOR PRODUCTION NO. 2**:

16      All documents evidencing verbal communications between you, and/or any person acting

17  on your behalf, and Plaintiff, which relate in any way to any of the Investments At Issue, and/or

18  to the DPG sub-prime automobile loan portfolio, including, but not limited to, notes, internal

19  memoranda and/or telephone logs.

20  **REQUEST FOR PRODUCTION NO. 3**:

21      All written communications, including, but not limited to, e-mails and/or text messages,

22  between and/or among any of your agents, employees, officers, managing directors, managers

23  and/or members, which relate in any way to Plaintiff and/or any of the Investments At Issue.

24  **REQUEST FOR PRODUCTION NO. 4**:

25      All documents evidencing any verbal communications between and/or among any of your

26  agents, employees, officers, managing directors, members and/or managers, which relate in any

27  way to Plaintiff and/or any of the Investments At Issue.

28  //

1 | **REQUEST FOR PRODUCTION NO. 5**:

2      All written communications, including, but not limited to, e-mails and/or text messages,

3 between you, and/or any person acting on your behalf, and American Credit Acceptance, LLC

4 ("ACA"), and/or any agent, independent contractor, officer, manager and/or employee thereof,

5 which relate in any way to Plaintiff, and/or any of the Investments At Issue, and/or the DPG sub-

6 prime automobile loan portfolio.

7 | **REQUEST FOR PRODUCTION NO. 6**:

8      All documents evidencing any verbal communications between you, and/or any person

9 acting on your behalf, and ACA and/or any officer, manager, agent, and/or employee thereof,

10 which relate in any way to Plaintiff, and/or any of the Investments At Issue, and/or the DPG sub-

11 prime automobile loan portfolio, including, but not limited to, notes, internal memoranda and/or

12 telephone logs.

13 | **REQUEST FOR PRODUCTION NO. 7**:

14      All written communications, including, but not limited to, e-mails and/or text messages,

15 between you, and/or any person acting on your behalf, and any of the former managers, managing

16 directors, and/or employees of the Skibo Companies, including, but not limited to, James Duryea

17 and/or Robert Smith, which relate in any way to Plaintiff, and/or any of the Investments At Issue,

18 and/or the DPG sub-prime automobile loan portfolio.

19 | **REQUEST FOR PRODUCTION NO. 8**:

20      All documents evidencing any verbal communications between you, and/or any person

21 acting on your behalf, and any of the former managers, managing directors, and/or employees of

22 the Skibo Companies, including, but not limited to, James Duryea and/or Robert Smith, which

23 relate in any way to Plaintiff, and/or any of the Investments At Issue, and/or the DPG sub-prime

24 automobile loan portfolio, including, but not limited to, notes, internal memoranda and/or

25 telephone logs.

26 | **REQUEST FOR PRODUCTION NO. 9**:

27      All written communications, including, but not limited to, e-mails and/or text messages,

28 between you, and/or any person acting on your behalf, and any of the other DPG Entity

1 │ Defendants, and/or any employee, agent, member, manager and/or managing director thereof,

2 │ which relate in any way to Plaintiff and/or any of the Investments At Issue.

3 │ **REQUEST FOR PRODUCTION NO. 10**:

4 │ All documents evidencing any verbal communications between you, and/or any person

5 │ acting on your behalf, and any of the other DPG Entity Defendants, and/or any employee, agent,

6 │ member, manager and/or managing director thereof, which relate in any way to Plaintiff and/or

7 │ any of the Investments At Issue.

8 │ **REQUEST FOR PRODUCTION NO. 11**:

9 │ All written communications, including, but not limited to, e-mails and/or text messages,

10 │ between you, and/or any person acting on your behalf, and any actual or prospective investor in

11 │ any of the DPG Entity Defendants, which relate in any way to Plaintiff, and/or any of the

12 │ Investments At Issue, and/or the DPG sub-prime automobile loan portfolio, and which were

13 │ made at any time between January 1, 2015 - June 30, 2018.

14 │ **REQUEST FOR PRODUCTION NO. 12**:

15 │ All documents evidencing any verbal communications between you, and/or any person

16 │ agent acting on your behalf, and any actual or prospective investor in any of the DPG Entity

17 │ Defendants, which relate in any way to Plaintiff, or to any of the Investments At Issue, and/or to

18 │ the DPG sub-prime automobile loan portfolio, and which were made at any time between

19 │ January 1, 2015 - June 30, 2018, including, but not limited to, notes, internal memoranda and/or

20 │ telephone logs.

21 │ **REQUEST FOR PRODUCTION NO. 13**:

22 │ All written communications, including, but not limited to, e-mails and/or text messages,

23 │ between you, and/or any person acting on your behalf, and any actual or prospective lender to any

24 │ of the DPG Entity Defendants, which relate in any way to Plaintiff, or to any of the Investments

25 │ At Issue, and/or to the DPG sub-prime automobile loan portfolio, and which were made at any

26 │ time between January 1, 2015 - June 30, 2018.

27 │ //

28 │ //

1  **REQUEST FOR PRODUCTION NO. 14**:

2       All documents evidencing any verbal communications between you, and/or any person

3  acting on your behalf, and any actual or prospective lender to any of the DPG Entity Defendants,

4  which relate in any way to Plaintiff, or to any of the Investments At Issue, and/or to the DPG sub-

5  prime automobile loan portfolio, and which were made at any time between January 1, 2015 -

6  June 30, 2018, including, but not limited to, notes, internal memoranda and/or telephone logs.

7  **REQUEST FOR PRODUCTION NO. 15**:

8       All documents you, and/or any person acting on your behalf, received from Plaintiff at

9  any time between January 1, 2015 - March 31, 2017, which relate in any way to any of the

10  Investments At Issue.

11  **REQUEST FOR PRODUCTION NO. 16**:

12       All documents you, and/or any person acting on your behalf, provided to Plaintiff at any

13  time between January 1, 2015 - March 31, 2017, which relate in any way to any of the

14  Investments At Issue.

15  **REQUEST FOR PRODUCTION NO. 17**:

16       All documents you, and/or any person acting on your behalf, received from Plaintiff at

17  any time between January 1, 2015 - March 31, 2017, which relate in any way to the DPG sub-

18  prime automobile loan portfolio.

19  **REQUEST FOR PRODUCTION NO. 18**:

20       All documents you, and/or any person acting on your behalf, provided to Plaintiff at any

21  time between January 1, 2015 - March 31, 2017, which relate in any way to the DPG sub-prime

22  automobile loan portfolio.

23  **REQUEST FOR PRODUCTION NO. 19**:

24       All documents you, and/or any person acting on your behalf, received from any of the

25  other DPG Entity Defendants and/or any employee or agent thereof (exclusive of attorneys), at

26  any time between January 1, 2015 - June 30, 2018, which relate in any way to any of the

27  Investments At Issue.

28  //

**REQUEST FOR PRODUCTION NO. 20**:

All documents you, and/or any person acting on your behalf, provided to any of the other DPG Entity Defendants and/or any employee or agent thereof (exclusive of attorneys), at any time between January 1, 2015 - June 30, 2018, which relate in any way to any of the Investments At Issue.

**REQUEST FOR PRODUCTION NO. 21**:

All documents you, and/or any person acting on your behalf, received from any of the other DPG Entity Defendants and/or any employee or agent thereof (exclusive of attorneys), at any time between January 1, 2015 - June 30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 22**:

All documents you, and/or any agent acting on your behalf, provided to any of the other DPG Entity Defendants and/or any employee or agent thereof (exclusive of attorneys), at any time between January 1, 2015 - June 30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 23**:

All documents you, and/or any person acting on your behalf, provided to any of the former managers, managing directors, and/or employees of the Skibo Companies, including, but not limited to, James Duryea and/or Robert Smith, at any time between January 1, 2015 - June 30, 2018, which relate in any way to any of the Investments At Issue.

**REQUEST FOR PRODUCTION NO. 24**:

All documents you, and/or any person acting on your behalf, received from any of the former managers, managing directors, and/or employees of the Skibo Companies, including, but not limited to, James Duryea and/or Robert Smith, at any time between January 1, 2015 - June 30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 25**:

All documents you, and/or any person acting on your behalf, provided to any of the former managers, managing directors, and/or employees of the Skibo Companies, including, but

1  not limited to, James Duryea and/or Robert Smith, at any time between January 1, 2015 - June

2  30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

3  **REQUEST FOR PRODUCTION NO. 26**:

4        All documents you, and/or any person acting on your behalf, received from ACA, at any

5  time between January 1, 2015 - June 30, 2018, which relate in any way to any of the Investments

6  At Issue.

7  **REQUEST FOR PRODUCTION NO. 27**:

8        All documents you, and/or any person acting on your behalf, provided to ACA, at any

9  time between January 1, 2015 - June 30, 2018, which relate in any way to any of the Investments

10  At Issue.

11  **REQUEST FOR PRODUCTION NO. 28**:

12        All documents you, and/or any person acting on your behalf, received from ACA at any

13  time between January 1, 2015 - June 30, 2018,  which relate in any way to the DPG sub-prime

14  automobile loan portfolio.

15  **REQUEST FOR PRODUCTION NO. 29**:

16        All documents you, and/or any agent acting on your behalf, provided to ACA at any time

17  between January 1, 2015 - June 30, 2018,  which relate in any way to the DPG sub-prime

18  automobile loan portfolio.

19  **REQUEST FOR PRODUCTION NO. 30**:

20        All documents you, and/or any person acting on your behalf, received from any actual or

21  prospective investor in any of the DPG Entity Defendants at any time between January 1, 2015 -

22  June 30, 2018,  which relate in any way to any of the Investments At Issue.

23  **REQUEST FOR PRODUCTION NO. 31**:

24        All documents you, and/or any person acting on your behalf, provided to any actual or

25  prospective investor in any of the DPG Entity Defendants, at any time between January 1, 2015 -

26  June 30, 2018, which relate in any way to any of the Investments At Issue.

27  //

28  //

1  **REQUEST FOR PRODUCTION NO. 32**:

2        All documents you, and/or any person acting on your behalf, received from any actual or

3  prospective investor in any of the DPG Entity Defendants, at any time between January 1, 2015 -

4  June 30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

5  **REQUEST FOR PRODUCTION NO. 33**:

6        All documents you, and/or any person acting on your behalf, provided to any actual or

7  prospective investor in any of the DPG Entity Defendants, at any time between January 1, 2015 -

8  June 30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

9  **REQUEST FOR PRODUCTION NO. 34**:

10        All documents you, and/or any person acting on your behalf, received from any actual or

11  prospective lender to any of the DPG Entity Defendants, at any time between January 1, 2015 -

12  June 30, 2018, which relate in any way to any of the Investments At Issue.

13  **REQUEST FOR PRODUCTION NO. 35**:

14        All documents you, and/or any person acting on your behalf, provided to any actual or

15  prospective lender to any of the DPG Entity Defendants, at any time between January 1, 2015 -

16  June 30, 2018, which relate in any way to any of the Investments At Issue.

17  **REQUEST FOR PRODUCTION NO. 36**:

18        All documents you, and/or any person acting on your behalf, received from any actual or

19  prospective lender to any of the DPG Entity Defendants, at any time between January 1, 2015 -

20  June 30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

21  **REQUEST FOR PRODUCTION NO. 37**:

22        All documents you, and/or any person acting on your behalf, provided to any actual or

23  prospective lender to any of the DPG Entity Defendants, at any time between January 1, 2015 -

24  June 30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

25  **REQUEST FOR PRODUCTION NO. 38**:

26        All documents you, and/or any person acting on your behalf, received from any other

27  person not heretofore specifically mentioned at any time between January 1, 2015 - June 30,

28

1    2018, which relate in any way to any of the Investments At Issue, but exclusive of documents

2    protected by the attorney-client and/or attorney work product privileges.

3    **REQUEST FOR PRODUCTION NO. 39**:

4        All documents you, and/or any person acting on your behalf, provided to any other person

5    not heretofore specifically mentioned at any time between January 1, 2015 - June 30, 2018,

6    which relate in any way to any of the Investments At Issue, but exclusive of documents protected

7    by the attorney-client and/or attorney work product privileges.

8    **REQUEST FOR PRODUCTION NO. 40**:

9        All documents you, and/or any person acting on your behalf, received from any other

10    person not heretofore specifically mentioned at any time between January 1, 2015 - June 30,

11    2018, which relate in any way to the DPG sub-prime automobile loan portfolio, but exclusive of

12    documents protected by the attorney-client and/or attorney work product privileges.

13    **REQUEST FOR PRODUCTION NO. 41**:

14        All documents you, and/or any person acting on your behalf, provided to any other person

15    not heretofore specifically mentioned at any time between January 1, 2015 - June 30, 2018,

16    which relate in any way to the DPG sub-prime automobile loan portfolio, but exclusive of

17    documents protected by the attorney-client and/or attorney work product privileges.

18    **REQUEST FOR PRODUCTION NO. 42**:

19        All documents sufficient to identify the names of your investors during the period of

20    January 1, 2015 through the present.

21    **REQUEST FOR PRODUCTION NO. 43**:

22        All documents sufficient to show the amounts of each investment that was made into your

23    business during the period of January 1, 2015 through the present.

24    **REQUEST FOR PRODUCTION NO. 44**:

25        All documents sufficient to show the dates of each investment that was made into your

26    business during the period of January 1, 2015 through the present.

27    //

28    //

1   **REQUEST FOR PRODUCTION NO. 45**:

2        All documents sufficient to show the amount of interest that was paid to each investor in

3   your business during the period of January 1, 2015 through the present.

4   **REQUEST FOR PRODUCTION NO. 46**:

5        All documents sufficient to show the amount of principal that was returned to each

6   investor in your business during the period of January 1, 2015 through the present.

7   **REQUEST FOR PRODUCTION NO. 47**:

8        All documents sufficient to show the amount that is currently owed to each person who

9   invested in your business during the period of January 1, 2015 through the present.

10   **REQUEST FOR PRODUCTION NO. 48**:

11        All documents sufficient to identify any and all persons who loaned money to you at any

12   time during the period of January 1, 2015 through the present.

13   **REQUEST FOR PRODUCTION NO. 49**:

14        All documents sufficient to show the amounts of each loan that was made into your

15   business during the period of January 1, 2015 through the present.

16   **REQUEST FOR PRODUCTION NO. 50**:

17        All documents sufficient to show the dates of each loan that was made into your business

18   during the period of January 1, 2015 through the present.

19   **REQUEST FOR PRODUCTION NO. 51**:

20        All documents sufficient to show the amount of interest that was paid to each of your

21   lenders during the period of January 1, 2015 through the present.

22   **REQUEST FOR PRODUCTION NO. 52**:

23        All documents sufficient to show the amount of principal that was returned to each of

24   your lenders during the period of January 1, 2015 through the present.

25   **REQUEST FOR PRODUCTION NO. 53**:

26        All documents sufficient to show the amount that is currently owed to each of your

27   lenders who loaned money to your business during the period of January 1, 2015 through the

28   present.

**REQUEST FOR PRODUCTION NO. 54**:

All documents sufficient to identify each and all of your members during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 55**:

All documents sufficient to identify each and all of your managing members during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 56**:

Your complete audited financial statements for fiscal years 2012 through 2017.

**REQUEST FOR PRODUCTION NO. 57**:

All business plans which relate to the DPG sub-prime automobile loan portfolio that were generated at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 58**:

All documents relating to any liens against you that were created and/or perfected at any time during the period of January 1, 2015 through the present, but exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 59**:

All documents relating to any liens against the DPG sub-prime automobile loan portfolio that were created and/or perfected at any time during the period of January 1, 2015 through the present, but exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 60**:

All complaints against you filed at any time during the period of January 1, 2000 through the present which allege wrongdoing of any kind in connection with the solicitation and sale of investments and/or the solicitation of loans.

**REQUEST FOR PRODUCTION NO. 61**:

All complaints against you filed at any time during the period of January 1, 2000 through the present which allege wrongdoing of any kind in connection with the DPG sub-prime automobile loan portfolio.

1  **REQUEST FOR PRODUCTION NO. 62**:

2      All documents reflecting, evidencing and/or memorializing any and all due diligence

3  which you, and/or any person acting on your behalf, conducted with regard to the Skibo

4  Companies, but exclusive of documents protected by the attorney-client and/or attorney work

5  product privileges.

6  **REQUEST FOR PRODUCTION NO. 63**:

7      All documents reflecting, evidencing and/or memorializing any and all due diligence

8  which you, and/or any person acting on your behalf, conducted with regard to the DPG sub-prime

9  automobile loan portfolio, but exclusive of documents protected by the attorney-client and/or

10  attorney work product privileges.

11  **REQUEST FOR PRODUCTION NO. 64**:

12      All job descriptions for Daniel Galvanoni generated at any time since January 1, 2015.

13  **REQUEST FOR PRODUCTION NO. 65**:

14      All business cards used by Daniel Galvanoni at any time since January 1, 2015.

15  **REQUEST FOR PRODUCTION NO. 66**:

16      All job descriptions for Gerald Hudspeth generated at any time since January 1, 2015.

17  **REQUEST FOR PRODUCTION NO. 67**:

18      All business cards used by Gerald Hudspeth at any time since January 1, 2015.

19  **REQUEST FOR PRODUCTION NO. 68**:

20      All job descriptions for Westley Anderson generated at any time since January 1, 2015.

21  **REQUEST FOR PRODUCTION NO. 69**:

22      All business cards used by Westley Anderson at any time since January 1, 2015.

23  **REQUEST FOR PRODUCTION NO. 70**:

24      All job descriptions for Philip Galvanoni generated at any time since January 1, 2015.

25  **REQUEST FOR PRODUCTION NO. 71**:

26      All business cards used by Philip Galvanoni at any time since January 1, 2015.

27  **REQUEST FOR PRODUCTION NO. 72**:

28      All job descriptions for William Brooksbank generated at any time since January 1, 2015.

1    **REQUEST FOR PRODUCTION NO. 73**:

2        All business cards used by William Brooksbank at any time since January 1, 2015.

3    **REQUEST FOR PRODUCTION NO. 74**:

4        All job descriptions for Jerome Joseph generated at any time since January 1, 2015.

5    **REQUEST FOR PRODUCTION NO. 75**:

6        All business cards used by Jerome Joseph at any time since January 1, 2015.

7    **REQUEST FOR PRODUCTION NO. 76**:

8        All agreements between you and Plaintiff.

9    **REQUEST FOR PRODUCTION NO. 77**:

10        All documents signed by Plaintiff, including all documents you claim Plaintiff signed.

11    **REQUEST FOR PRODUCTION NO. 78**:

12        All agreements between you and Daniel Galvanoni that were in effect at any time from

13 January 1, 2015 through the present.

14    **REQUEST FOR PRODUCTION NO. 79**:

15        All agreements between you and any of the other DPG Entity Defendants that were in

16 effect at any time from January 1, 2015 through the present.

17    **REQUEST FOR PRODUCTION NO. 80**:

18        All agreements between you and ACA that were in effect at any time from January 1,

19 2015 through the present.

20    **REQUEST FOR PRODUCTION NO. 81**:

21        All agreements between you and any investor of yours that were in effect at any time

22 from January 1, 2015 through the present.

23    **REQUEST FOR PRODUCTION NO. 82**:

24        All agreements between you and any lender of yours that were in effect at any time from

25 January 1, 2015 through the present.

26    **REQUEST FOR PRODUCTION NO. 83**:

27        All agreements between you and Philip Galvanoni that were in effect at any time from

28 January 1, 2015 through the present.

1 **REQUEST FOR PRODUCTION NO. 84**:

2 All agreements between you and Gerald Hudspeth that were in effect at any time from

3 January 1, 2015 through the present.

4 **REQUEST FOR PRODUCTION NO. 85**:

5 All agreements between you and Westley Anderson that were in effect at any time from

6 January 1, 2015 through the present.

7 **REQUEST FOR PRODUCTION NO. 86**:

8 All agreements between you and William Brooksbank that were in effect at any time from

9 January 1, 2015 through the present.

10 **REQUEST FOR PRODUCTION NO. 87**:

11 All agreements between you and Jerome Joseph that were in effect at any time from

12 January 1, 2015 through the present.

13 **REQUEST FOR PRODUCTION NO. 88**:

14 All agreements between you and the Skibo Companies, and/or any owner or manager of

15 the Skibo Companies, that were in effect at any time from January 1, 2015 through the present.

16 **REQUEST FOR PRODUCTION NO. 89**:

17 All agreements between you and any person not heretofore specifically mentioned that

18 relate in any way to the Investments at Issue or to the DPG sub-prime automobile loan portfolio,

19 but exclusive of documents protected by the attorney-client and/or attorney work product

20 privileges.

21 **REQUEST FOR PRODUCTION NO. 90**:

22 All investigations, charges and/or findings by any regulator, whether state, federal or self-

23 regulatory organization, that were made against you and/or any member of yours with regard to

24 investments, loans, and/or the DPG sub-prime automobile loan portfolio.

25 **REQUEST FOR PRODUCTION NO. 91**:

26 All responses to any investigations, charges and/or findings by any regulator, whether

27 state, federal or self-regulatory organization, that were made against you and/or any member of

28 yours with regard to investments, loans, and/or the DPG sub-prime automobile loan portfolio.

1  **REQUEST FOR PRODUCTION NO. 92**:

2      All press releases written, generated and/or approved by you, and/or any person acting on

3  your behalf which evidence, reflect, memorialize and/or discuss the Skibo Companies.

4  **REQUEST FOR PRODUCTION NO. 93**:

5      All press releases written, generated and/or approved by you, and/or any person acting on

6  your behalf which evidence, reflect, memorialize and/or discuss the DPG sub-prime automobile

7  loan portfolio.

8  **REQUEST FOR PRODUCTION NO. 94**:

9      All press releases written, generated and/or approved by you, and/or any person acting on

10  your behalf which evidence, reflect, memorialize and/or discuss ACA.

11  **REQUEST FOR PRODUCTION NO. 95**:

12      All documents necessary and sufficient to ascertain the amount of funds, both net and

13  gross, that you transferred, conveyed, or otherwise provided to the Skibo Companies at any time

14  since January 1, 2015.

15  **REQUEST FOR PRODUCTION NO. 96**:

16      All documents necessary and sufficient to ascertain the amount of funds, both net and

17  gross, that you transferred, conveyed, or otherwise provided to any of the other DPG Entity

18  Defendants at any time since January 1, 2015.

19  **REQUEST FOR PRODUCTION NO. 97**:

20      All documents necessary and sufficient to ascertain the amount of funds, both net and

21  gross, that you transferred, conveyed, or otherwise provided to Daniel Galvanoni at any time

22  since January 1, 2015.

23  **REQUEST FOR PRODUCTION NO. 98**:

24      All documents necessary and sufficient to ascertain the amount of funds, both net and

25  gross, that you transferred, conveyed, or otherwise provided to Philip Galvanoni at any time since

26  January 1, 2015.

27  //

28  //

**REQUEST FOR PRODUCTION NO. 99**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you transferred, conveyed, or otherwise provided to ACA at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 100**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you transferred, conveyed, or otherwise provided to Gerald Hudspeth at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 101**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you transferred, conveyed, or otherwise provided to Westley Anderson at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 102**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you transferred, conveyed, or otherwise provided to William Brooksbank at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 103**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you transferred, conveyed, or otherwise provided to Jerome Joseph at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 104**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you transferred, conveyed, or otherwise provided to any investor of yours at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 105**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you transferred, conveyed, or otherwise provided to any lender of yours at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 106**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you received from the Skibo Companies at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 107**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you received from any of the other DPG Entity Defendants at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 108**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you received from Daniel Galvanoni at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 109**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you received from Philip Galvanoni at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 110**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you received from ACA at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 111**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you received from Gerald Hudspeth at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 112**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you received from Westley Anderson at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 113**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you received from William Brooksbank at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 114**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you received from Jerome Joseph at any time since January 1, 2015.

1   **REQUEST FOR PRODUCTION NO. 115**:

2   All documents necessary and sufficient to ascertain the amount of funds, both net and

3   gross, that you received from any investor of yours at any time since January 1, 2015.

4   **REQUEST FOR PRODUCTION NO. 116**:

5   All documents necessary and sufficient to ascertain the amount of funds, both net and

6   gross, that you received from any lender of yours at any time since January 1, 2015.

7   **REQUEST FOR PRODUCTION NO. 117**:

8   Each and all of your bank account statements for the period of January 1, 2015 through

9   the present.

10   **REQUEST FOR PRODUCTION NO. 118**:

11   Each and all of your quikbook reports for the period of January 1, 2015 through the

12   present.

13   **REQUEST FOR PRODUCTION NO. 119**:

14   Your complete general ledger for the period of January 1, 2015 through the present.

15   **REQUEST FOR PRODUCTION NO. 120**:

16   All sub-prime automobile loan contracts which you owned, purchased or serviced at any

17   time during the period of January 1, 2015 through the present.

18   **REQUEST FOR PRODUCTION NO. 121**:

19   All documents which are sufficient to show the consideration which you paid for any sub-

20   prime automobile loan contracts which you owned, purchased or serviced at any time during the

21   period of January 1, 2015 through the present.

22   **REQUEST FOR PRODUCTION NO. 122**:

23   All documents which are sufficient to show the amount of monies you have received as a

24   direct or indirect result of any sub-prime automobile loan contracts which you owned, purchased

25   or serviced at any time during the period of January 1, 2015 through the present.

26   **REQUEST FOR PRODUCTION NO. 123**:

27   All documents which are sufficient to show how the Investments At Issue were utilized.

28   //

1   **REQUEST FOR PRODUCTION NO. 124**:

2    All docs which evidence that any or all of the Investments At Issue were used to purchase

3   new sub-prime automobile loans.

4   **REQUEST FOR PRODUCTION NO. 125**:

5    All documents which evidence that any or all of the Investments At Issue were used to

6   fund the operations of any of the DPG Entity Defendants.

7   **REQUEST FOR PRODUCTION NO. 126**:

8    All documents which evidence any and all expenses that Daniel Galvanoni advanced on

9   your behalf during the period of January 1, 2015 through December 31, 2017.

10   **REQUEST FOR PRODUCTION NO. 127**:

11    Any and all of your Errors & Omissions insurance policies that were in effect and/or

12   applicable for the period of January 1, 2015 through the present.

13   **REQUEST FOR PRODUCTION NO. 128**:

14    Any and all of your business insurance policies that were in effect and/or applicable for

15   the period of January 1, 2015 through the present.

16   **REQUEST FOR PRODUCTION NO. 129**:

17    Any and all insurance policies not heretofore specifically requested which provide actual

18   or potential coverage with respect to Plaintiff's claims in this action.

19   **REQUEST FOR PRODUCTION NO. 130**:

20    All leases for any offices occupied by you since January 1, 2015.

21   **REQUEST FOR PRODUCTION NO. 131**:

22    All business licenses held by you at any time since January 1, 2015.

23   **REQUEST FOR PRODUCTION NO. 132**:

24    All investment proposals you provided to Plaintiff between January 1, 2015 and

25   December 31, 2017.

26   **REQUEST FOR PRODUCTION NO. 133**:

27    All investment proposals you provided to any other prospective investor between January

28   1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 134**:

All profit and loss forecasts relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 135**:

All documents which were utilized or relied upon to create the profit and loss forecasts relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 136**:

All investor return models relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 137**:

All documents which were utilized or relied upon to create the investor return models relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 138**:

All term sheets relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 139**:

All documents which were utilized or relied upon to create the term sheets relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 140**:

All investor summaries relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 141**:

All investor summaries which were utilized or relied upon to create the term sheets relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 142**:

All automobile loan models relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 143**:

All documents which were utilized or relied upon to create the automobile loan models relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 144**:

All financial models relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 145**:

All documents which were utilized or relied upon to create the financial models relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 146**:

All estimates of returns relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 147**:

All documents which were utilized or relied upon to create the estimates of returns relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 148**:

All documents which evidence and/or reflect the underwriting review that was done for each of the loans in the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 149**:

All documents which contain, reflect and/or evidence the underwriting guidelines that were utilized for each of the loans in the DPG sub-prime automobile loan portfolio.

//

1    **REQUEST FOR PRODUCTION NO. 150**:

2         All documents reflecting and/or evidencing any audits that were performed with respect

3 to the Skibo Companies at any time between January 1, 2015 and December 31, 2017, exclusive

4 of documents protected by the attorney-client and/or attorney work product privileges.

5    **REQUEST FOR PRODUCTION NO. 151**:

6         All documents reflecting and/or evidencing any audits that were performed with respect

7 to the DPG sub-prime automobile loan portfolio at any time between January 1, 2015 and

8 December 31, 2017, exclusive of documents protected by the attorney-client and/or attorney

9 work product privileges.

10    **REQUEST FOR PRODUCTION NO. 152**:

11         All documents which support the statement in the mezzanine loan proposal that was

12 provided to Plaintiff on or about April 8, 2015 that an investment in the Skibo Companies would

13 provide a total annual return of 28% a year.

14    **REQUEST FOR PRODUCTION NO. 153**:

15         All documents which support the statement in William Brookbank's email of April 30,

16 2015 that 3% warrants in the Skibo Companies would be worth $784,000 in four years.

17    **REQUEST FOR PRODUCTION NO. 154**:

18         All documents which support the statement in William Brookbank's email of April 30,

19 2015 that 4.25% warrants in Skibo would be worth $1,100,000.00 in four years.

20    **REQUEST FOR PRODUCTION NO. 155**:

21         All documents which support the statement in William Brookbank's email of April 30,

22 2015 Plaintiff's internal rate of return would be 108%.

23    **REQUEST FOR PRODUCTION NO. 156**:

24         All notes of any meetings with Plaintiff which occurred at any time between January 1,

25 2015 and December 31, 2017.

26    **REQUEST FOR PRODUCTION NO. 157**:

27         All notes of any telephone calls with Plaintiff which occurred at any time between

28 January 1, 2015 and December 31, 2017.

1  **REQUEST FOR PRODUCTION NO. 158**:

2      All notes of any meetings during which Plaintiff and/or the Investments At Issue were

3  discussed, exclusive of documents protected by the attorney-client and/or attorney work product

4  privileges.

5  **REQUEST FOR PRODUCTION NO. 159**:

6      All notes of any telephone calls during which Plaintiff and/or the Investments At Issue

7  were discussed, exclusive of documents protected by the attorney-client and/or attorney work

8  product privileges.

