Melinda Jane Steuer (SBN: 216105)
The Law Offices of Melinda Jane Steuer
928 Second Street, Suite 302
Sacramento, CA 95814
Telephone: (916) 930-0045
Facsimile: (916) 314-4100

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARSHALL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL P. GALVANONI, an individual; DPG INVESTMENTS, LLC, a foreign limited liability company; DPG GOLDEN EAGLE, LLC, a foreign limited liability company; SPRING TREE LENDING, LLC, a limited liability company; SPRING TREE HOLDINGS, LLC; SPRING TREE FINANCIAL, LLC; SKIBO HOLDINGS, LLC, a foreign limited liability company; and DOES 1-100, inclusive<br><br>Defendants. | Case No.: 2:17-CV-00820-KJM-CKD<br><br>**PLAINTIFF'S REQUEST TO DROP MOTION TO COMPEL FURTHER RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS, SET ONE AND PRODUCTION OF DOCUMENTS FROM DEFENDANTS WITHOUT PREJUDICE**<br><br>Date:      July 10, 2019<br>Time:      10:00 A.M.<br>Location:  Courtroom 24, 8th Floor<br>Judge:     Hon. Carolyn K. Delaney |

///

///

Plaintiff's Request to Drop Motion to Compel Further Responses to Plaintiff's Requests for Production of Documents, Set One and Production of Documents from Defendants Without Prejudice

1

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD**:

Plaintiff John Marshall respectfully requests that this honorable court take the hearing on plaintiff's motion to compel further responses to requests for production of documents, currently set for hearing on July 10, 2019 at 10:00 a.m. in Courtroom 24 of the above referenced court, off calendar, without prejudice. This request is being made to allow additional time for counsel for the parties to meet and confer regarding the requests which are the subject of this motion, and to confirm the agreement of counsel to use the court's procedure for an informal telephonic conference to resolve this discovery dispute. If the parties remain unable to resolve the issues, plaintiff will re-file this motion, or contact the court to request an informal telephonic conference with Judge Delaney.

Date: July 3, 2019             THE LAW OFFICES OF MELINDA JANE STEUER

_____
Melinda Jane Steuer
Attorney for Plaintiff