Melinda Jane Steuer (SBN: 216105)
The Law Offices of Melinda Jane Steuer
928 Second Street, Suite 302
Sacramento, CA 95814
Telephone: (916) 930-0045
Facsimile: (916) 314-4100

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARSHALL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL P. GALVANONI, an individual; DPG INVESTMENTS, LLC, a foreign limited liability company; DPG GOLDEN EAGLE, LLC, a foreign limited liability company; SPRING TREE LENDING, LLC, a limited liability company; SPRING TREE HOLDINGS, LLC; SPRING TREE FINANCIAL, LLC; SKIBO HOLDINGS, LLC, a foreign limited liability company; and DOES 1-100, inclusive<br><br>Defendants. | Case No.: 2:17-CV-00820-KJM-CKD<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSIONS SET TWO, PLAINTIFF'S SPECIAL INTERROGATORIES SET TWO, AND PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS, SET TWO**<br><br>Date:      November 13, 2019<br>Time:     10:00 Am<br>Location: Courtroom 24, 8th Floor<br>Judge:    Hon. Carolyn K. Delaney |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on November 13, 2019, or as soon thereafter as the matter may be heard by the above-entitled Court, located at the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814, 8th Floor, Courtroom 24, in the courtroom of Honorable Carolyn K. Delaney, Plaintiff John Marshall will and hereby does move the Court for an order compelling further responses to Plaintiff's requests for admissions set two, special interrogatories set two, and requests for production of documents, set two, to Defendants Skibo

Holdings, LLC, Spring Tree Holdings, LLC, Spring Tree Financial, LLC, DPG Golden Eagle, LLC, DPG Investments, LLC, and Daniel Galvanoni.

This motion is made on the grounds that Defendants have objected and refused to provide substantive responses to any of Plaintiff's requests for admissions set two, or special interrogatories set two. Defendants have also refused to produce any documents responsive to Plaintiff's requests for production set two. Defendants have asserted unmeritorious objections to the entirety of Plaintiff's second set of discovery requests. Specifically, Defendants have refused to admit or deny whether they provided Plaintiff with essential documents relating to his investment, including a private placement memorandum, private offering memorandum, prospectus, financial statements and/or an accounting. Defendants have refused to identify the facts, witnesses and documents which support their contentions that they provided Plaintiff with a prospectus, private offering memorandum, private placement memorandum, financial statement and/or accounting in connection with the investments at issue. Defendants have refused to produce any prospectuses, private placement memoranda, private offering memoranda, financial statements and/or consultant agreements relating to the investments at issue and/or the automobile subprime business into which Plaintiff believed he was investing. Defendants have also refused to state whether or not responsive documents exist. The information and documents which Defendants have refused to provide are highly relevant to support Plaintiff's claims and rebut Defendants' assertions, as will be detailed in the Joint Statement regarding Discovery Disagreement.

Plaintiff's counsel attempted to meet and confer with Defendants' counsel about this motion and the basis thereof by sending a detailed letter regarding each of the interrogatories and/or requests at issue to Defendants' counsel on September 12, 2019. Defendants' counsel has failed to respond to Plaintiff's counsel's letter, or to provide further responses, or to produce any responsive documents. Pursuant to Local Rule 251(b), Plaintiff's counsel will make further efforts to meet and confer with Defendants' counsel prior to the deadline for filing the Joint Statement re Discovery Disagreement.

Pursuant to Local Rule 251(c), this motion will be based on this Notice, the Joint Statement regarding Discovery Disagreement that will be filed at least seven days prior to the scheduled hearing date, the Declaration of Melinda Jane Steuer that will be filed concurrently with the Joint Statement regarding Discovery Disagreement, the Second Amended Complaint and other records on file hereon, and such other and further oral and documentary evidence as may be presented at, or prior to, the hearing of this motion.

Date: October 10, 2019        THE LAW OFFICES OF MELINDA JANE STEUER

_/s/ Melinda Jane Steuer_
Melinda Jane Steuer
Attorneys for Plaintiff