Melinda Jane Steuer (SBN CA: 216105)
The Law Offices of Melinda Jane Steuer
928 Second Street, Suite 302
Sacramento, CA 95814
Telephone: (916) 930-0045
Facsimile: (916) 314-4100

Attorneys for Plaintiff, JOHN MARSHALL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARSHALL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL P. GALVANONI, an individual; DPG INVESTMENTS, LLC, a foreign limited liability company; DPG GOLDEN EAGLE, LLC, a foreign limited liability company; SPRING TREE LENDING, LLC, a limited liability company; SPRING TREE HOLDINGS, LLC; SPRING TREE FINANCIAL, LLC; SKIBO HOLDINGS, LLC, a foreign limited liability company; and DOES 1-100, inclusive<br><br>Defendants. | Case No.: 2:17-CV-00820-KJM-CKD<br><br>**STIPULATION TO DISMISS CASE; ORDER (F.R.C.P. 41(A))** |

This Stipulation to Dismiss the case pursuant to F.R.C.P. 41(A)(ii) (the "**Stipulation**") is entered into by and between Plaintiff John Marshall ("Plaintiff") and Defendants Daniel P. Galvanoni, DPG Investments, LLC ("DPG"), DPG Golden Eagle, LLC ("DPG-GE"), Spring Tree Lending, LLC ("Spring Tree Lending"), Spring Tree Holdings, LLC ("Spring Tree Holdings"), Spring Tree Financial, LLC ("Spring Tree Financial"), and Skibo Holdings, LLC ("Skibo") by and through their counsel of record, with respect to the following recitals of fact. Galvanoni, DPG, DPG-GE, Spring Tree Lending, Spring Tree Holdings, Spring Tree Financial,

and Skibo are collectively referred to herein as "the DPG Defendants." Plaintiff and the DPG Defendants are collectively referred to herein as the "Parties").:

    A. The parties settled the case at a judicially supervised settlement conference on October 17, 2019. The terms of the settlement are confidential.

    B. The final settlement documents were executed and delivered on November 14, 2019.

    C. The settlement agreement provides, in relevant part, that the parties shall dismiss the case with prejudice as against the DPG Defendants and former defendants Gerald Hudspeth, William Brooksbank and Jerome Joseph, and that the Dismissal shall request that the Court reserve jurisdiction to enforce the settlement.

    D. All other parties to this case were previously dismissed without prejudice.

In light of the foregoing,

## IT IS STIPULATED AND AGREED:

1. The parties hereby stipulate and respectfully request that this case be dismissed with prejudice as against the DPG defendants and former defendants Gerald Hudspeth, William Brooksbank and Jerome Joseph pursuant to Federal Rule of Civil Procedure Rule 41(A)(ii). The parties further stipulate and respectfully request that the Court reserve jurisdiction to enforce the settlement.

Date: _____        THE LAW OFFICES OF MELINDA JANE STEUER

                                              _____
                                              MELINDA JANE STEUER
                                              Attorneys for Plaintiff
                                              John Marshall

Date: _____        KAUFMAN & FORMAN PC

                                              _____
                                              ALEX B. KAUFMAN
                                              MATTHEW D. TRECO
                                              Attorneys for Defendants
                                              Daniel P. Galvanoni; DPG Investments, LLC;
                                              DPG Golden Eagle, LLC; Spring Tree Lending, LLC;

Spring Tree Holdings, LLC; Spring Tree Financial, LLC; and Skibo Holdings, LLC

Date: _____    CLARK HILL LLP

_____
BRADFORD HUGHES
TIFFANY HUNTER
Attorneys for Defendants
Daniel P. Galvanoni; DPG Investments, LLC;
DPG Golden Eagle, LLC; Spring Tree Lending, LLC;
Spring Tree Holdings, LLC; Spring Tree Financial, LLC;
and Skibo Holdings, LLC

**ORDER**

Pursuant to the parties' Stipulation, and good cause having been shown, it is hereby ordered as follows:

1. Defendants Daniel P. Galvanoni, DPG Investments, LLC, DPG Golden Eagle, LLC, Spring Tree Lending, LLC, Spring Tree Holdings, LLC, Spring Tree Financial, LLC, and Skibo Holdings, LLC are hereby dismissed with prejudice.

2. Former defendants Gerald Hudspeth, William Brooksbank and Jerome Joseph are hereby dismissed with prejudice.

3. Plaintiff's Second Amended Complaint is dismissed with prejudice as to the defendants and former defendants set forth above, and without prejudice as to former defendant American Credit Acceptance, LLC.

4. The only payments required by and to any of the parties hereto in connection with the Action are set forth in the Settlement Agreement, and no party is entitled to any additional payments, expenses, attorneys' fees or costs as result of the Action, including this Dismissal.

**IT IS SO ORDERED.**

DATED: November 25, 2019

_____
UNITED STATES DISTRICT JUDGE