9  **REQUEST FOR PRODUCTION NO. 160**:

10      All spreadsheets of investor loans that were created at any time during the period of

11  January 1, 2015 - December 31, 2017.

12  **REQUEST FOR PRODUCTION NO. 161**:

13      All spreadsheets of the loans in the DPG sub-prime automobile loan portfolio that were

14  created at any time during the period of January 1, 2015 - December 31, 2017.

15  **REQUEST FOR PRODUCTION NO. 162**:

16      All documents which are sufficient to show the dates of the Investments At Issue.

17  **REQUEST FOR PRODUCTION NO. 163**:

18      All documents which are sufficient to show the Amounts of the Investments At Issue.

19  **REQUEST FOR PRODUCTION NO. 164**:

20      All communications between you and/or any person acting on your behalf and Plaintiff

21  regarding the UCC-1 Financing Statements in favor of Plaintiff which were filed with the

22  Arizona Secretary of State on or about August 23, 2016.

23  **REQUEST FOR PRODUCTION NO. 165**:

24      All communications between you and/or any person acting on your behalf and any of the

25  other DPG Entity Defendants regarding the UCC-1 Financing Statements in favor of Plaintiff

26  which were filed with the Arizona Secretary of State on or about August 23, 2016.

27  //

28  //

**REQUEST FOR PRODUCTION NO. 166**:

All communications between you and/or any person acting on your behalf and ACA regarding the UCC-1 Financing Statements in favor of Plaintiff which were filed with the Arizona Secretary of State on or about August 23, 2016.

**REQUEST FOR PRODUCTION NO. 167**:

All communications between you and/or any person acting on your behalf and any lender or prospective lender regarding the UCC-1 Financing Statements in favor of Plaintiff which were filed with the Arizona Secretary of State on or about August 23, 2016.

**REQUEST FOR PRODUCTION NO. 168**:

All documents which are sufficient to show the purchase price of each of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

**REQUEST FOR PRODUCTION NO. 169**:

All documents which are sufficient to show the purchase date of each of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

**REQUEST FOR PRODUCTION NO. 170**:

All documents which are sufficient to show the contract amount of each of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

**REQUEST FOR PRODUCTION NO. 171**:

All documents which are sufficient to identify the name of the person or entity who purchased each of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

**REQUEST FOR PRODUCTION NO. 172**:

All documents which are sufficient to show the dates of any transfer of any ownership of any of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

**REQUEST FOR PRODUCTION NO. 173**:

All documents which are sufficient to identify the person or entity to whom ownership of any of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018 was transferred at any time between January 1, 2015 and June 30, 2018.

**REQUEST FOR PRODUCTION NO. 174**:

All documents which are sufficient to show the amount of any consideration that was paid by the acquiring person/entity for any transfer of any ownership of any of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018 for any transfers of ownership which occurred at any time between January 1, 2015 and the present.

**REQUEST FOR PRODUCTION NO. 175**:

All documents which are sufficient to show the maturity date of each of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

**REQUEST FOR PRODUCTION NO. 176**:

All documents which are sufficient to show the monthly payments owed by each of the borrowers for each of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

**REQUEST FOR PRODUCTION NO. 177**:

All documents which are sufficient to show the monthly gross income that you have received since January 1, 2015 from the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

**REQUEST FOR PRODUCTION NO. 178**:

All documents which are sufficient to show the dates of any defaults with respect to any of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

//

**REQUEST FOR PRODUCTION NO. 179**:

All documents which are sufficient to show the amounts of any defaults with respect to any of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

**REQUEST FOR PRODUCTION NO. 180**:

All documents which are sufficient to show the net losses attributable to any defaults with respect to any of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

**REQUEST FOR PRODUCTION NO. 181**:

All overviews of the DPG sub-prime automobile loan portfolio that were created at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 182**:

All source documents which were utilized to prepare the overviews of the DPG sub-prime automobile loan portfolio that were created at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 183**:

All automobile title documents for each of the loans in the DPG sub-prime automobile loan portfolio during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 184**:

All lien assignments with respect to any of the loans in the DPG sub-prime automobile loan portfolio which were made at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 185**:

All versions of Daniel Galvanoni's resume that were created or in effect at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 186**:

All versions of Philip Galvanoni's resume that were created or in effect at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 187**:

All versions of Gerald Hudspeth's resume that were created or in effect at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 188**:

All versions of Westley Anderson's resume that were created or in effect at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 189**:

All versions of William Brooksbank's resume that were created or in effect at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 190**:

All versions of Jerome Joseph's resume that were created or in effect at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 191**:

All statements, notes, recordings, or other documents of any type, if any exist, obtained from any witness, or potential witness to this action, concerning Plaintiff and/or any of the Investments at Issue and/or the DPG sub-prime automobile loan portfolio, exclusive of documents protected by the attorney-client or attorney work product privilege.

**REQUEST FOR PRODUCTION NO. 192**:

Any notes, memoranda, recordings, or other documents of any type, if any exist, reflecting any verbal conference, discussion, or conversation with any witness, or potential witness to this action, concerning Plaintiff and/or any of the Investments at Issue and/or the DPG sub-prime automobile loan portfolio, exclusive of documents protected by the attorney-client or attorney work product privilege.

**REQUEST FOR PRODUCTION NO. 193**:

All documents you identified in your responses to the special interrogatories served herewith.

//

1

2  Date: August 15, 2018                    **LAW OFFICES OF MELINDA JANE STEUER**

3

4                                           By: _____

5                                                Melinda Jane Steuer
                                                 Attorney for Plaintiff
6                                                John Marshall

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Melinda Jane Steuer (State Bar No. 216105)
    LAW OFFICES OF MELINDA JANE STEUER
2   928 Second Street, Ste. 302
    Sacramento, CA 95814
3   Telephone: (916) 930-0045
    Facsimile: (916) 314-4100
4
    Attorneys for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11

12   JOHN MARSHALL, an individual              Case No. 2:17-cv-00820-KJM-CKD

13            Plaintiff,                       **PLAINTIFF'S FIRST SET OF**
                                               **REQUESTS FOR PRODUCTION OF**
14        vs.                                  **DOCUMENTS TO DEFENDANT**
                                               **SKIBO HOLDINGS, LLC**
15   DANIEL P. GALVANONI, an individual;
     DPG INVESTMENTS, LLC, a foreign
16   limited liability company; DPG GOLDEN
     EAGLE, LLC, a foreign limited liability
17   company; SPRING TREE LENDING, LLC
     a foreign limited liability company; SPRING
18   TREE HOLDINGS, LLC; SPRING TREE
     FINANCIAL, LLC; SKIBO HOLDINGS,
19   LLC, a foreign limited liability company;
     AMERICAN CREDIT ACCEPTANCE,
20   LLC, a foreign limited liability company;
     and DOES 1 - 100, inclusive,
21
              Defendants.
22   _____/

23   **PROPOUNDING PARTY:**      Plaintiff

24   **RESPONDING PARTY:**       Defendant Skibo Holdings, LLC

25   **SET NO.:**                One

26        Pursuant to Federal Rules of Civil Procedure Rule 34, Plaintiff John Marshall hereby

27   demands that the responding party produce the following documents to the Law Offices of

28   Melinda Jane Steuer, 928 Second Street, Suite 302, Sacramento, California 95814, within thirty

_____
     Plaintiff's First Set of Requests for Production of Documents to Defendant Skibo Holdings, LLC

1   days of the service of these requests.  Unless otherwise specified in the requests, defendant may

2   comply by serving legible copies.

3        The documents to be produced are:

4   **DEFINITIONS:**

5        A.      "Plaintiff" means John Marshall.

6        B.      "Investments At Issue" means any or all of the following: a) the $125,000.00

7   which Plaintiff wired to the bank account of DPG Golden Eagle, LLC ("DPG-GEL") at BBVA

8   Compass Bank on or about June 18, 2015; b) the $50,000.00 which Plaintiff wired to the bank

9   account of DPG-GEL at BBVA Compass Bank on or about June 29, 2015; c) the $25,000.00

10  which Plaintiff wired to the bank account of DPG-GEL at BBVA Compass Bank on or about

11  August 12, 2015; d) the $25,000.00 which Plaintiff wired to the bank account of DPG-GEL at

12  BBVA Compass Bank on or about February 5, 2016; e) the $25,000.00 which Plaintiff wired to

13  the bank account of DPG-GEL at BBVA Compass Bank on or about February 11, 2016; f) the

14  $25,000.00 which Plaintiff wired to the bank account of DPG-GEL at BBVA Compass Bank on

15  or about February 22, 2016; and/or g) the $25,000.00 which Plaintiff wired to the bank account

16  of DPG-GEL at BBVA Compass Bank on or about February 29, 2016.

17       C.      "The DPG Entity Defendants" means any or all of the following entities and/or

18  any subsidiary or affiliate thereof:  DPG Investments, LLC; DPG Golden Eagle, LLC; Spring

19  Tree Lending, LLC; Spring Tree Holdings, LLC; Spring Tree Financial, LLC; and/or Skibo

20  Holdings, LLC.

21       D.      "The Skibo Companies" means Skibo Holdings and its affiliates and/or

22  subsidiaries, and specifically includes TSA Financial Group, Golden Eagle Lending, Ski Bo Auto

23  Sales and/or JADCO.

24       E.      "The DPG sub-prime automobile loan portfolio" means any and all sub-prime

25  automobile loans which were owned, acquired and/or serviced by any or all of the following

26  entities and/or any subsidiary or affiliate thereof at any time:  DPG Investments, LLC; DPG

27  Golden Eagle, LLC; Spring Tree Lending, LLC; Spring Tree Holdings, LLC; Spring Tree

28

1  Financial, LLC; Skibo Holdings, LLC; TSA Financial Group; Golden Eagle Lending; Ski Bo

2  Auto Sales; and/or JADCO.

3      F.      "Person acting on your behalf" means your current and former managers,

4  managing directors, members, employees, agents, independent contractors, and/or all other

5  persons retained by you to perform services for you, exclusive of your attorneys, and specifically

6  includes, but is not limited to, Daniel P. Galvanoni, Gerald T. Hudspeth, Westley Anderson,

7  William Brooksbank, Jerome Joseph, Philip Galvanoni, Craig Sherman, Curtis Holder, Todd

8  Owen and/or Holly Kix.

9      G.      "Document" means any writing, as defined in Cal. Evidence Code § 250.

10  **DOCUMENT REQUESTS:**

11  **REQUEST FOR PRODUCTION NO. 1**:

12      All written communications, including, but not limited to, e-mails and/or text messages,

13  between you, and/or any person acting on your behalf, and Plaintiff, which relate in any way to

14  any of the Investments At Issue, and/or to the DPG sub-prime automobile loan portfolio.

15  **REQUEST FOR PRODUCTION NO. 2**:

16      All documents evidencing verbal communications between you, and/or any person acting

17  on your behalf, and Plaintiff, which relate in any way to any of the Investments At Issue, and/or

18  to the DPG sub-prime automobile loan portfolio, including, but not limited to, notes, internal

19  memoranda and/or telephone logs.

20  **REQUEST FOR PRODUCTION NO. 3**:

21      All written communications, including, but not limited to, e-mails and/or text messages,

22  between and/or among any of your agents, employees, officers, managing directors, managers

23  and/or members, which relate in any way to Plaintiff and/or any of the Investments At Issue.

24  **REQUEST FOR PRODUCTION NO. 4**:

25      All documents evidencing any verbal communications between and/or among any of your

26  agents, employees, officers, managing directors, members and/or managers, which relate in any

27  way to Plaintiff and/or any of the Investments At Issue.

28  //

**REQUEST FOR PRODUCTION NO. 5**:

All written communications, including, but not limited to, e-mails and/or text messages, between you, and/or any person acting on your behalf, and American Credit Acceptance, LLC ("ACA"), and/or any agent, independent contractor, officer, manager and/or employee thereof, which relate in any way to Plaintiff, and/or any of the Investments At Issue, and/or the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 6**:

All documents evidencing any verbal communications between you, and/or any person acting on your behalf, and ACA and/or any officer, manager, agent, and/or employee thereof, which relate in any way to Plaintiff, and/or any of the Investments At Issue, and/or the DPG sub-prime automobile loan portfolio, including, but not limited to, notes, internal memoranda and/or telephone logs.

**REQUEST FOR PRODUCTION NO. 7**:

All written communications, including, but not limited to, e-mails and/or text messages, between you, and/or any person acting on your behalf, and any of the former managers, managing directors, and/or employees of the Skibo Companies, including, but not limited to, James Duryea and/or Robert Smith, which relate in any way to Plaintiff, and/or any of the Investments At Issue, and/or the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 8**:

All documents evidencing any verbal communications between you, and/or any person acting on your behalf, and any of the former managers, managing directors, and/or employees of the Skibo Companies, including, but not limited to, James Duryea and/or Robert Smith, which relate in any way to Plaintiff, and/or any of the Investments At Issue, and/or the DPG sub-prime automobile loan portfolio, including, but not limited to, notes, internal memoranda and/or telephone logs.

**REQUEST FOR PRODUCTION NO. 9**:

All written communications, including, but not limited to, e-mails and/or text messages, between you, and/or any person acting on your behalf, and any of the other DPG Entity

1   Defendants, and/or any employee, agent, member, manager and/or managing director thereof,

2   which relate in any way to Plaintiff and/or any of the Investments At Issue.

3   **REQUEST FOR PRODUCTION NO. 10**:

4       All documents evidencing any verbal communications between you, and/or any person

5   acting on your behalf, and any of the other DPG Entity Defendants, and/or any employee, agent,

6   member, manager and/or managing director thereof, which relate in any way to Plaintiff and/or

7   any of the Investments At Issue.

8   **REQUEST FOR PRODUCTION NO. 11**:

9       All written communications, including, but not limited to, e-mails and/or text messages,

10  between you, and/or any person acting on your behalf, and any actual or prospective investor in

11  any of the DPG Entity Defendants, which relate in any way to Plaintiff, and/or any of the

12  Investments At Issue, and/or the DPG sub-prime automobile loan portfolio, and which were

13  made at any time between January 1, 2015 - June 30, 2018.

14  **REQUEST FOR PRODUCTION NO. 12**:

15      All documents evidencing any verbal communications between you, and/or any person

16  agent acting on your behalf, and any actual or prospective investor in any of the DPG Entity

17  Defendants, which relate in any way to Plaintiff, or to any of the Investments At Issue, and/or to

18  the DPG sub-prime automobile loan portfolio, and which were made at any time between

19  January 1, 2015 - June 30, 2018, including, but not limited to, notes, internal memoranda and/or

20  telephone logs.

21  **REQUEST FOR PRODUCTION NO. 13**:

22      All written communications, including, but not limited to, e-mails and/or text messages,

23  between you, and/or any person acting on your behalf, and any actual or prospective lender to any

24  of the DPG Entity Defendants, which relate in any way to Plaintiff, or to any of the Investments

25  At Issue, and/or to the DPG sub-prime automobile loan portfolio, and which were made at any

26  time between January 1, 2015 - June 30, 2018.

27  //

28  //

1  **REQUEST FOR PRODUCTION NO. 14**:

2       All documents evidencing any verbal communications between you, and/or any person

3  acting on your behalf, and any actual or prospective lender to any of the DPG Entity Defendants,

4  which relate in any way to Plaintiff, or to any of the Investments At Issue, and/or to the DPG sub-

5  prime automobile loan portfolio, and which were made at any time between January 1, 2015 -

6  June 30, 2018, including, but not limited to, notes, internal memoranda and/or telephone logs.

7  **REQUEST FOR PRODUCTION NO. 15**:

8       All documents you, and/or any person acting on your behalf, received from Plaintiff at

9  any time between January 1, 2015 - March 31, 2017, which relate in any way to any of the

10  Investments At Issue.

11  **REQUEST FOR PRODUCTION NO. 16**:

12       All documents you, and/or any person acting on your behalf, provided to Plaintiff at any

13  time between January 1, 2015 - March 31, 2017, which relate in any way to any of the

14  Investments At Issue.

15  **REQUEST FOR PRODUCTION NO. 17**:

16       All documents you, and/or any person acting on your behalf, received from Plaintiff at

17  any time between January 1, 2015 - March 31, 2017, which relate in any way to the DPG sub-

18  prime automobile loan portfolio.

19  **REQUEST FOR PRODUCTION NO. 18**:

20       All documents you, and/or any person acting on your behalf, provided to Plaintiff at any

21  time between January 1, 2015 - March 31, 2017, which relate in any way to the DPG sub-prime

22  automobile loan portfolio.

23  **REQUEST FOR PRODUCTION NO. 19**:

24       All documents you, and/or any person acting on your behalf, received from any of the

25  other DPG Entity Defendants and/or any employee or agent thereof (exclusive of attorneys), at

26  any time between January 1, 2015 - June 30, 2018, which relate in any way to any of the

27  Investments At Issue.

28  //

**REQUEST FOR PRODUCTION NO. 20**:

     All documents you, and/or any person acting on your behalf, provided to any of the other DPG Entity Defendants and/or any employee or agent thereof (exclusive of attorneys), at any time between January 1, 2015 - June 30, 2018, which relate in any way to any of the Investments At Issue.

**REQUEST FOR PRODUCTION NO. 21**:

     All documents you, and/or any person acting on your behalf, received from any of the other DPG Entity Defendants and/or any employee or agent thereof (exclusive of attorneys), at any time between January 1, 2015 - June 30, 2018,  which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 22**:

     All documents you, and/or any agent acting on your behalf, provided to any of the other DPG Entity Defendants and/or any employee or agent thereof (exclusive of attorneys), at any time between January 1, 2015 - June 30, 2018,  which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 23**:

     All documents you, and/or any person acting on your behalf, provided to any of the former managers, managing directors, and/or employees of the Skibo Companies, including, but not limited to, James Duryea and/or Robert Smith, at any time between January 1, 2015 - June 30, 2018, which relate in any way to any of the Investments At Issue.

**REQUEST FOR PRODUCTION NO. 24**:

     All documents you, and/or any person acting on your behalf, received from any of the former managers, managing directors, and/or employees of the Skibo Companies, including, but not limited to, James Duryea and/or Robert Smith, at any time between January 1, 2015 - June 30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 25**:

     All documents you, and/or any person acting on your behalf, provided to any of the former managers, managing directors, and/or employees of the Skibo Companies, including, but

1   not limited to, James Duryea and/or Robert Smith, at any time between January 1, 2015 - June

2   30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

3   **REQUEST FOR PRODUCTION NO. 26:**

4         All documents you, and/or any person acting on your behalf, received from ACA, at any

5   time between January 1, 2015 - June 30, 2018, which relate in any way to any of the Investments

6   At Issue.

7   **REQUEST FOR PRODUCTION NO. 27:**

8         All documents you, and/or any person acting on your behalf, provided to ACA, at any

9   time between January 1, 2015 - June 30, 2018, which relate in any way to any of the Investments

10   At Issue.

11   **REQUEST FOR PRODUCTION NO. 28:**

12         All documents you, and/or any person acting on your behalf, received from ACA at any

13   time between January 1, 2015 - June 30, 2018,  which relate in any way to the DPG sub-prime

14   automobile loan portfolio.

15   **REQUEST FOR PRODUCTION NO. 29:**

16         All documents you, and/or any agent acting on your behalf, provided to ACA at any time

17   between January 1, 2015 - June 30, 2018,  which relate in any way to the DPG sub-prime

18   automobile loan portfolio.

19   **REQUEST FOR PRODUCTION NO. 30:**

20         All documents you, and/or any person acting on your behalf, received from any actual or

21   prospective investor in any of the DPG Entity Defendants at any time between January 1, 2015 -

22   June 30, 2018,  which relate in any way to any of the Investments At Issue.

23   **REQUEST FOR PRODUCTION NO. 31:**

24         All documents you, and/or any person acting on your behalf, provided to any actual or

25   prospective investor in any of the DPG Entity Defendants, at any time between January 1, 2015 -

26   June 30, 2018, which relate in any way to any of the Investments At Issue.

27   //

28   //

1  **REQUEST FOR PRODUCTION NO. 32**:

2        All documents you, and/or any person acting on your behalf, received from any actual or

3  prospective investor in any of the DPG Entity Defendants, at any time between January 1, 2015 -

4  June 30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

5  **REQUEST FOR PRODUCTION NO. 33**:

6        All documents you, and/or any person acting on your behalf, provided to any actual or

7  prospective investor in any of the DPG Entity Defendants, at any time between January 1, 2015 -

8  June 30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

9  **REQUEST FOR PRODUCTION NO. 34**:

10        All documents you, and/or any person acting on your behalf, received from any actual or

11  prospective lender to any of the DPG Entity Defendants, at any time between January 1, 2015 -

12  June 30, 2018, which relate in any way to any of the Investments At Issue.

13  **REQUEST FOR PRODUCTION NO. 35**:

14        All documents you, and/or any person acting on your behalf, provided to any actual or

15  prospective lender to any of the DPG Entity Defendants, at any time between January 1, 2015 -

16  June 30, 2018, which relate in any way to any of the Investments At Issue.

17  **REQUEST FOR PRODUCTION NO. 36**:

18        All documents you, and/or any person acting on your behalf, received from any actual or

19  prospective lender to any of the DPG Entity Defendants, at any time between January 1, 2015 -

20  June 30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

21  **REQUEST FOR PRODUCTION NO. 37**:

22        All documents you, and/or any person acting on your behalf, provided to any actual or

23  prospective lender to any of the DPG Entity Defendants, at any time between January 1, 2015 -

24  June 30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

25  **REQUEST FOR PRODUCTION NO. 38**:

26        All documents you, and/or any person acting on your behalf, received from any other

27  person not heretofore specifically mentioned at any time between January 1, 2015 - June 30,

28

1  2018, which relate in any way to any of the Investments At Issue, but exclusive of documents

2  protected by the attorney-client and/or attorney work product privileges.

3  **REQUEST FOR PRODUCTION NO. 39**:

4       All documents you, and/or any person acting on your behalf, provided to any other person

5  not heretofore specifically mentioned at any time between January 1, 2015 - June 30, 2018,

6  which relate in any way to any of the Investments At Issue, but exclusive of documents protected

7  by the attorney-client and/or attorney work product privileges.

8  **REQUEST FOR PRODUCTION NO. 40**:

9       All documents you, and/or any person acting on your behalf, received from any other

10  person not heretofore specifically mentioned at any time between January 1, 2015 - June 30,

11  2018, which relate in any way to the DPG sub-prime automobile loan portfolio, but exclusive of

12  documents protected by the attorney-client and/or attorney work product privileges.

13  **REQUEST FOR PRODUCTION NO. 41**:

14       All documents you, and/or any person acting on your behalf, provided to any other person

15  not heretofore specifically mentioned at any time between January 1, 2015 - June 30, 2018,

16  which relate in any way to the DPG sub-prime automobile loan portfolio, but exclusive of

17  documents protected by the attorney-client and/or attorney work product privileges.

18  **REQUEST FOR PRODUCTION NO. 42**:

19       All documents sufficient to identify the names of your investors during the period of

20  January 1, 2015 through the present.

21  **REQUEST FOR PRODUCTION NO. 43**:

22       All documents sufficient to show the amounts of each investment that was made into your

23  business during the period of January 1, 2015 through the present.

24  **REQUEST FOR PRODUCTION NO. 44**:

25       All documents sufficient to show the dates of each investment that was made into your

26  business during the period of January 1, 2015 through the present.

27  //

28  //

1  **REQUEST FOR PRODUCTION NO. 45**:

2      All documents sufficient to show the amount of interest that was paid to each investor in

3  your business during the period of January 1, 2015 through the present.

4  **REQUEST FOR PRODUCTION NO. 46**:

5      All documents sufficient to show the amount of principal that was returned to each

6  investor in your business during the period of January 1, 2015 through the present.

7  **REQUEST FOR PRODUCTION NO. 47**:

8      All documents sufficient to show the amount that is currently owed to each person who

9  invested in your business during the period of January 1, 2015 through the present.

10  **REQUEST FOR PRODUCTION NO. 48**:

11      All documents sufficient to identify any and all persons who loaned money to you at any

12  time during the period of January 1, 2015 through the present.

13  **REQUEST FOR PRODUCTION NO. 49**:

14      All documents sufficient to show the amounts of each loan that was made into your

15  business during the period of January 1, 2015 through the present.

16  **REQUEST FOR PRODUCTION NO. 50**:

17      All documents sufficient to show the dates of each loan that was made into your business

18  during the period of January 1, 2015 through the present.

19  **REQUEST FOR PRODUCTION NO. 51**:

20      All documents sufficient to show the amount of interest that was paid to each of your

21  lenders during the period of January 1, 2015 through the present.

22  **REQUEST FOR PRODUCTION NO. 52**:

23      All documents sufficient to show the amount of principal that was returned to each of

24  your lenders during the period of January 1, 2015 through the present.

25  **REQUEST FOR PRODUCTION NO. 53**:

26      All documents sufficient to show the amount that is currently owed to each of your

27  lenders who loaned money to your business during the period of January 1, 2015 through the

28  present.

**REQUEST FOR PRODUCTION NO. 54**:

All documents sufficient to identify each and all of your members during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 55**:

All documents sufficient to identify each and all of your managing members during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 56**:

Your complete audited financial statements for fiscal years 2012 through 2017.

**REQUEST FOR PRODUCTION NO. 57**:

All business plans which relate to the DPG sub-prime automobile loan portfolio that were generated at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 58**:

All documents relating to any liens against you that were created and/or perfected at any time during the period of January 1, 2015 through the present, but exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 59**:

All documents relating to any liens against the DPG sub-prime automobile loan portfolio that were created and/or perfected at any time during the period of January 1, 2015 through the present, but exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 60**:

All complaints against you filed at any time during the period of January 1, 2000 through the present which allege wrongdoing of any kind in connection with the solicitation and sale of investments and/or the solicitation of loans.

**REQUEST FOR PRODUCTION NO. 61**:

All complaints against you filed at any time during the period of January 1, 2000 through the present which allege wrongdoing of any kind in connection with the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 62**:

All documents reflecting, evidencing and/or memorializing any and all due diligence which you, and/or any person acting on your behalf, conducted with regard to the Skibo Companies, but exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 63**:

All documents reflecting, evidencing and/or memorializing any and all due diligence which you, and/or any person acting on your behalf, conducted with regard to the DPG sub-prime automobile loan portfolio, but exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 64**:

All job descriptions for Daniel Galvanoni generated at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 65**:

All business cards used by Daniel Galvanoni at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 66**:

All job descriptions for Gerald Hudspeth generated at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 67**:

All business cards used by Gerald Hudspeth at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 68**:

All job descriptions for Westley Anderson generated at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 69**:

All business cards used by Westley Anderson at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 70**:

All job descriptions for Philip Galvanoni generated at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 71**:

All business cards used by Philip Galvanoni at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 72**:

All job descriptions for William Brooksbank generated at any time since January 1, 2015.

1  **REQUEST FOR PRODUCTION NO. 73**:

2       All business cards used by William Brooksbank at any time since January 1, 2015.

3  **REQUEST FOR PRODUCTION NO. 74**:

4       All job descriptions for Jerome Joseph generated at any time since January 1, 2015.

5  **REQUEST FOR PRODUCTION NO. 75**:

6       All business cards used by Jerome Joseph at any time since January 1, 2015.

7  **REQUEST FOR PRODUCTION NO. 76**:

8       All agreements between you and Plaintiff.

9  **REQUEST FOR PRODUCTION NO. 77**:

10       All documents signed by Plaintiff, including all documents you claim Plaintiff signed.

11  **REQUEST FOR PRODUCTION NO. 78**:

12       All agreements between you and Daniel Galvanoni that were in effect at any time from

13  January 1, 2015 through the present.

14  **REQUEST FOR PRODUCTION NO. 79**:

15       All agreements between you and any of the other DPG Entity Defendants that were in

16  effect at any time from January 1, 2015 through the present.

17  **REQUEST FOR PRODUCTION NO. 80**:

18       All agreements between you and ACA that were in effect at any time from January 1,

19  2015 through the present.

20  **REQUEST FOR PRODUCTION NO. 81**:

21       All agreements between you and any investor of yours that were in effect at any time

22  from January 1, 2015 through the present.

23  **REQUEST FOR PRODUCTION NO. 82**:

24       All agreements between you and any lender of yours that were in effect at any time from

25  January 1, 2015 through the present.

26  **REQUEST FOR PRODUCTION NO. 83**:

27       All agreements between you and Philip Galvanoni that were in effect at any time from

28  January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 84**:

All agreements between you and Gerald Hudspeth that were in effect at any time from January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 85**:

All agreements between you and Westley Anderson that were in effect at any time from January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 86**:

All agreements between you and William Brooksbank that were in effect at any time from January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 87**:

All agreements between you and Jerome Joseph that were in effect at any time from January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 88**:

All agreements between you and the Skibo Companies, and/or any owner or manager of the Skibo Companies, that were in effect at any time from January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 89**:

All agreements between you and any person not heretofore specifically mentioned that relate in any way to the Investments at Issue or to the DPG sub-prime automobile loan portfolio, but exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 90**:

All investigations, charges and/or findings by any regulator, whether state, federal or self-regulatory organization, that were made against you and/or any member of yours with regard to investments, loans, and/or the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 91**:

All responses to any investigations, charges and/or findings by any regulator, whether state, federal or self-regulatory organization, that were made against you and/or any member of yours with regard to investments, loans, and/or the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 92**:

All press releases written, generated and/or approved by you, and/or any person acting on your behalf which evidence, reflect, memorialize and/or discuss the Skibo Companies.

**REQUEST FOR PRODUCTION NO. 93**:

All press releases written, generated and/or approved by you, and/or any person acting on your behalf which evidence, reflect, memorialize and/or discuss the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 94**:

All press releases written, generated and/or approved by you, and/or any person acting on your behalf which evidence, reflect, memorialize and/or discuss ACA.

**REQUEST FOR PRODUCTION NO. 95**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you transferred, conveyed, or otherwise provided to the Skibo Companies at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 96**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you transferred, conveyed, or otherwise provided to any of the other DPG Entity Defendants at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 97**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you transferred, conveyed, or otherwise provided to Daniel Galvanoni at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 98**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you transferred, conveyed, or otherwise provided to Philip Galvanoni at any time since January 1, 2015.

//

//

1   **REQUEST FOR PRODUCTION NO. 99**:

2      All documents necessary and sufficient to ascertain the amount of funds, both net and

3   gross, that you transferred, conveyed, or otherwise provided to ACA at any time since January 1,

4   2015.

5   **REQUEST FOR PRODUCTION NO. 100**:

6      All documents necessary and sufficient to ascertain the amount of funds, both net and

7   gross, that you transferred, conveyed, or otherwise provided to Gerald Hudspeth at any time since

8   January 1, 2015.

9   **REQUEST FOR PRODUCTION NO. 101**:

10     All documents necessary and sufficient to ascertain the amount of funds, both net and

11  gross, that you transferred, conveyed, or otherwise provided to Westley Anderson at any time

12  since January 1, 2015.

13  **REQUEST FOR PRODUCTION NO. 102**:

14     All documents necessary and sufficient to ascertain the amount of funds, both net and

15  gross, that you transferred, conveyed, or otherwise provided to William Brooksbank at any time

16  since January 1, 2015.

17  **REQUEST FOR PRODUCTION NO. 103**:

18     All documents necessary and sufficient to ascertain the amount of funds, both net and

19  gross, that you transferred, conveyed, or otherwise provided to Jerome Joseph at any time since

20  January 1, 2015.

21  **REQUEST FOR PRODUCTION NO. 104**:

22     All documents necessary and sufficient to ascertain the amount of funds, both net and

23  gross, that you transferred, conveyed, or otherwise provided to any investor of yours at any time

24  since January 1, 2015.

25  **REQUEST FOR PRODUCTION NO. 105**:

26     All documents necessary and sufficient to ascertain the amount of funds, both net and

27  gross, that you transferred, conveyed, or otherwise provided to any lender of yours at any time

28  since January 1, 2015.

1  **REQUEST FOR PRODUCTION NO. 106**:

2      All documents necessary and sufficient to ascertain the amount of funds, both net and
3  gross, that you received from the Skibo Companies at any time since January 1, 2015.

4  **REQUEST FOR PRODUCTION NO. 107**:

5      All documents necessary and sufficient to ascertain the amount of funds, both net and
6  gross, that you received from any of the other DPG Entity Defendants at any time since January
7  1, 2015.

8  **REQUEST FOR PRODUCTION NO. 108**:

9      All documents necessary and sufficient to ascertain the amount of funds, both net and
10  gross, that you received from Daniel Galvanoni at any time since January 1, 2015.

11  **REQUEST FOR PRODUCTION NO. 109**:

12      All documents necessary and sufficient to ascertain the amount of funds, both net and
13  gross, that you received from Philip Galvanoni at any time since January 1, 2015.

14  **REQUEST FOR PRODUCTION NO. 110**:

15      All documents necessary and sufficient to ascertain the amount of funds, both net and
16  gross, that you received from ACA at any time since January 1, 2015.

17  **REQUEST FOR PRODUCTION NO. 111**:

18      All documents necessary and sufficient to ascertain the amount of funds, both net and
19  gross, that you received from Gerald Hudspeth at any time since January 1, 2015.

20  **REQUEST FOR PRODUCTION NO. 112**:

21      All documents necessary and sufficient to ascertain the amount of funds, both net and
22  gross, that you received from Westley Anderson at any time since January 1, 2015.

23  **REQUEST FOR PRODUCTION NO. 113**:

24      All documents necessary and sufficient to ascertain the amount of funds, both net and
25  gross, that you received from William Brooksbank at any time since January 1, 2015.

26  **REQUEST FOR PRODUCTION NO. 114**:

27      All documents necessary and sufficient to ascertain the amount of funds, both net and
28  gross, that you received from Jerome Joseph at any time since January 1, 2015.

1    **REQUEST FOR PRODUCTION NO. 115**:

2         All documents necessary and sufficient to ascertain the amount of funds, both net and

3    gross, that you received from any investor of yours at any time since January 1, 2015.

4    **REQUEST FOR PRODUCTION NO. 116**:

5         All documents necessary and sufficient to ascertain the amount of funds, both net and

6    gross, that you received from any lender of yours at any time since January 1, 2015.

7    **REQUEST FOR PRODUCTION NO. 117**:

8         Each and all of your bank account statements for the period of January 1, 2015 through

9    the present.

10   **REQUEST FOR PRODUCTION NO. 118**:

11        Each and all of your quikbook reports for the period of January 1, 2015 through the

12   present.

13   **REQUEST FOR PRODUCTION NO. 119**:

14        Your complete general ledger for the period of January 1, 2015 through the present.

15   **REQUEST FOR PRODUCTION NO. 120**:

16        All sub-prime automobile loan contracts which you owned, purchased or serviced at any

17   time during the period of January 1, 2015 through the present.

18   **REQUEST FOR PRODUCTION NO. 121**:

19        All documents which are sufficient to show the consideration which you paid for any sub-

20   prime automobile loan contracts which you owned, purchased or serviced at any time during the

21   period of January 1, 2015 through the present.

22   **REQUEST FOR PRODUCTION NO. 122**:

23        All documents which are sufficient to show the amount of monies you have received as a

24   direct or indirect result of any sub-prime automobile loan contracts which you owned, purchased

25   or serviced at any time during the period of January 1, 2015 through the present.

26   **REQUEST FOR PRODUCTION NO. 123**:

27        All documents which are sufficient to show how the Investments At Issue were utilized.

28   //

1    **REQUEST FOR PRODUCTION NO. 124**:

2        All docs which evidence that any or all of the Investments At Issue were used to purchase

3 new sub-prime automobile loans.

4    **REQUEST FOR PRODUCTION NO. 125**:

5        All documents which evidence that any or all of the Investments At Issue were used to

6 fund the operations of any of the DPG Entity Defendants.

7    **REQUEST FOR PRODUCTION NO. 126**:

8        All documents which evidence any and all expenses that Daniel Galvanoni advanced on

9 your behalf during the period of January 1, 2015 through December 31, 2017.

10    **REQUEST FOR PRODUCTION NO. 127**:

11        Any and all of your Errors & Omissions insurance policies that were in effect and/or

12 applicable for the period of January 1, 2015 through the present.

13    **REQUEST FOR PRODUCTION NO. 128**:

14        Any and all of your business insurance policies that were in effect and/or applicable for

15 the period of January 1, 2015 through the present.

16    **REQUEST FOR PRODUCTION NO. 129**:

17        Any and all insurance policies not heretofore specifically requested which provide actual

18 or potential coverage with respect to Plaintiff's claims in this action.

19    **REQUEST FOR PRODUCTION NO. 130**:

20        All leases for any offices occupied by you since January 1, 2015.

21    **REQUEST FOR PRODUCTION NO. 131**:

22        All business licenses held by you at any time since January 1, 2015.

23    **REQUEST FOR PRODUCTION NO. 132**:

24        All investment proposals you provided to Plaintiff between January 1, 2015 and

25 December 31, 2017.

26    **REQUEST FOR PRODUCTION NO. 133**:

27        All investment proposals you provided to any other prospective investor between January

28 1, 2015 and December 31, 2017.

1  **REQUEST FOR PRODUCTION NO. 134**:

2       All profit and loss forecasts relating to the DPG sub-prime automobile loan portfolio that

3  were generated at any time between January 1, 2015 and December 31, 2017.

4  **REQUEST FOR PRODUCTION NO. 135**:

5       All documents which were utilized or relied upon to create the profit and loss forecasts

6  relating to the DPG sub-prime automobile loan portfolio that were generated at any time between

7  January 1, 2015 and December 31, 2017.

8  **REQUEST FOR PRODUCTION NO. 136**:

9       All investor return models relating to the DPG sub-prime automobile loan portfolio that

10  were generated at any time between January 1, 2015 and December 31, 2017.

11  **REQUEST FOR PRODUCTION NO. 137**:

12       All documents which were utilized or relied upon to create the investor return models

13  relating to the DPG sub-prime automobile loan portfolio that were generated at any time between

14  January 1, 2015 and December 31, 2017.

15  **REQUEST FOR PRODUCTION NO. 138**:

16       All term sheets relating to the DPG sub-prime automobile loan portfolio that were

17  generated at any time between January 1, 2015 and December 31, 2017.

18  **REQUEST FOR PRODUCTION NO. 139**:

19       All documents which were utilized or relied upon to create the term sheets relating to the

20  DPG sub-prime automobile loan portfolio that were generated at any time between January 1,

21  2015 and December 31, 2017.

22  **REQUEST FOR PRODUCTION NO. 140**:

23       All investor summaries relating to the DPG sub-prime automobile loan portfolio that

24  were generated at any time between January 1, 2015 and December 31, 2017.

25  **REQUEST FOR PRODUCTION NO. 141**:

26       All investor summaries which were utilized or relied upon to create the term sheets

27  relating to the DPG sub-prime automobile loan portfolio that were generated at any time between

28  January 1, 2015 and December 31, 2017.

1    **REQUEST FOR PRODUCTION NO. 142**:

2          All automobile loan models relating to the DPG sub-prime automobile loan portfolio that

3    were generated at any time between January 1, 2015 and December 31, 2017.

4    **REQUEST FOR PRODUCTION NO. 143**:

5          All documents which were utilized or relied upon to create the automobile loan models

6    relating to the DPG sub-prime automobile loan portfolio that were generated at any time between

7    January 1, 2015 and December 31, 2017.

8    **REQUEST FOR PRODUCTION NO. 144**:

9          All financial models relating to the DPG sub-prime automobile loan portfolio that were

10    generated at any time between January 1, 2015 and December 31, 2017.

11    **REQUEST FOR PRODUCTION NO. 145**:

12          All documents which were utilized or relied upon to create the financial models relating

13    to the DPG sub-prime automobile loan portfolio that were generated at any time between January

14    1, 2015 and December 31, 2017.

15    **REQUEST FOR PRODUCTION NO. 146**:

16          All estimates of returns relating to the DPG sub-prime automobile loan portfolio that

17    were generated at any time between January 1, 2015 and December 31, 2017.

18    **REQUEST FOR PRODUCTION NO. 147**:

19          All documents which were utilized or relied upon to create the estimates of returns

20    relating to the DPG sub-prime automobile loan portfolio that were generated at any time between

21    January 1, 2015 and December 31, 2017.

22    **REQUEST FOR PRODUCTION NO. 148**:

23          All documents which evidence and/or reflect the underwriting review that was done for

24    each of the loans in the DPG sub-prime automobile loan portfolio.

25    **REQUEST FOR PRODUCTION NO. 149**:

26          All documents which contain, reflect and/or evidence the underwriting guidelines that

27    were utilized for each of the loans in the DPG sub-prime automobile loan portfolio.

28    //

**REQUEST FOR PRODUCTION NO. 150**:

All documents reflecting and/or evidencing any audits that were performed with respect to the Skibo Companies at any time between January 1, 2015 and December 31, 2017, exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 151**:

All documents reflecting and/or evidencing any audits that were performed with respect to the DPG sub-prime automobile loan portfolio at any time between January 1, 2015 and December 31, 2017, exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 152**:

All documents which support the statement in the mezzanine loan proposal that was provided to Plaintiff on or about April 8, 2015 that an investment in the Skibo Companies would provide a total annual return of 28% a year.

**REQUEST FOR PRODUCTION NO. 153**:

All documents which support the statement in William Brookbank's email of April 30, 2015 that 3% warrants in the Skibo Companies would be worth $784,000 in four years.

**REQUEST FOR PRODUCTION NO. 154**:

All documents which support the statement in William Brookbank's email of April 30, 2015 that 4.25% warrants in Skibo would be worth $1,100,000.00 in four years.

**REQUEST FOR PRODUCTION NO. 155**:

All documents which support the statement in William Brookbank's email of April 30, 2015 Plaintiff's internal rate of return would be 108%.

**REQUEST FOR PRODUCTION NO. 156**:

All notes of any meetings with Plaintiff which occurred at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 157**:

All notes of any telephone calls with Plaintiff which occurred at any time between January 1, 2015 and December 31, 2017.

1  **REQUEST FOR PRODUCTION NO. 158**:

2       All notes of any meetings during which Plaintiff and/or the Investments At Issue were

3  discussed, exclusive of documents protected by the attorney-client and/or attorney work product

4  privileges.

5  **REQUEST FOR PRODUCTION NO. 159**:

6       All notes of any telephone calls during which Plaintiff and/or the Investments At Issue

7  were discussed, exclusive of documents protected by the attorney-client and/or attorney work

8  product privileges.

9  **REQUEST FOR PRODUCTION NO. 160**:

10      All spreadsheets of investor loans that were created at any time during the period of

11  January 1, 2015 - December 31, 2017.

12  **REQUEST FOR PRODUCTION NO. 161**:

13      All spreadsheets of the loans in the DPG sub-prime automobile loan portfolio that were

14  created at any time during the period of January 1, 2015 - December 31, 2017.

15  **REQUEST FOR PRODUCTION NO. 162**:

16      All documents which are sufficient to show the dates of the Investments At Issue.

17  **REQUEST FOR PRODUCTION NO. 163**:

18      All documents which are sufficient to show the Amounts of the Investments At Issue.

19  **REQUEST FOR PRODUCTION NO. 164**:

20      All communications between you and/or any person acting on your behalf and Plaintiff

21  regarding the UCC-1 Financing Statements in favor of Plaintiff which were filed with the

22  Arizona Secretary of State on or about August 23, 2016.

23  **REQUEST FOR PRODUCTION NO. 165**:

24      All communications between you and/or any person acting on your behalf and any of the

25  other DPG Entity Defendants regarding the UCC-1 Financing Statements in favor of Plaintiff

26  which were filed with the Arizona Secretary of State on or about August 23, 2016.

27  //

28  //

1   **REQUEST FOR PRODUCTION NO. 166**:

2       All communications between you and/or any person acting on your behalf and ACA

3   regarding the UCC-1 Financing Statements in favor of Plaintiff which were filed with the

4   Arizona Secretary of State on or about August 23, 2016.

5   **REQUEST FOR PRODUCTION NO. 167**:

6       All communications between you and/or any person acting on your behalf and any lender

7   or prospective lender regarding the UCC-1 Financing Statements in favor of Plaintiff which were

8   filed with the Arizona Secretary of State on or about August 23, 2016.

9   **REQUEST FOR PRODUCTION NO. 168**:

10       All documents which are sufficient to show the purchase price of each of the loans that

11   were held in the DPG sub-prime automobile loan portfolio at any time during the period of

12   January 1, 2015 - June 30, 2018.

13   **REQUEST FOR PRODUCTION NO. 169**:

14       All documents which are sufficient to show the purchase date of each of the loans that

15   were held in the DPG sub-prime automobile loan portfolio at any time during the period of

16   January 1, 2015 - June 30, 2018.

17   **REQUEST FOR PRODUCTION NO. 170**:

18       All documents which are sufficient to show the contract amount of each of the loans that

19   were held in the DPG sub-prime automobile loan portfolio at any time during the period of

20   January 1, 2015 - June 30, 2018.

21   **REQUEST FOR PRODUCTION NO. 171**:

22       All documents which are sufficient to identify the name of the person or entity who

23   purchased each of the loans that were held in the DPG sub-prime automobile loan portfolio at

24   any time during the period of January 1, 2015 - June 30, 2018.

25   **REQUEST FOR PRODUCTION NO. 172**:

26       All documents which are sufficient to show the dates of any transfer of any ownership of

27   any of the loans that were held in the DPG sub-prime automobile loan portfolio at any time

28   during the period of January 1, 2015 - June 30, 2018.

1   **REQUEST FOR PRODUCTION NO. 173**:

2   All documents which are sufficient to identify the person or entity to whom ownership of

3   any of the loans that were held in the DPG sub-prime automobile loan portfolio at any time

4   during the period of January 1, 2015 - June 30, 2018 was transferred at any time between January

5   1, 2015 and June 30, 2018.

6   **REQUEST FOR PRODUCTION NO. 174**:

7   All documents which are sufficient to show the amount of any consideration that was

8   paid by the acquiring person/entity for any transfer of any ownership of any of the loans that were

9   held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1,

10  2015 - June 30, 2018 for any transfers of ownership which occurred at any time between January

11  1, 2015 and the present.

12  **REQUEST FOR PRODUCTION NO. 175**:

13  All documents which are sufficient to show the maturity date of each of the loans that

14  were held in the DPG sub-prime automobile loan portfolio at any time during the period of

15  January 1, 2015 - June 30, 2018.

16  **REQUEST FOR PRODUCTION NO. 176**:

17  All documents which are sufficient to show the monthly payments owed by each of the

18  borrowers for each of the loans that were held in the DPG sub-prime automobile loan portfolio at

19  any time during the period of January 1, 2015 - June 30, 2018.

20  **REQUEST FOR PRODUCTION NO. 177**:

21  All documents which are sufficient to show the monthly gross income that you have

22  received since January 1, 2015 from the loans that were held in the DPG sub-prime automobile

23  loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

24  **REQUEST FOR PRODUCTION NO. 178**:

25  All documents which are sufficient to show the dates of any defaults with respect to any

26  of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during

27  the period of January 1, 2015 - June 30, 2018.

28  //

1    **REQUEST FOR PRODUCTION NO. 179**:

2        All documents which are sufficient to show the amounts of any defaults with respect to

3    any of the loans that were held in the DPG sub-prime automobile loan portfolio at any time

4    during the period of January 1, 2015 - June 30, 2018.

5    **REQUEST FOR PRODUCTION NO. 180**:

6        All documents which are sufficient to show the net losses attributable to any defaults with

7    respect to any of the loans that were held in the DPG sub-prime automobile loan portfolio at any

8    time during the period of January 1, 2015 - June 30, 2018.

9    **REQUEST FOR PRODUCTION NO. 181**:

10       All overviews of the DPG sub-prime automobile loan portfolio that were created at any

11   time during the period of January 1, 2015 through the present.

12   **REQUEST FOR PRODUCTION NO. 182**:

13       All source documents which were utilized to prepare the overviews of the DPG sub-

14   prime automobile loan portfolio that were created at any time during the period of January 1,

15   2015 through the present.

16   **REQUEST FOR PRODUCTION NO. 183**:

17       All automobile title documents for each of the loans in the DPG sub-prime automobile

18   loan portfolio during the period of January 1, 2015 through the present.

19   **REQUEST FOR PRODUCTION NO. 184**:

20       All lien assignments with respect to any of the loans in the DPG sub-prime automobile

21   loan portfolio which were made at any time during the period of January 1, 2015 through the

22   present.

23   **REQUEST FOR PRODUCTION NO. 185**:

24       All versions of Daniel Galvanoni's resume that were created or in effect  at any time

25   during the period of January 1, 2015 through the present.

26   **REQUEST FOR PRODUCTION NO. 186**:

27       All versions of Philip Galvanoni's resume that were created or in effect  at any time

28   during the period of January 1, 2015 through the present.

1    **REQUEST FOR PRODUCTION NO. 187**:

2    All versions of Gerald Hudspeth's resume that were created or in effect at any time

3    during the period of January 1, 2015 through the present.

4    **REQUEST FOR PRODUCTION NO. 188**:

5    All versions of Westley Anderson's resume that were created or in effect at any time

6    during the period of January 1, 2015 through the present.

7    **REQUEST FOR PRODUCTION NO. 189**:

8    All versions of William Brooksbank's resume that were created or in effect at any time

9    during the period of January 1, 2015 through the present.

10   **REQUEST FOR PRODUCTION NO. 190**:

11   All versions of Jerome Joseph's resume that were created or in effect at any time during

12   the period of January 1, 2015 through the present.

13   **REQUEST FOR PRODUCTION NO. 191**:

14   All statements, notes, recordings, or other documents of any type, if any exist, obtained

15   from any witness, or potential witness to this action, concerning Plaintiff and/or any of the

16   Investments at Issue and/or the DPG sub-prime automobile loan portfolio, exclusive of

17   documents protected by the attorney-client or attorney work product

18    privilege.

19   **REQUEST FOR PRODUCTION NO. 192**:

20   Any notes, memoranda, recordings, or other documents of any type, if any exist,

21   reflecting any verbal conference, discussion, or conversation with any witness, or potential

22   witness to this action, concerning Plaintiff and/or any of the Investments at Issue and/or the DPG

23   sub-prime automobile loan portfolio, exclusive of documents protected by the attorney-client or

24   attorney work product privilege.

25   **REQUEST FOR PRODUCTION NO. 193**:

26   All documents you identified in your responses to the special interrogatories served

27   herewith.

28   //

Date: August ___, 2018                    **LAW OFFICES OF MELINDA JANE STEUER**

By: _____
                                          Melinda Jane Steuer
                                          Attorney for Plaintiff
                                          John Marshall

1  Melinda Jane Steuer (State Bar No. 216105)
   LAW OFFICES OF MELINDA JANE STEUER
2  928 Second Street, Ste. 302
   Sacramento, CA  95814
3  Telephone:  (916) 930-0045
   Facsimile:  (916) 314-4100
4
   Attorneys for Plaintiff
5

6

7

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10

11

12  JOHN MARSHALL, an individual          Case No. 2:17-cv-00820-KJM-CKD

13            Plaintiff,                   **PLAINTIFF'S FIRST SET OF**
                                           **REQUESTS FOR PRODUCTION OF**
14       vs.                              **DOCUMENTS TO DEFENDANT**
                                           **SPRING TREE FINANCIAL, LLC**
15  DANIEL P. GALVANONI, an individual;
    DPG INVESTMENTS, LLC, a foreign
16  limited liability company; DPG GOLDEN
    EAGLE, LLC, a foreign limited liability
17  company; SPRING TREE LENDING, LLC
    a foreign limited liability company; SPRING
18  TREE HOLDINGS, LLC; SPRING TREE
    FINANCIAL, LLC; SKIBO HOLDINGS,
19  LLC, a foreign limited liability company;
    AMERICAN CREDIT ACCEPTANCE,
20  LLC, a foreign limited liability company;
    and DOES 1 - 100, inclusive,
21
              Defendants.
22  _____/

23  **PROPOUNDING PARTY:**       Plaintiff

24  **RESPONDING PARTY:**        Defendant Spring Tree Financial, LLC

25  **SET NO.:**                 One

26       Pursuant to Federal Rules of Civil Procedure Rule 34, Plaintiff John Marshall hereby

27  demands that the responding party produce the following documents to the Law Offices of

28  Melinda Jane Steuer, 928 Second Street, Suite 302, Sacramento, California 95814, within thirty

1   days of the service of these requests.  Unless otherwise specified in the requests, defendant may

2   comply by serving legible copies.

3          The documents to be produced are:

4   **DEFINITIONS:**

5          A.      "Plaintiff" means John Marshall.

6          B.      "Investments At Issue" means any or all of the following: a) the $125,000.00

7   which Plaintiff wired to the bank account of DPG Golden Eagle, LLC ("DPG-GEL") at BBVA

8   Compass Bank on or about June 18, 2015; b) the $50,000.00 which Plaintiff wired to the bank

9   account of DPG-GEL at BBVA Compass Bank on or about June 29, 2015; c) the $25,000.00

10  which Plaintiff wired to the bank account of DPG-GEL at BBVA Compass Bank on or about

11  August 12, 2015; d) the $25,000.00 which Plaintiff wired to the bank account of DPG-GEL at

12  BBVA Compass Bank on or about February 5, 2016; e) the $25,000.00 which Plaintiff wired to

13  the bank account of DPG-GEL at BBVA Compass Bank on or about February 11, 2016; f) the

14  $25,000.00 which Plaintiff wired to the bank account of DPG-GEL at BBVA Compass Bank on

15  or about February 22, 2016; and/or g) the $25,000.00 which Plaintiff wired to the bank account

16  of DPG-GEL at BBVA Compass Bank on or about February 29, 2016.

17         C.      "The DPG Entity Defendants" means any or all of the following entities and/or

18  any subsidiary or affiliate thereof:  DPG Investments, LLC; DPG Golden Eagle, LLC; Spring

19  Tree Lending, LLC; Spring Tree Holdings, LLC; Spring Tree Financial, LLC; and/or Skibo

20  Holdings, LLC.

21         D.      "The Skibo Companies" means Skibo Holdings and its affiliates and/or

22  subsidiaries, and specifically includes TSA Financial Group, Golden Eagle Lending, Ski Bo Auto

23  Sales and/or JADCO.

24         E.      "The DPG sub-prime automobile loan portfolio" means any and all sub-prime

25  automobile loans which were owned, acquired and/or serviced by any or all of the following

26  entities and/or any subsidiary or affiliate thereof at any time:  DPG Investments, LLC; DPG

27  Golden Eagle, LLC; Spring Tree Lending, LLC; Spring Tree Holdings, LLC; Spring Tree

28

1  Financial, LLC; Skibo Holdings, LLC; TSA Financial Group; Golden Eagle Lending; Ski Bo

2  Auto Sales; and/or JADCO.

3       F.     "Person acting on your behalf" means your current and former managers,

4  managing directors, members, employees, agents, independent contractors, and/or all other

5  persons retained by you to perform services for you, exclusive of your attorneys, and specifically

6  includes, but is not limited to, Daniel P. Galvanoni, Gerald T. Hudspeth, Westley Anderson,

7  William Brooksbank, Jerome Joseph, Philip Galvanoni, Craig Sherman, Curtis Holder, Todd

8  Owen and/or Holly Kix.

9       G.     "Document" means any writing, as defined in Cal. Evidence Code § 250.

10  **DOCUMENT REQUESTS:**

11  **REQUEST FOR PRODUCTION NO. 1**:

12       All written communications, including, but not limited to, e-mails and/or text messages,

13  between you, and/or any person acting on your behalf, and Plaintiff, which relate in any way to

14  any of the Investments At Issue, and/or to the DPG sub-prime automobile loan portfolio.

15  **REQUEST FOR PRODUCTION NO. 2**:

16       All documents evidencing verbal communications between you, and/or any person acting

17  on your behalf, and Plaintiff, which relate in any way to any of the Investments At Issue, and/or

18  to the DPG sub-prime automobile loan portfolio, including, but not limited to, notes, internal

19  memoranda and/or telephone logs.

20  **REQUEST FOR PRODUCTION NO. 3**:

21       All written communications, including, but not limited to, e-mails and/or text messages,

22  between and/or among any of your agents, employees, officers, managing directors, managers

23  and/or members, which relate in any way to Plaintiff and/or any of the Investments At Issue.

24  **REQUEST FOR PRODUCTION NO. 4**:

25       All documents evidencing any verbal communications between and/or among any of your

26  agents, employees, officers, managing directors, members and/or managers, which relate in any

27  way to Plaintiff and/or any of the Investments At Issue.

28  //

**REQUEST FOR PRODUCTION NO. 5**:

All written communications, including, but not limited to, e-mails and/or text messages, between you, and/or any person acting on your behalf, and American Credit Acceptance, LLC ("ACA"), and/or any agent, independent contractor, officer, manager and/or employee thereof, which relate in any way to Plaintiff, and/or any of the Investments At Issue, and/or the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 6**:

All documents evidencing any verbal communications between you, and/or any person acting on your behalf, and ACA and/or any officer, manager, agent, and/or employee thereof, which relate in any way to Plaintiff, and/or any of the Investments At Issue, and/or the DPG sub-prime automobile loan portfolio, including, but not limited to, notes, internal memoranda and/or telephone logs.

**REQUEST FOR PRODUCTION NO. 7**:

All written communications, including, but not limited to, e-mails and/or text messages, between you, and/or any person acting on your behalf, and any of the former managers, managing directors, and/or employees of the Skibo Companies, including, but not limited to, James Duryea and/or Robert Smith, which relate in any way to Plaintiff, and/or any of the Investments At Issue, and/or the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 8**:

All documents evidencing any verbal communications between you, and/or any person acting on your behalf, and any of the former managers, managing directors, and/or employees of the Skibo Companies, including, but not limited to, James Duryea and/or Robert Smith, which relate in any way to Plaintiff, and/or any of the Investments At Issue, and/or the DPG sub-prime automobile loan portfolio, including, but not limited to, notes, internal memoranda and/or telephone logs.

**REQUEST FOR PRODUCTION NO. 9**:

All written communications, including, but not limited to, e-mails and/or text messages, between you, and/or any person acting on your behalf, and any of the other DPG Entity

1   Defendants, and/or any employee, agent, member, manager and/or managing director thereof,

2   which relate in any way to Plaintiff and/or any of the Investments At Issue.

3   **REQUEST FOR PRODUCTION NO. 10:**

4       All documents evidencing any verbal communications between you, and/or any person

5   acting on your behalf, and any of the other DPG Entity Defendants, and/or any employee, agent,

6   member, manager and/or managing director thereof, which relate in any way to Plaintiff and/or

7   any of the Investments At Issue.

8   **REQUEST FOR PRODUCTION NO. 11:**

9       All written communications, including, but not limited to, e-mails and/or text messages,

10  between you, and/or any person acting on your behalf, and any actual or prospective investor in

11  any of the DPG Entity Defendants, which relate in any way to Plaintiff, and/or any of the

12  Investments At Issue, and/or the DPG sub-prime automobile loan portfolio, and which were

13  made at any time between January 1, 2015 - June 30, 2018.

14  **REQUEST FOR PRODUCTION NO. 12:**

15      All documents evidencing any verbal communications between you, and/or any person

16  agent acting on your behalf, and any actual or prospective investor in any of the DPG Entity

17  Defendants, which relate in any way to Plaintiff, or to any of the Investments At Issue, and/or to

18  the DPG sub-prime automobile loan portfolio, and which were made at any time between

19  January 1, 2015 - June 30, 2018, including, but not limited to, notes, internal memoranda and/or

20  telephone logs.

21  **REQUEST FOR PRODUCTION NO. 13:**

22      All written communications, including, but not limited to, e-mails and/or text messages,

23  between you, and/or any person acting on your behalf, and any actual or prospective lender to any

24  of the DPG Entity Defendants, which relate in any way to Plaintiff, or to any of the Investments

25  At Issue, and/or to the DPG sub-prime automobile loan portfolio, and which were made at any

26  time between January 1, 2015 - June 30, 2018.

27  //

28  //

1  **REQUEST FOR PRODUCTION NO. 14**:

2  All documents evidencing any verbal communications between you, and/or any person

3  acting on your behalf, and any actual or prospective lender to any of the DPG Entity Defendants,

4  which relate in any way to Plaintiff, or to any of the Investments At Issue, and/or to the DPG sub-

5  prime automobile loan portfolio, and which were made at any time between January 1, 2015 -

6  June 30, 2018, including, but not limited to, notes, internal memoranda and/or telephone logs.

7  **REQUEST FOR PRODUCTION NO. 15**:

8  All documents you, and/or any person acting on your behalf, received from Plaintiff at

9  any time between January 1, 2015 - March 31, 2017, which relate in any way to any of the

10  Investments At Issue.

11  **REQUEST FOR PRODUCTION NO. 16**:

12  All documents you, and/or any person acting on your behalf, provided to Plaintiff at any

13  time between January 1, 2015 - March 31, 2017, which relate in any way to any of the

14  Investments At Issue.

15  **REQUEST FOR PRODUCTION NO. 17**:

16  All documents you, and/or any person acting on your behalf, received from Plaintiff at

17  any time between January 1, 2015 - March 31, 2017, which relate in any way to the DPG sub-

18  prime automobile loan portfolio.

19  **REQUEST FOR PRODUCTION NO. 18**:

20  All documents you, and/or any person acting on your behalf, provided to Plaintiff at any

21  time between January 1, 2015 - March 31, 2017, which relate in any way to the DPG sub-prime

22  automobile loan portfolio.

23  **REQUEST FOR PRODUCTION NO. 19**:

24  All documents you, and/or any person acting on your behalf, received from any of the

25  other DPG Entity Defendants and/or any employee or agent thereof (exclusive of attorneys), at

26  any time between January 1, 2015 - June 30, 2018, which relate in any way to any of the

27  Investments At Issue.

28  //

**REQUEST FOR PRODUCTION NO. 20**:

All documents you, and/or any person acting on your behalf, provided to any of the other DPG Entity Defendants and/or any employee or agent thereof (exclusive of attorneys), at any time between January 1, 2015 - June 30, 2018, which relate in any way to any of the Investments At Issue.

**REQUEST FOR PRODUCTION NO. 21**:

All documents you, and/or any person acting on your behalf, received from any of the other DPG Entity Defendants and/or any employee or agent thereof (exclusive of attorneys), at any time between January 1, 2015 - June 30, 2018,  which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 22**:

All documents you, and/or any agent acting on your behalf, provided to any of the other DPG Entity Defendants and/or any employee or agent thereof (exclusive of attorneys), at any time between January 1, 2015 - June 30, 2018,  which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 23**:

All documents you, and/or any person acting on your behalf, provided to any of the former managers, managing directors, and/or employees of the Skibo Companies, including, but not limited to, James Duryea and/or Robert Smith, at any time between January 1, 2015 - June 30, 2018, which relate in any way to any of the Investments At Issue.

**REQUEST FOR PRODUCTION NO. 24**:

All documents you, and/or any person acting on your behalf, received from any of the former managers, managing directors, and/or employees of the Skibo Companies, including, but not limited to, James Duryea and/or Robert Smith, at any time between January 1, 2015 - June 30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 25**:

All documents you, and/or any person acting on your behalf, provided to any of the former managers, managing directors, and/or employees of the Skibo Companies, including, but

1   not limited to, James Duryea and/or Robert Smith, at any time between January 1, 2015 - June

2   30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

3   **REQUEST FOR PRODUCTION NO. 26**:

4        All documents you, and/or any person acting on your behalf, received from ACA, at any

5   time between January 1, 2015 - June 30, 2018, which relate in any way to any of the Investments

6   At Issue.

7   **REQUEST FOR PRODUCTION NO. 27**:

8        All documents you, and/or any person acting on your behalf, provided to ACA, at any

9   time between January 1, 2015 - June 30, 2018, which relate in any way to any of the Investments

10  At Issue.

11  **REQUEST FOR PRODUCTION NO. 28**:

12       All documents you, and/or any person acting on your behalf, received from ACA at any

13  time between January 1, 2015 - June 30, 2018,  which relate in any way to the DPG sub-prime

14  automobile loan portfolio.

15  **REQUEST FOR PRODUCTION NO. 29**:

16       All documents you, and/or any agent acting on your behalf, provided to ACA at any time

17  between January 1, 2015 - June 30, 2018,  which relate in any way to the DPG sub-prime

18  automobile loan portfolio.

19  **REQUEST FOR PRODUCTION NO. 30**:

20       All documents you, and/or any person acting on your behalf, received from any actual or

21  prospective investor in any of the DPG Entity Defendants at any time between January 1, 2015 -

22  June 30, 2018,  which relate in any way to any of the Investments At Issue.

23  **REQUEST FOR PRODUCTION NO. 31**:

24       All documents you, and/or any person acting on your behalf, provided to any actual or

25  prospective investor in any of the DPG Entity Defendants, at any time between January 1, 2015 -

26  June 30, 2018, which relate in any way to any of the Investments At Issue.

27  //

28  //

**REQUEST FOR PRODUCTION NO. 32**:

All documents you, and/or any person acting on your behalf, received from any actual or prospective investor in any of the DPG Entity Defendants, at any time between January 1, 2015 - June 30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 33**:

All documents you, and/or any person acting on your behalf, provided to any actual or prospective investor in any of the DPG Entity Defendants, at any time between January 1, 2015 - June 30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 34**:

All documents you, and/or any person acting on your behalf, received from any actual or prospective lender to any of the DPG Entity Defendants, at any time between January 1, 2015 - June 30, 2018, which relate in any way to any of the Investments At Issue.

**REQUEST FOR PRODUCTION NO. 35**:

All documents you, and/or any person acting on your behalf, provided to any actual or prospective lender to any of the DPG Entity Defendants, at any time between January 1, 2015 - June 30, 2018, which relate in any way to any of the Investments At Issue.

**REQUEST FOR PRODUCTION NO. 36**:

All documents you, and/or any person acting on your behalf, received from any actual or prospective lender to any of the DPG Entity Defendants, at any time between January 1, 2015 - June 30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 37**:

All documents you, and/or any person acting on your behalf, provided to any actual or prospective lender to any of the DPG Entity Defendants, at any time between January 1, 2015 - June 30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 38**:

All documents you, and/or any person acting on your behalf, received from any other person not heretofore specifically mentioned at any time between January 1, 2015 - June 30,

1   2018, which relate in any way to any of the Investments At Issue, but exclusive of documents

2   protected by the attorney-client and/or attorney work product privileges.

3   **REQUEST FOR PRODUCTION NO. 39**:

4         All documents you, and/or any person acting on your behalf, provided to any other person

5   not heretofore specifically mentioned at any time between January 1, 2015 - June 30, 2018,

6   which relate in any way to any of the Investments At Issue, but exclusive of documents protected

7   by the attorney-client and/or attorney work product privileges.

8   **REQUEST FOR PRODUCTION NO. 40**:

9         All documents you, and/or any person acting on your behalf, received from any other

10  person not heretofore specifically mentioned at any time between January 1, 2015 - June 30,

11  2018, which relate in any way to the DPG sub-prime automobile loan portfolio, but exclusive of

12  documents protected by the attorney-client and/or attorney work product privileges.

13  **REQUEST FOR PRODUCTION NO. 41**:

14        All documents you, and/or any person acting on your behalf, provided to any other person

15  not heretofore specifically mentioned at any time between January 1, 2015 - June 30, 2018,

16  which relate in any way to the DPG sub-prime automobile loan portfolio, but exclusive of

17  documents protected by the attorney-client and/or attorney work product privileges.

18  **REQUEST FOR PRODUCTION NO. 42**:

19        All documents sufficient to identify the names of your investors during the period of

20  January 1, 2015 through the present.

21  **REQUEST FOR PRODUCTION NO. 43**:

22        All documents sufficient to show the amounts of each investment that was made into your

23  business during the period of January 1, 2015 through the present.

24  **REQUEST FOR PRODUCTION NO. 44**:

25        All documents sufficient to show the dates of each investment that was made into your

26  business during the period of January 1, 2015 through the present.

27  //

28  //

**REQUEST FOR PRODUCTION NO. 45**:

All documents sufficient to show the amount of interest that was paid to each investor in your business during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 46**:

All documents sufficient to show the amount of principal that was returned to each investor in your business during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 47**:

All documents sufficient to show the amount that is currently owed to each person who invested in your business during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 48**:

All documents sufficient to identify any and all persons who loaned money to you at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 49**:

All documents sufficient to show the amounts of each loan that was made into your business during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 50**:

All documents sufficient to show the dates of each loan that was made into your business during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 51**:

All documents sufficient to show the amount of interest that was paid to each of your lenders during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 52**:

All documents sufficient to show the amount of principal that was returned to each of your lenders during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 53**:

All documents sufficient to show the amount that is currently owed to each of your lenders who loaned money to your business during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 54**:

      All documents sufficient to identify each and all of your members during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 55**:

      All documents sufficient to identify each and all of your managing members during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 56**:

      Your complete audited financial statements for fiscal years 2012 through 2017.

**REQUEST FOR PRODUCTION NO. 57**:

      All business plans which relate to the DPG sub-prime automobile loan portfolio that were generated at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 58**:

      All documents relating to any liens against you that were created and/or perfected at any time during the period of January 1, 2015 through the present, but exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 59**:

      All documents relating to any liens against the DPG sub-prime automobile loan portfolio that were created and/or perfected at any time during the period of January 1, 2015 through the present, but exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 60**:

      All complaints against you filed at any time during the period of January 1, 2000 through the present which allege wrongdoing of any kind in connection with the solicitation and sale of investments and/or the solicitation of loans.

**REQUEST FOR PRODUCTION NO. 61**:

      All complaints against you filed at any time during the period of January 1, 2000 through the present which allege wrongdoing of any kind in connection with the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 62**:

All documents reflecting, evidencing and/or memorializing any and all due diligence which you, and/or any person acting on your behalf, conducted with regard to the Skibo Companies, but exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 63**:

All documents reflecting, evidencing and/or memorializing any and all due diligence which you, and/or any person acting on your behalf, conducted with regard to the DPG sub-prime automobile loan portfolio, but exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 64**:

All job descriptions for Daniel Galvanoni generated at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 65**:

All business cards used by Daniel Galvanoni at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 66**:

All job descriptions for Gerald Hudspeth generated at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 67**:

All business cards used by Gerald Hudspeth at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 68**:

All job descriptions for Westley Anderson generated at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 69**:

All business cards used by Westley Anderson at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 70**:

All job descriptions for Philip Galvanoni generated at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 71**:

All business cards used by Philip Galvanoni at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 72**:

All job descriptions for William Brooksbank generated at any time since January 1, 2015.

1  **REQUEST FOR PRODUCTION NO. 73**:

2     All business cards used by William Brooksbank at any time since January 1, 2015.

3  **REQUEST FOR PRODUCTION NO. 74**:

4     All job descriptions for Jerome Joseph generated at any time since January 1, 2015.

5  **REQUEST FOR PRODUCTION NO. 75**:

6     All business cards used by Jerome Joseph at any time since January 1, 2015.

7  **REQUEST FOR PRODUCTION NO. 76**:

8     All agreements between you and Plaintiff.

9  **REQUEST FOR PRODUCTION NO. 77**:

10     All documents signed by Plaintiff, including all documents you claim Plaintiff signed.

11  **REQUEST FOR PRODUCTION NO. 78**:

12     All agreements between you and Daniel Galvanoni that were in effect at any time from

13  January 1, 2015 through the present.

14  **REQUEST FOR PRODUCTION NO. 79**:

15     All agreements between you and any of the other DPG Entity Defendants that were in

16  effect at any time from January 1, 2015 through the present.

17  **REQUEST FOR PRODUCTION NO. 80**:

18     All agreements between you and ACA that were in effect at any time from January 1,

19  2015 through the present.

20  **REQUEST FOR PRODUCTION NO. 81**:

21     All agreements between you and any investor of yours that were in effect at any time

22  from January 1, 2015 through the present.

23  **REQUEST FOR PRODUCTION NO. 82**:

24     All agreements between you and any lender of yours that were in effect at any time from

25  January 1, 2015 through the present.

26  **REQUEST FOR PRODUCTION NO. 83**:

27     All agreements between you and Philip Galvanoni that were in effect at any time from

28  January 1, 2015 through the present.

1  **REQUEST FOR PRODUCTION NO. 84**:

2      All agreements between you and Gerald Hudspeth that were in effect at any time from

3  January 1, 2015 through the present.

4  **REQUEST FOR PRODUCTION NO. 85**:

5      All agreements between you and Westley Anderson that were in effect at any time from

6  January 1, 2015 through the present.

7  **REQUEST FOR PRODUCTION NO. 86**:

8      All agreements between you and William Brooksbank that were in effect at any time from

9  January 1, 2015 through the present.

10  **REQUEST FOR PRODUCTION NO. 87**:

11      All agreements between you and Jerome Joseph that were in effect at any time from

12  January 1, 2015 through the present.

13  **REQUEST FOR PRODUCTION NO. 88**:

14      All agreements between you and the Skibo Companies, and/or any owner or manager of

15  the Skibo Companies, that were in effect at any time from January 1, 2015 through the present.

16  **REQUEST FOR PRODUCTION NO. 89**:

17      All agreements between you and any person not heretofore specifically mentioned that

18  relate in any way to the Investments at Issue or to the DPG sub-prime automobile loan portfolio,

19  but exclusive of documents protected by the attorney-client and/or attorney work product

20  privileges.

21  **REQUEST FOR PRODUCTION NO. 90**:

22      All investigations, charges and/or findings by any regulator, whether state, federal or self-

23  regulatory organization, that were made against you and/or any member of yours with regard to

24  investments, loans, and/or the DPG sub-prime automobile loan portfolio.

25  **REQUEST FOR PRODUCTION NO. 91**:

26      All responses to any investigations, charges and/or findings by any regulator, whether

27  state, federal or self-regulatory organization, that were made against you and/or any member of

28  yours with regard to investments, loans, and/or the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 92**:

All press releases written, generated and/or approved by you, and/or any person acting on your behalf which evidence, reflect, memorialize and/or discuss the Skibo Companies.

**REQUEST FOR PRODUCTION NO. 93**:

All press releases written, generated and/or approved by you, and/or any person acting on your behalf which evidence, reflect, memorialize and/or discuss the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 94**:

All press releases written, generated and/or approved by you, and/or any person acting on your behalf which evidence, reflect, memorialize and/or discuss ACA.

**REQUEST FOR PRODUCTION NO. 95**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you transferred, conveyed, or otherwise provided to the Skibo Companies at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 96**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you transferred, conveyed, or otherwise provided to any of the other DPG Entity Defendants at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 97**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you transferred, conveyed, or otherwise provided to Daniel Galvanoni at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 98**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you transferred, conveyed, or otherwise provided to Philip Galvanoni at any time since January 1, 2015.

//

//

1    **REQUEST FOR PRODUCTION NO. 99**:

2        All documents necessary and sufficient to ascertain the amount of funds, both net and

3    gross, that you transferred, conveyed, or otherwise provided to ACA at any time since January 1,

4    2015.

5    **REQUEST FOR PRODUCTION NO. 100**:

6        All documents necessary and sufficient to ascertain the amount of funds, both net and

7    gross, that you transferred, conveyed, or otherwise provided to Gerald Hudspeth at any time since

8    January 1, 2015.

9    **REQUEST FOR PRODUCTION NO. 101**:

10        All documents necessary and sufficient to ascertain the amount of funds, both net and

11    gross, that you transferred, conveyed, or otherwise provided to Westley Anderson at any time

12    since January 1, 2015.

13    **REQUEST FOR PRODUCTION NO. 102**:

14        All documents necessary and sufficient to ascertain the amount of funds, both net and

15    gross, that you transferred, conveyed, or otherwise provided to William Brooksbank at any time

16    since January 1, 2015.

17    **REQUEST FOR PRODUCTION NO. 103**:

18        All documents necessary and sufficient to ascertain the amount of funds, both net and

19    gross, that you transferred, conveyed, or otherwise provided to Jerome Joseph at any time since

20    January 1, 2015.

21    **REQUEST FOR PRODUCTION NO. 104**:

22        All documents necessary and sufficient to ascertain the amount of funds, both net and

23    gross, that you transferred, conveyed, or otherwise provided to any investor of yours at any time

24    since January 1, 2015.

25    **REQUEST FOR PRODUCTION NO. 105**:

26        All documents necessary and sufficient to ascertain the amount of funds, both net and

27    gross, that you transferred, conveyed, or otherwise provided to any lender of yours at any time

28    since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 106**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you received from the Skibo Companies at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 107**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you received from any of the other DPG Entity Defendants at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 108**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you received from Daniel Galvanoni at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 109**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you received from Philip Galvanoni at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 110**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you received from ACA at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 111**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you received from Gerald Hudspeth at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 112**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you received from Westley Anderson at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 113**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you received from William Brooksbank at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 114**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you received from Jerome Joseph at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 115**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you received from any investor of yours at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 116**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you received from any lender of yours at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 117**:

Each and all of your bank account statements for the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 118**:

Each and all of your quikbook reports for the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 119**:

Your complete general ledger for the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 120**:

All sub-prime automobile loan contracts which you owned, purchased or serviced at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 121**:

All documents which are sufficient to show the consideration which you paid for any sub-prime automobile loan contracts which you owned, purchased or serviced at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 122**:

All documents which are sufficient to show the amount of monies you have received as a direct or indirect result of any sub-prime automobile loan contracts which you owned, purchased or serviced at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 123**:

All documents which are sufficient to show how the Investments At Issue were utilized.

//

1 **REQUEST FOR PRODUCTION NO. 124**:

2     All docs which evidence that any or all of the Investments At Issue were used to purchase

3 new sub-prime automobile loans.

4 **REQUEST FOR PRODUCTION NO. 125**:

5     All documents which evidence that any or all of the Investments At Issue were used to

6 fund the operations of any of the DPG Entity Defendants.

7 **REQUEST FOR PRODUCTION NO. 126**:

8     All documents which evidence any and all expenses that Daniel Galvanoni advanced on

9 your behalf during the period of January 1, 2015 through December 31, 2017.

10 **REQUEST FOR PRODUCTION NO. 127**:

11     Any and all of your Errors & Omissions insurance policies that were in effect and/or

12 applicable for the period of January 1, 2015 through the present.

13 **REQUEST FOR PRODUCTION NO. 128**:

14     Any and all of your business insurance policies that were in effect and/or applicable for

15 the period of January 1, 2015 through the present.

16 **REQUEST FOR PRODUCTION NO. 129**:

17     Any and all insurance policies not heretofore specifically requested which provide actual

18 or potential coverage with respect to Plaintiff's claims in this action.

19 **REQUEST FOR PRODUCTION NO. 130**:

20     All leases for any offices occupied by you since January 1, 2015.

21 **REQUEST FOR PRODUCTION NO. 131**:

22     All business licenses held by you at any time since January 1, 2015.

23 **REQUEST FOR PRODUCTION NO. 132**:

24     All investment proposals you provided to Plaintiff between January 1, 2015 and

25 December 31, 2017.

26 **REQUEST FOR PRODUCTION NO. 133**:

27     All investment proposals you provided to any other prospective investor between January

28 1, 2015 and December 31, 2017.

1  **REQUEST FOR PRODUCTION NO. 134**:

2      All profit and loss forecasts relating to the DPG sub-prime automobile loan portfolio that

3  were generated at any time between January 1, 2015 and December 31, 2017.

4  **REQUEST FOR PRODUCTION NO. 135**:

5      All documents which were utilized or relied upon to create the profit and loss forecasts

6  relating to the DPG sub-prime automobile loan portfolio that were generated at any time between

7  January 1, 2015 and December 31, 2017.

8  **REQUEST FOR PRODUCTION NO. 136**:

9      All investor return models relating to the DPG sub-prime automobile loan portfolio that

10  were generated at any time between January 1, 2015 and December 31, 2017.

11  **REQUEST FOR PRODUCTION NO. 137**:

12      All documents which were utilized or relied upon to create the investor return models

13  relating to the DPG sub-prime automobile loan portfolio that were generated at any time between

14  January 1, 2015 and December 31, 2017.

15  **REQUEST FOR PRODUCTION NO. 138**:

16      All term sheets relating to the DPG sub-prime automobile loan portfolio that were

17  generated at any time between January 1, 2015 and December 31, 2017.

18  **REQUEST FOR PRODUCTION NO. 139**:

19      All documents which were utilized or relied upon to create the term sheets relating to the

20  DPG sub-prime automobile loan portfolio that were generated at any time between January 1,

21  2015 and December 31, 2017.

22  **REQUEST FOR PRODUCTION NO. 140**:

23      All investor summaries relating to the DPG sub-prime automobile loan portfolio that

24  were generated at any time between January 1, 2015 and December 31, 2017.

25  **REQUEST FOR PRODUCTION NO. 141**:

26      All investor summaries which were utilized or relied upon to create the term sheets

27  relating to the DPG sub-prime automobile loan portfolio that were generated at any time between

28  January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 142**:

All automobile loan models relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 143**:

All documents which were utilized or relied upon to create the automobile loan models relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 144**:

All financial models relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 145**:

All documents which were utilized or relied upon to create the financial models relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 146**:

All estimates of returns relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 147**:

All documents which were utilized or relied upon to create the estimates of returns relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 148**:

All documents which evidence and/or reflect the underwriting review that was done for each of the loans in the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 149**:

All documents which contain, reflect and/or evidence the underwriting guidelines that were utilized for each of the loans in the DPG sub-prime automobile loan portfolio.

//

**REQUEST FOR PRODUCTION NO. 150:**

All documents reflecting and/or evidencing any audits that were performed with respect to the Skibo Companies at any time between January 1, 2015 and December 31, 2017, exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 151:**

All documents reflecting and/or evidencing any audits that were performed with respect to the DPG sub-prime automobile loan portfolio at any time between January 1, 2015 and December 31, 2017, exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 152:**

All documents which support the statement in the mezzanine loan proposal that was provided to Plaintiff on or about April 8, 2015 that an investment in the Skibo Companies would provide a total annual return of 28% a year.

**REQUEST FOR PRODUCTION NO. 153:**

All documents which support the statement in William Brookbank's email of April 30, 2015 that 3% warrants in the Skibo Companies would be worth $784,000 in four years.

**REQUEST FOR PRODUCTION NO. 154:**

All documents which support the statement in William Brookbank's email of April 30, 2015 that 4.25% warrants in Skibo would be worth $1,100,000.00 in four years.

**REQUEST FOR PRODUCTION NO. 155:**

All documents which support the statement in William Brookbank's email of April 30, 2015 Plaintiff's internal rate of return would be 108%.

**REQUEST FOR PRODUCTION NO. 156:**

All notes of any meetings with Plaintiff which occurred at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 157:**

All notes of any telephone calls with Plaintiff which occurred at any time between January 1, 2015 and December 31, 2017.

1  **REQUEST FOR PRODUCTION NO. 158**:

2      All notes of any meetings during which Plaintiff and/or the Investments At Issue were
3  discussed, exclusive of documents protected by the attorney-client and/or attorney work product
4  privileges.

5  **REQUEST FOR PRODUCTION NO. 159**:

6      All notes of any telephone calls during which Plaintiff and/or the Investments At Issue
7  were discussed, exclusive of documents protected by the attorney-client and/or attorney work
8  product privileges.

9  **REQUEST FOR PRODUCTION NO. 160**:

10      All spreadsheets of investor loans that were created at any time during the period of
11  January 1, 2015 - December 31, 2017.

12  **REQUEST FOR PRODUCTION NO. 161**:

13      All spreadsheets of the loans in the DPG sub-prime automobile loan portfolio that were
14  created at any time during the period of January 1, 2015 - December 31, 2017.

15  **REQUEST FOR PRODUCTION NO. 162**:

16      All documents which are sufficient to show the dates of the Investments At Issue.

17  **REQUEST FOR PRODUCTION NO. 163**:

18      All documents which are sufficient to show the Amounts of the Investments At Issue.

19  **REQUEST FOR PRODUCTION NO. 164**:

20      All communications between you and/or any person acting on your behalf and Plaintiff
21  regarding the UCC-1 Financing Statements in favor of Plaintiff which were filed with the
22  Arizona Secretary of State on or about August 23, 2016.

23  **REQUEST FOR PRODUCTION NO. 165**:

24      All communications between you and/or any person acting on your behalf and any of the
25  other DPG Entity Defendants regarding the UCC-1 Financing Statements in favor of Plaintiff
26  which were filed with the Arizona Secretary of State on or about August 23, 2016.

27  //

28  //

**REQUEST FOR PRODUCTION NO. 166**:

All communications between you and/or any person acting on your behalf and ACA regarding the UCC-1 Financing Statements in favor of Plaintiff which were filed with the Arizona Secretary of State on or about August 23, 2016.

**REQUEST FOR PRODUCTION NO. 167**:

All communications between you and/or any person acting on your behalf and any lender or prospective lender regarding the UCC-1 Financing Statements in favor of Plaintiff which were filed with the Arizona Secretary of State on or about August 23, 2016.

**REQUEST FOR PRODUCTION NO. 168**:

All documents which are sufficient to show the purchase price of each of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

**REQUEST FOR PRODUCTION NO. 169**:

All documents which are sufficient to show the purchase date of each of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

**REQUEST FOR PRODUCTION NO. 170**:

All documents which are sufficient to show the contract amount of each of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

**REQUEST FOR PRODUCTION NO. 171**:

All documents which are sufficient to identify the name of the person or entity who purchased each of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

**REQUEST FOR PRODUCTION NO. 172**:

All documents which are sufficient to show the dates of any transfer of any ownership of any of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

**REQUEST FOR PRODUCTION NO. 173**:

All documents which are sufficient to identify the person or entity to whom ownership of any of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018 was transferred at any time between January 1, 2015 and June 30, 2018.

**REQUEST FOR PRODUCTION NO. 174**:

All documents which are sufficient to show the amount of any consideration that was paid by the acquiring person/entity for any transfer of any ownership of any of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018 for any transfers of ownership which occurred at any time between January 1, 2015 and the present.

**REQUEST FOR PRODUCTION NO. 175**:

All documents which are sufficient to show the maturity date of each of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

**REQUEST FOR PRODUCTION NO. 176**:

All documents which are sufficient to show the monthly payments owed by each of the borrowers for each of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

**REQUEST FOR PRODUCTION NO. 177**:

All documents which are sufficient to show the monthly gross income that you have received since January 1, 2015 from the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

**REQUEST FOR PRODUCTION NO. 178**:

All documents which are sufficient to show the dates of any defaults with respect to any of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

//

1  **REQUEST FOR PRODUCTION NO. 179**:

2          All documents which are sufficient to show the amounts of any defaults with respect to

3  any of the loans that were held in the DPG sub-prime automobile loan portfolio at any time

4  during the period of January 1, 2015 - June 30, 2018.

5  **REQUEST FOR PRODUCTION NO. 180**:

6          All documents which are sufficient to show the net losses attributable to any defaults with

7  respect to any of the loans that were held in the DPG sub-prime automobile loan portfolio at any

8  time during the period of January 1, 2015 - June 30, 2018.

9  **REQUEST FOR PRODUCTION NO. 181**:

10          All overviews of the DPG sub-prime automobile loan portfolio that were created at any

11  time during the period of January 1, 2015 through the present.

12  **REQUEST FOR PRODUCTION NO. 182**:

13          All source documents which were utilized to prepare the overviews of the DPG sub-

14  prime automobile loan portfolio that were created at any time during the period of January 1,

15  2015 through the present.

16  **REQUEST FOR PRODUCTION NO. 183**:

17          All automobile title documents for each of the loans in the DPG sub-prime automobile

18  loan portfolio during the period of January 1, 2015 through the present.

19  **REQUEST FOR PRODUCTION NO. 184**:

20          All lien assignments with respect to any of the loans in the DPG sub-prime automobile

21  loan portfolio which were made at any time during the period of January 1, 2015 through the

22  present.

23  **REQUEST FOR PRODUCTION NO. 185**:

24          All versions of Daniel Galvanoni's resume that were created or in effect  at any time

25  during the period of January 1, 2015 through the present.

26  **REQUEST FOR PRODUCTION NO. 186**:

27          All versions of Philip Galvanoni's resume that were created or in effect  at any time

28  during the period of January 1, 2015 through the present.

1   **REQUEST FOR PRODUCTION NO. 187**:

2       All versions of Gerald Hudspeth's resume that were created or in effect  at any time

3   during the period of January 1, 2015 through the present.

4   **REQUEST FOR PRODUCTION NO. 188**:

5       All versions of Westley Anderson's resume that were created or in effect  at any time

6   during the period of January 1, 2015 through the present.

7   **REQUEST FOR PRODUCTION NO. 189**:

8       All versions of William Brooksbank's resume that were created or in effect  at any time

9   during the period of January 1, 2015 through the present.

10  **REQUEST FOR PRODUCTION NO. 190**:

11      All versions of Jerome Joseph's resume that were created or in effect  at any time during

12  the period of January 1, 2015 through the present.

13  **REQUEST FOR PRODUCTION NO. 191**:

14      All statements, notes, recordings, or other documents of any type, if any exist, obtained

15  from any witness, or potential witness to this action, concerning Plaintiff and/or any of the

16  Investments at Issue and/or the DPG sub-prime automobile loan portfolio, exclusive of

17  documents protected by the attorney-client or attorney work product

18   privilege.

19  **REQUEST FOR PRODUCTION NO. 192**:

20      Any notes, memoranda, recordings, or other documents of any type, if any exist,

21  reflecting any verbal conference, discussion, or conversation with any witness, or potential

22  witness to this action, concerning Plaintiff and/or any of the Investments at Issue and/or the DPG

23  sub-prime automobile loan portfolio, exclusive of documents protected by the attorney-client or

24  attorney work product privilege.

25  **REQUEST FOR PRODUCTION NO. 193**:

26      All documents you identified in your responses to the special interrogatories served

27  herewith.

28   //

1

2    Date: August 15, 2018                    **LAW OFFICES OF MELINDA JANE STEUER**

3

4                                             By: _____

5                                                   Melinda Jane Steuer
                                                    Attorney for Plaintiff
6                                                   John Marshall

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Melinda Jane Steuer (State Bar No. 216105)
   LAW OFFICES OF MELINDA JANE STEUER
2  928 Second Street, Ste. 302
   Sacramento, CA  95814
3  Telephone:  (916) 930-0045
   Facsimile:  (916) 314-4100
4
   Attorneys for Plaintiff
5

6

7

8                     UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11

12  JOHN MARSHALL, an individual                Case No. 2:17-cv-00820-KJM-CKD

13           Plaintiff,                         **PLAINTIFF'S FIRST SET OF**
                                                **REQUESTS FOR PRODUCTION OF**
14      vs.                                     **DOCUMENTS TO DEFENDANT**
                                                **SPRING TREE HOLDINGS, LLC**
15  DANIEL P. GALVANONI, an individual;
    DPG INVESTMENTS, LLC, a foreign
16  limited liability company; DPG GOLDEN
    EAGLE, LLC, a foreign limited liability
17  company; SPRING TREE LENDING, LLC
    a foreign limited liability company; SPRING
18  TREE HOLDINGS, LLC; SPRING TREE
    FINANCIAL, LLC; SKIBO HOLDINGS,
19  LLC, a foreign limited liability company;
    AMERICAN CREDIT ACCEPTANCE,
20  LLC, a foreign limited liability company;
    and DOES 1 - 100, inclusive,
21
             Defendants.
22  _____/

23  **PROPOUNDING PARTY:**        Plaintiff

24  **RESPONDING PARTY:**         Defendant Spring Tree Holdings, LLC

25  **SET NO.:**                  One

26        Pursuant to Federal Rules of Civil Procedure Rule 34, Plaintiff John Marshall hereby

27  demands that the responding party produce the following documents to the Law Offices of

28  Melinda Jane Steuer, 928 Second Street, Suite 302, Sacramento, California 95814, within thirty

1  days of the service of these requests.  Unless otherwise specified in the requests, defendant may

2  comply by serving legible copies.

3       The documents to be produced are:

4  **DEFINITIONS:**

5       A.       "Plaintiff" means John Marshall.

6       B.       "Investments At Issue" means any or all of the following: a) the $125,000.00

7  which Plaintiff wired to the bank account of DPG Golden Eagle, LLC ("DPG-GEL") at BBVA

8  Compass Bank on or about June 18, 2015; b) the $50,000.00 which Plaintiff wired to the bank

9  account of DPG-GEL at BBVA Compass Bank on or about June 29, 2015; c) the $25,000.00

10 which Plaintiff wired to the bank account of DPG-GEL at BBVA Compass Bank on or about

11 August 12, 2015; d) the $25,000.00 which Plaintiff wired to the bank account of DPG-GEL at

12 BBVA Compass Bank on or about February 5, 2016; e) the $25,000.00 which Plaintiff wired to

13 the bank account of DPG-GEL at BBVA Compass Bank on or about February 11, 2016; f) the

14 $25,000.00 which Plaintiff wired to the bank account of DPG-GEL at BBVA Compass Bank on

15 or about February 22, 2016; and/or g) the $25,000.00 which Plaintiff wired to the bank account

16 of DPG-GEL at BBVA Compass Bank on or about February 29, 2016.

17      C.       "The DPG Entity Defendants" means any or all of the following entities and/or

18 any subsidiary or affiliate thereof:  DPG Investments, LLC; DPG Golden Eagle, LLC; Spring

19 Tree Lending, LLC; Spring Tree Holdings, LLC; Spring Tree Financial, LLC; and/or Skibo

20 Holdings, LLC.

21      D.       "The Skibo Companies" means Skibo Holdings and its affiliates and/or

22 subsidiaries, and specifically includes TSA Financial Group, Golden Eagle Lending, Ski Bo Auto

23 Sales and/or JADCO.

24      E.       "The DPG sub-prime automobile loan portfolio" means any and all sub-prime

25 automobile loans which were owned, acquired and/or serviced by any or all of the following

26 entities and/or any subsidiary or affiliate thereof at any time:  DPG Investments, LLC; DPG

27 Golden Eagle, LLC; Spring Tree Lending, LLC; Spring Tree Holdings, LLC; Spring Tree

28

1 Financial, LLC; Skibo Holdings, LLC; TSA Financial Group; Golden Eagle Lending; Ski Bo

2 Auto Sales; and/or JADCO.

3    F.    "Person acting on your behalf" means your current and former managers,

4 managing directors, members, employees, agents, independent contractors, and/or all other

5 persons retained by you to perform services for you, exclusive of your attorneys, and specifically

6 includes, but is not limited to, Daniel P. Galvanoni, Gerald T. Hudspeth, Westley Anderson,

7 William Brooksbank, Jerome Joseph, Philip Galvanoni, Craig Sherman, Curtis Holder, Todd

8 Owen and/or Holly Kix.

9    G.    "Document" means any writing, as defined in Cal. Evidence Code § 250.

10 **DOCUMENT REQUESTS:**

11 **REQUEST FOR PRODUCTION NO. 1**:

12    All written communications, including, but not limited to, e-mails and/or text messages,

13 between you, and/or any person acting on your behalf, and Plaintiff, which relate in any way to

14 any of the Investments At Issue, and/or to the DPG sub-prime automobile loan portfolio.

15 **REQUEST FOR PRODUCTION NO. 2**:

16    All documents evidencing verbal communications between you, and/or any person acting

17 on your behalf, and Plaintiff, which relate in any way to any of the Investments At Issue, and/or

18 to the DPG sub-prime automobile loan portfolio, including, but not limited to, notes, internal

19 memoranda and/or telephone logs.

20 **REQUEST FOR PRODUCTION NO. 3**:

21    All written communications, including, but not limited to, e-mails and/or text messages,

22 between and/or among any of your agents, employees, officers, managing directors, managers

23 and/or members, which relate in any way to Plaintiff and/or any of the Investments At Issue.

24 **REQUEST FOR PRODUCTION NO. 4**:

25    All documents evidencing any verbal communications between and/or among any of your

26 agents, employees, officers, managing directors, members and/or managers, which relate in any

27 way to Plaintiff and/or any of the Investments At Issue.

28 //

**REQUEST FOR PRODUCTION NO. 5**:

All written communications, including, but not limited to, e-mails and/or text messages, between you, and/or any person acting on your behalf, and American Credit Acceptance, LLC ("ACA"), and/or any agent, independent contractor, officer, manager and/or employee thereof, which relate in any way to Plaintiff, and/or any of the Investments At Issue, and/or the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 6**:

All documents evidencing any verbal communications between you, and/or any person acting on your behalf, and ACA and/or any officer, manager, agent, and/or employee thereof, which relate in any way to Plaintiff, and/or any of the Investments At Issue, and/or the DPG sub-prime automobile loan portfolio, including, but not limited to, notes, internal memoranda and/or telephone logs.

**REQUEST FOR PRODUCTION NO. 7**:

All written communications, including, but not limited to, e-mails and/or text messages, between you, and/or any person acting on your behalf, and any of the former managers, managing directors, and/or employees of the Skibo Companies, including, but not limited to, James Duryea and/or Robert Smith, which relate in any way to Plaintiff, and/or any of the Investments At Issue, and/or the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 8**:

All documents evidencing any verbal communications between you, and/or any person acting on your behalf, and any of the former managers, managing directors, and/or employees of the Skibo Companies, including, but not limited to, James Duryea and/or Robert Smith, which relate in any way to Plaintiff, and/or any of the Investments At Issue, and/or the DPG sub-prime automobile loan portfolio, including, but not limited to, notes, internal memoranda and/or telephone logs.

**REQUEST FOR PRODUCTION NO. 9**:

All written communications, including, but not limited to, e-mails and/or text messages, between you, and/or any person acting on your behalf, and any of the other DPG Entity

1   Defendants, and/or any employee, agent, member, manager and/or managing director thereof,

2   which relate in any way to Plaintiff and/or any of the Investments At Issue.

3   **REQUEST FOR PRODUCTION NO. 10**:

4          All documents evidencing any verbal communications between you, and/or any person

5   acting on your behalf, and any of the other DPG Entity Defendants, and/or any employee, agent,

6   member, manager and/or managing director thereof, which relate in any way to Plaintiff and/or

7   any of the Investments At Issue.

8   **REQUEST FOR PRODUCTION NO. 11**:

9          All written communications, including, but not limited to, e-mails and/or text messages,

10  between you, and/or any person acting on your behalf, and any actual or prospective investor in

11  any of the DPG Entity Defendants, which relate in any way to Plaintiff, and/or any of the

12  Investments At Issue, and/or the DPG sub-prime automobile loan portfolio, and which were

13  made at any time between January 1, 2015 - June 30, 2018.

14  **REQUEST FOR PRODUCTION NO. 12**:

15         All documents evidencing any verbal communications between you, and/or any person

16  agent acting on your behalf, and any actual or prospective investor in any of the DPG Entity

17  Defendants, which relate in any way to Plaintiff, or to any of the Investments At Issue, and/or to

18  the DPG sub-prime automobile loan portfolio, and which were made at any time between

19  January 1, 2015 - June 30, 2018, including, but not limited to, notes, internal memoranda and/or

20  telephone logs.

21  **REQUEST FOR PRODUCTION NO. 13**:

22         All written communications, including, but not limited to, e-mails and/or text messages,

23  between you, and/or any person acting on your behalf, and any actual or prospective lender to any

24  of the DPG Entity Defendants, which relate in any way to Plaintiff, or to any of the Investments

25  At Issue, and/or to the DPG sub-prime automobile loan portfolio, and which were made at any

26  time between January 1, 2015 - June 30, 2018.

27  //

28  //

**REQUEST FOR PRODUCTION NO. 14**:

All documents evidencing any verbal communications between you, and/or any person acting on your behalf, and any actual or prospective lender to any of the DPG Entity Defendants, which relate in any way to Plaintiff, or to any of the Investments At Issue, and/or to the DPG sub-prime automobile loan portfolio, and which were made at any time between January 1, 2015 - June 30, 2018, including, but not limited to, notes, internal memoranda and/or telephone logs.

**REQUEST FOR PRODUCTION NO. 15**:

All documents you, and/or any person acting on your behalf, received from Plaintiff at any time between January 1, 2015 - March 31, 2017, which relate in any way to any of the Investments At Issue.

**REQUEST FOR PRODUCTION NO. 16**:

All documents you, and/or any person acting on your behalf, provided to Plaintiff at any time between January 1, 2015 - March 31, 2017, which relate in any way to any of the Investments At Issue.

**REQUEST FOR PRODUCTION NO. 17**:

All documents you, and/or any person acting on your behalf, received from Plaintiff at any time between January 1, 2015 - March 31, 2017, which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 18**:

All documents you, and/or any person acting on your behalf, provided to Plaintiff at any time between January 1, 2015 - March 31, 2017, which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 19**:

All documents you, and/or any person acting on your behalf, received from any of the other DPG Entity Defendants and/or any employee or agent thereof (exclusive of attorneys), at any time between January 1, 2015 - June 30, 2018, which relate in any way to any of the Investments At Issue.

//

**REQUEST FOR PRODUCTION NO. 20**:

All documents you, and/or any person acting on your behalf, provided to any of the other DPG Entity Defendants and/or any employee or agent thereof (exclusive of attorneys), at any time between January 1, 2015 - June 30, 2018, which relate in any way to any of the Investments At Issue.

**REQUEST FOR PRODUCTION NO. 21**:

All documents you, and/or any person acting on your behalf, received from any of the other DPG Entity Defendants and/or any employee or agent thereof (exclusive of attorneys), at any time between January 1, 2015 - June 30, 2018,  which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 22**:

All documents you, and/or any agent acting on your behalf, provided to any of the other DPG Entity Defendants and/or any employee or agent thereof (exclusive of attorneys), at any time between January 1, 2015 - June 30, 2018,  which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 23**:

All documents you, and/or any person acting on your behalf, provided to any of the former managers, managing directors, and/or employees of the Skibo Companies, including, but not limited to, James Duryea and/or Robert Smith, at any time between January 1, 2015 - June 30, 2018, which relate in any way to any of the Investments At Issue.

**REQUEST FOR PRODUCTION NO. 24**:

All documents you, and/or any person acting on your behalf, received from any of the former managers, managing directors, and/or employees of the Skibo Companies, including, but not limited to, James Duryea and/or Robert Smith, at any time between January 1, 2015 - June 30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 25**:

All documents you, and/or any person acting on your behalf, provided to any of the former managers, managing directors, and/or employees of the Skibo Companies, including, but

1  not limited to, James Duryea and/or Robert Smith, at any time between January 1, 2015 - June

2  30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

3  **REQUEST FOR PRODUCTION NO. 26**:

4       All documents you, and/or any person acting on your behalf, received from ACA, at any

5  time between January 1, 2015 - June 30, 2018, which relate in any way to any of the Investments

6  At Issue.

7  **REQUEST FOR PRODUCTION NO. 27**:

8       All documents you, and/or any person acting on your behalf, provided to ACA, at any

9  time between January 1, 2015 - June 30, 2018, which relate in any way to any of the Investments

10  At Issue.

11  **REQUEST FOR PRODUCTION NO. 28**:

12       All documents you, and/or any person acting on your behalf, received from ACA at any

13  time between January 1, 2015 - June 30, 2018,  which relate in any way to the DPG sub-prime

14  automobile loan portfolio.

15  **REQUEST FOR PRODUCTION NO. 29**:

16       All documents you, and/or any agent acting on your behalf, provided to ACA at any time

17  between January 1, 2015 - June 30, 2018,  which relate in any way to the DPG sub-prime

18  automobile loan portfolio.

19  **REQUEST FOR PRODUCTION NO. 30**:

20       All documents you, and/or any person acting on your behalf, received from any actual or

21  prospective investor in any of the DPG Entity Defendants at any time between January 1, 2015 -

22  June 30, 2018,  which relate in any way to any of the Investments At Issue.

23  **REQUEST FOR PRODUCTION NO. 31**:

24       All documents you, and/or any person acting on your behalf, provided to any actual or

25  prospective investor in any of the DPG Entity Defendants, at any time between January 1, 2015 -

26  June 30, 2018, which relate in any way to any of the Investments At Issue.

27  //

28  //

**REQUEST FOR PRODUCTION NO. 32**:

All documents you, and/or any person acting on your behalf, received from any actual or prospective investor in any of the DPG Entity Defendants, at any time between January 1, 2015 - June 30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 33**:

All documents you, and/or any person acting on your behalf, provided to any actual or prospective investor in any of the DPG Entity Defendants, at any time between January 1, 2015 - June 30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 34**:

All documents you, and/or any person acting on your behalf, received from any actual or prospective lender to any of the DPG Entity Defendants, at any time between January 1, 2015 - June 30, 2018, which relate in any way to any of the Investments At Issue.

**REQUEST FOR PRODUCTION NO. 35**:

All documents you, and/or any person acting on your behalf, provided to any actual or prospective lender to any of the DPG Entity Defendants, at any time between January 1, 2015 - June 30, 2018, which relate in any way to any of the Investments At Issue.

**REQUEST FOR PRODUCTION NO. 36**:

All documents you, and/or any person acting on your behalf, received from any actual or prospective lender to any of the DPG Entity Defendants, at any time between January 1, 2015 - June 30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 37**:

All documents you, and/or any person acting on your behalf, provided to any actual or prospective lender to any of the DPG Entity Defendants, at any time between January 1, 2015 - June 30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 38**:

All documents you, and/or any person acting on your behalf, received from any other person not heretofore specifically mentioned at any time between January 1, 2015 - June 30,

1  2018, which relate in any way to any of the Investments At Issue, but exclusive of documents

2  protected by the attorney-client and/or attorney work product privileges.

3  **REQUEST FOR PRODUCTION NO. 39**:

4         All documents you, and/or any person acting on your behalf, provided to any other person

5  not heretofore specifically mentioned at any time between January 1, 2015 - June 30, 2018,

6  which relate in any way to any of the Investments At Issue, but exclusive of documents protected

7  by the attorney-client and/or attorney work product privileges.

8  **REQUEST FOR PRODUCTION NO. 40**:

9         All documents you, and/or any person acting on your behalf, received from any other

10 person not heretofore specifically mentioned at any time between January 1, 2015 - June 30,

11 2018, which relate in any way to the DPG sub-prime automobile loan portfolio, but exclusive of

12 documents protected by the attorney-client and/or attorney work product privileges.

13 **REQUEST FOR PRODUCTION NO. 41**:

14        All documents you, and/or any person acting on your behalf, provided to any other person

15 not heretofore specifically mentioned at any time between January 1, 2015 - June 30, 2018,

16 which relate in any way to the DPG sub-prime automobile loan portfolio, but exclusive of

17 documents protected by the attorney-client and/or attorney work product privileges.

18 **REQUEST FOR PRODUCTION NO. 42**:

19        All documents sufficient to identify the names of your investors during the period of

20 January 1, 2015 through the present.

21 **REQUEST FOR PRODUCTION NO. 43**:

22        All documents sufficient to show the amounts of each investment that was made into your

23 business during the period of January 1, 2015 through the present.

24 **REQUEST FOR PRODUCTION NO. 44**:

25        All documents sufficient to show the dates of each investment that was made into your

26 business during the period of January 1, 2015 through the present.

27 //

28 //

**REQUEST FOR PRODUCTION NO. 45:**

All documents sufficient to show the amount of interest that was paid to each investor in your business during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 46:**

All documents sufficient to show the amount of principal that was returned to each investor in your business during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 47:**

All documents sufficient to show the amount that is currently owed to each person who invested in your business during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 48:**

All documents sufficient to identify any and all persons who loaned money to you at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 49:**

All documents sufficient to show the amounts of each loan that was made into your business during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 50:**

All documents sufficient to show the dates of each loan that was made into your business during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 51:**

All documents sufficient to show the amount of interest that was paid to each of your lenders during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 52:**

All documents sufficient to show the amount of principal that was returned to each of your lenders during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 53:**

All documents sufficient to show the amount that is currently owed to each of your lenders who loaned money to your business during the period of January 1, 2015 through the present.

1  **REQUEST FOR PRODUCTION NO. 54**:

2  All documents sufficient to identify each and all of your members during the period of

3  January 1, 2015 through the present.

4  **REQUEST FOR PRODUCTION NO. 55**:

5  All documents sufficient to identify each and all of your managing members during the

6  period of January 1, 2015 through the present.

7  **REQUEST FOR PRODUCTION NO. 56**:

8  Your complete audited financial statements for fiscal years 2012 through 2017.

9  **REQUEST FOR PRODUCTION NO. 57**:

10  All business plans which relate to the DPG sub-prime automobile loan portfolio that were

11  generated at any time during the period of January 1, 2015 through the present.

12  **REQUEST FOR PRODUCTION NO. 58**:

13  All documents relating to any liens against you that were created and/or perfected at any

14  time during the period of January 1, 2015 through the present, but exclusive of documents

15  protected by the attorney-client and/or attorney work product privileges.

16  **REQUEST FOR PRODUCTION NO. 59**:

17  All documents relating to any liens against the DPG sub-prime automobile loan portfolio

18  that were created and/or perfected at any time during the period of January 1, 2015 through the

19  present, but exclusive of documents protected by the attorney-client and/or attorney work product

20  privileges.

21  **REQUEST FOR PRODUCTION NO. 60**:

22  All complaints against you filed at any time during the period of January 1, 2000 through

23  the present which allege wrongdoing of any kind in connection with the solicitation and sale of

24  investments and/or the solicitation of loans.

25  **REQUEST FOR PRODUCTION NO. 61**:

26  All complaints against you filed at any time during the period of January 1, 2000 through

27  the present which allege wrongdoing of any kind in connection with the DPG sub-prime

28  automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 62**:

All documents reflecting, evidencing and/or memorializing any and all due diligence which you, and/or any person acting on your behalf, conducted with regard to the Skibo Companies, but exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 63**:

All documents reflecting, evidencing and/or memorializing any and all due diligence which you, and/or any person acting on your behalf, conducted with regard to the DPG sub-prime automobile loan portfolio, but exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 64**:

All job descriptions for Daniel Galvanoni generated at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 65**:

All business cards used by Daniel Galvanoni at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 66**:

All job descriptions for Gerald Hudspeth generated at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 67**:

All business cards used by Gerald Hudspeth at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 68**:

All job descriptions for Westley Anderson generated at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 69**:

All business cards used by Westley Anderson at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 70**:

All job descriptions for Philip Galvanoni generated at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 71**:

All business cards used by Philip Galvanoni at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 72**:

All job descriptions for William Brooksbank generated at any time since January 1, 2015.

1  **REQUEST FOR PRODUCTION NO. 73**:

2      All business cards used by William Brooksbank at any time since January 1, 2015.

3  **REQUEST FOR PRODUCTION NO. 74**:

4      All job descriptions for Jerome Joseph generated at any time since January 1, 2015.

5  **REQUEST FOR PRODUCTION NO. 75**:

6      All business cards used by Jerome Joseph at any time since January 1, 2015.

7  **REQUEST FOR PRODUCTION NO. 76**:

8      All agreements between you and Plaintiff.

9  **REQUEST FOR PRODUCTION NO. 77**:

10      All documents signed by Plaintiff, including all documents you claim Plaintiff signed.

11  **REQUEST FOR PRODUCTION NO. 78**:

12      All agreements between you and Daniel Galvanoni that were in effect at any time from

13  January 1, 2015 through the present.

14  **REQUEST FOR PRODUCTION NO. 79**:

15      All agreements between you and any of the other DPG Entity Defendants that were in

16  effect at any time from January 1, 2015 through the present.

17  **REQUEST FOR PRODUCTION NO. 80**:

18      All agreements between you and ACA that were in effect at any time from January 1,

19  2015 through the present.

20  **REQUEST FOR PRODUCTION NO. 81**:

21      All agreements between you and any investor of yours that were in effect at any time

22  from January 1, 2015 through the present.

23  **REQUEST FOR PRODUCTION NO. 82**:

24      All agreements between you and any lender of yours that were in effect at any time from

25  January 1, 2015 through the present.

26  **REQUEST FOR PRODUCTION NO. 83**:

27      All agreements between you and Philip Galvanoni that were in effect at any time from

28  January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 84**:

All agreements between you and Gerald Hudspeth that were in effect at any time from January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 85**:

All agreements between you and Westley Anderson that were in effect at any time from January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 86**:

All agreements between you and William Brooksbank that were in effect at any time from January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 87**:

All agreements between you and Jerome Joseph that were in effect at any time from January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 88**:

All agreements between you and the Skibo Companies, and/or any owner or manager of the Skibo Companies, that were in effect at any time from January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 89**:

All agreements between you and any person not heretofore specifically mentioned that relate in any way to the Investments at Issue or to the DPG sub-prime automobile loan portfolio, but exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 90**:

All investigations, charges and/or findings by any regulator, whether state, federal or self-regulatory organization, that were made against you and/or any member of yours with regard to investments, loans, and/or the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 91**:

All responses to any investigations, charges and/or findings by any regulator, whether state, federal or self-regulatory organization, that were made against you and/or any member of yours with regard to investments, loans, and/or the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 92**:

All press releases written, generated and/or approved by you, and/or any person acting on your behalf which evidence, reflect, memorialize and/or discuss the Skibo Companies.

**REQUEST FOR PRODUCTION NO. 93**:

All press releases written, generated and/or approved by you, and/or any person acting on your behalf which evidence, reflect, memorialize and/or discuss the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 94**:

All press releases written, generated and/or approved by you, and/or any person acting on your behalf which evidence, reflect, memorialize and/or discuss ACA.

**REQUEST FOR PRODUCTION NO. 95**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you transferred, conveyed, or otherwise provided to the Skibo Companies at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 96**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you transferred, conveyed, or otherwise provided to any of the other DPG Entity Defendants at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 97**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you transferred, conveyed, or otherwise provided to Daniel Galvanoni at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 98**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you transferred, conveyed, or otherwise provided to Philip Galvanoni at any time since January 1, 2015.

//

//

1    **REQUEST FOR PRODUCTION NO. 99**:

2        All documents necessary and sufficient to ascertain the amount of funds, both net and

3    gross, that you transferred, conveyed, or otherwise provided to ACA at any time since January 1,

4    2015.

5    **REQUEST FOR PRODUCTION NO. 100**:

6        All documents necessary and sufficient to ascertain the amount of funds, both net and

7    gross, that you transferred, conveyed, or otherwise provided to Gerald Hudspeth at any time since

8    January 1, 2015.

9    **REQUEST FOR PRODUCTION NO. 101**:

10       All documents necessary and sufficient to ascertain the amount of funds, both net and

11    gross, that you transferred, conveyed, or otherwise provided to Westley Anderson at any time

12    since January 1, 2015.

13    **REQUEST FOR PRODUCTION NO. 102**:

14       All documents necessary and sufficient to ascertain the amount of funds, both net and

15    gross, that you transferred, conveyed, or otherwise provided to William Brooksbank at any time

16    since January 1, 2015.

17    **REQUEST FOR PRODUCTION NO. 103**:

18       All documents necessary and sufficient to ascertain the amount of funds, both net and

19    gross, that you transferred, conveyed, or otherwise provided to Jerome Joseph at any time since

20    January 1, 2015.

21    **REQUEST FOR PRODUCTION NO. 104**:

22       All documents necessary and sufficient to ascertain the amount of funds, both net and

23    gross, that you transferred, conveyed, or otherwise provided to any investor of yours at any time

24    since January 1, 2015.

25    **REQUEST FOR PRODUCTION NO. 105**:

26       All documents necessary and sufficient to ascertain the amount of funds, both net and

27    gross, that you transferred, conveyed, or otherwise provided to any lender of yours at any time

28    since January 1, 2015.

1  **REQUEST FOR PRODUCTION NO. 106**:

2       All documents necessary and sufficient to ascertain the amount of funds, both net and

3  gross, that you received from the Skibo Companies at any time since January 1, 2015.

4  **REQUEST FOR PRODUCTION NO. 107**:

5       All documents necessary and sufficient to ascertain the amount of funds, both net and

6  gross, that you received from any of the other DPG Entity Defendants at any time since January

7  1, 2015.

8  **REQUEST FOR PRODUCTION NO. 108**:

9       All documents necessary and sufficient to ascertain the amount of funds, both net and

10 gross, that you received from Daniel Galvanoni at any time since January 1, 2015.

11 **REQUEST FOR PRODUCTION NO. 109**:

12      All documents necessary and sufficient to ascertain the amount of funds, both net and

13 gross, that you received from Philip Galvanoni at any time since January 1, 2015.

14 **REQUEST FOR PRODUCTION NO. 110**:

15      All documents necessary and sufficient to ascertain the amount of funds, both net and

16 gross, that you received from ACA at any time since January 1, 2015.

17 **REQUEST FOR PRODUCTION NO. 111**:

18      All documents necessary and sufficient to ascertain the amount of funds, both net and

19 gross, that you received from Gerald Hudspeth at any time since January 1, 2015.

20 **REQUEST FOR PRODUCTION NO. 112**:

21      All documents necessary and sufficient to ascertain the amount of funds, both net and

22 gross, that you received from Westley Anderson at any time since January 1, 2015.

23 **REQUEST FOR PRODUCTION NO. 113**:

24      All documents necessary and sufficient to ascertain the amount of funds, both net and

25 gross, that you received from William Brooksbank at any time since January 1, 2015.

26 **REQUEST FOR PRODUCTION NO. 114**:

27      All documents necessary and sufficient to ascertain the amount of funds, both net and

28 gross, that you received from Jerome Joseph at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 115:**

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you received from any investor of yours at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 116:**

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you received from any lender of yours at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 117:**

Each and all of your bank account statements for the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 118:**

Each and all of your quikbook reports for the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 119:**

Your complete general ledger for the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 120:**

All sub-prime automobile loan contracts which you owned, purchased or serviced at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 121:**

All documents which are sufficient to show the consideration which you paid for any sub-prime automobile loan contracts which you owned, purchased or serviced at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 122:**

All documents which are sufficient to show the amount of monies you have received as a direct or indirect result of any sub-prime automobile loan contracts which you owned, purchased or serviced at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 123:**

All documents which are sufficient to show how the Investments At Issue were utilized.

//

**REQUEST FOR PRODUCTION NO. 124**:

All docs which evidence that any or all of the Investments At Issue were used to purchase new sub-prime automobile loans.

**REQUEST FOR PRODUCTION NO. 125**:

All documents which evidence that any or all of the Investments At Issue were used to fund the operations of any of the DPG Entity Defendants.

**REQUEST FOR PRODUCTION NO. 126**:

All documents which evidence any and all expenses that Daniel Galvanoni advanced on your behalf during the period of January 1, 2015 through December 31, 2017.

**REQUEST FOR PRODUCTION NO. 127**:

Any and all of your Errors & Omissions insurance policies that were in effect and/or applicable for the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 128**:

Any and all of your business insurance policies that were in effect and/or applicable for the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 129**:

Any and all insurance policies not heretofore specifically requested which provide actual or potential coverage with respect to Plaintiff's claims in this action.

**REQUEST FOR PRODUCTION NO. 130**:

All leases for any offices occupied by you since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 131**:

All business licenses held by you at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 132**:

All investment proposals you provided to Plaintiff between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 133**:

All investment proposals you provided to any other prospective investor between January 1, 2015 and December 31, 2017.

1 **REQUEST FOR PRODUCTION NO. 134**:

2     All profit and loss forecasts relating to the DPG sub-prime automobile loan portfolio that

3 were generated at any time between January 1, 2015 and December 31, 2017.

4 **REQUEST FOR PRODUCTION NO. 135**:

5     All documents which were utilized or relied upon to create the profit and loss forecasts

6 relating to the DPG sub-prime automobile loan portfolio that were generated at any time between

7 January 1, 2015 and December 31, 2017.

8 **REQUEST FOR PRODUCTION NO. 136**:

9     All investor return models relating to the DPG sub-prime automobile loan portfolio that

10 were generated at any time between January 1, 2015 and December 31, 2017.

11 **REQUEST FOR PRODUCTION NO. 137**:

12     All documents which were utilized or relied upon to create the investor return models

13 relating to the DPG sub-prime automobile loan portfolio that were generated at any time between

14 January 1, 2015 and December 31, 2017.

15 **REQUEST FOR PRODUCTION NO. 138**:

16     All term sheets relating to the DPG sub-prime automobile loan portfolio that were

17 generated at any time between January 1, 2015 and December 31, 2017.

18 **REQUEST FOR PRODUCTION NO. 139**:

19     All documents which were utilized or relied upon to create the term sheets relating to the

20 DPG sub-prime automobile loan portfolio that were generated at any time between January 1,

21 2015 and December 31, 2017.

22 **REQUEST FOR PRODUCTION NO. 140**:

23     All investor summaries relating to the DPG sub-prime automobile loan portfolio that

24 were generated at any time between January 1, 2015 and December 31, 2017.

25 **REQUEST FOR PRODUCTION NO. 141**:

26     All investor summaries which were utilized or relied upon to create the term sheets

27 relating to the DPG sub-prime automobile loan portfolio that were generated at any time between

28 January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 142**:

All automobile loan models relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 143**:

All documents which were utilized or relied upon to create the automobile loan models relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 144**:

All financial models relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 145**:

All documents which were utilized or relied upon to create the financial models relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 146**:

All estimates of returns relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 147**:

All documents which were utilized or relied upon to create the estimates of returns relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 148**:

All documents which evidence and/or reflect the underwriting review that was done for each of the loans in the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 149**:

All documents which contain, reflect and/or evidence the underwriting guidelines that were utilized for each of the loans in the DPG sub-prime automobile loan portfolio.

//

**REQUEST FOR PRODUCTION NO. 150**:

All documents reflecting and/or evidencing any audits that were performed with respect to the Skibo Companies at any time between January 1, 2015 and December 31, 2017, exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 151**:

All documents reflecting and/or evidencing any audits that were performed with respect to the DPG sub-prime automobile loan portfolio at any time between January 1, 2015 and December 31, 2017, exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 152**:

All documents which support the statement in the mezzanine loan proposal that was provided to Plaintiff on or about April 8, 2015 that an investment in the Skibo Companies would provide a total annual return of 28% a year.

**REQUEST FOR PRODUCTION NO. 153**:

All documents which support the statement in William Brookbank's email of April 30, 2015 that 3% warrants in the Skibo Companies would be worth $784,000 in four years.

**REQUEST FOR PRODUCTION NO. 154**:

All documents which support the statement in William Brookbank's email of April 30, 2015 that 4.25% warrants in Skibo would be worth $1,100,000.00 in four years.

**REQUEST FOR PRODUCTION NO. 155**:

All documents which support the statement in William Brookbank's email of April 30, 2015 Plaintiff's internal rate of return would be 108%.

**REQUEST FOR PRODUCTION NO. 156**:

All notes of any meetings with Plaintiff which occurred at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 157**:

All notes of any telephone calls with Plaintiff which occurred at any time between January 1, 2015 and December 31, 2017.

1   **REQUEST FOR PRODUCTION NO. 158**:

2       All notes of any meetings during which Plaintiff and/or the Investments At Issue were

3   discussed, exclusive of documents protected by the attorney-client and/or attorney work product

4   privileges.

5   **REQUEST FOR PRODUCTION NO. 159**:

6       All notes of any telephone calls during which Plaintiff and/or the Investments At Issue

7   were discussed, exclusive of documents protected by the attorney-client and/or attorney work

8   product privileges.

9   **REQUEST FOR PRODUCTION NO. 160**:

10       All spreadsheets of investor loans that were created at any time during the period of

11   January 1, 2015 - December 31, 2017.

12   **REQUEST FOR PRODUCTION NO. 161**:

13       All spreadsheets of the loans in the DPG sub-prime automobile loan portfolio that were

14   created at any time during the period of January 1, 2015 - December 31, 2017.

15   **REQUEST FOR PRODUCTION NO. 162**:

16       All documents which are sufficient to show the dates of the Investments At Issue.

17   **REQUEST FOR PRODUCTION NO. 163**:

18       All documents which are sufficient to show the Amounts of the Investments At Issue.

19   **REQUEST FOR PRODUCTION NO. 164**:

20       All communications between you and/or any person acting on your behalf and Plaintiff

21   regarding the UCC-1 Financing Statements in favor of Plaintiff which were filed with the

22   Arizona Secretary of State on or about August 23, 2016.

23   **REQUEST FOR PRODUCTION NO. 165**:

24       All communications between you and/or any person acting on your behalf and any of the

25   other DPG Entity Defendants regarding the UCC-1 Financing Statements in favor of Plaintiff

26   which were filed with the Arizona Secretary of State on or about August 23, 2016.

27   //

28   //

1    **REQUEST FOR PRODUCTION NO. 166**:

2        All communications between you and/or any person acting on your behalf and ACA

3 regarding the UCC-1 Financing Statements in favor of Plaintiff which were filed with the

4 Arizona Secretary of State on or about August 23, 2016.

5    **REQUEST FOR PRODUCTION NO. 167**:

6        All communications between you and/or any person acting on your behalf and any lender

7 or prospective lender regarding the UCC-1 Financing Statements in favor of Plaintiff which were

8 filed with the Arizona Secretary of State on or about August 23, 2016.

9    **REQUEST FOR PRODUCTION NO. 168**:

10        All documents which are sufficient to show the purchase price of each of the loans that

11 were held in the DPG sub-prime automobile loan portfolio at any time during the period of

12 January 1, 2015 - June 30, 2018.

13    **REQUEST FOR PRODUCTION NO. 169**:

14        All documents which are sufficient to show the purchase date of each of the loans that

15 were held in the DPG sub-prime automobile loan portfolio at any time during the period of

16 January 1, 2015 - June 30, 2018.

17    **REQUEST FOR PRODUCTION NO. 170**:

18        All documents which are sufficient to show the contract amount of each of the loans that

19 were held in the DPG sub-prime automobile loan portfolio at any time during the period of

20 January 1, 2015 - June 30, 2018.

21    **REQUEST FOR PRODUCTION NO. 171**:

22        All documents which are sufficient to identify the name of the person or entity who

23 purchased each of the loans that were held in the DPG sub-prime automobile loan portfolio at

24 any time during the period of January 1, 2015 - June 30, 2018.

25    **REQUEST FOR PRODUCTION NO. 172**:

26        All documents which are sufficient to show the dates of any transfer of any ownership of

27 any of the loans that were held in the DPG sub-prime automobile loan portfolio at any time

28 during the period of January 1, 2015 - June 30, 2018.

1   **REQUEST FOR PRODUCTION NO. 173**:

2       All documents which are sufficient to identify the person or entity to whom ownership of

3   any of the loans that were held in the DPG sub-prime automobile loan portfolio at any time

4   during the period of January 1, 2015 - June 30, 2018 was transferred at any time between January

5   1, 2015 and June 30, 2018.

6   **REQUEST FOR PRODUCTION NO. 174**:

7       All documents which are sufficient to show the amount of any consideration that was

8   paid by the acquiring person/entity for any transfer of any ownership of any of the loans that were

9   held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1,

10  2015 - June 30, 2018 for any transfers of ownership which occurred at any time between January

11  1, 2015 and the present.

12  **REQUEST FOR PRODUCTION NO. 175**:

13      All documents which are sufficient to show the maturity date of each of the loans that

14  were held in the DPG sub-prime automobile loan portfolio at any time during the period of

15  January 1, 2015 - June 30, 2018.

16  **REQUEST FOR PRODUCTION NO. 176**:

17      All documents which are sufficient to show the monthly payments owed by each of the

18  borrowers for each of the loans that were held in the DPG sub-prime automobile loan portfolio at

19  any time during the period of January 1, 2015 - June 30, 2018.

20  **REQUEST FOR PRODUCTION NO. 177**:

21      All documents which are sufficient to show the monthly gross income that you have

22  received since January 1, 2015 from the loans that were held in the DPG sub-prime automobile

23  loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

24  **REQUEST FOR PRODUCTION NO. 178**:

25      All documents which are sufficient to show the dates of any defaults with respect to any

26  of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during

27  the period of January 1, 2015 - June 30, 2018.

28  //

**REQUEST FOR PRODUCTION NO. 179**:

All documents which are sufficient to show the amounts of any defaults with respect to any of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

**REQUEST FOR PRODUCTION NO. 180**:

All documents which are sufficient to show the net losses attributable to any defaults with respect to any of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

**REQUEST FOR PRODUCTION NO. 181**:

All overviews of the DPG sub-prime automobile loan portfolio that were created at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 182**:

All source documents which were utilized to prepare the overviews of the DPG sub-prime automobile loan portfolio that were created at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 183**:

All automobile title documents for each of the loans in the DPG sub-prime automobile loan portfolio during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 184**:

All lien assignments with respect to any of the loans in the DPG sub-prime automobile loan portfolio which were made at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 185**:

All versions of Daniel Galvanoni's resume that were created or in effect at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 186**:

All versions of Philip Galvanoni's resume that were created or in effect at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 187:**

All versions of Gerald Hudspeth's resume that were created or in effect at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 188:**

All versions of Westley Anderson's resume that were created or in effect at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 189:**

All versions of William Brooksbank's resume that were created or in effect at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 190:**

All versions of Jerome Joseph's resume that were created or in effect at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 191:**

All statements, notes, recordings, or other documents of any type, if any exist, obtained from any witness, or potential witness to this action, concerning Plaintiff and/or any of the Investments at Issue and/or the DPG sub-prime automobile loan portfolio, exclusive of documents protected by the attorney-client or attorney work product privilege.

**REQUEST FOR PRODUCTION NO. 192:**

Any notes, memoranda, recordings, or other documents of any type, if any exist, reflecting any verbal conference, discussion, or conversation with any witness, or potential witness to this action, concerning Plaintiff and/or any of the Investments at Issue and/or the DPG sub-prime automobile loan portfolio, exclusive of documents protected by the attorney-client or attorney work product privilege.

**REQUEST FOR PRODUCTION NO. 193:**

All documents you identified in your responses to the special interrogatories served herewith.

//

1

2   Date: August 15, 2018              **LAW OFFICES OF MELINDA JANE STEUER**

3

4                                      By: _____

5                                          Melinda Jane Steuer
                                           Attorney for Plaintiff
                                           John Marshall
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Melinda Jane Steuer (State Bar No. 216105)
LAW OFFICES OF MELINDA JANE STEUER
928 Second Street, Ste. 302
Sacramento, CA  95814
Telephone:  (916) 930-0045
Facsimile:  (916) 314-4100

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARSHALL, an individual | Case No. 2:17-cv-00820-KJM-CKD |
| Plaintiff, | **PLAINTIFF'S FIRST SET OF** |
| | **REQUESTS FOR PRODUCTION OF** |
| vs. | **DOCUMENTS TO DEFENDANT** |
| | **DANIEL P. GALVANONI** |
| DANIEL P. GALVANONI, an individual; | |
| DPG INVESTMENTS, LLC, a foreign | |
| limited liability company; DPG GOLDEN | |
| EAGLE, LLC, a foreign limited liability | |
| company; SPRING TREE LENDING, LLC | |
| a foreign limited liability company; SPRING | |
| TREE HOLDINGS, LLC; SPRING TREE | |
| FINANCIAL, LLC; SKIBO HOLDINGS, | |
| LLC, a foreign limited liability company; | |
| AMERICAN CREDIT ACCEPTANCE, | |
| LLC, a foreign limited liability company; | |
| and DOES 1 - 100, inclusive, | |
| Defendants. | |

**PROPOUNDING PARTY:**     Plaintiff

**RESPONDING PARTY:**     Defendant Daniel P. Galvanoni

**SET NO.:**     One

Pursuant to Federal Rules of Civil Procedure Rule 34, Plaintiff John Marshall hereby

demands that the responding party produce the following documents to the Law Offices of

Melinda Jane Steuer, 928 Second Street, Suite 302, Sacramento, California 95814, within thirty

1   days of the service of these requests.  Unless otherwise specified in the requests, Defendant may

2   comply by serving legible copies.

3          The documents to be produced are:

4   **DEFINITIONS:**

5          A.      "Plaintiff" means John Marshall.

6          B.      "Investments At Issue" means any or all of the following: a) the $125,000.00

7   which Plaintiff wired to the bank account of DPG Golden Eagle, LLC ("DPG-GEL") at BBVA

8   Compass Bank on or about June 18, 2015; b) the $50,000.00 which Plaintiff wired to the bank

9   account of DPG-GEL at BBVA Compass Bank on or about June 29, 2015; c) the $25,000.00

10  which Plaintiff wired to the bank account of DPG-GEL at BBVA Compass Bank on or about

11  August 12, 2015; d) the $25,000.00 which Plaintiff wired to the bank account of DPG-GEL at

12  BBVA Compass Bank on or about February 5, 2016; e) the $25,000.00 which Plaintiff wired to

13  the bank account of DPG-GEL at BBVA Compass Bank on or about February 11, 2016; f) the

14  $25,000.00 which Plaintiff wired to the bank account of DPG-GEL at BBVA Compass Bank on

15  or about February 22, 2016; and/or g) the $25,000.00 which Plaintiff wired to the bank account

16  of DPG-GEL at BBVA Compass Bank on or about February 29, 2016.

17         C.      "The DPG Entity Defendants" means any or all of the following entities and/or

18  any subsidiary or affiliate thereof:  DPG Investments, LLC; DPG Golden Eagle, LLC; Spring

19  Tree Lending, LLC; Spring Tree Holdings, LLC; Spring Tree Financial, LLC; and/or Skibo

20  Holdings, LLC.

21         D.      "The Skibo Companies" means Skibo Holdings and its affiliates and/or

22  subsidiaries, and specifically includes TSA Financial Group, Golden Eagle Lending, Ski Bo Auto

23  Sales and/or JADCO.

24         E.      "The DPG sub-prime automobile loan portfolio" means any and all sub-prime

25  automobile loans which were owned, acquired and/or serviced by any or all of the following

26  entities and/or any subsidiary or affiliate thereof at any time:  DPG Investments, LLC; DPG

27  Golden Eagle, LLC; Spring Tree Lending, LLC; Spring Tree Holdings, LLC; Spring Tree

28

1  Financial, LLC; Skibo Holdings, LLC; TSA Financial Group; Golden Eagle Lending; Ski Bo

2  Auto Sales; and/or JADCO.

3      F.      "Person acting on your behalf" means your employees, agents, independent

4  contractors, and/or all other persons retained by you to perform services for you, exclusive of

5  your attorneys, and specifically includes, but is not limited to, Gerald T. Hudspeth, Westley

6  Anderson, William Brooksbank, Jerome Joseph, Philip Galvanoni, Craig Sherman, Curtis

7  Holder, Todd Owen and/or Holly Kix.

8      G.      "Document" means any writing, as defined in Cal. Evidence Code § 250.

9  **DOCUMENT REQUESTS:**

10  **REQUEST FOR PRODUCTION NO. 1**:

11      All written communications, including, but not limited to, e-mails and/or text messages,

12  between you, and/or any person acting on your behalf, and Plaintiff, which relate in any way to

13  any of the Investments At Issue, and/or to the DPG sub-prime automobile loan portfolio.

14  **REQUEST FOR PRODUCTION NO. 2**:

15      All documents evidencing verbal communications between you, and/or any person acting

16  on your behalf, and Plaintiff, which relate in any way to any of the Investments At Issue, and/or

17  to the DPG sub-prime automobile loan portfolio, including, but not limited to, notes, internal

18  memoranda and/or telephone logs.

19  **REQUEST FOR PRODUCTION NO. 3**:

20      All written communications, including, but not limited to, e-mails and/or text messages,

21  between you and any agent or employee of the DPG Entity Defendants which relate in any way to

22  Plaintiff and/or any of the Investments At Issue.

23  **REQUEST FOR PRODUCTION NO. 4**:

24      All documents evidencing any verbal communications between you and any agent or

25  employee of the DPG Entity Defendants which relate in any way to Plaintiff and/or any of the

26  Investments At Issue.

27  //

28  //

**REQUEST FOR PRODUCTION NO. 5**:

All written communications, including, but not limited to, e-mails and/or text messages, between you, and/or any person acting on your behalf, and American Credit Acceptance LLC ("ACA"), and/or any agent, independent contractor, officer, manager and/or employee thereof, which relate in any way to any of the Investments At Issue, and/or to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 6**:

All documents evidencing any verbal communications between you, and/or any person acting on your behalf, and ACA and/or any officer, manager, agent, and/or employee thereof, which relate in any way to any of the Investments At Issue, and/or to the DPG sub-prime automobile loan portfolio, including, but not limited to, notes, internal memoranda and/or telephone logs.

**REQUEST FOR PRODUCTION NO. 7**:

All written communications, including, but not limited to, e-mails and/or text messages, between you, and/or any person acting on your behalf, and any of the former managers, managing directors, and/or employees of the Skibo Companies, including, but not limited to, James Duryea and/or Robert Smith, which relate in any way to any of the Investments At Issue, and/or to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 8**:

All documents evidencing any verbal communications between you, and/or any person acting on your behalf, and any of the former managers, managing directors, and/or employees of the Skibo Companies, including, but not limited to, James Duryea and/or Robert Smith, which relate in any way to any of the Investments At Issue, and/or to the DPG sub-prime automobile loan portfolio, including, but not limited to, notes, internal memoranda and/or telephone logs.

**REQUEST FOR PRODUCTION NO. 9**:

All written communications, including, but not limited to, e-mails and/or text messages, between you, and/or any person acting on your behalf, and any actual or prospective investor in any of the DPG Entity Defendants, which relate in any way to Plaintiff, or to any of the

1  Investments At Issue, and/or to the DPG sub-prime automobile loan portfolio, which were made

2  at any time between January 1, 2015 - December 31, 2017.

3  **REQUEST FOR PRODUCTION NO. 10**:

4        All documents evidencing any verbal communications between you, and/or any person

5  agent acting on your behalf, and any actual or prospective investor in any of the DPG Entity

6  Defendants, which relate in any way to Plaintiff, or to any of the Investments At Issue, and/or to

7  the DPG sub-prime automobile loan portfolio, which were made at any time between January 1,

8  2015 - December 31, 2017, including, but not limited to, notes, internal memoranda and/or

9  telephone logs.

10  **REQUEST FOR PRODUCTION NO. 11**:

11        All written communications, including, but not limited to, e-mails and/or text messages,

12  between you, and/or any person acting on your behalf, and any actual or prospective lender to any

13  of the DPG Entity Defendants, which relate in any way to Plaintiff, or to any of the Investments

14  At Issue, and/or to the DPG sub-prime automobile loan portfolio, which were made at any time

15  between January 1, 2015 - December 31, 2017.

16  **REQUEST FOR PRODUCTION NO. 12**:

17        All documents evidencing any verbal communications between you, and/or any person

18  agent acting on your behalf, and any actual or prospective lender to any of the DPG Entity

19  Defendants, which relate in any way to Plaintiff, or to any of the Investments At Issue, and/or to

20  the DPG sub-prime automobile loan portfolio, which were made at any time between January 1,

21  2015 - December 31, 2017, including, but not limited to, notes, internal memoranda and/or

22  telephone logs.

23  **REQUEST FOR PRODUCTION NO. 13**:

24        All documents you, and/or any person acting on your behalf, received from Plaintiff

25  which relate in any way to any of the Investments At Issue.

26  **REQUEST FOR PRODUCTION NO. 14**:

27        All documents you, and/or any person acting on your behalf, provided to Plaintiff which

28  relate in any way to any of the Investments At Issue.

1  **REQUEST FOR PRODUCTION NO. 15**:

2          All documents you, and/or any person acting on your behalf, received from Plaintiff

3  which relate in any way to the DPG sub-prime automobile loan portfolio.

4  **REQUEST FOR PRODUCTION NO. 16**:

5          All documents you, and/or any agent acting on your behalf, provided to Plaintiff which

6  relate in any way to the DPG sub-prime automobile loan portfolio.

7  **REQUEST FOR PRODUCTION NO. 17**:

8          All documents you, and/or any person acting on your behalf, received from any employee

9  or agent of the DPG Entity Defendants (exclusive of attorneys), which relate in any way to any of

10  the Investments At Issue.

11  **REQUEST FOR PRODUCTION NO. 18**:

12          All documents you, and/or any person acting on your behalf, provided to any employee or

13  agent of the DPG Entity Defendants (exclusive of attorneys) which relate in any way to any of

14  the Investments At Issue.

15  **REQUEST FOR PRODUCTION NO. 19**:

16          All documents you, and/or any person acting on your behalf, received from any employee

17  or agent of the DPG Entity Defendants (exclusive of attorneys) which relate in any way to the

18  DPG sub-prime automobile loan portfolio.

19  **REQUEST FOR PRODUCTION NO. 20**:

20          All documents you, and/or any person acting on your behalf, provided to any employee or

21  agent of the DPG Entity Defendants (exclusive of attorneys) which relate in any way to the DPG

22  sub-prime automobile loan portfolio.

23  **REQUEST FOR PRODUCTION NO. 21**:

24          All documents you, and/or any person acting on your behalf, provided to any of the

25  former managers, managing directors, and/or employees of the Skibo Companies, including, but

26  not limited to, James Duryea and/or Robert Smith, which relate in any way to any of the

27  Investments At Issue.

28  //

1  **REQUEST FOR PRODUCTION NO. 22**:

2       All documents you, and/or any person acting on your behalf, received from any of the

3  former managers, managing directors, and/or employees of the Skibo Companies, including, but

4  not limited to, James Duryea and/or Robert Smith, which relate in any way to the DPG sub-prime

5  automobile loan portfolio.

6  **REQUEST FOR PRODUCTION NO. 23**:

7       All documents you, and/or any person acting on your behalf, provided to any of the

8  former managers, managing directors, and/or employees of the Skibo Companies, including, but

9  not limited to, James Duryea and/or Robert Smith, which relate in any way to the DPG sub-prime

10  automobile loan portfolio.

11  **REQUEST FOR PRODUCTION NO. 24**:

12       All documents you, and/or any person acting on your behalf, received from ACA, which

13  relate in any way to any of the Investments At Issue.

14  **REQUEST FOR PRODUCTION NO. 25**:

15       All documents you, and/or any person acting on your behalf, provided to ACA, which

16  relate in any way to any of the Investments At Issue.

17  **REQUEST FOR PRODUCTION NO. 26**:

18       All documents you, and/or any person acting on your behalf, received from ACA which

19  relate in any way to the DPG sub-prime automobile loan portfolio.

20  **REQUEST FOR PRODUCTION NO. 27**:

21       All documents you, and/or any person acting on your behalf, provided to ACA which

22  relate in any way to the DPG sub-prime automobile loan portfolio.

23  **REQUEST FOR PRODUCTION NO. 28**:

24       All documents you, and/or any person acting on your behalf, received from any actual or

25  prospective investor in any of the DPG Entity Defendants which relate in any way to any of the

26  Investments At Issue.

27  //

28  //

1  **REQUEST FOR PRODUCTION NO. 29**:

2      All documents you, and/or any person acting on your behalf, provided to any actual or

3  prospective investor in any of the DPG Entity Defendants, which relate in any way to any of the

4  Investments At Issue.

5  **REQUEST FOR PRODUCTION NO. 30**:

6      All documents you, and/or any person acting on your behalf, received from any actual or

7  prospective investor in any of the DPG Entity Defendants, which relate in any way to the DPG

8  sub-prime automobile loan portfolio.

9  **REQUEST FOR PRODUCTION NO. 31**:

10      All documents you, and/or any person acting on your behalf, provided to any actual or

11  prospective investor in any of the DPG Entity Defendants, which relate in any way to the DPG

12  sub-prime automobile loan portfolio.

13  **REQUEST FOR PRODUCTION NO. 32**:

14      All documents you, and/or any person acting on your behalf, received from any actual or

15  prospective lender to any of the DPG Entity Defendants, which relate in any way to any of the

16  Investments At Issue.

17  **REQUEST FOR PRODUCTION NO. 33**:

18      All documents you, and/or any person acting on your behalf, provided to any actual or

19  prospective lender to any of the DPG Entity Defendants, which relate in any way to any of the

20  Investments At Issue.

21  **REQUEST FOR PRODUCTION NO. 34**:

22      All documents you, and/or any person acting on your behalf, received from any actual or

23  prospective lender to any of the DPG Entity Defendants, which relate in any way to the DPG sub-

24  prime automobile loan portfolio.

25  **REQUEST FOR PRODUCTION NO. 35**:

26      All documents you, and/or any person acting on your behalf, provided to any actual or

27  prospective investor any of the DPG Entity Defendants, which relate in any way to the DPG sub-

28  prime automobile loan portfolio.

1  **REQUEST FOR PRODUCTION NO. 36**:

2        All documents you, and/or any person acting on your behalf, received from any other

3  person not heretofore specifically mentioned which relate in any way to any of the Investments

4  At Issue, but exclusive of documents protected by the attorney-client and/or attorney work

5  product privileges.

6  **REQUEST FOR PRODUCTION NO. 37**:

7        All documents you, and/or any person acting on your behalf, provided to any other person

8  not heretofore specifically mentioned which relate in any way to any of the Investments At Issue,

9  but exclusive of documents protected by the attorney-client and/or attorney work product

10  privileges.

11  **REQUEST FOR PRODUCTION NO. 38**:

12        All documents you, and/or any person acting on your behalf, received from any other

13  person not heretofore specifically mentioned which relate in any way to the DPG sub-prime

14  automobile loan portfolio, but exclusive of documents protected by the attorney-client and/or

15  attorney work product privileges.

16  **REQUEST FOR PRODUCTION NO. 39**:

17        All documents you, and/or any person acting on your behalf, provided to any other person

18  not heretofore specifically mentioned which relate in any way to the DPG sub-prime automobile

19  loan portfolio, but exclusive of documents protected by the attorney-client and/or attorney work

20  product privileges.

21  **REQUEST FOR PRODUCTION NO. 40**:

22        All documents sufficient to identify any and all persons who loaned money to you at any

23  time during the period of January 1, 2015 through the present.

24  **REQUEST FOR PRODUCTION NO. 41**:

25        All documents sufficient to identify the amounts of any and all loans you received at any

26  time during the period of January 1, 2015 through the present.

27  //

28  //

**REQUEST FOR PRODUCTION NO. 42**:

All documents sufficient to identify the dates of any and all loans you received at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 43**:

All documents sufficient to identify the amount of interest you have paid on any and all loans you received at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 44**:

All documents sufficient to identify the amount of principal you have paid on any and all loans you received at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 45**:

All documents sufficient to identify the amount you currently owe on any and all loans you received at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 46**:

Any and all financial statements prepared by or for you during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 47**:

All business plans which relate to the DPG sub-prime automobile loan portfolio that were generated at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 48**:

All documents relating to any liens against you that were created and/or perfected at any time during the period of January 1, 2015 through the present, but exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 49**:

All complaints against you filed at any time during the period of January 1, 2000 through the present which allege wrongdoing of any kind in connection with the solicitation and sale of investments and/or the solicitation of loans.

//

//

1  **REQUEST FOR PRODUCTION NO. 50**:

2      All complaints against you filed at any time during the period of January 1, 2000 through

3  the present which allege wrongdoing of any kind in connection with the DPG sub-prime

4  automobile loan portfolio.

5  **REQUEST FOR PRODUCTION NO. 51**:

6      All documents reflecting, evidencing and/or memorializing any and all due diligence

7  which you, and/or any person acting on your behalf, conducted with regard to the Skibo

8  Companies, but exclusive of documents protected by the attorney-client and/or attorney work

9  product privileges.

10  **REQUEST FOR PRODUCTION NO. 52**:

11      All documents reflecting, evidencing and/or memorializing any and all due diligence

12  which you, and/or any person acting on your behalf, conducted with regard to the DPG sub-prime

13  automobile loan portfolio, but exclusive of documents protected by the attorney-client and/or

14  attorney work product privileges.

15  **REQUEST FOR PRODUCTION NO. 53**:

16      All job descriptions for you generated at any time since January 1, 2015.

17  **REQUEST FOR PRODUCTION NO. 54**:

18      All business cards used by you at any time since January 1, 2015.

19  **REQUEST FOR PRODUCTION NO. 55**:

20      All job descriptions for Gerald Hudspeth generated at any time since January 1, 2015.

21  **REQUEST FOR PRODUCTION NO. 56**:

22      All business cards used by Gerald Hudspeth at any time since January 1, 2015.

23  **REQUEST FOR PRODUCTION NO. 57**:

24      All job descriptions for Westley Anderson generated at any time since January 1, 2015.

25  **REQUEST FOR PRODUCTION NO. 58**:

26      All business cards used by Westley Anderson at any time since January 1, 2015.

27  **REQUEST FOR PRODUCTION NO. 59**:

28      All job descriptions for Philip Galvanoni generated at any time since January 1, 2015.

1  **REQUEST FOR PRODUCTION NO. 60**:

2      All business cards used by Philip Galvanoni at any time since January 1, 2015.

3  **REQUEST FOR PRODUCTION NO. 61**:

4      All job descriptions for William Brooksbank generated at any time since January 1, 2015.

5  **REQUEST FOR PRODUCTION NO. 62**:

6      All business cards used by William Brooksbank at any time since January 1, 2015.

7  **REQUEST FOR PRODUCTION NO. 63**:

8      All job descriptions for Jerome Joseph generated at any time since January 1, 2015.

9  **REQUEST FOR PRODUCTION NO. 64**:

10      All business cards used by Jerome Joseph at any time since January 1, 2015.

11  **REQUEST FOR PRODUCTION NO. 65**:

12      All agreements between you and Plaintiff.

13  **REQUEST FOR PRODUCTION NO. 66**:

14      All documents signed by Plaintiff, including all documents you claim Plaintiff signed.

15  **REQUEST FOR PRODUCTION NO. 67**:

16      All agreements between you and any of the DPG Entity Defendants that were in effect at

17  any time from January 1, 2015 through the present.

18  **REQUEST FOR PRODUCTION NO. 68**:

19      All agreements between you and ACA that were in effect at any time from January 1,

20  2015 through the present.

21  **REQUEST FOR PRODUCTION NO. 69**:

22      All agreements between you and any lender of yours that were in effect at any time from

23  January 1, 2015 through the present.

24  **REQUEST FOR PRODUCTION NO. 70**:

25      All agreements between you and Philip Galvanoni that were in effect at any time from

26  January 1, 2015 through the present.

27  //

28  //

**REQUEST FOR PRODUCTION NO. 71**:

All agreements between you and Gerald Hudspeth that were in effect at any time from January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 72**:

All agreements between you and Westley Anderson that were in effect at any time from January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 73**:

All agreements between you and William Brooksbank that were in effect at any time from January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 74**:

All agreements between you and Jerome Joseph that were in effect at any time from January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 75**:

All agreements between you and the Skibo Companies, and/or any owner or manager of the Skibo Companies that were in effect at any time from January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 76**:

All agreements between you and any person not heretofore specifically mentioned that relate in any way to the Investments at Issue or to the DPG sub-prime automobile loan portfolio, but exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 77**:

All investigations, charges and/or findings by any regulator, whether state, federal or self-regulatory organization, that were made against you and/or any member of yours with regard to investments, loans, and/or the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 78**:

All responses to any investigations, charges and/or findings by any regulator, whether state, federal or self-regulatory organization, that were made against you and/or any member of yours with regard to investments, loans, and/or the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 79**:

All press releases written, generated and/or approved by you, and/or any person acting on your behalf which evidence, reflect, memorialize and/or discuss the Skibo Companies.

**REQUEST FOR PRODUCTION NO. 80**:

All press releases written, generated and/or approved by you, and/or any person acting on your behalf which evidence, reflect, memorialize and/or discuss the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 81**:

All press releases written, generated and/or approved by you, and/or any person acting on your behalf which evidence, reflect, memorialize and/or discuss ACA.

**REQUEST FOR PRODUCTION NO. 82**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you transferred, conveyed, or otherwise provided to the Skibo Companies at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 83**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you transferred, conveyed, or otherwise provided to any of the DPG Entity Defendants at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 84**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you transferred, conveyed, or otherwise provided to Philip Galvanoni at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 85**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you transferred, conveyed, or otherwise provided to ACA at any time since January 1, 2015.

//

//

Plaintiff's First Set of Requests for Production of Documents to Defendant Daniel P. Galvanoni
14

1    **REQUEST FOR PRODUCTION NO. 86**:

2          All documents necessary and sufficient to ascertain the amount of funds, both net and

3    gross, that you transferred, conveyed, or otherwise provided to Gerald Hudspeth at any time since

4    January 1, 2015.

5    **REQUEST FOR PRODUCTION NO. 87**:

6          All documents necessary and sufficient to ascertain the amount of funds, both net and

7    gross, that you transferred, conveyed, or otherwise provided to Westley Anderson at any time

8    since January 1, 2015.

9    **REQUEST FOR PRODUCTION NO. 88**:

10         All documents necessary and sufficient to ascertain the amount of funds, both net and

11   gross, that you transferred, conveyed, or otherwise provided to William Brooksbank at any time

12   since January 1, 2015.

13   **REQUEST FOR PRODUCTION NO. 89**:

14         All documents necessary and sufficient to ascertain the amount of funds, both net and

15   gross, that you transferred, conveyed, or otherwise provided to Jerome Joseph at any time since

16   January 1, 2015.

17   **REQUEST FOR PRODUCTION NO. 90**:

18         All documents necessary and sufficient to ascertain the amount of funds, both net and

19   gross, that you transferred, conveyed, or otherwise provided to any lender of yours at any time

20   since January 1, 2015.

21   **REQUEST FOR PRODUCTION NO. 91**:

22         All documents necessary and sufficient to ascertain the amount of funds, both net and

23   gross, that you received from the Skibo Companies at any time since January 1, 2015.

24   **REQUEST FOR PRODUCTION NO. 92**:

25         All documents necessary and sufficient to ascertain the amount of funds, both net and

26   gross, that you received from any of the DPG Entity Defendants at any time since January 1,

27   2015.

28   //

1  **REQUEST FOR PRODUCTION NO. 93**:

2  All documents necessary and sufficient to ascertain the amount of funds, both net and

3  gross, that you received from Philip Galvanoni at any time since January 1, 2015.

4  **REQUEST FOR PRODUCTION NO. 94**:

5  All documents necessary and sufficient to ascertain the amount of funds, both net and

6  gross, that you received from ACA at any time since January 1, 2015.

7  **REQUEST FOR PRODUCTION NO. 95**:

8  All documents necessary and sufficient to ascertain the amount of funds, both net and

9  gross, that you received from Gerald Hudspeth at any time since January 1, 2015.

10  **REQUEST FOR PRODUCTION NO. 96**:

11  All documents necessary and sufficient to ascertain the amount of funds, both net and

12  gross, that you received from Westley Anderson at any time since January 1, 2015.

13  **REQUEST FOR PRODUCTION NO. 97**:

14  All documents necessary and sufficient to ascertain the amount of funds, both net and

15  gross, that you received from William Brooksbank at any time since January 1, 2015.

16  **REQUEST FOR PRODUCTION NO. 98**:

17  All documents necessary and sufficient to ascertain the amount of funds, both net and

18  gross, that you received from Jerome Joseph at any time since January 1, 2015.

19  **REQUEST FOR PRODUCTION NO. 99**:

20  All documents necessary and sufficient to ascertain the amount of funds, both net and

21  gross, that you received from any lender of yours at any time since January 1, 2015.

22  **REQUEST FOR PRODUCTION NO. 100**:

23  Each and all of your bank account statements for the period of January 1, 2015 through

24  the present.

25  **REQUEST FOR PRODUCTION NO. 101**:

26  All documents which are sufficient to show the amount of monies you have received as a

27  direct or indirect result of any sub-prime automobile loan contracts which any of the DPG Entity

28

Defendants owned, purchased or serviced at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 102**:

All documents which are sufficient to show how the Investments At Issue were utilized.

**REQUEST FOR PRODUCTION NO. 103**:

All docs which evidence that any or all of the Investments At Issue were used to purchase new sub-prime automobile loans.

**REQUEST FOR PRODUCTION NO. 104**:

All documents which evidence that any or all of the Investments At Issue were used to fund the operations of any of the DPG Entity Defendants.

**REQUEST FOR PRODUCTION NO. 105**:

All documents which evidence any and all expenses that you advanced on behalf of any of the DPG Entity Defendants during the period of January 1, 2015 through December 31, 2017.

**REQUEST FOR PRODUCTION NO. 106**:

Any and all of your Errors & Omissions insurance policies that were in effect and/or applicable for the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 107**:

Any and all of your business insurance policies that were in effect and/or applicable for the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 108**:

Any and all insurance policies not heretofore specifically requested which provide actual or potential coverage with respect to Plaintiff's claims in this action.

**REQUEST FOR PRODUCTION NO. 109**:

All leases for any offices occupied by you since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 110**:

All business licenses held by you at any time since January 1, 2015.

//

//

1    **REQUEST FOR PRODUCTION NO. 111**:

2         All investment proposals you provided to Plaintiff between January 1, 2015 and

3    December 31, 2017.

4    **REQUEST FOR PRODUCTION NO. 112**:

5         All investment proposals you provided to any other prospective investor between January

6    1, 2015 and December 31, 2017.

7    **REQUEST FOR PRODUCTION NO. 113**:

8         All profit and loss forecasts relating to the DPG sub-prime automobile loan portfolio that

9    were generated at any time between January 1, 2015 and December 31, 2017.

10   **REQUEST FOR PRODUCTION NO. 114**:

11        All documents which were utilized or relied upon to create the profit and loss forecasts

12   relating to the DPG sub-prime automobile loan portfolio that were generated at any time between

13   January 1, 2015 and December 31, 2017.

14   **REQUEST FOR PRODUCTION NO. 115**:

15        All investor return models relating to the DPG sub-prime automobile loan portfolio that

16   were generated at any time between January 1, 2015 and December 31, 2017.

17   **REQUEST FOR PRODUCTION NO. 116**:

18        All documents which were utilized or relied upon to create the investor return models

19   relating to the DPG sub-prime automobile loan portfolio that were generated at any time between

20   January 1, 2015 and December 31, 2017.

21   **REQUEST FOR PRODUCTION NO. 117**:

22        All term sheets relating to the DPG sub-prime automobile loan portfolio that were

23   generated at any time between January 1, 2015 and December 31, 2017.

24   **REQUEST FOR PRODUCTION NO. 118**:

25        All documents which were utilized or relied upon to create the term sheets relating to the

26   DPG sub-prime automobile loan portfolio that were generated at any time between January 1,

27   2015 and December 31, 2017.

28   //

**REQUEST FOR PRODUCTION NO. 119**:

All investor summaries relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 120**:

All investor summaries which were utilized or relied upon to create the term sheets relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 121**:

All automobile loan models relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 122**:

All documents which were utilized or relied upon to create the automobile loan models relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 123**:

All financial models relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 124**:

All documents which were utilized or relied upon to create the financial models relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 125**:

All estimates of returns relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 126**:

All documents which were utilized or relied upon to create the estimates of returns relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

1

2 **REQUEST FOR PRODUCTION NO. 127**:

3      All documents which evidence and/or reflect the underwriting review that was done for

4 each of the loans in the DPG sub-prime automobile loan portfolio.

5 **REQUEST FOR PRODUCTION NO. 128**:

6      All documents which contain, reflect and/or evidence the underwriting guidelines that

7 were utilized for each of the loans in the DPG sub-prime automobile loan portfolio.

8 **REQUEST FOR PRODUCTION NO. 129**:

9      All documents reflecting and/or evidencing any audits that were performed with respect

10 to the Skibo Companies at any time between January 1, 2015 and December 31, 2017, exclusive

11 of documents protected by the attorney-client and/or attorney work product privileges.

12 **REQUEST FOR PRODUCTION NO. 130**:

13      All documents reflecting and/or evidencing any audits that were performed with respect

14 to the DPG sub-prime automobile loan portfolio at any time between January 1, 2015 and

15 December 31, 2017, exclusive of documents protected by the attorney-client and/or attorney

16 work product privileges.

17 **REQUEST FOR PRODUCTION NO. 131**:

18      All documents which support the statement in the mezzanine loan proposal that was

19 provided to Plaintiff on or about April 8, 2015 that an investment in the Skibo Companies would

20 provide a total annual return of 28% a year.

21 **REQUEST FOR PRODUCTION NO. 132**:

22      All documents which support the statement in William Brookbank's email of April 30,

23 2015 that 3% warrants in the Skibo Companies would be worth $784,000 in four years.

24 **REQUEST FOR PRODUCTION NO. 133**:

25      All documents which support the statement in William Brookbank's email of April 30,

26 2015 that 4.25% warrants in Skibo would be worth $1,100,000.00 in four years.

27 //

28 //

1  **REQUEST FOR PRODUCTION NO. 134**:

2       All documents which support the statement in William Brookbank's email of April 30,

3  2015 Plaintiff's internal rate of return would be 108%.

4  **REQUEST FOR PRODUCTION NO. 135**:

5       All notes of any meetings with Plaintiff which occurred at any time between January 1,

6  2015 and December 31, 2017.

7  **REQUEST FOR PRODUCTION NO. 136**:

8       All notes of any telephone calls with Plaintiff which occurred at any time between

9  January 1, 2015 and December 31, 2017.

10  **REQUEST FOR PRODUCTION NO. 137**:

11       All notes of any meetings during which Plaintiff and/or the Investments At Issue were

12  discussed, exclusive of documents protected by the attorney-client and/or attorney work product

13  privileges.

14  **REQUEST FOR PRODUCTION NO. 138**:

15       All notes of any telephone calls during which Plaintiff and/or the Investments At Issue

16  were discussed, exclusive of documents protected by the attorney-client and/or attorney work

17  product privileges.

18  **REQUEST FOR PRODUCTION NO. 139**:

19       All spreadsheets of investor loans that were created at any time during the period of

20  January 1, 2015 - December 31, 2017.

21  **REQUEST FOR PRODUCTION NO. 140**:

22       All spreadsheets of the loans in the DPG sub-prime automobile loan portfolio that were

23  created at any time during the period of January 1, 2015 - December 31, 2017.

24  **REQUEST FOR PRODUCTION NO. 141**:

25       All documents which are sufficient to show the dates of the Investments At Issue.

26  **REQUEST FOR PRODUCTION NO. 142**:

27       All documents which are sufficient to show the Amounts of the Investments At Issue.

28  //

1  **REQUEST FOR PRODUCTION NO. 143**:

2  All communications between you and/or any person acting on your behalf and Plaintiff

3  regarding the UCC-1 Financing Statements in favor of Plaintiff which were filed with the

4  Arizona Secretary of State on or about August 23, 2016.

5  **REQUEST FOR PRODUCTION NO. 144**:

6  All communications between you and/or any person acting on your behalf and any of the

7  other DPG Entity Defendants regarding the UCC-1 Financing Statements in favor of Plaintiff

8  which were filed with the Arizona Secretary of State on or about August 23, 2016.

9  **REQUEST FOR PRODUCTION NO. 145**:

10  All communications between you and/or any person acting on your behalf and ACA

11  regarding the UCC-1 Financing Statements in favor of Plaintiff which were filed with the

12  Arizona Secretary of State on or about August 23, 2016.

13  **REQUEST FOR PRODUCTION NO. 146**:

14  All communications between you and/or any person acting on your behalf and any lender

15  or prospective lender regarding the UCC-1 Financing Statements in favor of Plaintiff which were

16  filed with the Arizona Secretary of State on or about August 23, 2016.

17  **REQUEST FOR PRODUCTION NO. 147**:

18  All documents which are sufficient to show the purchase price of each of the loans in the

19  DPG sub-prime automobile loan portfolio.

20  **REQUEST FOR PRODUCTION NO. 148**:

21  All documents which are sufficient to show the purchase date of each of the loans in the

22  DPG sub-prime automobile loan portfolio.

23  **REQUEST FOR PRODUCTION NO. 149**:

24  All documents which are sufficient to show the contract amount of each of the loans in

25  the DPG sub-prime automobile loan portfolio.

26  **REQUEST FOR PRODUCTION NO. 150**:

27  All documents which are sufficient to identify the name of the person or entity who

28  purchased each of the loans in the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 151**:

All documents which are sufficient to show the dates of any transfer of any ownership of any of the loans in the DPG sub-prime automobile loan portfolio which occurred at any time between January 1, 2015 and the present.

**REQUEST FOR PRODUCTION NO. 152**:

All documents which are sufficient to identify the person or entity to whom ownership of any of the loans in the DPG sub-prime automobile loan portfolio was transferred at any time between January 1, 2015 and the present.

**REQUEST FOR PRODUCTION NO. 153**:

All documents which are sufficient to show the amount of any consideration that was paid by the acquiring person/entity for any transfer of any ownership of any of the loans in the DPG sub-prime automobile loan portfolio which occurred at any time between January 1, 2015 and the present.

**REQUEST FOR PRODUCTION NO. 154**:

All documents which are sufficient to show the maturity date of each of the loans in the DPG sub-prime automobile loan portfolio during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 155**:

All documents which are sufficient to show the monthly payment amounts for each of the loans in the DPG sub-prime automobile loan portfolio during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 156**:

All documents which are sufficient to show the monthly gross income from the DPG sub-prime automobile loan portfolio during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 157**:

All documents which are sufficient to show the dates of any defaults with respect to any of the loans in the DPG sub-prime automobile loan portfolio during the period of January 1, 2015 through the present.

1  **REQUEST FOR PRODUCTION NO. 158**:

2  All documents which are sufficient to show the amounts of any defaults with respect to

3  any of the loans in the DPG sub-prime automobile loan portfolio during the period of January 1,

4  2015 through the present.

5  **REQUEST FOR PRODUCTION NO. 159**:

6  All documents which are sufficient to show the net losses attributable to any defaults with

7  respect to any of the loans in the DPG sub-prime automobile loan portfolio during the period of

8  January 1, 2015 through the present.

9  **REQUEST FOR PRODUCTION NO. 160**:

10  All overviews of the DPG sub-prime automobile loan portfolio that were created at any

11  time during the period of January 1, 2015 through the present.

12  **REQUEST FOR PRODUCTION NO. 161**:

13  All source documents which were utilized to prepare the overviews of the DPG sub-

14  prime automobile loan portfolio that were created at any time during the period of January 1,

15  2015 through the present.

16  **REQUEST FOR PRODUCTION NO. 162**:

17  All automobile title documents for each of the loans in the DPG sub-prime automobile

18  loan portfolio during the period of January 1, 2015 through the present.

19  **REQUEST FOR PRODUCTION NO. 163**:

20  All lien assignments with respect to any of the loans in the DPG sub-prime automobile

21  loan portfolio which were made at any time during the period of January 1, 2015 through the

22  present.

23  **REQUEST FOR PRODUCTION NO. 164**:

24  All versions of your resume that were created or in effect  at any time during the period of

25  January 1, 2015 through the present.

26  **REQUEST FOR PRODUCTION NO. 165**:

27  All versions of Philip Galvanoni's resume that were created or in effect  at any time

28  during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 166**:

All versions of Gerald Hudspeth's resume that were created or in effect  at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 167**:

All versions of Westley Anderson's resume that were created or in effect  at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 168**:

All versions of William Brooksbank's resume that were created or in effect  at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 169**:

All versions of Jerome Joseph's resume that were created or in effect  at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 170**:

All statements, notes, recordings, or other documents of any type, if any exist, obtained from any witness, or potential witness to this action, concerning Plaintiff and/or any of the Investments at Issue and/or the DPG sub-prime automobile loan portfolio, exclusive of documents protected by the attorney-client or attorney work product privilege.

**REQUEST FOR PRODUCTION NO. 171**:

Any notes, memoranda, recordings, or other documents of any type, if any exist, reflecting any verbal conference, discussion, or conversation with any witness, or potential witness to this action, concerning Plaintiff and/or any of the Investments at Issue and/or the DPG sub-prime automobile loan portfolio, exclusive of documents protected by the attorney-client or attorney work product privilege.

**REQUEST FOR PRODUCTION NO. 172**:

All documents you identified in your responses to the special interrogatories served herewith.

//

1

2   Date: August 15, 2018                    **LAW OFFICES OF MELINDA JANE STEUER**

3

4                                            By: _____

5                                                Melinda Jane Steuer
                                                 Attorney for Plaintiff
6                                                John Marshall

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Melinda Jane Steuer (State Bar No. 216105)
    LAW OFFICES OF MELINDA JANE STEUER
2   928 Second Street, Ste. 302
    Sacramento, CA  95814
3   Telephone:  (916) 930-0045
    Facsimile:  (916) 314-4100
4
    Attorneys for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11

12   JOHN MARSHALL, an individual          Case No. 2:17-cv-00820-KJM-CKD

13              Plaintiff,                 **PLAINTIFF'S FIRST SET OF**
                                           **REQUESTS FOR PRODUCTION OF**
14        vs.                              **DOCUMENTS TO DEFENDANT DPG**
                                           **GOLDEN EAGLE, LLC**
15   DANIEL P. GALVANONI, an individual;
     DPG INVESTMENTS, LLC, a foreign
16   limited liability company; DPG GOLDEN
     EAGLE, LLC, a foreign limited liability
17   company; SPRING TREE LENDING, LLC
     a foreign limited liability company; SPRING
18   TREE HOLDINGS, LLC; SPRING TREE
     FINANCIAL, LLC; SKIBO HOLDINGS,
19   LLC, a foreign limited liability company;
     AMERICAN CREDIT ACCEPTANCE,
20   LLC, a foreign limited liability company;
     and DOES 1 - 100, inclusive,
21
                Defendants.
22   _____/

23   **PROPOUNDING PARTY:**      Plaintiff

24   **RESPONDING PARTY:**       Defendant DPG Golden Eagle, LLC

25   **SET NO.:**                One

26        Pursuant to Federal Rules of Civil Procedure Rule 34, Plaintiff John Marshall hereby

27   demands that the responding party produce the following documents to the Law Offices of

28   Melinda Jane Steuer, 928 Second Street, Suite 302, Sacramento, California 95814, within thirty

1    days of the service of these requests.  Unless otherwise specified in the requests, defendant may

2    comply by serving legible copies.

3          The documents to be produced are:

4    **DEFINITIONS**:

5          A.      "Plaintiff" means John Marshall.

6          B.      "Investments At Issue" means any or all of the following: a) the $125,000.00

7    which Plaintiff wired to the bank account of DPG Golden Eagle, LLC ("DPG-GEL") at BBVA

8    Compass Bank on or about June 18, 2015; b) the $50,000.00 which Plaintiff wired to the bank

9    account of DPG-GEL at BBVA Compass Bank on or about June 29, 2015; c) the $25,000.00

10   which Plaintiff wired to the bank account of DPG-GEL at BBVA Compass Bank on or about

11   August 12, 2015; d) the $25,000.00 which Plaintiff wired to the bank account of DPG-GEL at

12   BBVA Compass Bank on or about February 5, 2016; e) the $25,000.00 which Plaintiff wired to

13   the bank account of DPG-GEL at BBVA Compass Bank on or about February 11, 2016; f) the

14   $25,000.00 which Plaintiff wired to the bank account of DPG-GEL at BBVA Compass Bank on

15   or about February 22, 2016; and/or g) the $25,000.00 which Plaintiff wired to the bank account

16   of DPG-GEL at BBVA Compass Bank on or about February 29, 2016.

17         C.      "The DPG Entity Defendants" means any or all of the following entities and/or

18   any subsidiary or affiliate thereof:  DPG Investments, LLC; DPG Golden Eagle, LLC; Spring

19   Tree Lending, LLC; Spring Tree Holdings, LLC; Spring Tree Financial, LLC; and/or Skibo

20   Holdings, LLC.

21         D.      "The Skibo Companies" means Skibo Holdings and its affiliates and/or

22   subsidiaries, and specifically includes TSA Financial Group, Golden Eagle Lending, Ski Bo Auto

23   Sales and/or JADCO.

24         E.      "The DPG sub-prime automobile loan portfolio" means any and all sub-prime

25   automobile loans which were owned, acquired and/or serviced by any or all of the following

26   entities and/or any subsidiary or affiliate thereof at any time:  DPG Investments, LLC; DPG

27   Golden Eagle, LLC; Spring Tree Lending, LLC; Spring Tree Holdings, LLC; Spring Tree

28

1   Financial, LLC; Skibo Holdings, LLC; TSA Financial Group; Golden Eagle Lending; Ski Bo

2   Auto Sales; and/or JADCO.

3        F.    "Person acting on your behalf" means your current and former managers,

4   managing directors, members, employees, agents, independent contractors, and/or all other

5   persons retained by you to perform services for you, exclusive of your attorneys, and specifically

6   includes, but is not limited to, Daniel P. Galvanoni, Gerald T. Hudspeth, Westley Anderson,

7   William Brooksbank, Jerome Joseph, Philip Galvanoni, Craig Sherman, Curtis Holder, Todd

8   Owen and/or Holly Kix.

9        G.    "Document" means any writing, as defined in Cal. Evidence Code § 250.

10   **DOCUMENT REQUESTS:**

11   **REQUEST FOR PRODUCTION NO. 1:**

12        All written communications, including, but not limited to, e-mails and/or text messages,

13   between you, and/or any person acting on your behalf, and Plaintiff, which relate in any way to

14   any of the Investments At Issue, and/or to the DPG sub-prime automobile loan portfolio.

15   **REQUEST FOR PRODUCTION NO. 2:**

16        All documents evidencing verbal communications between you, and/or any person acting

17   on your behalf, and Plaintiff, which relate in any way to any of the Investments At Issue, and/or

18   to the DPG sub-prime automobile loan portfolio, including, but not limited to, notes, internal

19   memoranda and/or telephone logs.

20   **REQUEST FOR PRODUCTION NO. 3:**

21        All written communications, including, but not limited to, e-mails and/or text messages,

22   between and/or among any of your agents, employees, officers, managing directors, managers

23   and/or members, which relate in any way to Plaintiff and/or any of the Investments At Issue.

24   **REQUEST FOR PRODUCTION NO. 4:**

25        All documents evidencing any verbal communications between and/or among any of your

26   agents, employees, officers, managing directors, members and/or managers, which relate in any

27   way to Plaintiff and/or any of the Investments At Issue.

28   //

**REQUEST FOR PRODUCTION NO. 5**:

All written communications, including, but not limited to, e-mails and/or text messages, between you, and/or any person acting on your behalf, and American Credit Acceptance, LLC ("ACA"), and/or any agent, independent contractor, officer, manager and/or employee thereof, which relate in any way to Plaintiff, and/or any of the Investments At Issue, and/or the DPG subprime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 6**:

All documents evidencing any verbal communications between you, and/or any person acting on your behalf, and ACA and/or any officer, manager, agent, and/or employee thereof, which relate in any way to Plaintiff, and/or any of the Investments At Issue, and/or the DPG subprime automobile loan portfolio, including, but not limited to, notes, internal memoranda and/or telephone logs.

**REQUEST FOR PRODUCTION NO. 7**:

All written communications, including, but not limited to, e-mails and/or text messages, between you, and/or any person acting on your behalf, and any of the former managers, managing directors, and/or employees of the Skibo Companies, including, but not limited to, James Duryea and/or Robert Smith, which relate in any way to Plaintiff, and/or any of the Investments At Issue, and/or the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 8**:

All documents evidencing any verbal communications between you, and/or any person acting on your behalf, and any of the former managers, managing directors, and/or employees of the Skibo Companies, including, but not limited to, James Duryea and/or Robert Smith, which relate in any way to Plaintiff, and/or any of the Investments At Issue, and/or the DPG sub-prime automobile loan portfolio, including, but not limited to, notes, internal memoranda and/or telephone logs.

**REQUEST FOR PRODUCTION NO. 9**:

All written communications, including, but not limited to, e-mails and/or text messages, between you, and/or any person acting on your behalf, and any of the other DPG Entity

1    Defendants, and/or any employee, agent, member, manager and/or managing director thereof,

2    which relate in any way to Plaintiff and/or any of the Investments At Issue.

3    **REQUEST FOR PRODUCTION NO. 10**:

4         All documents evidencing any verbal communications between you, and/or any person

5    acting on your behalf, and any of the other DPG Entity Defendants, and/or any employee, agent,

6    member, manager and/or managing director thereof, which relate in any way to Plaintiff and/or

7    any of the Investments At Issue.

8    **REQUEST FOR PRODUCTION NO. 11**:

9         All written communications, including, but not limited to, e-mails and/or text messages,

10   between you, and/or any person acting on your behalf, and any actual or prospective investor in

11   any of the DPG Entity Defendants, which relate in any way to Plaintiff, and/or any of the

12   Investments At Issue, and/or the DPG sub-prime automobile loan portfolio, and which were

13   made at any time between January 1, 2015 - June 30, 2018.

14   **REQUEST FOR PRODUCTION NO. 12**:

15        All documents evidencing any verbal communications between you, and/or any person

16   agent acting on your behalf, and any actual or prospective investor in any of the DPG Entity

17   Defendants, which relate in any way to Plaintiff, or to any of the Investments At Issue, and/or to

18   the DPG sub-prime automobile loan portfolio, and which were made at any time between

19   January 1, 2015 - June 30, 2018, including, but not limited to, notes, internal memoranda and/or

20   telephone logs.

21   **REQUEST FOR PRODUCTION NO. 13**:

22        All written communications, including, but not limited to, e-mails and/or text messages,

23   between you, and/or any person acting on your behalf, and any actual or prospective lender to any

24   of the DPG Entity Defendants, which relate in any way to Plaintiff, or to any of the Investments

25   At Issue, and/or to the DPG sub-prime automobile loan portfolio, and which were made at any

26   time between January 1, 2015 - June 30, 2018.

27   //

28   //

1  **REQUEST FOR PRODUCTION NO. 14**:

2       All documents evidencing any verbal communications between you, and/or any person

3  acting on your behalf, and any actual or prospective lender to any of the DPG Entity Defendants,

4  which relate in any way to Plaintiff, or to any of the Investments At Issue, and/or to the DPG sub-

5  prime automobile loan portfolio, and which were made at any time between January 1, 2015 -

6  June 30, 2018, including, but not limited to, notes, internal memoranda and/or telephone logs.

7  **REQUEST FOR PRODUCTION NO. 15**:

8       All documents you, and/or any person acting on your behalf, received from Plaintiff at

9  any time between January 1, 2015 - March 31, 2017, which relate in any way to any of the

10  Investments At Issue.

11  **REQUEST FOR PRODUCTION NO. 16**:

12       All documents you, and/or any person acting on your behalf, provided to Plaintiff at any

13  time between January 1, 2015 - March 31, 2017, which relate in any way to any of the

14  Investments At Issue.

15  **REQUEST FOR PRODUCTION NO. 17**:

16       All documents you, and/or any person acting on your behalf, received from Plaintiff at

17  any time between January 1, 2015 - March 31, 2017, which relate in any way to the DPG sub-

18  prime automobile loan portfolio.

19  **REQUEST FOR PRODUCTION NO. 18**:

20       All documents you, and/or any person acting on your behalf, provided to Plaintiff at any

21  time between January 1, 2015 - March 31, 2017, which relate in any way to the DPG sub-prime

22  automobile loan portfolio.

23  **REQUEST FOR PRODUCTION NO. 19**:

24       All documents you, and/or any person acting on your behalf, received from any of the

25  other DPG Entity Defendants and/or any employee or agent thereof (exclusive of attorneys), at

26  any time between January 1, 2015 - June 30, 2018, which relate in any way to any of the

27  Investments At Issue.

28  //

**REQUEST FOR PRODUCTION NO. 20**:

All documents you, and/or any person acting on your behalf, provided to any of the other DPG Entity Defendants and/or any employee or agent thereof (exclusive of attorneys), at any time between January 1, 2015 - June 30, 2018, which relate in any way to any of the Investments At Issue.

**REQUEST FOR PRODUCTION NO. 21**:

All documents you, and/or any person acting on your behalf, received from any of the other DPG Entity Defendants and/or any employee or agent thereof (exclusive of attorneys), at any time between January 1, 2015 - June 30, 2018,  which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 22**:

All documents you, and/or any agent acting on your behalf, provided to any of the other DPG Entity Defendants and/or any employee or agent thereof (exclusive of attorneys), at any time between January 1, 2015 - June 30, 2018,  which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 23**:

All documents you, and/or any person acting on your behalf, provided to any of the former managers, managing directors, and/or employees of the Skibo Companies, including, but not limited to, James Duryea and/or Robert Smith, at any time between January 1, 2015 - June 30, 2018, which relate in any way to any of the Investments At Issue.

**REQUEST FOR PRODUCTION NO. 24**:

All documents you, and/or any person acting on your behalf, received from any of the former managers, managing directors, and/or employees of the Skibo Companies, including, but not limited to, James Duryea and/or Robert Smith, at any time between January 1, 2015 - June 30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 25**:

All documents you, and/or any person acting on your behalf, provided to any of the former managers, managing directors, and/or employees of the Skibo Companies, including, but

1  not limited to, James Duryea and/or Robert Smith, at any time between January 1, 2015 - June

2  30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

3  **REQUEST FOR PRODUCTION NO. 26**:

4       All documents you, and/or any person acting on your behalf, received from ACA, at any

5  time between January 1, 2015 - June 30, 2018, which relate in any way to any of the Investments

6  At Issue.

7  **REQUEST FOR PRODUCTION NO. 27**:

8       All documents you, and/or any person acting on your behalf, provided to ACA, at any

9  time between January 1, 2015 - June 30, 2018, which relate in any way to any of the Investments

10  At Issue.

11  **REQUEST FOR PRODUCTION NO. 28**:

12       All documents you, and/or any person acting on your behalf, received from ACA at any

13  time between January 1, 2015 - June 30, 2018,  which relate in any way to the DPG sub-prime

14  automobile loan portfolio.

15  **REQUEST FOR PRODUCTION NO. 29**:

16       All documents you, and/or any agent acting on your behalf, provided to ACA at any time

17  between January 1, 2015 - June 30, 2018,  which relate in any way to the DPG sub-prime

18  automobile loan portfolio.

19  **REQUEST FOR PRODUCTION NO. 30**:

20       All documents you, and/or any person acting on your behalf, received from any actual or

21  prospective investor in any of the DPG Entity Defendants at any time between January 1, 2015 -

22  June 30, 2018,  which relate in any way to any of the Investments At Issue.

23  **REQUEST FOR PRODUCTION NO. 31**:

24       All documents you, and/or any person acting on your behalf, provided to any actual or

25  prospective investor in any of the DPG Entity Defendants, at any time between January 1, 2015 -

26  June 30, 2018, which relate in any way to any of the Investments At Issue.

27  //

28  //

**REQUEST FOR PRODUCTION NO. 32**:

All documents you, and/or any person acting on your behalf, received from any actual or prospective investor in any of the DPG Entity Defendants, at any time between January 1, 2015 - June 30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 33**:

All documents you, and/or any person acting on your behalf, provided to any actual or prospective investor in any of the DPG Entity Defendants, at any time between January 1, 2015 - June 30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 34**:

All documents you, and/or any person acting on your behalf, received from any actual or prospective lender to any of the DPG Entity Defendants, at any time between January 1, 2015 - June 30, 2018, which relate in any way to any of the Investments At Issue.

**REQUEST FOR PRODUCTION NO. 35**:

All documents you, and/or any person acting on your behalf, provided to any actual or prospective lender to any of the DPG Entity Defendants, at any time between January 1, 2015 - June 30, 2018, which relate in any way to any of the Investments At Issue.

**REQUEST FOR PRODUCTION NO. 36**:

All documents you, and/or any person acting on your behalf, received from any actual or prospective lender to any of the DPG Entity Defendants, at any time between January 1, 2015 - June 30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 37**:

All documents you, and/or any person acting on your behalf, provided to any actual or prospective lender to any of the DPG Entity Defendants, at any time between January 1, 2015 - June 30, 2018, which relate in any way to the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 38**:

All documents you, and/or any person acting on your behalf, received from any other person not heretofore specifically mentioned at any time between January 1, 2015 - June 30,

1    2018, which relate in any way to any of the Investments At Issue, but exclusive of documents

2    protected by the attorney-client and/or attorney work product privileges.

3    **REQUEST FOR PRODUCTION NO. 39**:

4    All documents you, and/or any person acting on your behalf, provided to any other person

5    not heretofore specifically mentioned at any time between January 1, 2015 - June 30, 2018,

6    which relate in any way to any of the Investments At Issue, but exclusive of documents protected

7    by the attorney-client and/or attorney work product privileges.

8    **REQUEST FOR PRODUCTION NO. 40**:

9    All documents you, and/or any person acting on your behalf, received from any other

10   person not heretofore specifically mentioned at any time between January 1, 2015 - June 30,

11   2018, which relate in any way to the DPG sub-prime automobile loan portfolio, but exclusive of

12   documents protected by the attorney-client and/or attorney work product privileges.

13   **REQUEST FOR PRODUCTION NO. 41**:

14   All documents you, and/or any person acting on your behalf, provided to any other person

15   not heretofore specifically mentioned at any time between January 1, 2015 - June 30, 2018,

16   which relate in any way to the DPG sub-prime automobile loan portfolio, but exclusive of

17   documents protected by the attorney-client and/or attorney work product privileges.

18   **REQUEST FOR PRODUCTION NO. 42**:

19   All documents sufficient to identify the names of your investors during the period of

20   January 1, 2015 through the present.

21   **REQUEST FOR PRODUCTION NO. 43**:

22   All documents sufficient to show the amounts of each investment that was made into your

23   business during the period of January 1, 2015 through the present.

24   **REQUEST FOR PRODUCTION NO. 44**:

25   All documents sufficient to show the dates of each investment that was made into your

26   business during the period of January 1, 2015 through the present.

27   //

28   //

1  **REQUEST FOR PRODUCTION NO. 45**:

2  All documents sufficient to show the amount of interest that was paid to each investor in

3  your business during the period of January 1, 2015 through the present.

4  **REQUEST FOR PRODUCTION NO. 46**:

5  All documents sufficient to show the amount of principal that was returned to each

6  investor in your business during the period of January 1, 2015 through the present.

7  **REQUEST FOR PRODUCTION NO. 47**:

8  All documents sufficient to show the amount that is currently owed to each person who

9  invested in your business during the period of January 1, 2015 through the present.

10  **REQUEST FOR PRODUCTION NO. 48**:

11  All documents sufficient to identify any and all persons who loaned money to you at any

12  time during the period of January 1, 2015 through the present.

13  **REQUEST FOR PRODUCTION NO. 49**:

14  All documents sufficient to show the amounts of each loan that was made into your

15  business during the period of January 1, 2015 through the present.

16  **REQUEST FOR PRODUCTION NO. 50**:

17  All documents sufficient to show the dates of each loan that was made into your business

18  during the period of January 1, 2015 through the present.

19  **REQUEST FOR PRODUCTION NO. 51**:

20  All documents sufficient to show the amount of interest that was paid to each of your

21  lenders during the period of January 1, 2015 through the present.

22  **REQUEST FOR PRODUCTION NO. 52**:

23  All documents sufficient to show the amount of principal that was returned to each of

24  your lenders during the period of January 1, 2015 through the present.

25  **REQUEST FOR PRODUCTION NO. 53**:

26  All documents sufficient to show the amount that is currently owed to each of your

27  lenders who loaned money to your business during the period of January 1, 2015 through the

28  present.

1   **REQUEST FOR PRODUCTION NO. 54**:

2       All documents sufficient to identify each and all of your members during the period of

3   January 1, 2015 through the present.

4   **REQUEST FOR PRODUCTION NO. 55**:

5       All documents sufficient to identify each and all of your managing members during the

6   period of January 1, 2015 through the present.

7   **REQUEST FOR PRODUCTION NO. 56**:

8       Your complete audited financial statements for fiscal years 2012 through 2017.

9   **REQUEST FOR PRODUCTION NO. 57**:

10       All business plans which relate to the DPG sub-prime automobile loan portfolio that were

11   generated at any time during the period of January 1, 2015 through the present.

12   **REQUEST FOR PRODUCTION NO. 58**:

13       All documents relating to any liens against you that were created and/or perfected at any

14   time during the period of January 1, 2015 through the present, but exclusive of documents

15   protected by the attorney-client and/or attorney work product privileges.

16   **REQUEST FOR PRODUCTION NO. 59**:

17       All documents relating to any liens against the DPG sub-prime automobile loan portfolio

18   that were created and/or perfected at any time during the period of January 1, 2015 through the

19   present, but exclusive of documents protected by the attorney-client and/or attorney work product

20   privileges.

21   **REQUEST FOR PRODUCTION NO. 60**:

22       All complaints against you filed at any time during the period of January 1, 2000 through

23   the present which allege wrongdoing of any kind in connection with the solicitation and sale of

24   investments and/or the solicitation of loans.

25   **REQUEST FOR PRODUCTION NO. 61**:

26       All complaints against you filed at any time during the period of January 1, 2000 through

27   the present which allege wrongdoing of any kind in connection with the DPG sub-prime

28   automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 62**:

All documents reflecting, evidencing and/or memorializing any and all due diligence which you, and/or any person acting on your behalf, conducted with regard to the Skibo Companies, but exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 63**:

All documents reflecting, evidencing and/or memorializing any and all due diligence which you, and/or any person acting on your behalf, conducted with regard to the DPG sub-prime automobile loan portfolio, but exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 64**:

All job descriptions for Daniel Galvanoni generated at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 65**:

All business cards used by Daniel Galvanoni at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 66**:

All job descriptions for Gerald Hudspeth generated at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 67**:

All business cards used by Gerald Hudspeth at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 68**:

All job descriptions for Westley Anderson generated at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 69**:

All business cards used by Westley Anderson at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 70**:

All job descriptions for Philip Galvanoni generated at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 71**:

All business cards used by Philip Galvanoni at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 72**:

All job descriptions for William Brooksbank generated at any time since January 1, 2015.

1   **REQUEST FOR PRODUCTION NO. 73**:

2       All business cards used by William Brooksbank at any time since January 1, 2015.

3   **REQUEST FOR PRODUCTION NO. 74**:

4       All job descriptions for Jerome Joseph generated at any time since January 1, 2015.

5   **REQUEST FOR PRODUCTION NO. 75**:

6       All business cards used by Jerome Joseph at any time since January 1, 2015.

7   **REQUEST FOR PRODUCTION NO. 76**:

8       All agreements between you and Plaintiff.

9   **REQUEST FOR PRODUCTION NO. 77**:

10      All documents signed by Plaintiff, including all documents you claim Plaintiff signed.

11  **REQUEST FOR PRODUCTION NO. 78**:

12      All agreements between you and Daniel Galvanoni that were in effect at any time from

13  January 1, 2015 through the present.

14  **REQUEST FOR PRODUCTION NO. 79**:

15      All agreements between you and any of the other DPG Entity Defendants that were in

16  effect at any time from January 1, 2015 through the present.

17  **REQUEST FOR PRODUCTION NO. 80**:

18      All agreements between you and ACA that were in effect at any time from January 1,

19  2015 through the present.

20  **REQUEST FOR PRODUCTION NO. 81**:

21      All agreements between you and any investor of yours that were in effect at any time

22  from January 1, 2015 through the present.

23  **REQUEST FOR PRODUCTION NO. 82**:

24      All agreements between you and any lender of yours that were in effect at any time from

25  January 1, 2015 through the present.

26  **REQUEST FOR PRODUCTION NO. 83**:

27      All agreements between you and Philip Galvanoni that were in effect at any time from

28  January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 84**:

All agreements between you and Gerald Hudspeth that were in effect at any time from January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 85**:

All agreements between you and Westley Anderson that were in effect at any time from January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 86**:

All agreements between you and William Brooksbank that were in effect at any time from January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 87**:

All agreements between you and Jerome Joseph that were in effect at any time from January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 88**:

All agreements between you and the Skibo Companies, and/or any owner or manager of the Skibo Companies, that were in effect at any time from January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 89**:

All agreements between you and any person not heretofore specifically mentioned that relate in any way to the Investments at Issue or to the DPG sub-prime automobile loan portfolio, but exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 90**:

All investigations, charges and/or findings by any regulator, whether state, federal or self-regulatory organization, that were made against you and/or any member of yours with regard to investments, loans, and/or the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 91**:

All responses to any investigations, charges and/or findings by any regulator, whether state, federal or self-regulatory organization, that were made against you and/or any member of yours with regard to investments, loans, and/or the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 92:**

All press releases written, generated and/or approved by you, and/or any person acting on your behalf which evidence, reflect, memorialize and/or discuss the Skibo Companies.

**REQUEST FOR PRODUCTION NO. 93:**

All press releases written, generated and/or approved by you, and/or any person acting on your behalf which evidence, reflect, memorialize and/or discuss the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 94:**

All press releases written, generated and/or approved by you, and/or any person acting on your behalf which evidence, reflect, memorialize and/or discuss ACA.

**REQUEST FOR PRODUCTION NO. 95:**

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you transferred, conveyed, or otherwise provided to the Skibo Companies at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 96:**

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you transferred, conveyed, or otherwise provided to any of the other DPG Entity Defendants at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 97:**

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you transferred, conveyed, or otherwise provided to Daniel Galvanoni at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 98:**

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you transferred, conveyed, or otherwise provided to Philip Galvanoni at any time since January 1, 2015.

//

//

1 **REQUEST FOR PRODUCTION NO. 99**:

2 All documents necessary and sufficient to ascertain the amount of funds, both net and

3 gross, that you transferred, conveyed, or otherwise provided to ACA at any time since January 1,

4 2015.

5 **REQUEST FOR PRODUCTION NO. 100**:

6 All documents necessary and sufficient to ascertain the amount of funds, both net and

7 gross, that you transferred, conveyed, or otherwise provided to Gerald Hudspeth at any time since

8 January 1, 2015.

9 **REQUEST FOR PRODUCTION NO. 101**:

10 All documents necessary and sufficient to ascertain the amount of funds, both net and

11 gross, that you transferred, conveyed, or otherwise provided to Westley Anderson at any time

12 since January 1, 2015.

13 **REQUEST FOR PRODUCTION NO. 102**:

14 All documents necessary and sufficient to ascertain the amount of funds, both net and

15 gross, that you transferred, conveyed, or otherwise provided to William Brooksbank at any time

16 since January 1, 2015.

17 **REQUEST FOR PRODUCTION NO. 103**:

18 All documents necessary and sufficient to ascertain the amount of funds, both net and

19 gross, that you transferred, conveyed, or otherwise provided to Jerome Joseph at any time since

20 January 1, 2015.

21 **REQUEST FOR PRODUCTION NO. 104**:

22 All documents necessary and sufficient to ascertain the amount of funds, both net and

23 gross, that you transferred, conveyed, or otherwise provided to any investor of yours at any time

24 since January 1, 2015.

25 **REQUEST FOR PRODUCTION NO. 105**:

26 All documents necessary and sufficient to ascertain the amount of funds, both net and

27 gross, that you transferred, conveyed, or otherwise provided to any lender of yours at any time

28 since January 1, 2015.

1 **REQUEST FOR PRODUCTION NO. 106**:

2     All documents necessary and sufficient to ascertain the amount of funds, both net and

3 gross, that you received from the Skibo Companies at any time since January 1, 2015.

4 **REQUEST FOR PRODUCTION NO. 107**:

5     All documents necessary and sufficient to ascertain the amount of funds, both net and

6 gross, that you received from any of the other DPG Entity Defendants at any time since January

7 1, 2015.

8 **REQUEST FOR PRODUCTION NO. 108**:

9     All documents necessary and sufficient to ascertain the amount of funds, both net and

10 gross, that you received from Daniel Galvanoni at any time since January 1, 2015.

11 **REQUEST FOR PRODUCTION NO. 109**:

12     All documents necessary and sufficient to ascertain the amount of funds, both net and

13 gross, that you received from Philip Galvanoni at any time since January 1, 2015.

14 **REQUEST FOR PRODUCTION NO. 110**:

15     All documents necessary and sufficient to ascertain the amount of funds, both net and

16 gross, that you received from ACA at any time since January 1, 2015.

17 **REQUEST FOR PRODUCTION NO. 111**:

18     All documents necessary and sufficient to ascertain the amount of funds, both net and

19 gross, that you received from Gerald Hudspeth at any time since January 1, 2015.

20 **REQUEST FOR PRODUCTION NO. 112**:

21     All documents necessary and sufficient to ascertain the amount of funds, both net and

22 gross, that you received from Westley Anderson at any time since January 1, 2015.

23 **REQUEST FOR PRODUCTION NO. 113**:

24     All documents necessary and sufficient to ascertain the amount of funds, both net and

25 gross, that you received from William Brooksbank at any time since January 1, 2015.

26 **REQUEST FOR PRODUCTION NO. 114**:

27     All documents necessary and sufficient to ascertain the amount of funds, both net and

28 gross, that you received from Jerome Joseph at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 115**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you received from any investor of yours at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 116**:

All documents necessary and sufficient to ascertain the amount of funds, both net and gross, that you received from any lender of yours at any time since January 1, 2015.

**REQUEST FOR PRODUCTION NO. 117**:

Each and all of your bank account statements for the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 118**:

Each and all of your quikbook reports for the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 119**:

Your complete general ledger for the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 120**:

All sub-prime automobile loan contracts which you owned, purchased or serviced at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 121**:

All documents which are sufficient to show the consideration which you paid for any sub-prime automobile loan contracts which you owned, purchased or serviced at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 122**:

All documents which are sufficient to show the amount of monies you have received as a direct or indirect result of any sub-prime automobile loan contracts which you owned, purchased or serviced at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 123**:

All documents which are sufficient to show how the Investments At Issue were utilized.

//

1   **REQUEST FOR PRODUCTION NO. 124**:

2       All docs which evidence that any or all of the Investments At Issue were used to purchase

3   new sub-prime automobile loans.

4   **REQUEST FOR PRODUCTION NO. 125**:

5       All documents which evidence that any or all of the Investments At Issue were used to

6   fund the operations of any of the DPG Entity Defendants.

7   **REQUEST FOR PRODUCTION NO. 126**:

8       All documents which evidence any and all expenses that Daniel Galvanoni advanced on

9   your behalf during the period of January 1, 2015 through December 31, 2017.

10  **REQUEST FOR PRODUCTION NO. 127**:

11      Any and all of your Errors & Omissions insurance policies that were in effect and/or

12  applicable for the period of January 1, 2015 through the present.

13  **REQUEST FOR PRODUCTION NO. 128**:

14      Any and all of your business insurance policies that were in effect and/or applicable for

15  the period of January 1, 2015 through the present.

16  **REQUEST FOR PRODUCTION NO. 129**:

17      Any and all insurance policies not heretofore specifically requested which provide actual

18  or potential coverage with respect to Plaintiff's claims in this action.

19  **REQUEST FOR PRODUCTION NO. 130**:

20      All leases for any offices occupied by you since January 1, 2015.

21  **REQUEST FOR PRODUCTION NO. 131**:

22      All business licenses held by you at any time since January 1, 2015.

23  **REQUEST FOR PRODUCTION NO. 132**:

24      All investment proposals you provided to Plaintiff between January 1, 2015 and

25  December 31, 2017.

26  **REQUEST FOR PRODUCTION NO. 133**:

27      All investment proposals you provided to any other prospective investor between January

28  1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 134**:

All profit and loss forecasts relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 135**:

All documents which were utilized or relied upon to create the profit and loss forecasts relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 136**:

All investor return models relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 137**:

All documents which were utilized or relied upon to create the investor return models relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 138**:

All term sheets relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 139**:

All documents which were utilized or relied upon to create the term sheets relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 140**:

All investor summaries relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 141**:

All investor summaries which were utilized or relied upon to create the term sheets relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 142**:

All automobile loan models relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 143**:

All documents which were utilized or relied upon to create the automobile loan models relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 144**:

All financial models relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 145**:

All documents which were utilized or relied upon to create the financial models relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 146**:

All estimates of returns relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 147**:

All documents which were utilized or relied upon to create the estimates of returns relating to the DPG sub-prime automobile loan portfolio that were generated at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 148**:

All documents which evidence and/or reflect the underwriting review that was done for each of the loans in the DPG sub-prime automobile loan portfolio.

**REQUEST FOR PRODUCTION NO. 149**:

All documents which contain, reflect and/or evidence the underwriting guidelines that were utilized for each of the loans in the DPG sub-prime automobile loan portfolio.

//

**REQUEST FOR PRODUCTION NO. 150**:

All documents reflecting and/or evidencing any audits that were performed with respect to the Skibo Companies at any time between January 1, 2015 and December 31, 2017, exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 151**:

All documents reflecting and/or evidencing any audits that were performed with respect to the DPG sub-prime automobile loan portfolio at any time between January 1, 2015 and December 31, 2017, exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 152**:

All documents which support the statement in the mezzanine loan proposal that was provided to Plaintiff on or about April 8, 2015 that an investment in the Skibo Companies would provide a total annual return of 28% a year.

**REQUEST FOR PRODUCTION NO. 153**:

All documents which support the statement in William Brookbank's email of April 30, 2015 that 3% warrants in the Skibo Companies would be worth $784,000 in four years.

**REQUEST FOR PRODUCTION NO. 154**:

All documents which support the statement in William Brookbank's email of April 30, 2015 that 4.25% warrants in Skibo would be worth $1,100,000.00 in four years.

**REQUEST FOR PRODUCTION NO. 155**:

All documents which support the statement in William Brookbank's email of April 30, 2015 Plaintiff's internal rate of return would be 108%.

**REQUEST FOR PRODUCTION NO. 156**:

All notes of any meetings with Plaintiff which occurred at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 157**:

All notes of any telephone calls with Plaintiff which occurred at any time between January 1, 2015 and December 31, 2017.

**REQUEST FOR PRODUCTION NO. 158:**

All notes of any meetings during which Plaintiff and/or the Investments At Issue were discussed, exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 159:**

All notes of any telephone calls during which Plaintiff and/or the Investments At Issue were discussed, exclusive of documents protected by the attorney-client and/or attorney work product privileges.

**REQUEST FOR PRODUCTION NO. 160:**

All spreadsheets of investor loans that were created at any time during the period of January 1, 2015 - December 31, 2017.

**REQUEST FOR PRODUCTION NO. 161:**

All spreadsheets of the loans in the DPG sub-prime automobile loan portfolio that were created at any time during the period of January 1, 2015 - December 31, 2017.

**REQUEST FOR PRODUCTION NO. 162:**

All documents which are sufficient to show the dates of the Investments At Issue.

**REQUEST FOR PRODUCTION NO. 163:**

All documents which are sufficient to show the Amounts of the Investments At Issue.

**REQUEST FOR PRODUCTION NO. 164:**

All communications between you and/or any person acting on your behalf and Plaintiff regarding the UCC-1 Financing Statements in favor of Plaintiff which were filed with the Arizona Secretary of State on or about August 23, 2016.

**REQUEST FOR PRODUCTION NO. 165:**

All communications between you and/or any person acting on your behalf and any of the other DPG Entity Defendants regarding the UCC-1 Financing Statements in favor of Plaintiff which were filed with the Arizona Secretary of State on or about August 23, 2016.

//

//

1    **REQUEST FOR PRODUCTION NO. 166**:

2        All communications between you and/or any person acting on your behalf and ACA

3    regarding the UCC-1 Financing Statements in favor of Plaintiff which were filed with the

4    Arizona Secretary of State on or about August 23, 2016.

5    **REQUEST FOR PRODUCTION NO. 167**:

6        All communications between you and/or any person acting on your behalf and any lender

7    or prospective lender regarding the UCC-1 Financing Statements in favor of Plaintiff which were

8    filed with the Arizona Secretary of State on or about August 23, 2016.

9    **REQUEST FOR PRODUCTION NO. 168**:

10        All documents which are sufficient to show the purchase price of each of the loans that

11    were held in the DPG sub-prime automobile loan portfolio at any time during the period of

12    January 1, 2015 - June 30, 2018.

13    **REQUEST FOR PRODUCTION NO. 169**:

14        All documents which are sufficient to show the purchase date of each of the loans that

15    were held in the DPG sub-prime automobile loan portfolio at any time during the period of

16    January 1, 2015 - June 30, 2018.

17    **REQUEST FOR PRODUCTION NO. 170**:

18        All documents which are sufficient to show the contract amount of each of the loans that

19    were held in the DPG sub-prime automobile loan portfolio at any time during the period of

20    January 1, 2015 - June 30, 2018.

21    **REQUEST FOR PRODUCTION NO. 171**:

22        All documents which are sufficient to identify the name of the person or entity who

23    purchased each of the loans that were held in the DPG sub-prime automobile loan portfolio at

24    any time during the period of January 1, 2015 - June 30, 2018.

25    **REQUEST FOR PRODUCTION NO. 172**:

26        All documents which are sufficient to show the dates of any transfer of any ownership of

27    any of the loans that were held in the DPG sub-prime automobile loan portfolio at any time

28    during the period of January 1, 2015 - June 30, 2018.

**REQUEST FOR PRODUCTION NO. 173**:

All documents which are sufficient to identify the person or entity to whom ownership of any of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018 was transferred at any time between January 1, 2015 and June 30, 2018.

**REQUEST FOR PRODUCTION NO. 174**:

All documents which are sufficient to show the amount of any consideration that was paid by the acquiring person/entity for any transfer of any ownership of any of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018 for any transfers of ownership which occurred at any time between January 1, 2015 and the present.

**REQUEST FOR PRODUCTION NO. 175**:

All documents which are sufficient to show the maturity date of each of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

**REQUEST FOR PRODUCTION NO. 176**:

All documents which are sufficient to show the monthly payments owed by each of the borrowers for each of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

**REQUEST FOR PRODUCTION NO. 177**:

All documents which are sufficient to show the monthly gross income that you have received since January 1, 2015 from the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

**REQUEST FOR PRODUCTION NO. 178**:

All documents which are sufficient to show the dates of any defaults with respect to any of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

//

**REQUEST FOR PRODUCTION NO. 179**:

All documents which are sufficient to show the amounts of any defaults with respect to any of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

**REQUEST FOR PRODUCTION NO. 180**:

All documents which are sufficient to show the net losses attributable to any defaults with respect to any of the loans that were held in the DPG sub-prime automobile loan portfolio at any time during the period of January 1, 2015 - June 30, 2018.

**REQUEST FOR PRODUCTION NO. 181**:

All overviews of the DPG sub-prime automobile loan portfolio that were created at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 182**:

All source documents which were utilized to prepare the overviews of the DPG sub-prime automobile loan portfolio that were created at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 183**:

All automobile title documents for each of the loans in the DPG sub-prime automobile loan portfolio during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 184**:

All lien assignments with respect to any of the loans in the DPG sub-prime automobile loan portfolio which were made at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 185**:

All versions of Daniel Galvanoni's resume that were created or in effect at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 186**:

All versions of Philip Galvanoni's resume that were created or in effect at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 187**:

All versions of Gerald Hudspeth's resume that were created or in effect at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 188**:

All versions of Westley Anderson's resume that were created or in effect at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 189**:

All versions of William Brooksbank's resume that were created or in effect at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 190**:

All versions of Jerome Joseph's resume that were created or in effect at any time during the period of January 1, 2015 through the present.

**REQUEST FOR PRODUCTION NO. 191**:

All statements, notes, recordings, or other documents of any type, if any exist, obtained from any witness, or potential witness to this action, concerning Plaintiff and/or any of the Investments at Issue and/or the DPG sub-prime automobile loan portfolio, exclusive of documents protected by the attorney-client or attorney work product privilege.

**REQUEST FOR PRODUCTION NO. 192**:

Any notes, memoranda, recordings, or other documents of any type, if any exist, reflecting any verbal conference, discussion, or conversation with any witness, or potential witness to this action, concerning Plaintiff and/or any of the Investments at Issue and/or the DPG sub-prime automobile loan portfolio, exclusive of documents protected by the attorney-client or attorney work product privilege.

**REQUEST FOR PRODUCTION NO. 193**:

All documents you identified in your responses to the special interrogatories served herewith.

//

1

2     Date: August ⟨15⟩, 2018          **LAW OFFICES OF MELINDA JANE STEUER**

3

4                                       By: _____

5                                            Melinda Jane Steuer
                                             Attorney for Plaintiff
6                                            John Marshall

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Melinda Jane Steuer (State Bar No. 216105)
   LAW OFFICES OF MELINDA JANE STEUER
2  928 Second Street, Ste. 302
   Sacramento, CA  95814
3  Telephone:     (916) 930-0045
   Facsimile:     (916) 314-4100
4
   Attorneys for Plaintiff
5

6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10

11  JOHN MARSHALL, an individual          Case No.  2:17-cv-00820-KJM-CKD

12          Plaintiff,                     **PROOF OF SERVICE**

13      vs.

14  DANIEL P. GALVANONI, an individual;
    DPG INVESTMENTS, LLC, a foreign
15  limited liability company; DPG GOLDEN
    EAGLE, LLC, a foreign limited liability
16  company; SPRING TREE LENDING, LLC
    a foreign limited liability company; SPRING
17  TREE HOLDINGS, LLC; SPRING TREE
    FINANCIAL, LLC; SKIBO HOLDINGS,
18  LLC, a foreign limited liability company;
    GERALD T. HUDSPETH, an individual;
19  JEROME L. JOSEPH, an individual;
    WILLIAM J. BROOKSBANK, an
20  individual; and DOES 1 - 100, inclusive,

21          Defendants.
                                          /
22

23

24

25

26

27

28

1  PROOF OF SERVICE

2  [C.C.P. § 1013, C.R.C.§ 2008, F.R.C.P. Rule 5]

3

     I, Nicole Mitry, state:

4

     I am a citizen of the United States.  My business address is 928 2nd Street, Suite 302,

5  Sacramento, CA 95814.  I am employed in the City of Sacramento and County of Sacramento.  I am over the age of eighteen years and not a party to this action.  On the date set forth below, I

6  caused to be served the foregoing documents described as:

7  **PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT DANIEL P. GALVANONI**

8
  **PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT**
9  **DANIEL P. GALVANONI**

10 **PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES TO DEFENDANT DANIEL P. GALVANONI**

11
  **PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT DPG**
12 **INVESTMENTS, LLC**

13 **PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT DPG INVESTMENTS, LLC**

14
  **PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES TO DEFENDANT DPG**
15 **INVESTMENTS, LLC**

16 **PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT DPG GOLDEN EAGLE, LLC**

17
  **PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT DPG**
18 **GOLDEN EAGLE, LLC**

19 **PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES TO DEFENDANT DPG GOLDEN EAGLE, LLC**

20
  **PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT**
21 **SPRING TREE HOLDINGS, LLC**

22 **PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT SPRING TREE HOLDINGS, LLC**

23
  **PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES TO DEFENDANT**
24 **SPRING TREE HOLDINGS, LLC**

25 **PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT SPRING TREE FINANCIAL, LLC**

26
  **PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT**
27 **SPRING TREE FINANCIAL, LLC**

28

1  **PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES TO DEFENDANT SPRING TREE FINANCIAL, LLC**

2

3  **PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT SKIBO HOLDINGS, LLC**

4  **PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANT SKIBO HOLDINGS, LLC**

5

6  **PLAINTIFF'S FIRST SET OF SPECIAL INTERROGATORIES TO DEFENDANT SKIBO HOLDINGS, LLC**

7  on the following person(s) in this action by Electronic Mail and Electronic Mail:

8  Bradford G. Hughes
   Tiffany B. Hunter
9  CLARK HILL LLP
   1055 West 7th Street
10 24th Floor
   Los Angeles, CA 90017
11
   Alex B. Kaufman
12 Robert J. Kaufman
   Matthew D. Treco
13 KAUFMAN & FORMAN, P.C.
   8215 Roswell Rd., Building 800
14 Atlanta, Georgia 30350-6445

15 X:    BY FIRST CLASS MAIL - I am readily familiar with my firm's practice for collection
         and processing of correspondence for mailing with the United States Postal Service, to-
16       wit, that correspondence will be deposited with the United States Postal Service this same
         day in the ordinary course of business.  I sealed said envelope and placed it for collection
17       and mailing this date, following ordinary business practices.

18 X:    BY ELECTRONIC MAIL.

19       I declare under penalty of perjury under the laws of the State of California that the
   foregoing is true and correct and that this declaration was executed this date at Sacramento,
20 California.

21
   Dated: August 15, 2018
22                                                        Nicole Mitry
                                                          Nicole Mitry

23

24

25

26

27

28